# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Tia Griffin, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:17-cv-01153-JGB-KK |
| v. | |
| Jordan Peele, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

June 14, 2017                                                        *[signature] Kenly*
Date                                                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:

_____                       _____
Date                                                                          United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

_____                       _____
Date                                                                          United States District Judge

CV-73 (08/16)                        ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*