**FILED**

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tia Griffin
Care of D. Griffin
2442 Taux Avenue #P14
Riverside, CA 92507
559-307-5267

2017 JUN 21 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tia Griffin

PLAINTIFF(S),

v.

Jordan Peele, Blumhouse Productions,
QC Entertainment,
NBC Universal Media, LLC DEFENDANT(S).

CASE NUMBER

5:17cv1153-JGB-KKx

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __6/20/2017__, 20 __17__, I served a true copy of __The Intellectual Property Complaint For Copyright Infringement__ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Fed Ex Office__
Executed on __6/20__, 20 __17__ at __Riverside__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                              Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

```
To    SCOT DONOVAN BLAI State   CA              Date    20Jun17
      3620 LOUISIANA S Zip      92104           Weight  1.45 LBS
                        Phone                   FedEx   GROUND
City  SAN DIEGO         Value          0.00 Fee

           Svcs: GND PPD
                 TRCK: 738294609212

FROM                                    SHIP DATE: 20JUN17
D  GRIFFIN         (559) 307-5267       ACTWGT: 1.45 LB MAN
                                        CAD: 0545520/CAFE3012
2442 IOWA AVE
STE F14                                 BILL SENDER
RIVERSIDE CA 92507
US
```

SCOT DONOVAN BLAIR FOR JORDAN
PEELE WITH MONKEY PAW PRODUCTIONS
3620 LOUISIANA ST

SAN DIEGO CA 92104

(US)

FedEx Ground

92104

TRK# 7382 9460 9212

9622 0019 0 (000 000 0000) 0 00 7382 9460 9212