**FILED**

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tia Griffin
Care of D. Griffin
2442 Iowa Avenue #P14
Riverside, CA. 92507
559-307-5267

2017 JUN 21 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tia Griffin

PLAINTIFF(S),

v.

Jordan Peele, Blumhouse Productions,
QC Entertainment,
NBC Universal Media, LLC DEFENDANT(S).

CASE NUMBER

5:17 cv1153-JGB-KK

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of **Riverside**, State of California, and not a party to the above-entitled cause. On **6/20/2017**, 20**17**, I served a true copy of **The Intellectual Property Complaint For Copyright Infringement** by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: **Fed Ex Office**
Executed on **6/20**, 20**17** at **Riverside**, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____         _____
Signature                                          Party Served

CV-40 (01/00)            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

To : GREG AKSELRUD State : CA Date : 20Jun17
To : 15260 VENTURA BL Zip : 91403 Weight : 1.45 LBS
To : 20TH FLOOR Phone : FedEx : GROUND
City : SHERMAN OAKS Value : 0.00 Fee : 13.62

Svcs : GND PPD
TRCK : 738294609186

FROM:
D. GRIFFIN (559) 307-5267

2442 IOWA AVE
STE F14
RIVERSIDE CA 92507
US

SHIP DATE: 20JUN17
ACTWGT: 1.45 LB MAN
CAD: 0545520/CAFE3012

BILL SENDER

TO GREG AKSELRUD
FOR BLUMHOUSE PRODUCTIONS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS CA 91403 (US)

INV:
PO:
REF:
DEPT:

FedEx Ground

G

TRK# 7382 9460 9186

91403

9622 0019 0 (000 000 0000) 0 00 7382 9460 9186

Part # 153148V-434 RIT2 EXP 04/18

