**FILED**

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tia Griffin
Care of D. Griffin
2442 Iowa Avenue #P14
Riverside, CA 92507
559-307-5267

2017 JUN 21  PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tia Griffin

PLAINTIFF(S),

v.

Jordan Peele, Blumhouse Productions,
QC Entertainment,
NBC Universal Media, LLC

DEFENDANT(S).

CASE NUMBER

5:17-cv-01153-JGB-KK

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of **Riverside**, State of California, and not a party to the above-entitled cause. On **6/20/2017**, 20**17**, I served a true copy of **The Intellectual Property Complaint For Copyright Infringement** by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: **Fed Ex Office**
Executed on **6/20**, 20**17** at **Riverside**, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                             Party Served

CV-40 (01/00)                          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

FedEx Ground shipping label:

- Date: 20Jun17
- Weight: 1.45 LBS
- FedEx: GROUND
- Fee: 0.00
- To: RAYMOND MANSFIELD, 8425 WEST THIRD ST #201, LOS ANGELES, CA 90048
- Svcs: GND PPD
- TRCK: 738294609197
- FROM: D GRIFFIN, (559) 307-5267, 2442 IOWA AVE, STE F14, RIVERSIDE CA 92507, US
- SHIP DATE: 20JUN17
- ACTWGT: 1.45 LB MAN
- CAD: 0545520/CAFE3012
- BILL SENDER
- RAYMOND MANSFIELD FOR QC ENTERTAINMENT LLC, 8425 WEST THIRD ST #201, LOS ANGELES CA 90048 (US)
- TRK# 7382 9460 9197
- 90048