FILED

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tia Griffin
Care of D. Griffin
2442 Iowa Avenue #P14
Riverside, CA. 92507
559-307-5267

2017 JUN 21 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tia Griffin

PLAINTIFF(S),

v.

Jordan Peele, Blumhouse Productions
QC Entertainment,
NBC Universal Media, LLC DEFENDANT(S).

CASE NUMBER

5:17cv1153-JGB-KK

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside_____, State of California, and not a party to the above-entitled cause. On __6/20/2017_____, 20__17__, I served a true copy of __The Intellectual Property Complaint For Copyright Infringement__ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Fed Ex Office__
Executed on __6/20_____, 20__17__ at __Riverside_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                                Party Served

CV-40 (01/00)                               PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

To: CT CORPORATION SY State : CA
To : 818 W 7TH ST Zip : 90017
To : STE 930 Phone :
City : LOS ANGELES Value : 0.00

Date : 20Jun17
Weight : 1.45 LBS
FedEx : GROUND
Fee : 13.62

Svcs: GND PPD
TRCK: 738294609201

FROM
D. GRIFFIN (559) 307-5267

2442 IOWA AVE
STE F14
RIVERSIDE CA 92507
US

SHIP DATE: 20JUN17
ACTWGT: 1.45 LB MAN
CAD: 0545520/CAFE3012

BILL SENDER

To
CT CORPORATION SYSTEM
FOR NBC UNIVERSAL MEDIA LLC.
818 W 7TH ST
STE 930
LOS ANGELES CA 90017 (US)

INV:
PO: REF: DEPT:

FedEx Ground

G

TRK# 7382 9460 9201

90017

9622 0019 0 (000 000 0000) 0 00 7382 9460 9201

Part # 156148V-434 RIT2 EXP 04/18

