| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP** |
| 2 | 865 S. FIGUEROA ST.<br>SUITE 2400 |
| 3 | LOS ANGELES, CALIFORNIA 90017-2566<br>TELEPHONE (213) 633-6800 |
| 4 | FAX (213) 633-6899 |
| 5 | KELLI L. SAGER (State Bar No. 120162)<br>  kellisager@dwt.com |
| 6 | ERIC M. STAHL (State Bar No. 292637)<br>  ericstahl@dwt.com |
| 7 | DIANA PALACIOS (State Bar No. 290923)<br>  dianapalacios@dwt.com |
| 8 | |
| 9 | Attorneys for Defendants<br>JORDAN PEELE, BLUMHOUSE |
| 10 | PRODUCTIONS, LLC, QC ENTERTAINMENT,<br>AND NBCUNIVERSAL MEDIA, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC,<br><br>　　　　　　Defendants. | Case No. 5:17-cv-01153-JGB-KK<br><br>**NOTICE OF LODGING OF EXHIBIT 2 (DVD)**<br><br>Hearing Date:　August 21, 2017<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　1<br><br>[Notice of Motion and Motion to Dismiss; Request For Judicial Notice; Declaration of Eric M. Stahl With Exs. 1-14; and [Proposed] Order Filed Concurrently] |

TO PLAINTIFF, IN PRO PER:

PLEASE TAKE NOTICE that Defendants Jordan Peele, Blumhouse Productions, LLC, QC Entertainment and NBCUniversal Media, LLC (erroneously sued herein as "NBC Universal Media, LLC"), hereby lodges with the Court a DVD box containing the motion picture "Get Out," which is Exhibit 2 to the Declaration of Eric M. Stahl.

The DVD box contains the motion picture in two formats – standard DVD (the black disc) and Blu-ray (the silver disc). (The former should be compatible with any standard computer DVD player; the latter may not be.)

DATED: July 12, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: */s/ Kelli L. Sager*
Kelli L. Sager

Attorneys for Defendants
Jordan Peele, Blumhouse Productions, QC Entertainment and NBCUniversal Media, LLC

1

NOTICE OF LODGING
**4815-7850-0171v.2 0103245-000008**