| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP** |
| 2 | 865 S. FIGUEROA ST. |
|   | SUITE 2400 |
| 3 | LOS ANGELES, CALIFORNIA 90017-2566 |
|   | TELEPHONE (213) 633-6800 |
| 4 | FAX (213) 633-6899 |

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
JORDAN PEELE, BLUMHOUSE PRODUCTIONS, LLC, QC ENTERTAINMENT, AND NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN, | Case No. 5:17-cv-01153-JGB-KK |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BLUMHOUSE PRODUCTIONS, LLC** |
| JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Blumhouse Productions, LLC ("Blumhouse") makes the following disclosures:

Blumhouse has no parent corporation or any publicly held corporation owning 10% or more of its shares.

DATED: July 12, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: */s/ Kelli L. Sager*
      Kelli L. Sager

Attorneys for Defendants
Jordan Peele, Blumhouse Productions, QC Entertainment and NBCUniversal Media, LLC

CORPORATE DISCLOSURE STATEMENT
4839-6866-2859v.1 0103245-000008