**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
JORDAN PEELE, BLUMHOUSE PRODUCTIONS, LLC, QC ENTERTAINMENT, AND NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC,<br><br>  Defendants. | Case No. 5:17-cv-01153-JGB-KK<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT QC ENTERTAINMENT** |

---

CORPORATE DISCLOSURE STATEMENT
4842-5413-7675v.1 0103245-000008

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant QC Entertainment
2  makes the following disclosures:
3  QC Entertainment has no parent corporation or any publicly held corporation
4  owning 10% or more of its shares.
5
6  DATED:  July 12, 2017                     DAVIS WRIGHT TREMAINE LLP
7                                            KELLI L. SAGER
                                              ERIC M. STAHL
8                                            DIANA PALACIOS

9                                            By:        /s/ Kelli L. Sager
                                                           Kelli L. Sager
10
11                                            Attorneys for Defendants
                                              Jordan Peele, Blumhouse Productions, QC
12                                            Entertainment and NBCUniversal Media,
                                              LLC
13

1

CORPORATE DISCLOSURE STATEMENT
4842-5413-7675v.1 0103245-000008