**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
JORDAN PEELE, BLUMHOUSE PRODUCTIONS, LLC, QC ENTERTAINMENT, AND NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN,<br><br>             Plaintiff,<br><br>    vs.<br><br>JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC,<br><br>             Defendants. | Case No. 5:17-cv-01153-JGB-KK<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT NBCUNIVERSAL MEDIA, LLC** |

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC (erroneously sued herein as "NBC Universal Media, LLC") makes the following disclosures:

NBCUniversal Media, LLC is wholly owned by NBCUniversal, LLC. Its ultimate parent is Comcast Corporation, which is publicly traded. No other publicly held corporation holds a 10% or more equity interest in NBCUniversal, LLC.

DATED: July 12, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: _____*/s/ Kelli L. Sager*_____
        Kelli L. Sager

Attorneys for Defendants
Jordan Peele, Blumhouse Productions, QC Entertainment and NBCUniversal Media, LLC

1

CORPORATE DISCLOSURE STATEMENT
4833-8159-1371v.1 0103245-000008