| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP** |
| 2 | 865 S. FIGUEROA ST.<br>SUITE 2400 |
| 3 | LOS ANGELES, CALIFORNIA 90017-2566<br>TELEPHONE (213) 633-6800 |
| 4 | FAX (213) 633-6899 |
| 5 | KELLI L. SAGER (State Bar No. 120162)<br>  kellisager@dwt.com |
| 6 | ERIC M. STAHL (State Bar No. 292637)<br>  ericstahl@dwt.com |
| 7 | DIANA PALACIOS (State Bar No. 290923)<br>  dianapalacios@dwt.com |
| 8 | |
| 9 | Attorneys for Defendants<br>JORDAN PEELE, BLUMHOUSE |
| 10 | PRODUCTIONS, LLC, QC ENTERTAINMENT,<br>AND NBCUNIVERSAL MEDIA, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC,<br><br>                    Defendants. | Case No. 5:17-cv-01153-JGB-KK<br><br>**CERTIFICATE OF INTERESTED PARTIES BY DEFENDANTS JORDAN PEELE, BLUMHOUSE PRODUCTIONS, LLC, QC ENTERTAINMENT, AND NBCUNIVERSAL MEDIA, LLC** |

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendants Jordan Peele, Blumhouse Productions, LLC, QC Entertainment and NBCUniversal Media, LLC ("Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party: | Relationship to Case: |
|---|---|
| Tia Griffin | Plaintiff |
| Jordan Peele | Defendant |
| Blumhouse Productions, LLC | Defendant |
| QC Entertainment | Defendant |
| NBCUniversal, LLC | Defendant |
| Hiscox | Insurer |

DATED: July 12, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: _____/s/ Kelli L. Sager_____
         Kelli L. Sager

Attorneys for Defendants
Jordan Peele, Blumhouse Productions, QC Entertainment and NBCUniversal Media, LLC

1