**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
JORDAN PEELE, BLUMHOUSE
PRODUCTIONS, LLC, QC ENTERTAINMENT,
AND NBC UNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA GRIFFIN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC,<br><br>　　　　　　Defendants. | Case No. 5:17-cv-01153-JGB-KK<br><br>**DECLARATION OF ERIC M. STAHL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE; EXHIBITS 1, 3-14.**<br><br>Hearing Date:　August 21, 2017<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　1<br><br>[Notice Of Motion And Motion To Dismiss; Request For Judicial Notice; Notice Of Lodging Of Ex. 2; and [Proposed] Order Filed Concurrently] |

DECLARATION OF ERIC M. STAHL
4825-6645-4347v.6 0103245-000008

# DECLARATION OF ERIC M. STAHL

I, Eric M. Stahl, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing Defendants in this matter. The facts stated below are true of my own personal knowledge. If called to testify, I could and would competently testify to these facts.

2. Attached as **Exhibit 1** is a true and correct copy of Exhibit C to the Complaint that Plaintiff filed in this action on June 13, 2017 (Dkt. No. 1). In her Complaint, Plaintiff represents that this Exhibit contains the portions of her book "The Covering" that she alleges were infringed by Defendants. See id. pp. 7-8. (Although the Complaint describes the excerpt as chapters 5-7 of the book, the exhibit attached to the Complaint appears to contain chapters 5-8.)

3. Plaintiff states at Paragraph 13 of her Complaint that the allegedly infringed work was registered with the U.S. Copyright Office in 2014 under registration number TXu001922667. On June 16, 2017, my firm requested from the U.S. Copyright Office, on an expedited basis, a certified copy of this work. We have been advised that the order will take approximately 6 to 8 weeks to process. Defendants have been unable to find a copy of Plaintiff's book available for purchase.

4. Defendants are concurrently lodging as **Exhibit 2** a DVD box containing a true and correct copy of the motion picture "Get Out." The DVD box contains the motion picture in two formats – standard DVD (the black disc) and Blu-ray (the silver disc). (For the Court's reference, the standard disc should be compatible with any standard computer DVD player, but the Blu-ray disc may not be.)

5. **Exhibit 3** is a true and correct copy of email communications my partner Kelli Sager and I had with Plaintiff Tia Griffin, in which we attempted (among other things) to schedule a conference pursuant to Local Rule 7-3. Ms.

1

1. Griffin's position, as it had been in the state court action, was that she would not communicate with us until we formally "appeared" on behalf of the Defendants. On June 14, 2017, I emailed Plaintiff, who is in pro per, about the possibility of my firm accepting service of her Complaint on behalf of Defendants. (Plaintiff has yet to serve Defendants properly: she has not personally served the individual defendant, nor obtained or served a court-issued summons on any Defendant.) On June 22, Plaintiff declined to enter any agreement regarding service. On June 23, 2017, Ms. Sager informed Plaintiff by email that Defendants intended to respond to her complaint with a motion to dismiss, and explained that local court rules required the parties to attempt to confer before the motion was filed. On July 2, Ms. Sager emailed Plaintiff again, expressly asking "to schedule a meet-and-confer telephone conference" to discuss a motion to dismiss, and suggesting either July 3 or July 5 for the conference. Plaintiff did not respond. On July 5, 2017, at 4:07 p.m., I attempted to call Plaintiff regarding the motion to dismiss, at two separate telephone numbers that Plaintiff had used on pleadings or to call our office in the past. I was unable to leave a message at either number: one line had an outgoing message indicating it was "unable to accept calls"; the other line had only a fast busy signal. At 4:42 p.m. that same afternoon, I emailed Plaintiff again, informing her that I had tried to reach her by telephone but my calls to her did not get through, and telling her again that our office was trying to reach her to comply with the local meet-and-confer requirement. On July 6, Plaintiff emailed me, saying that she was "not obligated to talk" to me until Defendants formally appeared in the action. I explained again, in a follow-up email, that Defendants' appearance was not yet due; that Local Rule 7-3 applied regardless of whether a formal appearance had been entered; and that we remained available to confer on the motion. On July 7, Plaintiff reiterated her belief that she was not required to communicate with us. The above-referenced discussions are reflected in Exhibit 3.

6. Attached as **Exhibit 4** is the Complaint filed by Plaintiff in Griffin v.

2

DECLARATION OF ERIC M. STAHL
4825-6645-4347v.6 0103245-000008

Peele, et al., Riverside County Superior Court, RIC1703920 ("State Court Action").

7. Attached as **Exhibit 5** is the First Amended Complaint filed by Plaintiff in the State Court Action.

8. Attached as **Exhibit 6** is an order dated June 7, 2017, sustaining Defendants' Demurrer in the State Court Action without leave to amend. The state court found it lacked subject matter jurisdiction over her claims under 28 U.S.C. § 1338(a). (Prior to filing the Demurrer, Defendants had advised Plaintiff repeatedly that federal courts have exclusive jurisdiction over copyright claims, but she declined to dismiss her state case voluntarily.)

9. Attached as **Exhibit 7** is an order dated June 7, 2017, denying Defendants' Special Motion to Strike in the State Court Action.

