| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP**<br>865 S. FIGUEROA ST. |
| 2 | SUITE 2400<br>LOS ANGELES, CALIFORNIA 90017-2566 |
| 3 | TELEPHONE (213) 633-6800<br>FAX (213) 633-6899 |
| 4 | |
| 5 | KELLI L. SAGER (State Bar No. 120162)<br>  kellisager@dwt.com |
| 6 | ERIC M. STAHL (State Bar No. 292637)<br>  ericstahl@dwt.com |
| 7 | DIANA PALACIOS (State Bar No. 290923)<br>  dianapalacios@dwt.com |
| 8 | Attorneys for Defendants |
| 9 | JORDAN PEELE, BLUMHOUSE PRODUCTIONS, LLC, QC ENTERTAINMENT, AND NBCUNIVERSAL MEDIA, LLC |
| 10 | |

11   UNITED STATES DISTRICT COURT

12   CENTRAL DISTRICT OF CALIFORNIA

13   EASTERN DIVISION

| | | |
|---|---|---|
| 14 | TIA GRIFFIN, | Case No. 5:17-cv-01153-JGB-KK |
| 15 | Plaintiff, | **DEFENDANTS' INDEX OF EXHIBITS 1-14** |
| 16 | vs. | Hearing Date: August 21, 2017<br>Time: 9:00 a.m.<br>Courtroom: 1 |
| 17 | JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, AND NBC UNIVERSAL MEDIA, LLC, | |
| 18 | | |
| 19 | | [Notice of Motion and Motion to Dismiss; Request For Judicial Notice; Declaration of Eric M. Stahl With Exs. 1, 3-14; and [Proposed] Order Filed Concurrently] |
| 20 | Defendants. | |

## DEFENDANTS' INDEX OF EXHIBITS 1-14

Attached is a true and correct copy of all evidence submitted in support of Defendants' Motion to Dismiss and Request for Judicial Notice.

| | **Declaration of Eric M. Stahl** |
|---|---|
| Exh. No. | Title |
| 1. | Exhibit C to the Complaint that Plaintiff filed in this action on June 13, 2017 (Excerpts of Plaintiff's book "The Covering") |
| 2. | DVD box containing a true and correct copy of the motion picture "Get Out" (Lodged with the Court) |
| 3. | Email communications between Plaintiff Tia Griffin and Defendants' counsel |
| 4. | Complaint filed by Plaintiff in <u>Griffin v. Peele, et al.</u>, Riverside County Superior Court, RIC1703920 ("State Court Action") |
| 5. | First Amended Complaint filed by Plaintiff in the State Court Action |
| 6. | Order dated June 7, 2017, sustaining Defendants' Demurrer in the State Court Action without leave to amend |
| 7. | Order dated June 7, 2017, denying Defendants' Special Motion to Strike in the State Court Action |
| 8. | Order granting Defendants' motion to dismiss in <u>Fillmore v. Blumhouse Productions, et al.</u>, (C.D. Cal.), Case No. 2:16-cv-04348-AB-SS |
| 9. | Deer Stats by State 2016, State Farm;<br><br>"Car and Deer Collisions Cause 200 Deaths Cost $4 Billion a Year," <u>Insurance Journal</u> (Oct. 24, 2012);<br><br>"Deer Car Accidents, Deer Collisions: States Where You Are Most Likely Hit a Deer Driving," ABC News (Oct. 8, 2010);<br><br>"Investigation of Crashes with Animals," Federal Highway Administration;<br><br>"River Road: A Novel," Simon & Schuster; |

1

DEFENDANTS' INDEX OF EXHIBITS 1-14
4810-9386-2475v.1 0103245-000008

| Exh. No. | Title |
|---|---|
|  | "Seeing Deer," Orion Magazine; |
|  | "Synopsis for Tammy," IMDB; |
|  | "Synopsis for Cabin Fever," IMDB. |
| 10. | "Family Households, By Type, Age Of Own Children, Age Of Family Members, And Age Of Householder: 2016," U.S. Census Bureau; |
|  | "The American Family Today," Pew Research Center (Dec. 17, 2015); |
|  | "The Nuclear Family Is Still The Majority of the U.S. Households – Just Barely," Fast Company (July 26, 2016). |
| 11. | "Pets by the Numbers," Humane Society; |
|  | "New Survey Reveals Pet Ownership at All-Time High," American Pet Products Association (Feb. 21, 2013). |
| 12. | Excerpt of an online search for books on Amazon.com for based on the phrase "interracial relationship"; |
|  | "The Faces of Intermarriage, 50 Years After Loving v. Virginia," The New York Times (July 6, 2017); |
|  | "2010 Census Shows Interracial and Interethnic Married Couples Grew by 28 Percent over Decade," U.S. Census Bureau (Apr. 25, 2012); |
|  | "Synopsis for Guess Who's Coming to Dinner," IMDB; |
|  | "Guess Who," Roger Ebert (March 24, 2005); |
|  | "Synopsis for Loving," IMDB; |
|  | "Synopsis for Jungle Fever," IMDB; |
|  | "Loving vs. Virginia: A Documentary Novel of the Landmark Civil Rights Case," Publishers Weekly; |
|  | "Book Review: 'The Girl Who Fell From the Sky' by Heidi W. Durrow," The Washington Post (Feb. 20, 2010); |
|  | "'The Story of a Beautiful Girl': Love among the disturbed and forgotten," The Washington Post (June 7, 2011); |
|  | "'Wherever There Is Light' review: A tale of lovers caught in history," The Washington Post (Nov. 24, 2015); |
|  | "Synopsis for The Bodyguard," IMDB; |

| Exh. No. | Title |
|---|---|
| | "Synopsis for Lakeview Terrace," IMDB. |
| 13. | Excerpt of an online search on Google.com for the phrase "interracial relationship; |
| | "The Other Woman," Publishers Weekly; |
| | "Meet the Parents," Roger Ebert (Oct. 6, 2000); |
| | "Synopsis for The Family Stone," IMDB; |
| | "Synopsis for The Proposal," IMDB; |
| | "Synopsis for Why Him?," IMDB; |
| | "Bringing My White Boyfriend Home to Mom," The New York Times (Oct. 8, 2012); |
| | "10 Hilariously Awkward Meet-the-Parents Stories," Glamour. |
| 14. | Bible, Genesis, Chapter 26, Verses 34-35; |
| | Bible, Luke, Chapter 12, Verses 52-53; |
| | "Synopsis for Meet the Fockers?," IMDB; |
| | "Synopsis for Shrek 2," IMDB; |
| | "Synopsis for The Great Outdoors," IMDB; |
| | "Synopsis for National Lampoon's Christmas Vacation," IMDB; |
| | "Film: Arkin and Falk In Comic 'In-Laws': Comedy of Insanity," The New York Times (June 15, 1979); |
| | "Synopsis for My Big Fat Greek Wedding," IMDB; |
| | "Synopsis for Four Christmases," IMDB; |
| | "Love Story by Erich Segal – review," The Guardian (Nov. 25, 2011); |
| | "When did you get hooked?" London Review of Books (April 11, 2013). |

DATED: July 12, 2017

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
DIANA PALACIOS

By: */s/ Kelli L. Sager*
      Kelli L. Sager
Attorneys for Defendants