10. Attached as **Exhibit 8** is the order granting Defendants' motion to dismiss in Fillmore v. Blumhouse Productions, et al., (C.D. Cal.), Case No. 2:16-cv-04348-AB-SS. (The plaintiff in that case has filed a notice of appeal.)

11. Attached as **Exhibit 9** are true and correct copies of the following statistical summaries concerning the number of automobile collisions with deer for the years identified in the documents: Deer Stats by State 2016, State Farm, available at https://newsroom.statefarm.com/download/234883/allstates2015-16deerstats-finalpdf.pdf; "Car and Deer Collisions Cause 200 Deaths, Cost $4 Billion a Year," Insurance Journal (Oct. 24, 2012), available at http://www.insurancejournal.com/news/national/2012/10/24/267786.htm; "Deer Car Accidents, Deer Collisions: States Where You Are Most Likely Hit a Deer Driving," ABC News (Oct. 8, 2010), available at http://abcnews.go.com/Travel/deer-car-collisions-state-hit-deer-driving/story?id=11826266; and "Investigation of Crashes with Animals," Federal Highway Administration, available at https://www.fhwa.dot.gov/publications/research/safety/humanfac/94156.cfm. At my direction, my colleague Diana Palacios downloaded these summaries from the Internet at the address indicated above on July 11, 2017.

12. Also included in Exhibit 9 are true and correct copies of summaries of films and books that depict a deer-vehicle collision: "River Road: A Novel," Simon & Schuster, available at http://www.simonandschuster.com/books/River-Road/Carol-Goodman/9781501109911; "Seeing Deer," Orion Magazine, available at https://orionmagazine.org/article/seeing-deer/; "Synopsis for Tammy," IMDB, available at http://www.imdb.com/title/tt2103254/synopsis?ref_=tt_stry_pl; and, "Synopsis for Cabin Fever," IMDB, available at http://www.imdb.com/title/tt0303816/synopsis?ref_=tt_stry_pl. At my direction, Ms. Palacios downloaded these summaries from the Internet at the addresses indicated above on July 11, 2017.

13. Attached as **Exhibit 10** are true and correct copies of articles summarizing statistics and data tables on families sizes: "Family Households, By Type, Age Of Own Children, Age Of Family Members, And Age Of Householder: 2016," U.S. Census Bureau, available at https://www.census.gov/data/tables/2016/demo/families/cps-2016.html; "The American Family Today," Pew Research Center (Dec. 17, 2015), available at http://www.pewsocialtrends.org/2015/12/17/1-the-american-family-today/; and "The Nuclear Family Is Still The Majority of the U.S. Households – Just Barely," Fast Company (July 26, 2016), available at https://www.fastcompany.com/3062162/the-nuclear-family-is-still-the-majority-of-us-households-just-barely. At my direction, Ms. Palacios downloaded these summaries and tables from the Internet at the addresses indicated above on July 11, 2017.

14. Attached as **Exhibit 11** is a true and correct copy of the following web pages on pet statistics: "Pets by the Numbers," Humane Society, available at http://www.humanesociety.org/issues/pet_overpopulation/facts/pet_ownership_statistics.html?referrer=https://www.google.com/; and "New Survey Reveals Pet Ownership at All-Time High," American Pet Products Association (Feb. 21, 2013),

available at http://media.americanpetproducts.org/press.php?include=144262.  At my direction, Ms. Palacios downloaded these web pages from the Internet at the address indicated above on July 11, 2017.

15. Attached as **Exhibit 12** is a true and correct excerpt of an online search for books on Amazon.com based on the phrase "interracial relationship," which resulted in over two thousand hits.  At my direction, Ms. Palacios conducted this search and downloaded a web printout on July 11, 2017.

16. Also attached as Exhibit 12 is a true and correct copy of the article "The Faces of Intermarriage, 50 Years After Loving v. Virginia," The New York Times (July 6, 2017), available at https://nyti.ms/2tPTIcJ.  At my direction, Ms. Palacios downloaded this article from the Internet at the address indicated above on July 11, 2017.

17. Also attached as Exhibit 12 is a true and correct copy of the news release entitled "2010 Census Shows Interracial and Interethnic Married Couples Grew by 28 Percent over Decade," U.S. Census Bureau (Apr. 25, 2012), available at https://www.census.gov/newsroom/releases/archives/2010_census/cb12-68.html.

18. Also attached as Exhibit 12 are true and correct copies of summaries of films and books about interracial romantic relationships: "Synopsis for Guess Who's Coming to Dinner," IMDB, available at http://www.imdb.com/title/tt0061735/synopsis?ref_=tt_stry_pl; "Guess Who," Roger Ebert (March 24, 2005), available at http://www.rogerebert.com/reviews/guess-who-2005; "Synopsis for Loving," IMDB, available at http://www.imdb.com/title/tt4669986/synopsis?ref_=tt_stry_pl; "Synopsis for Jungle Fever," IMDB, available at http://www.imdb.com/title/tt0102175/synopsis?ref_=tt_stry_pl; "Loving vs. Virginia: A Documentary Novel of the Landmark Civil Rights Case," Publishers Weekly, available at https://www.publishersweekly.com/978-1-4521-2590-9; "Book Review: 'The Girl Who Fell From the Sky' by Heidi W. Durrow," The Washington Post (Feb.

20, 2010), available at http://www.washingtonpost.com/wp-dyn/content/article/2010/02/19/AR2010021904491.html; "'The Story of a Beautiful Girl': Love among the disturbed and forgotten," The Washington Post (June 7, 2011), available at https://www.washingtonpost.com/entertainment/books/the-story-of-a-beautiful-girl-love-among-the-disturbed-and-forgotten/2011/05/19/AGu5fRLH_story.html?utm_term=.ec2657d52f4b; "'Wherever There Is Light' review: A tale of lovers caught in history," The Washington Post (Nov. 24, 2015), available at https://www.washingtonpost.com/entertainment/books/wherever-there-is-light-review-a-tale-of-lovers-caught-in-history/2015/11/24/342d9290-92cf-11e5-a2d6-f57908580b1f_story.html?utm_term=.900664273017; "Synopsis for The Bodyguard," IMDB, available at http://www.imdb.com/title/tt0103855/synopsis?ref_=tt_stry_pl; and "Synopsis for Lakeview Terrace," IMDB, available at http://www.imdb.com/title/tt0947802/synopsis?ref_=tt_stry_pl.  At my direction, Ms. Palacios downloaded these articles and summaries from the Internet at the addresses indicated above on July 11, 2017.

19. Attached as **Exhibit 13** is a true and correct excerpt of an online search on Google.com for the phrase "meeting boyfriend's parents," which resulted in over 1.2 million results.  At my direction, Ms. Palacios conducted this search and downloaded a web printout on July 11, 2017.

20. Also attached as Exhibit 13 are true and correct copies of summaries of films and books depicting romantic couples "meeting the parents for the first time": "The Other Woman," Publishers Weekly, available https://www.publishersweekly.com/978-0-670-03404-8; "Meet the Parents," Roger Ebert (Oct. 6, 2000), available at http://www.rogerebert.com/reviews/meet-the-parents-2000; "Synopsis for The Family Stone," IMDB, available at http://www.imdb.com/title/tt0356680/synopsis?ref_=tt_stry_pl; "Synopsis for The

DECLARATION OF ERIC M. STAHL
4825-6645-4347v.6 0103245-000008

Proposal," IMDB, available at http://www.imdb.com/title/tt1041829/synopsis?ref_=tt_stry_pl; "Synopsis for Why Him?," IMDB, available at http://www.imdb.com/title/tt4501244/synopsis?ref_=tt_stry_pl; "Bringing My White Boyfriend Home to Mom," The New York Times (Oct. 8, 2012), available at http://www.nytimes.com/2012/10/09/booming/09children-booming.html; and "10 Hilariously Awkward Meet-the-Parents Stories," Glamour, available https://www.glamour.com/gallery/hilariously-awkward-meet-the-parents-stories. At my direction, Ms. Palacios downloaded these articles and summaries from the Internet at the addresses indicated above on July 11, 2017.

21. Attached as **Exhibit 14** are true and correct copies of excerpts and summaries of works depicting or discussing conflict with a significant others' family: Bible, Genesis, Chapter 26, Verses 34-35, available at https://www.kingjamesbibleonline.org/Genesis-Chapter-26/; Bible, Luke, Chapter 12, Verses 52-53, available at https://www.kingjamesbibleonline.org/Luke-Chapter-12/l; "Synopsis for Meet the Fockers?," IMDB, available at http://www.imdb.com/title/tt0290002/synopsis?ref_=tt_stry_pl; "Synopsis for Shrek 2," IMDB, available at http://www.imdb.com/title/tt0298148/synopsis?ref_=tt_stry_pl; "Synopsis for The Great Outdoors," IMDB, available at http://www.imdb.com/title/tt0095253/synopsis?ref_=tt_stry_pl; "Synopsis for National Lampoon's Christmas Vacation," IMDB, available at http://www.imdb.com/title/tt0097958/synopsis?ref_=tt_stry_pl; "Film: Arkin and Falk In Comic 'In-Laws': Comedy of Insanity," The New York Times (June 15, 1979), available at http://www.nytimes.com/movie/review?res=9B03EFD61539E732A25756C1A9609C946890D6CF; "Synopsis for My Big Fat Greek Wedding," IMDB, available at http://www.imdb.com/title/tt0259446/synopsis?ref_=tt_stry_pl; "Synopsis for Four

7

Christmases," IMDB, available at http://www.imdb.com/title/tt0369436/synopsis?ref_=tt_stry_pl; "Love Story by Erich Segal – review," The Guardian (Nov. 25, 2011), available at https://www.theguardian.com/childrens-books-site/2011/nov/25/love-story-erich-segal-review; and "When did you get hooked?" London Review of Books (April 11, 2013), available at https://www.lrb.co.uk/v35/n07/john-lanchester/when-did-you-get-hooked.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 12th day of July, 2017, in Seattle, Washington.

               */s/ Eric M. Stahl*
               Eric M. Stahl