Exhibit 9

| State | Estimated Industry Claims Counts 2015-16 | Licensed Drivers | 2015-16 Likelihood of Collision with Deer | 2015-16 State Ranking | Estimated Industry Claims Counts 2014-15 | Licensed Drivers | 2014-15 Likelihood of Collision with Deer | 2014-15 State Ranking | % increase or decrease |
|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 28,794 | 3,881,542 | 1 in 135 | 22 | 29,111 | 3,859,403 | 1 in 133 | 21 | 1.5% Decrease |
| ALASKA | 1,135 | 531,744 | 1 in 468 | 43 | 1,024,590 | 528,873 | 1 in 516 | 44 | 10.3% Increase |
| ARIZONA | 4,155 | 4,881,801 | 1 in 1,175 | 50 | 3,593 | 4,791,450 | 1 in 1,334 | 50 | 13.5% Increase |
| ARKANSAS | 22,100 | 2,111,873 | 1 in 96 | 14 | 20,763 | 2,097,201 | 1 in 101 | 13 | 5.2% Increase |
| CALIFORNIA | 23,316 | 24,813,346 | 1 in 1,064 | 49 | 23,281 | 24,390,236 | 1 in 1,048 | 47 | 8.8% Decrease |
| COLORADO | 14,782 | 3,883,362 | 1 in 263 | 37 | 12,643 | 3,837,488 | 1 in 304 | 40 | 15.6% Increase |
| CONNECTICUT | 8,118 | 2,542,588 | 1 in 313 | 41 | 8,653 | 2,534,090 | 1 in 293 | 38 | 6.4% Decrease |
| DELAWARE | 4,948 | 732,349 | 1 in 148 | 28 | 5,113 | 723,657 | 1 in 142 | 23 | 4.1% Decrease |
| DISTRICT OF COLUMBIA | 609 | 419,896 | 1 in 689 | 46 | 392 | 405,555 | 1 in 1,035 | 48 | 50.2% Increase |
| FLORIDA | 15,390 | 13,898,347 | 1 in 903 | 47 | 14,706 | 13,670,441 | 1 in 930 | 46 | 3% Increase |
| GEORGIA | 52,819 | 6,650,434 | 1 in 126 | 19 | 51,766 | 6,607,016 | 1 in 128 | 19 | 1.6% Increase |
| HAWAII | 48 | 902,639 | 1 in 18,955 | 51 | 104 | 915,033 | 1 in 8,765 | 51 | 53.8% Decrease |
| IDAHO | 7,688 | 1,128,497 | 1 in 147 | 26 | 7,635 | 1,111,485 | 1 in 146 | 26 | 0.7% Decrease |
| ILLINOIS | 43,634 | 8,373,565 | 1 in 192 | 32 | 41,597 | 8,261,582 | 1 in 199 | 33 | 3.6% Increase |
| INDIANA | 32,779 | 4,448,099 | 1 in 136 | 23 | 31,679 | 4,500,403 | 1 in 142 | 23 | 4.4% Increase |
| IOWA | 32,559 | 2,227,950 | 1 in 68 | 4 | 31,755 | 2,143,665 | 1 in 68 | 3 | no change |
| KANSAS | 16,181 | 2,021,271 | 1 in 125 | 18 | 16,100 | 2,017,759 | 1 in 125 | 18 | no change |
| KENTUCKY | 29,156 | 3,004,919 | 1 in 103 | 15 | 26,748 | 3,019,283 | 1 in 113 | 14 | 9.7% Increase |
| LOUISIANA | 11,031 | 3,312,630 | 1 in 300 | 39 | 9,778 | 3,278,143 | 1 in 335 | 41 | 11.7% Increase |

Exhibit 9
1 of 27

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAINE | 7,357 | 1,018,918 | 1 in 138 | 24 | 6,397 | 1,011,385 | 1 in 158 | 28 | 14.5% Increase |
| MARYLAND | 29,716 | 4,142,997 | 1 in 139 | 25 | 30,985 | 4,140,105 | 1 in 134 | 22 | 3.6% Decrease |
| MASSACHUSETTS | 7,500 | 4,765,586 | 1 in 635 | 45 | 10,750 | 4,765,586 | 1 in 443 | 43 | 30.2% Decrease |
| MICHIGAN | 82,702 | 7,046,433 | 1 in 85 | 8 | 72,109 | 6,986,587 | 1 in 97 | 10 | 14.1% Increase |
| MINNESOTA | 42,207 | 3,357,468 | 1 in 80 | 7 | 41,203 | 3,330,725 | 1 in 81 | 7 | 1.3% Increase |
| MISSISSIPPI | 22,733 | 1,977,679 | 1 in 87 | 10 | 22,373 | 1,968,907 | 1 in 88 | 8 | 1.1% Increase |
| MISSOURI | 36,770 | 4,295,224 | 1 in 117 | 17 | 35,557 | 4,280,438 | 1 in 120 | 17 | 2.6% Increase |
| MONTANA | 13,316 | 768,703 | 1 in 58 | 2 | 12,172 | 766,716 | 1 in 63 | 2 | 8.6% Increase |
| NEBRASKA | 10,509 | 1,383,693 | 1 in 132 | 21 | 9,625 | 1,374,529 | 1 in 143 | 25 | 8.3% Increase |
| NEVADA | 1,765 | 1,796,443 | 1 in 1,018 | 48 | 1,549 | 1,756,095 | 1 in 1,134 | 49 | 11.4% Increase |
| NEW HAMPSHIRE | 4,590 | 1,071,963 | 1 in 234 | 34 | 4,217 | 1,061,433 | 1 in 252 | 35 | 7.7% Increase |
| NEW JERSEY | 24,617 | 6,152,634 | 1 in 250 | 36 | 25,976 | 6,081,386 | 1 in 234 | 34 | 6.4% Decrease |
| NEW MEXICO | 3,042 | 1,444,857 | 1 in 475 | 44 | 2,810 | 1,456,500 | 1 in 518 | 45 | 9.1% Increase |
| NEW YORK | 70,405 | 11,318,198 | 1 in 161 | 30 | 70,355 | 11,210,783 | 1 in 159 | 27 | 4.3% Decrease |
| NORTH CAROLINA | 61,047 | 7,025,333 | 1 in 115 | 16 | 59,422 | 6,822,902 | 1 in 115 | 16 | no change |
| NORTH DAKOTA | 5,773 | 527,541 | 1 in 91 | 11 | 4,557 | 513,838 | 1 in 113 | 14 | 24.2% Increase |
| OHIO | 62,874 | 7,915,907 | 1 in 126 | 19 | 61,268 | 8,030,421 | 1 in 131 | 20 | 4% Increase |
| OKLAHOMA | 12,605 | 2,451,972 | 1 in 195 | 33 | 12,217 | 2,418,307 | 1 in 198 | 32 | 1.5% Increase |
| OREGON | 11,661 | 2,785,446 | 1 in 239 | 35 | 10,991 | 2,773,373 | 1 in 252 | 35 | 5.4% Increase |
| PENNSYLVANIA | 133,817 | 8,915,641 | 1 in 67 | 3 | 126,275 | 8,896,590 | 1 in 70 | 4 | 4.5% Increase |
| RHODE ISLAND | 2,167 | 748,337 | 1 in 345 | 42 | 2,833 | 749,232 | 1 in 264 | 37 | 23.5% Decrease |

Exhibit 9
2 of 27

| SOUTH CAROLINA | 39,052 | 3,617,535 | 1 in 93 | 12 | 37,298 | 3,536,404 | 1 in 95 | 9 | 2.2% Increase |
|---|---|---|---|---|---|---|---|---|---|
| SOUTH DAKOTA | 8,765 | 609,908 | 1 in 70 | 5 | 8,282 | 603,643 | 1 in 73 | 5 | 4.3% Increase |
| TENNESSEE | 31,408 | 4,613,166 | 1 in 147 | 26 | 27,039 | 4,605,100 | 1 in 170 | 29 | 15.6% Increase |
| TEXAS | 54,408 | 15,648,733 | 1 in 288 | 38 | 52,000 | 15,447,273 | 1 in 297 | 39 | 3.1% Increase |
| UTAH | 9,511 | 1,425,703 | 1 in 150 | 29 | 8,531 | 1,661,219 | 1 in 195 | 30 | 30% Increase |
| VERMONT | 3,114 | 545,312 | 1 in 175 | 31 | 2,783 | 543,057 | 1 in 195 | 30 | 11.4% Increase |
| VIRGINIA | 61,141 | 5,769,063 | 1 in 94 | 13 | 57,503 | 5,602,765 | 1 in 97 | 10 | 3.2% Increase |
| WASHINGTON | 17,612 | 5,401,139 | 1 in 307 | 40 | 15,743 | 5,301,630 | 1 in 337 | 42 | 9.8% increase |
| WEST VIRGINIA | 28,254 | 1,171,907 | 1 in 41 | 1 | 26,928 | 1,177,136 | 1 in 44 | 1 | 7.3% Increase |
| WISCONSIN | 54,597 | 4,188,194 | 1 in 77 | 6 | 54,280 | 4,171,427 | 1 in 77 | 6 | no change |
| WYOMING | 5,012 | 423,987 | 1 in 85 | 8 | 4,236 | 421,473 | 1 in 100 | 12 | 17.6% Increase |
| UNITED STATES TOTAL | 1,309,288 | 214,092,472 | 1 in 164 | NA | 1,254,704 | 212,159,728 | 1 in 169 | NA | 3% Increase |

Exhibit 9
3 of 27

MYNEWMARKETS.COM | CLAIMS JOURNAL | INSURANCE JOURNAL TV | ACADEMY OF INSURANCE | CARRIER MANAGEMENT



Featured Stories

Tennis Pro Williams Crash Update

Financial Woes for City of Hartford

Current Magazine



Read Online
Subscribe
On the iPad

| News | Markets | Jobs |

[ Search ]

| Front Page | News | Topics | Magazines | Research | Directories | Jobs | Features | Subscribe |

| Most Popular | National | International | East | Midwest | South Central | Southeast | West |



Stop Commercial Use.



DRN

# Car and Deer Collisions Cause 200 Deaths, Cost $4 Billion a Year

October 24, 2012

Email This    Print    Newsletters

Recommend  779    Tweet    Share    47

| Article | 35 Comments |

Cars and deer can be a lethal combination. An increase in urban sprawl and more roads being built through wildlife habitats have displaced deer from their natural habitat, leading to a rise in deer-vehicle collisions, according to the Insurance Information Institute (I.I.I.)

Deer migration and mating season generally runs from October through December, and causes a dramatic increase in the movement of the deer population. As a result, more deer-vehicle collisions occur in this period than at any other time of year, so drivers need to be especially vigilant.

A word from our sponsor:



Vacant Buildings / V  acant Dwellings
Gorst & Compass offers you competitive quotes for your vacant risks. We are offer basic & special form with flexible policy terms and high commissions. Building limits can range from $100,000 to $25,000,000. Quote online at www.gorstcompass.com.

An estimated 1.23 million deer-vehicle collisions occurred in the U.S. between July 1, 2011 and June 30, 2012, costing more than $4 billion in vehicle damage, according to State Farm, the nation's leading auto insurer.

Damage caused by an accident with deer or other animals is covered under the optional comprehensive portion (not the collision portion) of an automobile insurance policy. Comprehensive auto insurance includes coverage for: fire, theft, vandalism or malicious damage, riot, flood, earthquake or explosion, hail, windstorm, falling or flying objects, damage



We tend to see risk a little differently.

See how we score ▶

CoreLogic

MOST POPULAR

| Now | This W eek | Commented |

  In America's Richest State, the Capital Flirts with Bankruptcy

  Florida Police Rescind Determination of Fault in V enus Williams Crash

  Burand's State of P/C Insurance Industry Part 2: How to Pick W  inners as More Carriers Consolidate or W  aste Away

Exhibit 9
4 of 27

due to contact with a bird or animal and sometimes, depending on the policy, windshield damage.

The average claim for deer-vehicle collisions between July 1, 2011 and June 30, 2012 was $3,305, up 4.4 percent from the previous year with costs varying depending on the type of vehicle and severity of the damage. Over the last four years, the number of deer-related claims paid out by State Farm increased 7.9 percent, while other claims involving moving vehicles (i.e. first-party, physical damage claims not caused by weather, criminal activity or fire) declined 8.6 percent.

The Insurance Institute for Highway Safety (IIHS) noted that deer-vehicle collisions in the U.S. cause about 200 fatalities annually.

Get Insurance Journal  Every Day

your email                                subscribe

Email This      Print      Newsletters

Recommend  779      Tweet      Share      47

Like   779 people like this. Sign Up to see what your friends like.

Companies:  State Farm Mutual Automobile Insurance Company

Categories:  National News

Topics:  auto insurance claim costs, car deer collisions, deer collision cost, deer collisions, Research and Trends

Have a hot lead? Email us at newsdesk@insurancejournal.com



Advertisers

- Grow your agency's social media following, learn how to publish engaging content, and get our free social media guide today.

Latest Comments

 Stephen Sparks says:                              DECEMBER 5, 2016 AT 10:34 AM

Notice the priorities of the trillion dollar a year insurance industry OVER 4 BILLION dollars lost each year! Boo hoo! oh, yeah, btw...200 people died.

 dat boi says:                                      NOVEMBER 16, 2016 AT 11:49 AM

YEAAHHHH BOIII

JOJO says:                                              NOVEMBER 9, 2016 AT 11:29 AM

Liberty Mutual Prevails in $3.6M 'Guaranteed Cost' W orkers' Comp Premium Case

Court: Insurer Off the Hook for $500K Settlement to Florida Spa Guest

More Top Stories

INDUSTRY INSIGHT



Why Cyber Should Be T reated as Standalone Insurance

Firms V alue Cyber Assets Highly Until T ime for Insurance

Risk Managers in Denial Over Disruptive T echnologies

PotashCorp' s Seaman Takes Helm as 2017 RIMS President

St. Joseph' s Team Wins Spencer-RIMS Risk Management Challenge



RESEARCH AND WHITE PAPERS

 ACADEMY OF INSURANCE
When P/C Insurance Carriers Can Cancel: Underwriting Period by State

 WEBINAR / ACADEMY OF INSURANCE
The All-in-One Guide to Statutory Insurance Carrier Notification Requirements

FREE NEWSLETTERS

   Sign up to receive insurance news alerts!

☐ Daily Headlines
☐ Most Popular This Week
☐ MyNewMarkets.com Daily
☐ Insurance Jobs Newsletter (weekly)
☐ Carrier Management (new)

Enter your email      Subscribe

Exhibit 9
5 of 27

Tell me the wensar to my question do you want or you are against animal crosing tell me NOOOOWWWW????!!!!!!

See all comments

Have a news tip? T ell us.

## Add a Comment

*Your email address will not be published. Required fields are marked

Name*

Email*

Comment

[ ] Post Comment

Notify me of comments via e-mail [ ]

## See Comments (35)

### CURRENT ISSUE



Read Online

Download PDF

Subscribe

Available on the iPad

### FEATURED VIDEOS



Retaining Y oung Talent
Watch Now



Outgoing Florida CFO Atwater Recalls Successes, Frustrations With Industry
Listen Now

### EDITORS AND CONTRIBUTORS


STEPHANIE K. JONES
Iowa GOP's W orkers' Comp Bill Signed by Governor


DON JERGLER
Golden Bear Claims Manager Addresses Agency Fraud


RANDY SCHWANTZ
The Wedge: Top 7 Agency , Producers Problems Owners Should Solve


AMY O' CONNOR
North Carolina Regulator Calls 13.8% Auto Rate Hike Unwarranted

### QUOTE OF NOTE

Financial services firms will need a 'phygital' strategy that integrates technology, branch networks and staff to provide a service that combines physical and digital capabilities and gives consumers a choice.

More Quotes

### PARTNER CENTER

## More News



Wells Fargo Nears $142 Million Consumer Settlement Over Fake



Banks Blast Rule Exposing Them to Consumer Class



More Senior Citizens Working Past Retirement Age



Deluges Follow Droughts as 'Hydrological



South Carolina Sets Insurer Deadline Related to New Moped



Massachusetts' Knight-Dik Insurance: 100 Years, Four



Pennsylvania a Leader in National Investigation into Sale



California Surplus Lines Don't W ant to be Left Out of State' s

More News Features

**Exhibit 9**
**6 of 27**




## READER POLL

Who stands to gain the most from shifting more flood insurance business to the private sector?

- ○ Private insurers
- ○ Private reinsurers
- ○ Taxpayers
- ○ Flood insurance policyholders
- ○ Insurance agents and brokers
- ○ Other:

[ Vote ]   View Results

### INSURANCE JOBS

Commercial Field Underwriter - Indianapolis, IN

Loss Control Consultant - Indianapolis, IN

Inside Property Claims Adjuster - Indianapolis, IN

Loss Control Field Representative - Indianapolis, IN

Surety Underwriting Assistant - Indianapolis, IN



How Training in Property Underwriting Can Help Cyber Underwriters

Ironshore CEO Kelley T alks Goals Under Liberty Mutual

5 Tips for Selling Umbrella Insurance

Cyber Liability Sales Show More Growth, Price Stability: Report

### CLAIMSJOURNAL.COM
A Product of Insurance Journal

Wisconsin Appeals Court Erases $750K Medical Malpractice Damages Cap

New Law Prompts Some Kansas Cities to Close W ater Slides

Disastrous Fyre Festival Sheds Light on Events Insurance

Connecticut Homeowners Dispute With Insurers Hinges on Definition of Collapse

### INSURANCE JOURNAL'S
### ACADEMY OF INSURANCE

Jul 20 Certificate of Insurance: Y ou Can't Always Get What Y ou Want

Aug 24 Hope I Die Before I Get Old Else Medicare is Going to Knock me Cold

Sep 14 Are Water Damage Claims Drowning Y our Profits?

Oct 12 Interview Right or Else Hire Wrong



| Insurance News | Features | Connect with us | Insurance Journal |
|---|---|---|---|
| News by Region | Insurance Markets Directory | Email Newsletters | Submit News |
| News by Topic | Forums | Magazine Subscriptions | Advertise |
| Yesterday | A.M. Best Company Ratings | For Your Website | Subscribe |
| Site Search | Industry Events | RSS Feeds | Reprints |
| | Agencies Wanted / For Sale | Twitter | Link to Us |
| [ Go ] | Buyers Guide | Facebook | Contact Us |
| | Newswire | LinkedIn | Wells Media Group Network |
| | Ad Showcase | | Insurance Journal Online |
| | Insurance Jobs | | MyNewMarkets.com |
| | | | Claims Journal |

**Exhibit 9**
**7 of 27**

Insurance Journal TV

Academy of Insurance

Carrier Management

© 2017 by Wells Media Group, Inc. Privacy Policy | Terms & Conditions | Site Map

**Exhibit 9**
**8 of 27**

SENIORS BORN BEFORE 1954 – OBAMA INCREASES AMOUNT YOU CAN GET FROM REVERSE MORTGAGES

TAP YOUR AGE:    62-65    66-70    71-75    OVER 75

Calculate Your Reverse Morgage Payment

LowerMyBills.com

# Oh Deer: States With the Most Collisions

By SCOTT MAYEROWITZ  ·  Oct. 8, 2010      Share with Facebook      Share with Twitter

Ad 1 of 1                                                          Video starts in:22



Learn More



ABCNEWS.com

**COMING UP**  |  Deer Magnet: Teen Hits Five In a Year

Before you set out for that weekend road trip through the fall foliage, remember that the next three months have the highest number of deer-car collisions.

October, November and December are deer migration and mating season and more accidents are expected this year than in past seasons. Deer populations are growing and their habitats are being displaced by urban sprawl.

State Farm, the auto insurance company, said that while the number of miles driven by U.S. motorists over the past five years has increased just 2 percent, the number of deer-vehicle collisions in this country during that time has grown by ten times that amount.

Using its claims data, State Farm estimated that 2.3 million collisions between deer and vehicles occurred in the U.S. during the two-year period ending on June 30. That's 21.1 percent more than five years earlier.

To put it another way, during the time it takes you to read this paragraph, a collision between a deer and vehicle will likely have taken place. (They are most likely during the last three months of the year and in the early evening.)

According to the Insurance Institute for Highway Safety, deer-vehicle collisions in the U.S. cause about 200 fatalities each year. The average damage to a car or truck is $3,103.

**Stay Up to Date on the Latest Travel Trends from ABC News on Twitter**

**Exhibit 9**
**9 of 27**

State Farm took a look at the overall number of reported collisions in each state and weighed them by the total number of licensed drivers.

For the fourth year in a row, West Virginia tops the list of states where a driver is most likely to collide with a deer. The odds: 1 in 42.

Iowa is second on the list at 1 in 67, following by Michigan at 1 in 70. The state in which deer-vehicle collisions are least likely is still Hawaii – with the odds of deer strike being 1 in 13,011.

### Avoiding Deer Collisions While Driving

If you are driving through a high-risk state, there are still things you can do to minimize your risk. State Farm provides the following tips to reduce your chances of hitting a deer:

• Be aware of posted deer crossing signs. These are placed in active deer crossing areas.

• Remember that deer are most active between 6 p.m. and 9 p.m.

• Use high beam headlamps as much as possible at night to illuminate the areas from which deer will enter roadways.

• Keep in mind that deer generally travel in herds – if you see one, there is a strong possibility others are nearby.

• Do not rely on car-mounted deer whistles.

• If a deer collision seems inevitable, trying to swerve out of the way could make you lose control of your vehicle or move into the path of an oncoming vehicle.

### States With the Highest Deer-Car Collision Rates

So where does your state rank? Here's a list, from the highest risk to the least:

West Virginia: 1 in 41.91

Iowa: 1 in 67.09

Michigan: 1 in 70.36

South Dakota: 1 in 75.81

Montana: 1 in 82.45

Pennsylvania: 1 in 84.63

North Dakota: 1 in 91.11

Wisconsin: 1 in 95.68

Arkansas: 1 in 99.24

Minnesota: 1 in 99.51

Virginia:1 in 101.97

Nebraska: 1 in 110.60

Wyoming: 1 in 114.49

Maryland: 1 in 118.75

Ohio: 1 in 121.09

Mississippi: 1 in 131.35

**Exhibit 9**
**10 of 27**

South Carolina: 1 in 137.21

New York: 1 in 145.45

North Carolina: 1 in 147.27

Delaware: 1 in 149.86

Georgia: 1 in 149.88

Alabama: 1 in 150.32

Indiana: 1 in 159.61

Kentucky: 1 in 161.12

Vermont: 1 in 170.28

**States Where You're Most Likely to Hit a Deer**

Kansas: 1 in 172.12

New Jersey: 1 in 182.75

Maine: 1 in 215.48

Tennessee: 1 in 217.83

Illinois: 1 in 218.45

Oklahoma: 1 in 245.35

Idaho: 1 in 249.18

Utah: 1 in 266.43

Oregon: 1 in 286.53

Louisiana: 1 in 288.45

New Hampshire: 1 in 299.49

Connecticut: 1 in 320.37

Rhode Island: 1 in 345.34

Colorado: 1 in 365.72

Alaska: 1 in 385.27

Texas: 1 in 399.97

Massachusetts: 1 in 452.34

Washington: 1 in 474.46

S.
ternational
Politics

Menu

Florida: 1 in 971.47

California: 1 in 1045.61

Nevada: 1 in 1,488.08

Lifestyle
Entertainment
Virtual Reality

... ...   •••
Entertainment
Virtual Reality
Health
Tech



Log In

**Exhibit 9**
**11 of 27**

U.S. Department of Transportation

# Federal Highway Administration

1200 New Jersey Avenue, SE
Washington, DC 20590
202-366-4000

Federal Highway Administration Research and Technology
Coordinating, Developing, and Delivering Highway Transportation Innovations

## SUMMARY REPORT

This summary report is an archived publication and may contain dated technical, contact, and link information

Federal Highway Administration > Publications > Research Publications > Safety > Human Factors > Investigation of Crashes with Animals

Publication Number: FHW A-RD-94-156
Date: March 1995

# Investigation of Crashes with Animals

There has been a continuing interest in hit-animal crashes for a number of years, both because of the loss of human life and animal life and the damage to property. Crashes between motor vehicles and animals account for a large percentage of the total crashes in many areas. Motor vehicle crashes involving animals have been increasing over the years. Because of the relatively large number of animal-related crashes reported in previous studies, there was a need to quantify the magnitude and severity of animal-related crashes. This analysis was undertaken to define the nature of animal crashes.

State Data Bases Used

The Highway Safety Information System (HSIS) data base was used in this study. All five HSIS States (Illinois, Maine, Minnesota, Utah, and Michigan) were used in the analysis. A review of the variables related to crashes revealed that each of the HSIS States had sufficient information for a meaningful analysis of animal-related crashes. Data for animal crashes reported from 1985 through 1990, inclusive, were used.

Analysis Methods

Animal crashes were defined to include the following crashes:

- Crash type was "collision with animal" or "animal."
- Collision type was "animal on roadway."
- Type of crash (first event) was "motor vehicle/animal (wild)" or "motor vehicle/animal (domestic)."

The resulting extract files contained data on 153,345 animal crashes. Michigan's crash report contains a "special tag" variable that indicates whether the crash was "deer involved" or "deer associated." For Michigan, almost all of the hit-animal crashes (99.7 percent) were deer related. Recent data from Minnesota indicates that over 90 percent of all animal crashes involved deer.

The first step of the analysis was to look at the severity of the animal crashes. The second step was to investigate trends over time in the animal crashes. The third step was to compute the average annual animal crash frequencies (crashes per kilometer per year) and crash rates (crashes per million vehicle-kilometers of travel) within each State as a function of area type (urban vs. rural), facility type (two-lane vs. multilane), and average daily traffic (ADT) level. The objective of this analysis was to determine if the rates and/or frequencies of animal crashes are higher for certain types of roads. The fourth step was to investigate whether animal crashes occurred primarily at night. The fifth and final step was an attempt to determine whether the animal crash problem was a localized problem. Specifically, the objective was to answer the following questions:

- Do animal crashes tend to occur in specific locations or cluster at specific points?

• Does a relatively small number of locations account for a relatively large percentage of all animal crashes?

Results

In terms of driver and occupant injury severity, it was found that less than 0.2 percent of all reported animal collisions resulted in the loss of human life, and approximately 5 percent of all animal crashes resulted in personal injuries. Compared to other types of crashes, driver and occupant injury severity is much lower for animal crashes. Of all reported crashes, about 0.5 percent are fatal and 29 percent are personal injury crashes.

For the trend analysis, investigation of the single-variable tabulation summaries for each HSIS State revealed an increasing trend in the number of animal crashes. For the five HSIS States combined, the number of animal crashes increased from 21,479 in 1985 to 36,332 in 1991. (For this trend analysis, data were available for 1991. The results for other analyses were based on data through 1990.) This represents an increase of 69 percent over a 7-year period. Figure 1 shows the trend in the number of animal crashes. For all HSIS States combined, animal crashes as a percentage of all crashes increased from 4.7 percent in 1985 to 8.2 percent in 1991.



Figure 1. Trend in the number of animal collisions.

Animal collisions expressed as a percentage of all reported crashes were significantly larger for rural roads when compared to urban roads, as shown in Table 1. For all five HSIS States combined, 66 percent of the animal crashes occurred on two-lane rural roads.

| Table 1. Animal collisions, expressed as a percentage of all reported crashes, by road type. | | | |
|---|---|---|---|
| State | Two-lane Rural Roads | Multilane Rural Roads | Urban Roads |
| Illinois | 17.8 | 18.9 | 0.3 |
| Maine | 11.7 | 10.0 | 1.4 |
| Michigan | 35.0 | 7.6 | 1.7 |

| | | | |
|---|---|---|---|
| Minnesota | 14.0 | 16.0 | 2.4 |
| Utah | 26.5 | 21.7 | 1.3 |
| All States combined | 21.0 | 14.8 | 1.4 |

The average animal crash frequencies for rural roads ranges from 0.07 crashes per kilometer per year for Maine to 1.16 crashes per kilometer per year for Michigan. For urban roads, these frequencies are 0.07 for Maine and 0.71 for Michigan. Figure 2 shows the animal crash rates (crashes per million vehicle kilometers) for rural and urban roads in the five HSIS States. As can be seen, the animal crash rate is substantially higher on two-lane rural roads when compared to urban roads.



Figure 2. A verage animal crash rate by road type.

For the distribution of animal crashes by time of day, the greatest number of animal collisions occur during the early morning hours (4 to 6 a.m.) and the evening hours (6 to 11 p.m.). Figure 3 shows animal collisions by hour of the day for each State.



Figure 3. Distribution of animal collision by hour of day          .

Animal crashes were found to occur more frequently at night. The percentage that occurred at night ranged from 68 to 85 percent.

To further investigate temporal patterns in animal crashes, an investigation of the month when the crash was reported was undertaken. As indicated in Figure 4, the greatest number of animal crashes by far occurred in November. This is the "mating" season for deer.

Exhibit 9
15 of 27

4/6



Figure 4. Animal collision distribution by month.

For the location clustering analysis, the decision was made to concentrate on rural roads based on the finding that 74 to 94 percent of the reported animal crashes occurred on rural roads. A "sliding scale" analysis with a 0.5-km window was done for four States (Illinois was excluded due to issues related to their roadway file). The sliding scale program basically "slides" a window of pre-specified length along a route and determines the number of crashes reported within that window. Table 2 shows the distribution of windows by crash frequency. The results of the analysis indicated that over the 6-year period from 1985 through 1990, all States had some animal crash location clusters (i.e., 0.5-km-long sections with a 6-year average of more than one animal crash per year). Michigan had the highest number of animal crash clusters.

| Table 2. Distribution of   0.5 km "windows" by crash frequency   . | | | | |
|---|---|---|---|---|
| Average Annual Animal Crash Frequency (Acc/Yr) | | | | |
| State | 0 | 0.1-1.0 | 1.1-2.0 | > 2.0 |
| Maine | 143,215 | 18,005 | 18 | 0 |
| Michigan | 15,269 | 47,423 | 8,784 | 1,990 |
| Minnesota | 91,314 | 18,384 | 156 | 8 |
| Utah | 94,925 | 16,509 | 389 | 65 |

On the basis of the findings of this study, the following conclusions can be made:

1. Animal crashes, both in terms of total numbers and as a percentage of all reported crashes, have steadily increased.
2. Animal crashes tend to occur more frequently in rural areas.
3. November has substantially more animal crashes than any other month.
4. Animal crashes occur more frequently at night.
5. In terms of time of day, the greatest number of animal crashes occur in the early morning hours (between 4 to 6 a.m.) and the evening hours (between 6 and 11 p.m.).

**Exhibit 9**
**16 of 27**

6. Using a "sliding scale" approach, animal crash clusters (0.5-km-long sections with an average of more than one reported animal crash per year) were identified in each of the States.

Study Implications

The availability of the HSIS crash data allowed for a multi-State analysis of animal-related crashes. The results suggest that animal crashes may pose a much larger problem in some States than in others. For three of the HSIS States, it appears that animal crashes do not randomly occur on all roads throughout the rural areas. However, for Michigan, the animal crashes occur on a significantly higher percentage of rural roads, indicating that the problem of hit-deer crashes is widespread in Michigan. Traditionally, static deer warning signs have been the only countermeasure available to the traffic engineer. Despite the prolific use of these signs, deer accidents continue to increase. Studies of the effectiveness of other countermeasures, such as wildlife warning reflectors and mirrors to reflect the headlights of oncoming automobiles off to the side of the road to "freeze" nearby deer, have reported mixed results. Even though the severity of animal crashes is low, they represent a substantial percentage of all crashes on rural roads, and the trend is increasing. Based on the results of this study, it is recommended that: (1) policies for the installation of deer warning signs be reviewed to restrict their use to locations with significant deer crash problems, (2) further investigation of the effectiveness of warning reflectors should be conducted, and (3) the development of rural IVHS applications (either roadside or vehicle-based) should include consideration of animal-related crashes.

For More Information

This research was conducted by Mr. Warren E. Hughes (Bellomo-McGee, Inc.), and Dr. Reza Saremi (LENDIS Corp.) as part of the HSIS contract. For more information, contact Jeffrey F . Paniati , HSIS Program Manager, HSR-20, (703) 285-2057.

---

Page Owner: Office of Research, Development, and Technology, Office of Safety, RDT

Topics: research, safety

Keywords: research, safety

TRT Terms: research, Safety and security, Safety, Transportation safety, Animals, Roadkill, Traffic accidents, Rural roads--Accidents, Rural areas, Accident severity

Scheduled Update: Archive - No Update needed

This page last modified on 06/29/2016

Feedback

# River Road

A Novel





By **Carol Goodman**

From the award-winning author of The Lake of Dead Languages comes a "gripping read with emotion-charged twists and turns" (Tess Gerritsen) about a professor accused of killing her student in a hit-and-run accident.

Nan Lewis—a creative writing professor at a university in upstate New York—is driving home from a faculty holiday party when she hits a deer. Yet when she gets out of her car to look for it, the deer is gone. Eager to get home before the oncoming snowstorm, Nan is forced to leave her car at the bottom of her snowy driveway to wait out the longest night of the year…

The next morning, Nan is woken up by a police officer at her door with terrible news—one of her students, Leia Dawson, was killed in a hit-and-run on River Road the night before, and because of the damage to her car, Nan is a suspect. In the days following the accident, Nan finds herself shunned by the same community that rallied around her when her own daughter was killed in an eerily similar accident six years prior. When Nan begins finding disturbing tokens that recall the her daughter's death, Nan suspects that the two accidents are connected.

As she digs further, she discovers that everyone around her, including Leia, has been hiding secrets. But can she uncover them, clear her name, and figure out who really killed Leia before her life is destroyed for ever?

| Trade Paperback | ▾ |
|---|---|

Touchstone | 304 pages | ISBN 9781501109911 | January 2017
List Price $16.00
In Stock: Usually ships within 1 business day

# READING GROUP GUIDE

This reading group guide for River Road  includes an introduction, discussion questions, ideas for enhancing your book club, and a Q&A with author Carol Goodman  . The suggested questions are intended to help your reading group find new and interesting angles and topics for your discussion. We hope that these ideas will enrich your conversation and increase your enjoyment of the book.

Introduction

Nan Lewis's life has been on a downward spiral ever since her daughter, Emmy, was killed in a hit-and-run drunk driving accident on River Road six years ago. She's recently been denied tenure at the upstate New York university where she teaches creative writing then Nan accidentally hits a deer driving home from a faculty holiday party on River Road. Or was it a deer? The next morning she learns that one of her favorite students, Leia Dawson, was also killed in a hit-and-run on the same road and Nan's car has significant damage. As her community turns against her, Nan must uncover who exactly killed Leia and how she's connected to this tragic event.

# ABOUT THE AUTHOR

Case 5:17-cv-01153-JCB-KK Document 19-4 Filed 07/12/19 Page 20 of 211 Page ID #:380



© Jennifer Mays

## CAROL GOODMAN

Carol Goodman is the critically acclaimed author of fourteen novels, including The Lake of Dead Languages and The Seduction of Water, which won the 2003 Hammett Prize. Her books have been translated into sixteen languages. She lives in the Hudson Valley with her family, and teaches creative writing at the New School and SUNY New Paltz. Visit her at CarolGoodman.com.

BECOME A FAN





https://orionmagazine.org/article/seeing-deer/

JOIN OUR EMAIL LIST     *Email*                                    SUBMIT

Orion Magazine > Articles > Feature > The Art Of Living > Seeing Deer

# Seeing Deer



*Photograph | Jerry Dodrill/IPN*

October's hunters have gone into the mountains. Smoke from their campfires rises from wild, green canyons. This time of year, the deer descend into low country for the coming winter, departing with the first frost, the first light snow, the first booming echoes of rifles. They come down to drift and mingle in fields below the mountains, touching damp noses to each other, neighbors from distant valleys meeting in cool evening light.

Younger bucks stay together, stepping like teenagers abreast of one another, their parades of antlers nearly touching, but not. They cannot hide their lives in the open country of their autumn range. Everything they do is visible. When I spy older bucks alone, I think them senile, perhaps, dominance having gotten to them so they can hardly look at anything but the spread of their own territory. They seem paranoid and irritable, nipping at the hinds of does to get them out of the way, while young bucks watch with anticipation.

**Exhibit 9**
**20 of 27**

Autumn is the season of rut. Fights break out. One at a time young males with four fresh points on their antlers break away to challenge old ones who wear six or even eight points. They provoke each other over fields of females. They posture and snort. They wrestle each other to the ground with their antlers. I saw them do this one moonless October night. I was driving south when two bucks swung into my headlights. With heads butted nearly to the ground, they locked antlers, dragging and shoving one another into the middle of the road. Hooves coughed up dust. They did not even glance at my sudden headlights as I stepped on the brakes. My little boy was in the back seat and I told him to look, that buck deer were fighting. He leaned his body as far as he could out of his car seat and asked why they were doing this. I told him it is a season called autumn, or fall. Deer fight this time of year to see who is stronger. Sons try to topple their fathers. My boy stared over my shoulder, astonished.

The two animals moved swiftly, throwing each other this way and that, catapulting across the road and out of my headlights. They continued into the black of night where they went on in my imagination, tearing and scrapping like gods through the rest of time.

Near winter, on crisp evenings, you see events like this. The deer, having made their lives public, sleep, eat, fight, and copulate below wrinkled folds of mountains. They come in such numbers that many are killed by cars, their carcasses leaving streaks of blood and muscle across the road. Some lie in ditches, bundles of legs. Others are left cocked in the middle of the road where a driver got out to inspect a broken, bloodied headlight and then got back in to drive away, steering around the warm, dead animal. The eyes of these deer look like tarnished glass, and in the morning their curved milky surfaces are touched by frost.

IN TWENTY YEARS OF DRIVING BACK ROADS I've never hit a deer. There were close scrapes, of course, clipping off a bit of tail-hair with my door handle or nicking a dewclaw, but I never hit a deer dead-on. My mother hit one; my wife. Everyone I knew hit a deer, and some did it more than once. I thought maybe I was blessed. Deer medicine. Ungulate fortune. I talked to them through my windshield when I saw them approaching the side of the road, telling them to stop, directing them left or right with a hand raised off the steering wheel. Each time, these unseen gestures worked, the deer avoided me, and I began thinking myself invincible, a deer whisperer.

My luck ended with a young buck. It jumped a fence in the face of a radiant, harvest-light sunset. I pumped hard into the brakes and urgently muttered, *Stop.*

The buck did not stop. I jammed the brakes all the way down and my truck skidded, fishtailing across gravel. The animal was square in the grill plate when I saw it shoot into the air. It was making its escape, all of its life given to a single, fleeing bound, muscles coiled into flight. It was so close I thought its hooves would clatter across my hood. In that half second I felt a gust of relief, thinking we were going to barely graze past each other, another near hit.

Then came a dark thud. Four slender, black hooves spun in the air and my truck came to a halt. Copper-colored dust welled up around the road. My hands were gripped tight to the steering wheel. I looked over the hood, where the deer snapped back to its feet and dove from the road, sailing over

**Exhibit 9**
**21 of 27**

barbed-wire fence into another field. Again I felt relief, and let out a nerve-wracked sigh. *The deer will be fine.*

But once the deer reached the other side of the fence it fell into a weakened hobble. I closed my mouth and drew my lips tightly together. About forty feet from the road it dropped into grass up to its shoulders. My heart sank. From the way the buck fell to the ground I could see how its body was wrecked, internal organs skewered by broken bones. Adrenaline had been its last defense, just enough to get itself out of the road.

From inside the truck I saw that the buck's breathing was labored, almost convulsive. I opened the door and stepped out. In a week, I thought, that place in the grass will be occupied by ravens. Magpies will land on the carcass looking like jesters in their black and white feathers, their long tails. The buck will become bones by winter, ribs splintered by coyotes, antlers sticking out of snow.

I felt awkward, not sure if I should get back in and drive away or if a formal apology was needed. Should I hop the fence and slowly walk across the field, where I would plant my hands on the buck's heaving heart, where I would explain that I had been in a hurry to get to town and the sunset was so bright in my eyes? The buck looked back toward me. The way he held up his head, alert, seemed to tell me not to bring my apologies across the field. He would simply have to rally again, taking his last bit of life to reach another place where he could die in peace.

I did not cross the fence. I stood and watched the buck work his breath in and out.

A small herd of does crossed nearby. One separated from the others to stand beside the fallen buck. She lowered her snout and nearly touched her black nose to his side. Then she lifted her head and stood still for a long time, the buck's antlers raised beside her. Both of them were preserved by sunset light, everything about their living and dying naked in this autumn field. It was too private to watch. I got back in the truck and drove away.

*This article, along with other landmark* Orion *essays about our connection to the animal world, are collected in a new anthology,* Animals & People. *Order your copy* here [http://www.orionmagazine.org/books] .

*Craig Childs is a commentator for NPR's Morning Edition and has written over a dozen books including Apocalyptic Planet, which has received the Orion Book Award and a Sigfurd F. Olson Nature Writing Award. Childs' writing has appeared in The New York Times, Los Angeles Times, Men's Journal, and Outside. He lives in Western Colorado.*

**Exhibit 9**
**22 of 27**

Find Movies, TV shows, Celebrities and more...   All   Pro ▾   |   Help

Movies, TV & Showtimes ▾   Celebs, Events & Photos ▾   News & Community ▾

Watchlist ▾   Sign in with Facebook   Other Sign in options

IMDb > Tammy (2014) > Synopsis



Synopsis for

# Tammy (2014) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers
See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis

**Watch It**

Own the rights?

Buy it at Amazon

More at IMDb Pro

Loading

Update Data

**Quicklinks**
synopsis ▾

**Top Links**
trailers and videos
full cast and crew
trivia
official sites
memorable quotes

**Overview**
main details
combined details
full cast and crew
company credits

**Awards & Reviews**
user reviews
external reviews
awards
user ratings
parents guide

**Plot & Quotes**
plot summary
synopsis
plot keywords
memorable quotes

**Did You Know?**
trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie connections
FAQ

**Other Info**
box office/business
release dates
filming locations
technical specs
literature listings
NewsDesk

**Promotional**
taglines
trailers and videos

Tammy (Melissa McCarthy) is an overweight, potty-mouthed, bad-luck-prone, lower-working-class woman who is having a horrible time. On her way to work at a fast-food place called Topper Jacks, she hits a **deer** while shes looking for Chapstick in the backseat of her car. Once she gets there, her boss Keith (Ben Falcone) fires her for showing up late and looking like a mess. Her nose is bloody from the car accident.

She heads back home, but her car dies. She eventually gets home and finds her husband Greg (Nat Faxon) eating a romantic meal with their neighbor, Missi (Toni Collette). Upset, Tammy leaves and walks two doors down to her parents' house.

She tells her mother Deb (Allison Janney) that she's leaving town and shes taking her grandmother Pearl's (Susan Sarandon) car. Her grandmother insists on going too. She not only has a car, she has thousands of dollars in cash, which holds only $68, plus change. She and Tammy don't get along at all. Deb doesn't want them to go because Pearl needs her medication and they were planning on putting her in the Brookview Retirement Home.

Pearl convinces Tammy to lighten up and have a beer. Tammy doesn't want to drink and drive, but Pearl insists. Soon, they're doing drunken donuts in a grassy area.

The next morning, they wake up near a park and Pearl convinces Tammy not to go back home and finish what she started. Pearl has always wanted to go to Niagara Falls. Tammy goes jet skiing, while Pearl drinks more booze on the dock. Tammy crashes and they have to pay for the broken jet ski. So they do, but they take it with them.

They head to Louisville, for the best barbecue in town, according to Pearl's cousin Lenore. There, they meet Earl (Gary Cole) and his son Bobby (Mark Duplass). Earl is smitten with Pearl and they have sex in the backseat of Pearl's car. Bobby and Tammy awkwardly sit outside while it happens, but eventually Bobby has to head home and take care of his mom. Earl is still married, but his wife is dying and they have some sort of arrangement.

Earl, Pearl, and Tammy head back to the hotel and Tammy is locked outside the room while Earl and Pearl continue touching private parts.

The next morning, an angry Tammy decides to leave a still drunk Pearl so she knows what it feels like to be abandoned. When Tammy was a child, Pearl was her best friend, but stopped coming around. Tammy calls her mom, who is worried because Pearl didn't bring her medicine. Tammy turns around and finds Pearl inside a liquor store mixing whiskey in a Slurpee. The cashier is mad because Pearl keeps drinking inside the store and he calls the police.

They leave and we find out that Pearl was also in the process of buying beer for minors. Tammy tells the minors to run off, there's a fight and the police show. Tammy and Pearl are arrested. Pearl pays for Tammy's bail, but Pearl is stuck because she also had a bag full of illegal Oxycontin.

Tammy asks her family for money, but doesn't tell them Pearl is in jail. No one will pay, so Tammy robs a local Topper Jacks for the rest of the money. During the robbery she bonds a little with the two employees Becky (Sarah Baker) and Larry (Rich Williams).

Tammy heads back to the police station to bail out Pearl, but she's already free because Earl took care of everything.

Tammy and Pearl go back to the hotel and the Topper Jacks robbery is on the news and there's a pretty good description of Tammy's shirt and vehicle towing the jet ski. Pearl makes Tammy return the money to Topper Jacks the next day. Becky is there, but says Larry took the day off because he was still shook up a bit.

Pearl and Tammy meet up with Lenore (Kathy Bates) who blows up Pearl's car because Tammy is now a fugitive. They go back to Lenore's house where she and her girlfriend/life partner Susanne (Sandra Oh) are getting ready to throw a giant 4th of July party. Pearl apologizes for her behavior and explains that she quit coming around when Tammy was a kid because she got drunk and made a pass at Tammy's dad and was embarrassed.

Tammy asks that Pearl promise not to get drunk. During the party, they have a Viking funeral for the jet ski, sending it out onto the lake in a

**Exhibit 9**
**23 of 27**

posters
photo gallery

External Links
showtimes
official sites
miscellaneous
photographs
sound clips
video clips

flaming raft. Earl and Bobby show up. Bobby tells Tammy he still digs her, but Tammy explains that shes still married and feels weird about that.

A drunk Pearl starts to make a horrible toast over the PA and Tammy tries to stop her. Pearl calls her a fat slob and says she sees why Greg left her. Angrily, Tammy responds that at least she didn't try to fuck her son-in-law. Its heated. Tammy storms off. Lenore finds her and tells her that she needs to get her own life together because she can try to take care of Pearl.

The next morning Tammy finds Pearl in a lawn chair dead. Everyone is crying, but it turns out that Pearl was actually just passed out hard. She gets up, they call the EMTs take make sure she's okay. The cops show up as well. Tammy fits the description of the Topper Jacks robber and there was a call about the burning jet ski the night before. Tammy goes to prison.

38 days later, Tammy is released from prison and her father (Dan Aykroyd) picks her up. He offers to kill Greg for her. She declines the offer. She brings up that she knows Pearl made a pass at him. He dismisses that and says that she made a pass at everyone, but the only person who ever took her up on it was the ice cream man (who Tammy also had a little bit of hanky panky with).

Tammy goes home and finds that Greg and his mistress have packed Tammy's belongings. She walks down the street to her parents' house and finds out that Pearl is now living in Brookview Retirement Home after all.

Tammy goes to Brookview to break out Pearl, but Pearl is actually happy there. She's dating one of the guys there. However, they do still take a trip to Niagara Falls. Bobby shows up and he and Tammy finally kiss. Tammy tells him she decided she'd like to move to Louisville and be closer to him.

There are a few scenes during the credits......

Missi leaves Greg for Keith because he now owns a few Topper Jacks franchises.

Tammy hangs out with Becky and Larry from the robbery.

And finally, there's an alternate take of the opening scene when Tammy gets fired.

r73731

### Related Links

| Plot summary | Plot keywords | FAQ |
| Parents Guide | User reviews | Quotes |
| Trivia | Main details | MoKA: keyword discovery |



greatcall. jitterbug touch3    Save now on the easy-to-use smartphone for seniors.    Shop now    primeday

## IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

## Follow IMDb on

| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | | Withoutabox |
| TV | Press Room | |
| Coming Soon | Advertising | Conditions of Use |
| Site Index | Jobs | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

An                    company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

**Exhibit 9**
**24 of 27**

Find Movies, TV shows, Celebrities and more...     All            Pro ▾  |  Help

Movies, TV        Celebs, Events       News &              Watchlist ▾        Sign in with Facebook    Other Sign in options
& Showtimes ▾     & Photos ▾           Community ▾

IMDb > Cabin Fever (2002) > Synopsis



Synopsis for

# Cabin Fever (2002) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis

**Watch It**

Watch it at Amazon

**Buy it at Amazon**

**More at IMDb Pro**

Loading

**Update Data**

**Quicklinks**

synopsis ▾

**Top Links**

trailers and videos
full cast and crew
trivia
official sites
memorable quotes

**Overview**

main details
combined details
full cast and crew
company credits

**Awards & Reviews**

user reviews
external reviews
awards
user ratings
parents guide

**Plot & Quotes**

plot summary
synopsis
plot keywords
memorable quotes

**Did You Know?**

trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie connections
FAQ

**Other Info**

box office/business
release dates
filming locations
technical specs
literature listings
NewsDesk

A man (Arie Verveen) is walking in the woods and comes upon a dog that he believes to be sleeping. After poking it a few times, he pulls the dog up and notices that the dog's flesh is rotted, spurting blood on him in the process.

Meanwhile, five college friends, Jeff (Joey Kern), Marcy (Cerina Vincent), Paul (Rider Strong), Karen (Jordan Ladd), and Bert (James DeBello) are driving in a van through rural Alabama on their way to the woods for they have rented a cabin in the woods. Along the way, they stop at a local convenience store for food where a young retarded boy (Matthew Helms) outside the store bites Paul on the hand. The locals standing nearby look at the outsiders in their town with suspicion and scorn.

When they arrive at the cabin, Jeff and Marcy immediately retire to their bedroom and have sex. Paul and Karen go for a swim in the lake while Bert goes hunting for squirrels in the woods. He accidentally shoots the man who discovered the rotting dog in the beginning of the film while hunting whom he mistook for a squirrel. By this time, the man's face has become badly rotted. Scared, Bert shoots at him again in order to repel him and runs back to the cabin.

ad feedback

That evening, the five kids build a bonfire and share ghost stories with each other. They soon encounter a local college kid named Grim (Eli Roth) who approaches them with his dog, Dr. Mambo. Though he acts a little eccentric, they allow him to join in when he offers them marijuana. However, once it starts raining, he leaves to take care of his camping equipment and the group retreats into the house.

Later on that night, they hear a knocking at the door and discover it's the diseased man that Bert shot before. Desperate for help, the hermit comes after the group. He tries to drive away in their car, but vomits blood all over the windscreen and the seats of the car. After the man exits the car, Paul sets-light to the infected man and he runs aflame back into the woods where he dies in the lake.

In the morning, a young deputy, Winston Olsen (Giuseppe Andrews), shows up at the cabin and promises Paul he'll call a tow truck. Jeff and Bert walk off down the lake shore when they come to a woman's house to ask for a ride into town. They soon discover that the woman was related to the hermit they killed so they leave quickly. During this time, Karen drinks a glass of water from the lake contaminated by the infected man and begins to feel ill. She goes to bed to rest. Paul later discovers rotten boils on her thighs. Karen is then quarantined in the tool shed outside.

Fearing that they will soon also become infected with whatever is ailing Karen as well as the man the night before, the others begin to argue with one another over what they should do about their situation.

The next day, they discover Karen's condition is deteriorating fast. Bert also realizes that he himself is infected with the virus. Bert drives off to find a doctor. When Paul and Marcy insist on helping Karen, Jeff runs off into the forest with the remaining beer (the only reliable drinking source). Marcy yells at him as he flees, upset that he has abandoned her.

Meanwhile, Bert drives to the convenience store that the group visited earlier pleading for a doctor. He shows increasing signs of infection. The young retarded redneck boy on the bench then runs over and bites Bert again, thereby infecting himself. His father (Hal Courtney) comes outside and, rather than helping Bert, tries to kill him. Bert speeds off and the father grabs two of his redneck friends (Richard Boone and Tim Parati) who arm themselves with rifles to go after Bert to kill him.

Now alone in the cabin, Paul finds Marcy sitting despondently on her bed. He tries to reassure her, but she reiterates that they are all doomed to get sick, to the point where "all you want to do is grab the person next to you and to have sex with because you know you're gonna be dead soon, anyway." She seduces Paul and they begin having wild sex. Paul expresses concern that they aren't using a condom. Marcy brushes him off without heed by saying "Don't worry, I'm healthy!" and continues riding him.

After they finish having sex, Paul worries about whether Marcy has the disease or not. He goes into the bathroom and attempts to disinfect his penis by pouring Listerine over it. While washing his face, Marcy discovers, with worry, some red marks on her back where Paul grabbed her in the heat of their sexual encounter.

**Exhibit 9**
**25 of 27**

Promotional
taglines
trailers and videos
posters
photo gallery

External Links
showtimes
official sites
miscellaneous
photographs
sound clips
video clips

A little later, Paul tells Marcy that he's going to bring back Jeff so that they can all walk back to civilization. Marcy urges him to stay, but Paul seems uncomfortable around her after sleeping with her and insists that he "has to get out of" the cabin. Now completely alone, Marcy has a bath and weeps. The marks Paul made on her back are shown to be developing into gruesome wounds like Karen's.

Paul heads over to the local reservoir, and notices a body floating in the lake. He climbs down the ladder and moves the body with a stick. He sees that it is the infected hermit. The dock's ladder rots and gives way, causing Paul to fall into the infected water, ensuring that he is definitely infected by this point.

Back at the cabin, Marcy is shown shaving her legs in the bathtub and notices they are beginning to deteriorate as the skin begins gorily peeling off. She runs outside, upset, and is attacked by a now infected Dr. Mambo. Paul returns to find Marcy's body ripped to pieces and Dr. Mambo eating a motionless Karen's face. The dog attempts to attack him too. However, Paul kills him with Bert's rifle. Now alone, Paul goes to check on Karen whose skin has now almost fully rotted off; she is barely alive. To end her suffering, he clubs and impales her with a shovel and then runs for help.

Just then, Bert struggles back to the cabin with the rednecks in pursuit. When Bert's pursuers open the door, Bert tries to shoot one of the men but is killed by a shotgun round. Paul comes and successfully kills the store owner and his friends. After fleeing the cabin, Paul decides to look for Jeff. He checks a cave, thinking Jeff is inside, but only finds Grim's dead body.

Paul then runs back to Bert's pursuers' car and drives into town. Along the way he slams head-on into a **deer**, damaging the windshield and the car. He continues on foot until he sees a roadside party thrown by local teens with Winston in attendance. Winston asks Paul about the tow truck just as a police officer gets on the radio warning Winston about Paul and his group whom are infected with a strange disease and that they are to be shot on sight. After all of the party attendees leave, Paul knocks Winston out with a stick. Paul is picked-up by a passing trucker and brought to the hospital.

The sheriff and doctors interrogate him while he is lying in a hospital bed, trying to discover the source of the infection, but Paul is slightly dazed and unable to answer all their questions. When he is left alone, Paul pulls up his hospital gown to reveal the tell-tale marks of the disease on his belly. The doctors determine they are not equipped to handle the situation and that he should be transported to a larger, nearby regional hospital. His driver turns out to be Winston. Paul tries to warn him about the water in the reservoir but he can't speak well and only says "water". Winston says he will take him to get water.

The next morning, Jeff comes out of the woods where he was hiding and makes his way back to the cabin. As he looks around, horrified that his friends are dead, he is suddenly shot to death by the redneck police. The murderous sheriff and his men take Jeff's dead body and pile it on top of the others, which are burned in a fire pit.

While unconscious, Paul is dumped into a stream by Winston and left to die. Paul's body infects the water in the stream. Further down are two kids collecting water for their lemonade stand. They sell some lemonade to the sheriff, his deputies and more locals at the store. A natural spring water truck leaves the store with bottles of infected water in the truck... thus beginning the start of a possible epidemic infection.

Synopsis

r73731

---

## Related Links

Plot summary                    Plot keywords                   FAQ
Parents Guide                   User reviews                    Alternate versions
Quotes                          Trivia                          Main details
MoKA: keyword discovery

---

| | | Zip Code | Get a Quote |

IMDb Everywhere

Follow IMDb on

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site

Home                    Contact Us              IMDbPro
Top Rated Movies        News                    Box Office Mojo
Box Office              Press Room              Withoutabox
TV
Coming Soon             Advertising             Conditions of Use
Site Index              Jobs                    Privacy Policy
Search                                          Interest-Based Ads
In Theaters

Exhibit 9
26 of 27

IMDb Mobile Site   »

An                    company.                                                    Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
|---|---|---|---|---|---|---|---|
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

**Exhibit 9**
**27 of 27**

Exhibit 10

**Table F1.  Family Households[1], by Type, Age of Own Children, Age of Family Members, and Age of Householder:  2016**
(Numbers in thousands, except for averages)

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| Total Family Households | Total | Under 20 years | 20-24 years | 25-29 years | 30-34 years | 35-39 years | 40-44 years | 45-49 years | 50-54 years | 55-64 years | 65-74 years | 75+ years | Mean age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL FAMILIES | 82,184 | 504 | 2,683 | 5,357 | 7,553 | 8,476 | 8,438 | 8,494 | 8,597 | 15,492 | 10,525 | 6,064 | 48.6 |
| TENURE | | | | | | | | | | | | | |
| Own/Buying | 58,605 | 225 | 771 | 2,108 | 3,898 | 5,101 | 5,636 | 6,242 | 6,860 | 13,044 | 9,349 | 5,389 | 51.7 |
| Rent | 22,860 | 279 | 1,850 | 3,171 | 3,578 | 3,294 | 2,744 | 2,208 | 1,667 | 2,320 | 1,095 | 654 | 40.8 |
| No Cash Rent[2] | 719 | 1 | 62 | 78 | 77 | 80 | 58 | 44 | 70 | 127 | 81 | 41 | 45.5 |
| SIZE OF FAMILY | | | | | | | | | | | | | |
| Two members | 38,264 | 123 | 1,205 | 2,136 | 2,036 | 1,805 | 1,914 | 2,394 | 3,621 | 9,699 | 8,309 | 5,023 | 55.5 |
| Three members | 17,783 | 140 | 738 | 1,479 | 2,053 | 2,032 | 1,882 | 2,153 | 2,225 | 3,111 | 1,293 | 676 | 45.6 |
| Four members | 15,210 | 117 | 415 | 1,023 | 1,956 | 2,685 | 2,618 | 2,346 | 1,707 | 1,604 | 536 | 203 | 42.9 |
| Five members | 7,034 | 67 | 207 | 477 | 1,028 | 1,235 | 1,260 | 1,078 | 659 | 727 | 208 | 88 | 42.3 |
| Six members | 2,494 | 31 | 70 | 162 | 318 | 492 | 490 | 340 | 241 | 216 | 84 | 49 | 42.5 |
| Seven or more members | 1,399 | 27 | 48 | 80 | 162 | 227 | 274 | 184 | 144 | 134 | 95 | 26 | 44.3 |
| AGE OF OWN CHILDREN | | | | | | | | | | | | | |
| Without own children, any age | 33,865 | 428 | 1,329 | 1,831 | 1,607 | 1,254 | 1,196 | 1,617 | 3,000 | 9,073 | 8,071 | 4,460 | 56.4 |
| With own children, any age | 48,319 | 77 | 1,354 | 3,526 | 5,946 | 7,222 | 7,242 | 6,877 | 5,598 | 6,419 | 2,454 | 1,604 | 44.4 |
| Without own children under 25 years | 40,808 | 429 | 1,334 | 1,841 | 1,634 | 1,289 | 1,263 | 1,840 | 3,667 | 11,627 | 9,977 | 5,908 | 57.9 |
| With own children under 25 years/3 | 41,375 | 76 | 1,348 | 3,517 | 5,919 | 7,187 | 7,175 | 6,654 | 4,931 | 3,865 | 548 | 157 | 41.5 |
| Without own children under 18 years | 47,415 | 441 | 1,343 | 1,854 | 1,664 | 1,465 | 1,856 | 3,247 | 5,545 | 13,806 | 10,247 | 5,947 | 57.1 |
| With own children under 18 years | 34,769 | 64 | 1,339 | 3,504 | 5,889 | 7,011 | 6,582 | 5,247 | 3,052 | 1,686 | 278 | 117 | 39.9 |
| Without own children under 12 years | 56,858 | 447 | 1,360 | 1,909 | 1,936 | 2,593 | 3,807 | 5,940 | 7,516 | 15,001 | 10,377 | 5,974 | 54.9 |
| With own children under 12 years | 25,325 | 58 | 1,323 | 3,448 | 5,618 | 5,883 | 4,631 | 2,554 | 1,082 | 491 | 148 | 90 | 37.2 |
| Without own children under 6 years | 67,542 | 454 | 1,437 | 2,535 | 3,504 | 4,996 | 6,617 | 7,836 | 8,344 | 15,336 | 10,463 | 6,020 | 52.2 |
| With own children under 6 years | 14,641 | 51 | 1,246 | 2,822 | 4,049 | 3,479 | 1,821 | 659 | 254 | 156 | 62 | 44 | 34.4 |
| Without own children under 5 years | 69,485 | 456 | 1,484 | 2,780 | 3,915 | 5,539 | 7,014 | 8,018 | 8,419 | 15,367 | 10,470 | 6,023 | 51.7 |
| With own children under 5 years | 12,699 | 48 | 1,198 | 2,577 | 3,638 | 2,937 | 1,424 | 476 | 178 | 125 | 55 | 41 | 33.9 |
| Without own children under 3 years | 73,835 | 467 | 1,741 | 3,498 | 5,065 | 6,625 | 7,709 | 8,263 | 8,504 | 15,422 | 10,499 | 6,043 | 50.6 |
| With own children under 3 years | 8,349 | 37 | 942 | 1,860 | 2,488 | 1,850 | 729 | 232 | 93 | 70 | 26 | 22 | 32.9 |
| Without own children under 1 year | 79,403 | 487 | 2,305 | 4,661 | 6,678 | 7,936 | 8,251 | 8,442 | 8,585 | 15,478 | 10,523 | 6,056 | 49.2 |
| With own children under 1 year | 2,780 | 17 | 378 | 696 | 875 | 540 | 188 | 52 | 12 | 14 | 2 | 8 | 31.7 |
| Without own children 3-5 years | 73,034 | 489 | 2,093 | 3,773 | 5,111 | 6,157 | 7,099 | 8,004 | 8,406 | 15,387 | 10,481 | 6,034 | 50.5 |
| With own children 3-5 years | 9,150 | 15 | 589 | 1,585 | 2,443 | 2,319 | 1,339 | 490 | 192 | 105 | 43 | 30 | 35.2 |
| Without own children 6-11 years | 65,803 | 495 | 2,497 | 3,800 | 4,283 | 4,452 | 4,702 | 6,344 | 7,677 | 15,118 | 10,427 | 6,010 | 51.5 |
| With own children 6-11 years | 16,381 | 10 | 186 | 1,558 | 3,270 | 4,024 | 3,736 | 2,150 | 920 | 374 | 98 | 54 | 39.1 |
| Without own children 12-17 years | 65,609 | 495 | 2,657 | 5,145 | 6,132 | 5,466 | 4,472 | 4,597 | 6,130 | 14,121 | 10,366 | 6,028 | 49.9 |
| With own children 12-17 years | 16,575 | 10 | 26 | 212 | 1,421 | 3,009 | 3,967 | 3,897 | 2,467 | 1,371 | 159 | 36 | 44.3 |
| FAMILIES WITH OWN CHILDREN, SPECIFIC AGES[3] | | | | | | | | | | | | | |

**Exhibit 10**
**1 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No own children under 25 | 40,854 | 429 | 1,334 | 1,841 | 1,634 | 1,292 | 1,272 | 1,848 | 3,678 | 11,634 | 9,982 | 5,909 | 57.9 |
| Own children, more than one age group | 17,332 | 8 | 372 | 1,450 | 3,110 | 3,934 | 3,650 | 2,609 | 1,436 | 660 | 82 | 19 | 39.8 |
| Own children 18-24 only | 6,561 | 12 | 9 | 13 | 30 | 173 | 585 | 1,398 | 1,868 | 2,172 | 265 | 38 | 52.2 |
| Own children 12-17 only | 6,325 | 6 | 15 | 46 | 242 | 856 | 1,306 | 1,708 | 1,223 | 792 | 103 | 27 | 46.6 |
| Own children 6-11 only | 5,250 | 7 | 73 | 566 | 993 | 1,164 | 1,143 | 713 | 313 | 170 | 64 | 44 | 39.8 |
| Own children 3-5 only | 2,346 | 9 | 263 | 541 | 548 | 443 | 258 | 140 | 59 | 44 | 22 | 20 | 34.6 |
| Own children under 3 only | 3,516 | 33 | 616 | 901 | 995 | 613 | 225 | 77 | 21 | 19 | 7 | 7 | 31.1 |
| **OWN CHILDREN, SELECTED AGES** | | | | | | | | | | | | | |
| No own children under 18 | 47,415 | 441 | 1,343 | 1,854 | 1,664 | 1,465 | 1,856 | 3,247 | 5,545 | 13,806 | 10,247 | 5,947 | 57.1 |
| Under 6 only | 7,879 | 44 | 1,133 | 1,845 | 2,132 | 1,527 | 645 | 284 | 109 | 87 | 41 | 33 | 32.7 |
| Some under 6, some 6-17 | 6,762 | 6 | 113 | 977 | 1,917 | 1,952 | 1,177 | 375 | 144 | 69 | 21 | 10 | 36.1 |
| 6-17 only | 20,128 | 13 | 94 | 682 | 1,840 | 3,532 | 4,761 | 4,589 | 2,798 | 1,531 | 216 | 73 | 43.8 |
| **AGE OF FAMILY HOUSEHOLD MEMBERS** | | | | | | | | | | | | | |
| Without members under 1 year | 79,046 | 474 | 2,290 | 4,654 | 6,671 | 7,908 | 8,204 | 8,386 | 8,564 | 15,355 | 10,496 | 6,045 | 49.2 |
| With members under 1 year | 3,138 | 30 | 393 | 703 | 882 | 568 | 234 | 108 | 33 | 137 | 29 | 19 | 34 |
| Without members under 6 years | 65,731 | 412 | 1,359 | 2,487 | 3,459 | 4,913 | 6,457 | 7,584 | 8,089 | 14,808 | 10,225 | 5,939 | 52.2 |
| With members under 6 years | 16,452 | 93 | 1,323 | 2,870 | 4,095 | 3,562 | 1,981 | 910 | 509 | 684 | 299 | 125 | 36.4 |
| Without members 6-11 years | 64,222 | 402 | 2,380 | 3,744 | 4,244 | 4,414 | 4,643 | 6,231 | 7,475 | 14,632 | 10,150 | 5,908 | 51.4 |
| With members 6-11 years | 17,962 | 103 | 303 | 1,613 | 3,309 | 4,062 | 3,795 | 2,263 | 1,123 | 860 | 375 | 156 | 40.4 |
| Without members 12-17 years | 63,799 | 207 | 2,437 | 5,049 | 6,087 | 5,416 | 4,409 | 4,515 | 6,014 | 13,746 | 10,018 | 5,900 | 50 |
| With members 12-17 years | 18,385 | 298 | 245 | 308 | 1,466 | 3,059 | 4,029 | 3,979 | 2,584 | 1,746 | 507 | 164 | 44.7 |
| Without members under 18 years | 43,793 | 143 | 1,058 | 1,731 | 1,601 | 1,402 | 1,714 | 2,965 | 5,151 | 12,759 | 9,573 | 5,695 | 56.2 |
| With members under 18 years | 38,390 | 362 | 1,625 | 3,626 | 5,952 | 7,074 | 6,724 | 5,529 | 3,446 | 2,733 | 952 | 369 | 41.2 |
| Without members 18-64 years | 9,826 | 4 | - | - | - | - | - | - | - | 5,654 | 4,168 | 73.6 |
| With members 18-64 years | 72,358 | 501 | 2,683 | 5,357 | 7,553 | 8,476 | 8,438 | 8,494 | 8,597 | 15,492 | 4,871 | 1,896 | 45.8 |
| Without members 65+ years | 61,387 | 477 | 2,575 | 5,220 | 7,382 | 8,211 | 8,040 | 8,060 | 8,102 | 13,318 | - | - | 43 |
| With members 65+ years | 20,796 | 27 | 107 | 137 | 171 | 264 | 398 | 434 | 495 | 2,174 | 10,525 | 6,064 | 68 |
| **NUMBER OF OWN CHILDREN UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without own children under 18 | 47,415 | 441 | 1,343 | 1,854 | 1,664 | 1,465 | 1,856 | 3,247 | 5,545 | 13,806 | 10,247 | 5,947 | 57.1 |
| One own child under 18 | 14,791 | 46 | 847 | 1,598 | 1,993 | 2,166 | 2,332 | 2,572 | 1,843 | 1,169 | 173 | 53 | 41.4 |
| Two own children under 18 | 13,038 | 18 | 369 | 1,215 | 2,346 | 3,017 | 2,783 | 1,888 | 887 | 388 | 74 | 53 | 39.4 |
| Three own children under 18 | 4,951 | - | 101 | 502 | 1,042 | 1,303 | 1,026 | 615 | 240 | 99 | 20 | 4 | 38.3 |
| Four or more own children under 18 | 1,988 | - | 23 | 189 | 508 | 524 | 441 | 172 | 82 | 31 | 11 | 6 | 37.9 |
| **NUMBER OF OWN CHILDREN 6-17 YEARS** | | | | | | | | | | | | | |
| Without own children 6-17 | 55,294 | 485 | 2,476 | 3,698 | 3,797 | 2,992 | 2,501 | 3,531 | 5,655 | 13,892 | 10,288 | 5,980 | 52.9 |
| One own child 6-17 | 13,941 | 12 | 177 | 1,074 | 1,906 | 2,456 | 2,542 | 2,564 | 1,848 | 1,156 | 163 | 43 | 42.5 |
| Two own children 6-17 | 9,185 | 8 | 23 | 447 | 1,209 | 2,074 | 2,384 | 1,770 | 830 | 350 | 59 | 31 | 41.5 |
| Three own children 6-17 | 2,937 | - | 7 | 116 | 488 | 748 | 775 | 510 | 205 | 72 | 9 | 8 | 40.5 |
| Four or more own children 6-17 | 827 | - | - | 22 | 154 | 206 | 236 | 120 | 59 | 21 | 7 | 2 | 40.5 |
| **NUMBER OF OWN CHILDREN 12-17 YEARS** | | | | | | | | | | | | | |
| Without own children 12-17 | 65,609 | 495 | 2,657 | 5,145 | 6,132 | 5,466 | 4,472 | 4,597 | 6,130 | 14,121 | 10,366 | 6,028 | 49.9 |
| One own child 12-17 | 11,701 | 9 | 14 | 175 | 1,061 | 2,066 | 2,707 | 2,606 | 1,815 | 1,101 | 124 | 22 | 44.5 |
| Two own children 12-17 | 4,133 | - | 11 | 33 | 298 | 777 | 1,045 | 1,124 | 558 | 240 | 34 | 13 | 43.8 |

**Exhibit 10**
**2 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Three or more own children 12-17 | 740 | - | 1 | 5 | 62 | 166 | 214 | 168 | 94 | 30 | - | - | 43 |
| **NUMBER OF OWN CHILDREN 6-11 YEARS** | | | | | | | | | | | | | |
| Without own children 6-11 | 65,803 | 495 | 2,497 | 3,800 | 4,283 | 4,452 | 4,702 | 6,344 | 7,677 | 15,118 | 10,427 | 6,010 | 51.5 |
| One own child 6-11 | 11,295 | 2 | 169 | 1,069 | 2,177 | 2,697 | 2,474 | 1,611 | 725 | 277 | 65 | 29 | 39.3 |
| Two own children 6-11 | 4,277 | 7 | 15 | 392 | 888 | 1,117 | 1,096 | 471 | 160 | 83 | 28 | 20 | 38.7 |
| Three or more own children 6-11 | 809 | - | 2 | 97 | 206 | 210 | 167 | 68 | 35 | 14 | 5 | 5 | 38 |
| **NUMBER OF OWN CHILDREN UNDER 6 YEARS** | | | | | | | | | | | | | |
| Without own children under 6 | 67,542 | 454 | 1,437 | 2,535 | 3,504 | 4,996 | 6,617 | 7,836 | 8,344 | 15,336 | 10,463 | 6,020 | 52.2 |
| One own child under 6 | 10,214 | 46 | 840 | 1,871 | 2,724 | 2,430 | 1,410 | 525 | 194 | 111 | 38 | 24 | 34.7 |
| Two own children under 6 | 3,811 | 4 | 336 | 815 | 1,127 | 926 | 367 | 117 | 45 | 36 | 18 | 19 | 33.6 |
| Three or more own children under 6 | 617 | - | 70 | 136 | 199 | 123 | 44 | 16 | 15 | 8 | 6 | - | 33.4 |
| **NUMBER OF OWN CHILDREN UNDER 3 YEARS** | | | | | | | | | | | | | |
| Without own children under 3 | 73,835 | 467 | 1,741 | 3,498 | 5,065 | 6,625 | 7,709 | 8,263 | 8,504 | 15,422 | 10,499 | 6,043 | 50.6 |
| One own child under 3 | 7,405 | 35 | 815 | 1,633 | 2,168 | 1,681 | 681 | 212 | 77 | 59 | 24 | 20 | 33 |
| Two or more own children under 3 | 944 | 2 | 128 | 227 | 321 | 169 | 48 | 19 | 16 | 11 | 2 | 2 | 32.1 |
| **NUMBER OF FAMILY MEMBERS UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without members under 18 | 43,793 | 143 | 1,058 | 1,731 | 1,601 | 1,402 | 1,714 | 2,965 | 5,151 | 12,759 | 9,573 | 5,695 | 57.6 |
| One member under 18 | 16,497 | 171 | 983 | 1,636 | 2,005 | 2,152 | 2,324 | 2,674 | 2,023 | 1,745 | 559 | 224 | 42.9 |
| Two members under 18 | 14,084 | 99 | 459 | 1,253 | 2,342 | 3,033 | 2,852 | 1,973 | 1,004 | 687 | 278 | 103 | 40.3 |
| Three members under 18 | 5,464 | 54 | 136 | 526 | 1,064 | 1,322 | 1,062 | 675 | 296 | 225 | 76 | 28 | 39.2 |
| Four members under 18 | 1,676 | 30 | 30 | 167 | 393 | 407 | 333 | 151 | 83 | 52 | 23 | 8 | 38.5 |
| Five or more members under 18 | 669 | 8 | 17 | 44 | 147 | 159 | 152 | 56 | 39 | 24 | 17 | 6 | 39.7 |
| **NUMBER OF FAMILY MEMBERS 18-64 YEARS** | | | | | | | | | | | | | |
| Without members 18-64 | 9,826 | 4 | - | - | - | - | - | - | - | - | 5,654 | 4,168 | 73.6 |
| One member 18-64 | 16,391 | 113 | 816 | 1,481 | 1,850 | 1,751 | 1,425 | 1,104 | 745 | 1,933 | 3,724 | 1,450 | 48.7 |
| Two members 18-64 | 41,964 | 214 | 1,285 | 3,402 | 5,252 | 5,863 | 5,504 | 4,851 | 4,900 | 9,529 | 832 | 332 | 44 |
| Three members 18-64 | 9,681 | 123 | 336 | 281 | 322 | 669 | 1,144 | 1,750 | 1,996 | 2,731 | 250 | 79 | 48.3 |
| Four members 18-64 | 3,376 | 41 | 191 | 135 | 100 | 151 | 288 | 642 | 757 | 999 | 42 | 30 | 48 |
| Five or more members 18-64 | 946 | 11 | 56 | 57 | 30 | 42 | 78 | 146 | 198 | 300 | 23 | 5 | 48.2 |
| **NUMBER OF FAMILY MEMBERS 65+ YEARS** | | | | | | | | | | | | | |
| Families without members 65+ | 61,387 | 477 | 2,575 | 5,220 | 7,382 | 8,211 | 8,040 | 8,060 | 8,102 | 13,318 | - | - | 43 |
| One member 65+ | 9,449 | 16 | 94 | 117 | 152 | 217 | 337 | 359 | 460 | 2,096 | 4,165 | 1,436 | 63.2 |
| Two or more members 65+ | 11,348 | 11 | 14 | 20 | 19 | 47 | 61 | 75 | 35 | 77 | 6,360 | 4,628 | 72.5 |
| **MEMBERS UNDER 18 AND 65+ YEARS** | | | | | | | | | | | | | |
| No Members under 18 & 65+ | 25,393 | 128 | 986 | 1,641 | 1,518 | 1,287 | 1,537 | 2,737 | 4,769 | 10,789 | - | - | 49.1 |
| One member under 18 & 65+ | 22,870 | 170 | 1,028 | 1,702 | 2,055 | 2,210 | 2,413 | 2,757 | 2,324 | 3,520 | 3,498 | 1,192 | 47.7 |
| Two members under 18 & 65+ | 24,907 | 106 | 471 | 1,247 | 2,330 | 3,011 | 2,837 | 2,025 | 1,038 | 835 | 6,398 | 4,608 | 51.8 |
| Three members under 18 & 65+ | 6,195 | 63 | 144 | 545 | 1,084 | 1,355 | 1,106 | 734 | 326 | 247 | 410 | 182 | 41.7 |
| Four members under 18 & 65+ | 2,021 | 30 | 36 | 171 | 417 | 449 | 375 | 176 | 96 | 66 | 149 | 56 | 41.5 |
| Five or more under 18 & 65+ | 798 | 8 | 17 | 50 | 150 | 164 | 170 | 65 | 44 | 35 | 69 | 26 | 43.1 |

**Age of Householder**

**Exhibit 10**
**3 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| Married Couple | Total | Under 20 years | 20-24 years | 25-29 years | 30-34 years | 35-39 years | 40-44 years | 45-49 years | 50-54 years | 55-64 years | 65-74 years | 75+ years | Mean age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL FAMILIES | 60,251 | 47 | 855 | 3,086 | 5,127 | 6,020 | 5,986 | 6,255 | 6,628 | 12,615 | 8,919 | 4,713 | 50.1 |
| TENURE | | | | | | | | | | | | | |
| Own/Buying | 48,073 | 20 | 258 | 1,481 | 3,163 | 4,218 | 4,553 | 5,078 | 5,688 | 11,213 | 8,157 | 4,244 | 52.1 |
| Rent | 11,719 | 27 | 567 | 1,553 | 1,918 | 1,760 | 1,402 | 1,148 | 890 | 1,315 | 698 | 441 | 42.2 |
| No Cash Rent[2] | 459 | - | 30 | 52 | 46 | 42 | 31 | 29 | 50 | 88 | 64 | 28 | 46.9 |
| SIZE OF FAMILY | | | | | | | | | | | | | |
| Two members | 27,645 | 16 | 391 | 1,155 | 1,183 | 932 | 878 | 1,245 | 2,493 | 7,939 | 7,300 | 4,113 | 59.3 |
| Three members | 11,571 | 17 | 252 | 787 | 1,194 | 1,202 | 1,102 | 1,482 | 1,693 | 2,473 | 973 | 395 | 47.2 |
| Four members | 12,332 | 9 | 142 | 681 | 1,573 | 2,235 | 2,240 | 2,073 | 1,519 | 1,363 | 379 | 118 | 43.3 |
| Five members | 5,656 | 2 | 50 | 313 | 803 | 1,042 | 1,122 | 982 | 589 | 562 | 145 | 47 | 42.8 |
| Six members | 1,976 | 1 | 13 | 110 | 245 | 422 | 421 | 306 | 207 | 172 | 56 | 23 | 42.7 |
| Seven or more members | 1,071 | 2 | 7 | 40 | 128 | 186 | 222 | 166 | 127 | 107 | 67 | 18 | 45 |
| AGE OF OWN CHILDREN | | | | | | | | | | | | | |
| Without own children, any age | 28,885 | 24 | 409 | 1,207 | 1,241 | 997 | 926 | 1,333 | 2,640 | 8,342 | 7,566 | 4,200 | 59.2 |
| With own children, any age | 31,366 | 23 | 446 | 1,879 | 3,886 | 5,024 | 5,060 | 4,922 | 3,988 | 4,272 | 1,353 | 513 | 44.1 |
| Without own children under 25 years | 32,245 | 24 | 410 | 1,211 | 1,244 | 1,020 | 949 | 1,440 | 3,024 | 9,779 | 8,536 | 4,609 | 59.6 |
| With own children under 25 years/3 | 28,007 | 23 | 445 | 1,875 | 3,884 | 5,000 | 5,037 | 4,815 | 3,603 | 2,836 | 384 | 104 | 42.3 |
| Without own children under 18 years | 36,480 | 27 | 410 | 1,217 | 1,264 | 1,083 | 1,219 | 2,281 | 4,291 | 11,339 | 8,717 | 4,632 | 58.8 |
| With own children under 18 years | 23,772 | 20 | 445 | 1,870 | 3,863 | 4,937 | 4,767 | 3,973 | 2,337 | 1,276 | 202 | 81 | 40.8 |
| Without own children under 12 years | 42,749 | 31 | 423 | 1,253 | 1,373 | 1,627 | 2,382 | 4,229 | 5,736 | 12,235 | 8,811 | 4,651 | 56.6 |
| With own children under 12 years | 17,502 | 16 | 432 | 1,833 | 3,755 | 4,394 | 3,604 | 2,026 | 892 | 380 | 109 | 62 | 38.3 |
| Without own children under 6 years | 49,963 | 36 | 450 | 1,468 | 2,104 | 3,225 | 4,508 | 5,707 | 6,407 | 12,502 | 8,876 | 4,680 | 53.9 |
| With own children under 6 years | 10,288 | 11 | 405 | 1,618 | 3,023 | 2,796 | 1,478 | 547 | 221 | 113 | 43 | 33 | 35.4 |
| Without own children under 5 years | 51,300 | 36 | 465 | 1,564 | 2,349 | 3,643 | 4,830 | 5,855 | 6,472 | 12,520 | 8,883 | 4,682 | 53.4 |
| With own children under 5 years | 8,952 | 11 | 390 | 1,522 | 2,778 | 2,377 | 1,156 | 400 | 155 | 95 | 36 | 31 | 34.9 |
| Without own children under 3 years | 54,269 | 38 | 538 | 1,935 | 3,119 | 4,495 | 5,381 | 6,058 | 6,548 | 12,560 | 8,903 | 4,695 | 52.3 |
| With own children under 3 years | 5,982 | 9 | 317 | 1,151 | 2,008 | 1,525 | 605 | 197 | 80 | 55 | 16 | 18 | 33.9 |
| Without own children under 1 year | 58,239 | 41 | 724 | 2,607 | 4,398 | 5,590 | 5,822 | 6,214 | 6,616 | 12,603 | 8,919 | 4,705 | 50.8 |
| With own children under 1 year | 2,012 | 5 | 132 | 479 | 729 | 431 | 164 | 41 | 11 | 12 | - | 8 | 32.6 |
| Without own children 3-5 | 53,780 | 44 | 681 | 2,224 | 3,370 | 4,133 | 4,900 | 5,849 | 6,456 | 12,545 | 8,887 | 4,691 | 52.2 |
| With own children 3-5 years | 6,472 | 2 | 175 | 862 | 1,758 | 1,887 | 1,085 | 406 | 172 | 70 | 33 | 22 | 36.3 |
| Without own children 6-11 years | 48,900 | 41 | 776 | 2,431 | 3,217 | 3,109 | 3,061 | 4,547 | 5,871 | 12,323 | 8,847 | 4,676 | 53.2 |
| With own children 6-11 years | 11,351 | 5 | 79 | 655 | 1,910 | 2,912 | 2,924 | 1,708 | 756 | 292 | 72 | 37 | 40.1 |
| Without own children 12-17 years | 48,859 | 43 | 840 | 2,963 | 4,387 | 4,245 | 3,250 | 3,316 | 4,752 | 11,570 | 8,807 | 4,687 | 51.7 |
| With own children 12-17 years | 11,393 | 4 | 15 | 123 | 740 | 1,775 | 2,736 | 2,939 | 1,876 | 1,045 | 113 | 26 | 45 |
| FAMILIES WITH OWN CHILDREN, SPECIFIC AGES[3] | | | | | | | | | | | | | |
| No own children under 25 | 32,268 | 24 | 410 | 1,211 | 1,244 | 1,020 | 954 | 1,442 | 3,036 | 9,783 | 8,536 | 4,609 | 59.6 |
| Own children, more than one age group | 12,657 | 1 | 127 | 794 | 2,116 | 2,889 | 2,781 | 2,123 | 1,195 | 551 | 64 | 16 | 40.6 |
| Own children 18-24 only | 4,212 | 2 | - | 6 | 20 | 63 | 265 | 839 | 1,255 | 1,556 | 182 | 23 | 53 |
| Own children 12-17 only | 3,975 | 4 | 11 | 31 | 98 | 400 | 773 | 1,161 | 849 | 558 | 70 | 19 | 47.3 |
| Own children 6-11 only | 3,267 | 5 | 27 | 184 | 442 | 807 | 849 | 524 | 231 | 119 | 49 | 28 | 41.3 |

**Exhibit 10**

**4 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Own children 3-5 only | 1,450 | 2 | 68 | 264 | 366 | 345 | 194 | 106 | 47 | 30 | 16 | 13 | 36.5 |
| Own children under 3 only | 2,422 | 8 | 212 | 595 | 842 | 496 | 170 | 59 | 14 | 18 | 3 | 5 | 32.2 |
| **OWN CHILDREN, SELECTED AGES** | | | | | | | | | | | | | |
| No own children under 18 | 36,480 | 27 | 410 | 1,217 | 1,264 | 1,083 | 1,219 | 2,281 | 4,291 | 11,339 | 8,717 | 4,632 | 58.8 |
| Under 6 only | 5,428 | 11 | 351 | 1,145 | 1,724 | 1,268 | 502 | 223 | 89 | 64 | 29 | 23 | 33.9 |
| Some under 6, some 6-17 | 4,860 | - | 54 | 473 | 1,299 | 1,527 | 977 | 325 | 132 | 49 | 14 | 10 | 36.9 |
| 6-17 only | 13,483 | 9 | 40 | 251 | 841 | 2,142 | 3,288 | 3,426 | 2,116 | 1,163 | 159 | 48 | 44.8 |
| **AGE OF FAMILY HOUSEHOLD MEMBERS** | | | | | | | | | | | | | |
| Without members under 1 year | 58,089 | 41 | 724 | 2,604 | 4,398 | 5,580 | 5,802 | 6,180 | 6,599 | 12,550 | 8,908 | 4,703 | 50.8 |
| With members under 1 year | 2,162 | 5 | 132 | 482 | 729 | 441 | 184 | 74 | 29 | 65 | 12 | 10 | 34.1 |
| Without members under 6 years | 49,147 | 36 | 450 | 1,464 | 2,093 | 3,188 | 4,452 | 5,562 | 6,264 | 12,233 | 8,747 | 4,658 | 53.9 |
| With members under 6 years | 11,104 | 11 | 405 | 1,623 | 3,034 | 2,833 | 1,534 | 692 | 364 | 382 | 172 | 55 | 36.9 |
| Without members 6-11 years | 48,248 | 39 | 772 | 2,418 | 3,205 | 3,099 | 3,040 | 4,498 | 5,762 | 12,080 | 8,696 | 4,639 | 53.1 |
| With members 6-11 years | 12,004 | 8 | 83 | 668 | 1,922 | 2,922 | 2,946 | 1,756 | 866 | 535 | 223 | 74 | 41.1 |
| Without members 12-17 years | 48,327 | 37 | 831 | 2,944 | 4,375 | 4,221 | 3,231 | 3,284 | 4,677 | 11,397 | 8,671 | 4,658 | 51.6 |
| With members 12-17 years | 11,925 | 10 | 24 | 142 | 752 | 1,799 | 2,755 | 2,971 | 1,951 | 1,218 | 248 | 55 | 45.6 |
| Without members under 18 years | 35,129 | 22 | 405 | 1,202 | 1,254 | 1,067 | 1,178 | 2,147 | 4,067 | 10,823 | 8,405 | 4,561 | 58.8 |
| With members under 18 years | 25,122 | 25 | 450 | 1,884 | 3,874 | 4,954 | 4,808 | 4,108 | 2,561 | 1,792 | 515 | 152 | 41.8 |
| Without members 18-64 years | 9,331 | - | - | - | - | - | - | - | - | - | 5,338 | 3,993 | 73.7 |
| With members 18-64 years | 50,920 | 47 | 855 | 3,086 | 5,127 | 6,020 | 5,986 | 6,255 | 6,628 | 12,615 | 3,581 | 720 | 46.7 |
| Without members 65+ years | 43,837 | 42 | 843 | 3,056 | 5,046 | 5,885 | 5,790 | 6,034 | 6,346 | 10,794 | - | - | 44.3 |
| With members 65+ years | 16,415 | 4 | 12 | 30 | 81 | 136 | 195 | 221 | 282 | 1,821 | 8,919 | 4,713 | 69 |
| **NUMBER OF OWN CHILDREN UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without own children under 18 | 36,480 | 27 | 410 | 1,217 | 1,264 | 1,083 | 1,219 | 2,281 | 4,291 | 11,339 | 8,717 | 4,632 | 58.8 |
| One own child under 18 | 9,131 | 12 | 267 | 814 | 1,223 | 1,335 | 1,354 | 1,776 | 1,340 | 855 | 126 | 30 | 42.6 |
| Two own children under 18 | 9,581 | 8 | 143 | 677 | 1,605 | 2,258 | 2,219 | 1,534 | 716 | 322 | 53 | 45 | 40.2 |
| Three own children under 18 | 3,667 | - | 32 | 290 | 735 | 955 | 841 | 516 | 204 | 78 | 14 | 1 | 38.9 |
| Four or more own children under 18 | 1,394 | - | 3 | 89 | 301 | 390 | 353 | 148 | 76 | 22 | 8 | 4 | 38.9 |
| **NUMBER OF OWN CHILDREN 6-17 YEARS** | | | | | | | | | | | | | |
| Without own children 6-17 | 41,908 | 37 | 761 | 2,362 | 2,988 | 2,351 | 1,721 | 2,504 | 4,380 | 11,402 | 8,746 | 4,655 | 54.6 |
| One own child 6-17 | 8,919 | 4 | 79 | 450 | 1,077 | 1,592 | 1,581 | 1,790 | 1,358 | 845 | 117 | 25 | 43.4 |
| Two own children 6-17 | 6,684 | 5 | 15 | 214 | 703 | 1,410 | 1,877 | 1,431 | 662 | 294 | 43 | 28 | 42.3 |
| Three own children 6-17 | 2,141 | - | - | 47 | 278 | 522 | 624 | 432 | 173 | 56 | 6 | 5 | 41.4 |
| Four or more own children 6-17 | 599 | - | - | 14 | 81 | 145 | 183 | 98 | 55 | 18 | 6 | - | 41.5 |
| **NUMBER OF OWN CHILDREN 12-17 YEARS** | | | | | | | | | | | | | |
| Without own children 12-17 | 48,859 | 43 | 840 | 2,963 | 4,387 | 4,245 | 3,250 | 3,316 | 4,752 | 11,570 | 8,807 | 4,687 | 51.7 |
| One own child 12-17 | 7,794 | 4 | 9 | 98 | 540 | 1,197 | 1,774 | 1,893 | 1,355 | 827 | 84 | 13 | 45.2 |
| Two own children 12-17 | 3,065 | - | 6 | 20 | 170 | 480 | 790 | 914 | 449 | 193 | 28 | 13 | 44.5 |
| Three or more own children 12-17 | 533 | - | - | 5 | 30 | 99 | 172 | 132 | 72 | 24 | - | - | 43.8 |
| **NUMBER OF OWN CHILDREN 6-11 YEARS** | | | | | | | | | | | | | |
| Without own children 6-11 | 48,900 | 41 | 776 | 2,431 | 3,217 | 3,109 | 3,061 | 4,547 | 5,871 | 12,323 | 8,847 | 4,676 | 53.2 |
| One own child 6-11 | 7,647 | - | 70 | 433 | 1,258 | 1,882 | 1,889 | 1,252 | 588 | 211 | 47 | 18 | 40.4 |
| Two own children 6-11 | 3,141 | 5 | 9 | 185 | 542 | 858 | 901 | 394 | 137 | 72 | 20 | 19 | 39.6 |

Exhibit 10
5 of 62

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | Total | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Three or more own children 6-11 | 563 | - | - | 38 | 111 | 172 | 135 | 62 | 32 | 9 | 5 | - | 39.1 |
| **NUMBER OF OWN CHILDREN UNDER 6 YEARS** | | | | | | | | | | | | | |
| Without own children under 6 | 49,963 | 36 | 450 | 1,468 | 2,104 | 3,225 | 4,508 | 5,707 | 6,407 | 12,502 | 8,876 | 4,680 | 53.9 |
| One own child under 6 | 6,959 | 8 | 268 | 1,012 | 1,936 | 1,891 | 1,125 | 427 | 164 | 81 | 27 | 19 | 35.9 |
| Two own children under 6 | 2,866 | 3 | 125 | 506 | 913 | 794 | 322 | 108 | 42 | 27 | 13 | 14 | 34.6 |
| Three or more own children under 6 | 463 | - | 12 | 100 | 174 | 111 | 31 | 12 | 15 | 4 | 3 | - | 34.1 |
| **NUMBER OF OWN CHILDREN UNDER 3 YEARS** | | | | | | | | | | | | | |
| Without own children under 3 | 54,269 | 38 | 538 | 1,935 | 3,119 | 4,495 | 5,381 | 6,058 | 6,548 | 12,560 | 8,903 | 4,695 | 52.3 |
| One own child under 3 | 5,261 | 7 | 261 | 982 | 1,734 | 1,391 | 563 | 181 | 67 | 46 | 14 | 16 | 34.1 |
| Two or more own children under 3 | 721 | 2 | 56 | 170 | 274 | 134 | 43 | 16 | 14 | 10 | 2 | 2 | 32.8 |
| **NUMBER OF FAMILY MEMBERS UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without members under 18 | 35,129 | 22 | 405 | 1,202 | 1,254 | 1,067 | 1,178 | 2,147 | 4,067 | 10,823 | 8,405 | 4,561 | 58.8 |
| One member under 18 | 9,713 | 14 | 263 | 802 | 1,225 | 1,316 | 1,339 | 1,820 | 1,438 | 1,122 | 296 | 78 | 44 |
| Two members under 18 | 9,999 | 8 | 143 | 691 | 1,589 | 2,266 | 2,240 | 1,575 | 779 | 498 | 155 | 55 | 41 |
| Three members under 18 | 3,866 | 3 | 37 | 296 | 748 | 953 | 855 | 542 | 244 | 132 | 46 | 10 | 39.7 |
| Four members under 18 | 1,095 | - | 6 | 73 | 221 | 301 | 265 | 122 | 65 | 26 | 11 | 6 | 39.5 |
| Five or more members under 18 | 448 | - | 2 | 22 | 91 | 117 | 109 | 48 | 35 | 15 | 7 | 3 | 40.1 |
| **NUMBER OF FAMILY MEMBERS 18-64 YEARS** | | | | | | | | | | | | | |
| Without members 18-64 | 9,331 | - | - | - | - | - | - | - | - | - | 5,338 | 3,993 | 73.7 |
| One member 18-64 | 4,863 | 9 | 8 | 11 | 23 | 24 | 32 | 28 | 88 | 1,276 | 2,798 | 568 | 66.3 |
| Two members 18-64 | 35,154 | 24 | 790 | 2,915 | 4,831 | 5,331 | 4,701 | 3,991 | 3,979 | 7,935 | 553 | 104 | 43.5 |
| Three members 18-64 | 7,460 | 11 | 36 | 86 | 215 | 521 | 944 | 1,498 | 1,687 | 2,251 | 183 | 29 | 49.6 |
| Four members 18-64 | 2,695 | 1 | 17 | 59 | 46 | 109 | 246 | 597 | 694 | 879 | 30 | 16 | 50.2 |
| Five or more members 18-64 | 748 | 2 | 4 | 15 | 12 | 36 | 63 | 141 | 180 | 274 | 18 | 2 | 51.2 |
| **NUMBER OF FAMILY MEMBERS 65+ YEARS** | | | | | | | | | | | | | |
| Families without members 65+ | 43,837 | 42 | 843 | 3,056 | 5,046 | 5,885 | 5,790 | 6,034 | 6,346 | 10,794 | - | - | 44.3 |
| One member 65+ | 5,648 | 4 | 12 | 26 | 73 | 115 | 162 | 181 | 256 | 1,768 | 2,788 | 263 | 62.1 |
| Two or more members 65+ | 10,767 | - | - | 4 | 8 | 21 | 33 | 40 | 25 | 54 | 6,132 | 4,450 | 73.1 |
| **MEMBERS UNDER 18 AND 65+ YEARS** | | | | | | | | | | | | | |
| No Members under 18 & 65+ | 20,136 | 20 | 402 | 1,190 | 1,233 | 1,029 | 1,134 | 2,085 | 3,871 | 9,172 | - | - | 50.2 |
| One member under 18 & 65+ | 13,748 | 15 | 262 | 811 | 1,225 | 1,335 | 1,340 | 1,791 | 1,575 | 2,627 | 2,535 | 231 | 48.6 |
| Two members under 18 & 65+ | 20,088 | 5 | 142 | 683 | 1,582 | 2,226 | 2,202 | 1,589 | 803 | 601 | 5,948 | 4,308 | 54.2 |
| Three members under 18 & 65+ | 4,386 | 6 | 40 | 301 | 758 | 979 | 892 | 595 | 266 | 153 | 280 | 117 | 42.1 |
| Four members under 18 & 65+ | 1,358 | - | 6 | 78 | 237 | 333 | 297 | 139 | 75 | 40 | 115 | 38 | 42.8 |
| Five or more under 18 & 65+ | 536 | - | 2 | 23 | 93 | 119 | 120 | 56 | 39 | 23 | 42 | 20 | 43.9 |

| | | Age of Householder | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Male Householder** | Total | Under 20 years | 20-24 years | 25-29 years | 30-34 years | 35-39 years | 40-44 years | 45-49 years | 50-54 years | 55-64 years | 65-74 years | 75+ years | Mean age |
| ALL FAMILIES | 6,310 | 243 | 700 | 704 | 700 | 639 | 599 | 684 | 548 | 846 | 362 | 285 | 42.8 |
| TENURE | | | | | | | | | | | | | |
| Own/Buying | 3,462 | 128 | 254 | 295 | 310 | 291 | 336 | 391 | 357 | 567 | 288 | 244 | 46.4 |

**Exhibit 10**

**6 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Rent | 2,764 | 115 | 432 | 401 | 385 | 328 | 254 | 286 | 188 | 265 | 69 | 40 | 38.1 |
| No Cash Rent[2] | 84 | - | 14 | 9 | 4 | 20 | 9 | 7 | 3 | 14 | 4 | - | 41.2 |
| **SIZE OF FAMILY** | | | | | | | | | | | | | |
| Two members | 3,450 | 58 | 276 | 376 | 342 | 284 | 311 | 404 | 367 | 570 | 260 | 205 | 45.7 |
| Three members | 1,632 | 68 | 177 | 190 | 191 | 225 | 170 | 193 | 126 | 170 | 57 | 64 | 41.6 |
| Four members | 696 | 55 | 122 | 76 | 103 | 81 | 79 | 51 | 36 | 62 | 24 | 7 | 37.5 |
| Five members | 299 | 36 | 70 | 26 | 44 | 30 | 13 | 26 | 14 | 30 | 8 | 1 | 35.9 |
| Six members | 137 | 14 | 27 | 19 | 17 | 11 | 10 | 7 | 6 | 12 | 6 | 8 | 38.1 |
| Seven or more members | 97 | 13 | 29 | 17 | 3 | 8 | 15 | 4 | - | 2 | 6 | - | 32.4 |
| **AGE OF OWN CHILDREN** | | | | | | | | | | | | | |
| Without own children, any age | 2,524 | 234 | 546 | 370 | 241 | 180 | 154 | 157 | 161 | 283 | 128 | 69 | 37.5 |
| With own children, any age | 3,786 | 9 | 154 | 334 | 458 | 459 | 445 | 527 | 387 | 563 | 234 | 216 | 45.7 |
| Without own children under 25 years | 3,257 | 234 | 546 | 370 | 249 | 184 | 156 | 182 | 228 | 519 | 306 | 284 | 44.4 |
| With own children under 25 years/3 | 3,053 | 9 | 154 | 334 | 451 | 456 | 443 | 501 | 320 | 327 | 56 | 1 | 41.3 |
| Without own children under 18 years | 3,838 | 238 | 553 | 370 | 254 | 205 | 220 | 318 | 379 | 677 | 340 | 284 | 45.5 |
| With own children under 18 years | 2,472 | 5 | 147 | 334 | 445 | 434 | 379 | 366 | 169 | 168 | 22 | 1 | 39.4 |
| Without own children under 12 years | 4,559 | 239 | 556 | 379 | 280 | 306 | 366 | 506 | 489 | 799 | 355 | 285 | 45.8 |
| With own children under 12 years | 1,751 | 4 | 144 | 326 | 420 | 333 | 234 | 178 | 59 | 46 | 6 | - | 36 |
| Without own children under 6 years | 5,301 | 239 | 569 | 439 | 430 | 493 | 502 | 629 | 532 | 827 | 358 | 285 | 44.8 |
| With own children under 6 years | 1,009 | 4 | 131 | 266 | 270 | 147 | 97 | 55 | 16 | 19 | 4 | - | 33.1 |
| Without own children under 5 years | 5,420 | 239 | 573 | 464 | 460 | 514 | 518 | 640 | 538 | 830 | 358 | 285 | 44.6 |
| With own children under 5 years | 890 | 4 | 127 | 240 | 239 | 125 | 82 | 44 | 10 | 15 | 4 | - | 32.7 |
| Without own children under 3 years | 5,711 | 239 | 591 | 529 | 552 | 559 | 554 | 664 | 543 | 835 | 361 | 285 | 44 |
| With own children under 3 years | 599 | 4 | 109 | 175 | 148 | 81 | 46 | 20 | 5 | 11 | 1 | - | 31.8 |
| Without own children under 1 year | 6,083 | 239 | 653 | 632 | 651 | 606 | 589 | 674 | 548 | 844 | 362 | 285 | 43.2 |
| With own children under 1 year | 227 | 4 | 47 | 72 | 49 | 33 | 11 | 9 | - | 1 | - | - | 30.6 |
| Without own children 3-5 years | 5,766 | 243 | 650 | 572 | 548 | 561 | 539 | 642 | 536 | 830 | 359 | 285 | 43.7 |
| With own children 3-5 years | 544 | - | 50 | 132 | 151 | 78 | 61 | 42 | 12 | 15 | 3 | - | 34.2 |
| Without own children 6-11 years | 5,305 | 243 | 675 | 598 | 453 | 400 | 427 | 554 | 501 | 813 | 356 | 285 | 43.7 |
| With own children 6-11 years | 1,005 | - | 25 | 107 | 247 | 240 | 172 | 130 | 47 | 33 | 5 | - | 38.6 |
| Without own children 12-17 years | 5,263 | 242 | 693 | 690 | 625 | 439 | 381 | 433 | 417 | 714 | 346 | 284 | 42.2 |
| With own children 12-17 years | 1,047 | 1 | 7 | 14 | 75 | 200 | 219 | 251 | 131 | 132 | 16 | 1 | 45 |
| **FAMILIES WITH OWN CHILDREN, SPECIFIC AGES[3]** | | | | | | | | | | | | | |
| No own children under 25 | 3,262 | 234 | 546 | 370 | 249 | 184 | 156 | 187 | 228 | 519 | 306 | 284 | 44.5 |
| Own children, more than one age group | 786 | - | 38 | 85 | 150 | 153 | 143 | 117 | 49 | 47 | 4 | - | 39.3 |
| Own children 18-24 only | 576 | 3 | 7 | - | 6 | 22 | 64 | 131 | 152 | 158 | 33 | - | 51.3 |
| Own children 12-17 only | 601 | 1 | 3 | 9 | 23 | 97 | 115 | 155 | 87 | 96 | 15 | 1 | 46.8 |
| Own children 6-11 only | 486 | - | 10 | 55 | 130 | 110 | 77 | 59 | 22 | 20 | 3 | - | 38.8 |
| Own children 3-5 only | 249 | - | 18 | 74 | 68 | 29 | 23 | 25 | 8 | 4 | - | - | 33.6 |
| Own children under 3 only | 351 | 4 | 79 | 111 | 74 | 45 | 21 | 11 | 3 | 2 | 1 | - | 30.5 |
| **OWN CHILDREN, SELECTED AGES** | | | | | | | | | | | | | |
| No own children under 18 | 3,838 | 238 | 553 | 370 | 254 | 205 | 220 | 318 | 379 | 677 | 340 | 284 | 45.5 |
| Under 6 only | 701 | 4 | 119 | 218 | 162 | 81 | 49 | 43 | 11 | 13 | 1 | - | 32 |

**Exhibit 10**
**7 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Some under 6, some 6-17 | 308 | - | 12 | 48 | 107 | 66 | 48 | 12 | 6 | 6 | 3 | - | 35.6 |
| 6-17 only | 1,464 | 1 | 15 | 69 | 176 | 287 | 283 | 311 | 152 | 150 | 18 | 1 | 43.4 |
| **AGE OF FAMILY HOUSEHOLD MEMBERS** | | | | | | | | | | | | | |
| Without members under 1 year | 6,041 | 237 | 646 | 628 | 651 | 606 | 584 | 670 | 548 | 827 | 359 | 285 | 43.2 |
| With members under 1 year | 269 | 6 | 54 | 77 | 49 | 33 | 15 | 14 | | 18 | 3 | | 33.2 |
| Without members under 6 years | 5,092 | 220 | 530 | 423 | 416 | 485 | 490 | 611 | 517 | 784 | 344 | 272 | 44.8 |
| With members under 6 years | 1,218 | 23 | 170 | 282 | 283 | 155 | 109 | 73 | 31 | 62 | 17 | 13 | 35.2 |
| Without members 6-11 years | 5,032 | 190 | 609 | 580 | 439 | 380 | 417 | 548 | 489 | 768 | 339 | 273 | 43.9 |
| With members 6-11 years | 1,278 | 53 | 91 | 124 | 261 | 260 | 182 | 136 | 59 | 78 | 23 | 12 | 38.8 |
| Without members 12-17 years | 4,822 | 84 | 587 | 659 | 618 | 432 | 365 | 408 | 405 | 685 | 307 | 274 | 43.1 |
| With members 12-17 years | 1,488 | 159 | 113 | 46 | 82 | 208 | 234 | 276 | 143 | 161 | 55 | 11 | 41.9 |
| Without members under 18 years | 3,164 | 74 | 404 | 329 | 230 | 182 | 193 | 284 | 350 | 586 | 280 | 252 | 47.1 |
| With members under 18 years | 3,146 | 169 | 296 | 375 | 470 | 458 | 406 | 400 | 198 | 260 | 82 | 33 | 39.4 |
| Without members 18-64 years | 141 | 2 | - | - | - | - | - | - | - | - | 94 | 45 | 71.2 |
| With members 18-64 years | 6,169 | 241 | 700 | 704 | 700 | 639 | 599 | 684 | 548 | 846 | 268 | 240 | 42.1 |
| Without members 65+ years | 4,996 | 233 | 631 | 661 | 640 | 570 | 507 | 588 | 463 | 702 | - | - | 38.7 |
| With members 65+ years | 1,314 | 10 | 69 | 43 | 59 | 69 | 92 | 96 | 85 | 144 | 362 | 285 | 59.4 |
| **NUMBER OF OWN CHILDREN UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without own children under 18 | 3,838 | 238 | 553 | 370 | 254 | 205 | 220 | 318 | 379 | 677 | 340 | 284 | 45.5 |
| One own child under 18 | 1,487 | 5 | 97 | 224 | 238 | 205 | 226 | 226 | 117 | 129 | 19 | 1 | 40.1 |
| Two own children under 18 | 663 | - | 32 | 72 | 125 | 159 | 109 | 105 | 39 | 23 | - | - | 38.7 |
| Three own children under 18 | 231 | - | 11 | 30 | 60 | 49 | 31 | 23 | 12 | 12 | 3 | - | 37.7 |
| Four or more own children under 18 | 91 | - | 7 | 8 | 22 | 22 | 13 | 12 | 1 | 5 | - | - | 36.8 |
| **NUMBER OF OWN CHILDREN 6-17 YEARS** | | | | | | | | | | | | | |
| Without own children 6-17 | 4,539 | 242 | 672 | 588 | 416 | 286 | 269 | 361 | 390 | 690 | 341 | 284 | 43.1 |
| One own child 6-17 | 1,137 | 1 | 20 | 86 | 173 | 189 | 214 | 196 | 108 | 127 | 20 | 1 | 42.9 |
| Two own children 6-17 | 480 | - | 4 | 24 | 80 | 122 | 88 | 101 | 41 | 19 | 1 | - | 41 |
| Three own children 6-17 | 118 | - | 3 | 6 | 25 | 30 | 20 | 16 | 8 | 8 | - | - | 40.1 |
| Four or more own children 6-17 | 38 | - | - | - | 4 | 12 | 9 | 10 | 1 | 2 | - | - | 39.3 |
| **NUMBER OF OWN CHILDREN 12-17 YEARS** | | | | | | | | | | | | | |
| Without own children 12-17 | 5,263 | 242 | 693 | 690 | 625 | 439 | 381 | 433 | 417 | 714 | 346 | 284 | 42.2 |
| One own child 12-17 | 810 | 1 | 4 | 10 | 59 | 144 | 175 | 182 | 105 | 112 | 16 | 1 | 45.4 |
| Two own children 12-17 | 202 | - | 3 | 4 | 13 | 44 | 42 | 61 | 21 | 14 | - | - | 43.6 |
| Three or more own children 12-17 | 35 | - | - | - | 3 | 11 | 2 | 8 | 5 | 6 | - | - | 44.3 |
| **NUMBER OF OWN CHILDREN 6-11 YEARS** | | | | | | | | | | | | | |
| Without own children 6-11 | 5,305 | 243 | 675 | 598 | 453 | 400 | 427 | 554 | 501 | 813 | 356 | 285 | 43.7 |
| One own child 6-11 | 759 | - | 22 | 82 | 173 | 182 | 128 | 103 | 37 | 29 | 4 | - | 39 |
| Two own children 6-11 | 212 | - | 3 | 20 | 59 | 51 | 39 | 25 | 10 | 4 | 1 | - | 37.9 |
| Three or more own children 6-11 | 35 | - | - | 4 | 15 | 8 | 5 | 3 | - | - | - | - | 35 |
| **NUMBER OF OWN CHILDREN UNDER 6 YEARS** | | | | | | | | | | | | | |
| Without own children under 6 | 5,301 | 239 | 569 | 439 | 430 | 493 | 502 | 629 | 532 | 827 | 358 | 285 | 44.8 |
| One own child under 6 | 760 | 4 | 93 | 202 | 208 | 104 | 77 | 46 | 16 | 7 | 2 | - | 33.3 |
| Two own children under 6 | 212 | - | 30 | 54 | 58 | 41 | 14 | 5 | - | 8 | 2 | - | 32.4 |

**Exhibit 10**
**8 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Three or more own children under 6 | 36 | - | 8 | 10 | 3 | 2 | 6 | 4 | - | 4 | - | - | 33.8 |
| **NUMBER OF OWN CHILDREN UNDER 3 YEARS** | | | | | | | | | | | | | |
| Without own children under 3 | 5,711 | 239 | 591 | 529 | 552 | 559 | 554 | 664 | 543 | 835 | 361 | 285 | 44 |
| One own child under 3 | 535 | 4 | 101 | 161 | 129 | 63 | 45 | 17 | 5 | 9 | 1 | - | 31.9 |
| Two or more own children under 3 | 64 | - | 8 | 14 | 19 | 18 | - | 3 | - | 2 | - | - | 30.8 |
| **NUMBER OF FAMILY MEMBERS UNDER 18 YEARS** | | | | | | | | | | | | | |
| Without members under 18 | 3,164 | 74 | 404 | 329 | 230 | 182 | 193 | 284 | 350 | 586 | 280 | 252 | 47.1 |
| One member under 18 | 1,795 | 73 | 174 | 232 | 248 | 213 | 231 | 240 | 130 | 182 | 50 | 22 | 40.5 |
| Two members under 18 | 882 | 50 | 76 | 90 | 136 | 164 | 124 | 117 | 52 | 45 | 19 | 9 | 38.6 |
| Three members under 18 | 325 | 25 | 26 | 37 | 64 | 59 | 32 | 30 | 14 | 27 | 8 | 2 | 37.4 |
| Four members under 18 | 97 | 17 | 7 | 13 | 15 | 16 | 7 | 13 | 1 | 6 | 4 | - | 35.1 |
| Five or more members under 18 | 47 | 3 | 13 | 4 | 7 | 6 | 12 | 1 | - | - | - | - | 32.5 |
| **NUMBER OF FAMILY MEMBERS 18-64 YEARS** | | | | | | | | | | | | | |
| Without members 18-64 | 141 | 2 | - | - | - | - | - | - | - | - | 94 | 45 | 71.2 |
| One member 18-64 | 2,950 | 57 | 153 | 311 | 408 | 430 | 361 | 382 | 208 | 251 | 205 | 184 | 43.6 |
| Two members 18-64 | 2,141 | 94 | 250 | 226 | 195 | 140 | 183 | 242 | 255 | 460 | 49 | 47 | 42.9 |
| Three members 18-64 | 750 | 63 | 171 | 113 | 57 | 53 | 42 | 55 | 70 | 109 | 9 | 9 | 37.4 |
| Four members 18-64 | 244 | 21 | 96 | 35 | 28 | 15 | 7 | 3 | 15 | 19 | 5 | - | 31.4 |
| Five or more members 18-64 | 84 | 5 | 30 | 20 | 12 | 2 | 6 | 2 | - | 6 | - | - | 29.7 |
| **NUMBER OF FAMILY MEMBERS 65+ YEARS** | | | | | | | | | | | | | |
| Families without members 65+ | 4,996 | 233 | 631 | 661 | 640 | 570 | 507 | 588 | 463 | 702 | - | - | 38.7 |
| One member 65+ | 1,115 | 5 | 59 | 35 | 53 | 53 | 74 | 76 | 80 | 140 | 297 | 243 | 59.8 |
| Two or more members 65+ | 200 | 4 | 10 | 8 | 7 | 17 | 19 | 20 | 4 | 4 | 64 | 42 | 57.4 |
| **MEMBERS UNDER 18 AND 65+ YEARS** | | | | | | | | | | | | | |
| No Members under 18 & 65+ | 2,048 | 69 | 349 | 292 | 181 | 124 | 115 | 196 | 273 | 450 | - | - | 40.3 |
| One member under 18 & 65+ | 2,622 | 72 | 215 | 264 | 288 | 249 | 292 | 304 | 202 | 308 | 218 | 210 | 45 |
| Two members under 18 & 65+ | 1,099 | 54 | 84 | 94 | 141 | 183 | 133 | 136 | 55 | 52 | 109 | 59 | 43.3 |
| Three members under 18 & 65+ | 371 | 28 | 29 | 38 | 62 | 60 | 38 | 32 | 16 | 30 | 22 | 14 | 40.5 |
| Four members under 18 & 65+ | 112 | 17 | 10 | 9 | 20 | 17 | 5 | 15 | 3 | 6 | 8 | 2 | 37.6 |
| Five or more under 18 & 65+ | 58 | 3 | 13 | 8 | 7 | 6 | 15 | 1 | - | - | 4 | - | 35.1 |

| | | Age of Householder | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Female Householder** | **Total** | **Under 20 years** | **20-24 years** | **25-29 years** | **30-34 years** | **35-39 years** | **40-44 years** | **45-49 years** | **50-54 years** | **55-64 years** | **65-74 years** | **75+ years** | **Mean age** |
| ALL FAMILIES | 15,622 | 215 | 1,127 | 1,567 | 1,726 | 1,816 | 1,853 | 1,556 | 1,422 | 2,031 | 1,244 | 1,066 | 45.1 |
| **TENURE** | | | | | | | | | | | | | |
| Own/Buying | 7,070 | 77 | 259 | 332 | 424 | 592 | 747 | 774 | 816 | 1,265 | 904 | 880 | 51.2 |
| Rent | 8,377 | 137 | 850 | 1,218 | 1,275 | 1,206 | 1,088 | 773 | 588 | 741 | 328 | 172 | 39.8 |
| No Cash Rent[2] | 176 | - | 19 | 17 | 27 | 18 | 18 | 8 | 18 | 25 | 12 | 13 | 43.8 |
| **SIZE OF FAMILY** | | | | | | | | | | | | | |
| Two members | 7,170 | 49 | 539 | 606 | 511 | 588 | 725 | 746 | 762 | 1,190 | 750 | 705 | 48.3 |
| Three members | 4,580 | 55 | 309 | 502 | 668 | 605 | 610 | 477 | 407 | 467 | 263 | 217 | 43 |

**Exhibit 10**
**9 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Four members | 2,182 | 53 | 151 | 266 | 280 | 369 | 298 | 223 | 152 | 180 | 132 | 78 | 42.1 |
| Five members | 1,079 | 29 | 87 | 138 | 181 | 163 | 125 | 70 | 56 | 136 | 55 | 40 | 41.5 |
| Six members | 381 | 17 | 30 | 32 | 56 | 59 | 58 | 27 | 28 | 33 | 22 | 18 | 42.2 |
| Seven or more members | 231 | 12 | 11 | 23 | 30 | 33 | 37 | 13 | 17 | 25 | 22 | 8 | 44.8 |

**AGE OF OWN CHILDREN**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Without own children, any age | 2,456 | 169 | 373 | 254 | 125 | 77 | 116 | 127 | 199 | 447 | 377 | 191 | 46.8 |
| With own children, any age | 13,166 | 45 | 754 | 1,313 | 1,601 | 1,739 | 1,737 | 1,428 | 1,223 | 1,584 | 867 | 875 | 44.8 |
| Without own children under 25 years | 5,307 | 170 | 379 | 260 | 142 | 85 | 158 | 218 | 415 | 1,329 | 1,136 | 1,015 | 57.2 |
| With own children under 25 years/3 | 10,315 | 44 | 749 | 1,307 | 1,584 | 1,731 | 1,695 | 1,337 | 1,007 | 702 | 108 | 51 | 39.4 |
| Without own children under 18 years | 7,097 | 177 | 380 | 267 | 146 | 176 | 417 | 648 | 875 | 1,790 | 1,190 | 1,031 | 55.6 |
| With own children under 18 years | 8,525 | 38 | 747 | 1,300 | 1,580 | 1,639 | 1,436 | 908 | 546 | 241 | 54 | 35 | 37.5 |
| Without own children under 12 years | 9,550 | 177 | 381 | 277 | 284 | 660 | 1,060 | 1,205 | 1,291 | 1,966 | 1,211 | 1,038 | 52.4 |
| With own children under 12 years | 6,073 | 38 | 746 | 1,290 | 1,443 | 1,156 | 793 | 351 | 130 | 65 | 33 | 28 | 34.3 |
| Without own children under 6 years | 12,278 | 179 | 418 | 629 | 970 | 1,279 | 1,607 | 1,499 | 1,405 | 2,007 | 1,229 | 1,055 | 48.9 |
| With own children under 6 years | 3,344 | 36 | 709 | 938 | 757 | 537 | 246 | 56 | 16 | 24 | 15 | 11 | 31.1 |
| Without own children under 5 years | 12,766 | 181 | 447 | 752 | 1,105 | 1,382 | 1,667 | 1,523 | 1,409 | 2,016 | 1,229 | 1,055 | 48.3 |
| With own children under 5 years | 2,857 | 34 | 681 | 815 | 621 | 434 | 186 | 33 | 12 | 15 | 15 | 11 | 30.6 |
| Without own children under 3 years | 13,855 | 191 | 612 | 1,034 | 1,394 | 1,572 | 1,775 | 1,541 | 1,414 | 2,027 | 1,235 | 1,062 | 47 |
| With own children under 3 years | 1,767 | 24 | 516 | 533 | 333 | 244 | 78 | 15 | 8 | 4 | 9 | 4 | 29.5 |
| Without own children under 1 year | 15,082 | 207 | 929 | 1,422 | 1,629 | 1,740 | 1,840 | 1,554 | 1,421 | 2,031 | 1,242 | 1,066 | 45.6 |
| With own children under 1 year | 541 | 8 | 199 | 145 | 97 | 76 | 13 | 2 | - | - | 2 | | 28.2 |
| Without own children 3-5 years | 13,488 | 202 | 762 | 976 | 1,193 | 1,463 | 1,660 | 1,513 | 1,413 | 2,012 | 1,236 | 1,057 | 47.2 |
| With own children 3-5 years | 2,134 | 13 | 365 | 591 | 533 | 353 | 193 | 42 | 8 | 19 | 8 | 9 | 31.8 |
| Without own children 6-11 years | 11,598 | 210 | 1,045 | 771 | 613 | 943 | 1,213 | 1,243 | 1,305 | 1,982 | 1,223 | 1,049 | 48.4 |
| With own children 6-11 years | 4,024 | 5 | 82 | 796 | 1,113 | 872 | 640 | 313 | 117 | 49 | 21 | 17 | 36.2 |
| Without own children 12-17 years | 11,487 | 211 | 1,123 | 1,492 | 1,120 | 782 | 841 | 848 | 961 | 1,837 | 1,213 | 1,057 | 46.3 |
| With own children 12-17 years | 4,135 | 4 | 4 | 74 | 606 | 1,034 | 1,012 | 707 | 460 | 194 | 31 | 9 | 42.1 |

**FAMILIES WITH OWN CHILDREN, SPECIFIC AGES[3]**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No own children under 25 | 5,323 | 170 | 379 | 260 | 142 | 88 | 162 | 219 | 415 | 1,332 | 1,140 | 1,017 | 57.2 |
| Own children, more than one age group | 3,889 | 7 | 208 | 571 | 844 | 892 | 727 | 370 | 191 | 62 | 14 | 3 | 37.1 |
| Own children 18-24 only | 1,774 | 6 | 2 | 7 | 4 | 89 | 255 | 429 | 461 | 458 | 50 | 14 | 50.4 |
| Own children 12-17 only | 1,749 | - | 1 | 6 | 120 | 359 | 418 | 392 | 287 | 138 | 19 | 7 | 44.7 |
| Own children 6-11 only | 1,497 | 2 | 36 | 326 | 421 | 247 | 217 | 129 | 59 | 31 | 12 | 16 | 36.7 |
| Own children 3-5 only | 647 | 7 | 178 | 202 | 115 | 69 | 41 | 9 | 4 | 10 | 6 | 7 | 30.4 |
| Own children under 3 only | 743 | 22 | 325 | 194 | 80 | 72 | 34 | 7 | 4 | - | 3 | 2 | 27.6 |

**OWN CHILDREN, SELECTED AGES**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No own children under 18 | 7,097 | 177 | 380 | 267 | 146 | 176 | 417 | 648 | 875 | 1,790 | 1,190 | 1,031 | 55.6 |
| Under 6 only | 1,750 | 30 | 662 | 481 | 246 | 178 | 94 | 18 | 10 | 10 | 10 | 11 | 28.9 |
| Some under 6, some 6-17 | 1,594 | 6 | 47 | 457 | 511 | 359 | 152 | 38 | 6 | 14 | 4 | - | 33.3 |
| 6-17 only | 5,181 | 2 | 38 | 362 | 823 | 1,103 | 1,190 | 851 | 530 | 218 | 39 | 25 | 41.2 |

**AGE OF FAMILY HOUSEHOLD MEMBERS**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Without members under 1 year | 14,917 | 196 | 921 | 1,422 | 1,622 | 1,722 | 1,818 | 1,536 | 1,418 | 1,977 | 1,229 | 1,057 | 45.6 |
| With members under 1 year | 706 | 19 | 207 | 145 | 104 | 94 | 35 | 20 | 4 | 54 | 15 | 9 | 33.8 |

**Exhibit 10**
**10 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Without members under 6 years | 11,492 | 156 | 379 | 601 | 949 | 1,241 | 1,515 | 1,410 | 1,308 | 1,791 | 1,134 | 1,009 | 48.7 |
| With members under 6 years | 4,130 | 59 | 749 | 966 | 777 | 575 | 338 | 145 | 114 | 240 | 110 | 57 | 35.2 |
| Without members 6-11 years | 10,942 | 173 | 999 | 746 | 600 | 935 | 1,187 | 1,185 | 1,224 | 1,784 | 1,114 | 996 | 48.1 |
| With members 6-11 years | 4,680 | 42 | 128 | 821 | 1,126 | 880 | 666 | 371 | 198 | 247 | 129 | 70 | 38.8 |
| Without members 12-17 years | 10,650 | 86 | 1,018 | 1,446 | 1,094 | 763 | 813 | 823 | 932 | 1,664 | 1,040 | 969 | 46.1 |
| With members 12-17 years | 4,973 | 129 | 109 | 120 | 632 | 1,052 | 1,040 | 733 | 489 | 367 | 204 | 98 | 43.3 |
| Without members under 18 years | 5,500 | 47 | 249 | 200 | 117 | 154 | 344 | 535 | 734 | 1,350 | 889 | 882 | 56.6 |
| With members under 18 years | 10,122 | 168 | 878 | 1,367 | 1,609 | 1,662 | 1,509 | 1,021 | 687 | 681 | 355 | 184 | 40 |
| Without members 18-64 years | 353 | 2 | - | - | - | - | - | - | - | - | 222 | 130 | 73.1 |
| With members 18-64 years | 15,269 | 213 | 1,127 | 1,567 | 1,726 | 1,816 | 1,853 | 1,556 | 1,422 | 2,031 | 1,022 | 936 | 44.4 |
| Without members 65+ years | 12,555 | 202 | 1,101 | 1,503 | 1,696 | 1,757 | 1,742 | 1,439 | 1,293 | 1,823 | - | - | 40.1 |
| With members 65+ years | 3,067 | 13 | 26 | 64 | 30 | 59 | 111 | 117 | 129 | 209 | 1,244 | 1,066 | 67.1 |
| NUMBER OF OWN CHILDREN UNDER 18 YEARS | | | | | | | | | | | | | |
| Without own children under 18 | 7,097 | 177 | 380 | 267 | 146 | 176 | 417 | 648 | 875 | 1,790 | 1,190 | 1,031 | 55.6 |
| One own child under 18 | 4,173 | 29 | 483 | 560 | 532 | 627 | 753 | 569 | 387 | 186 | 27 | 22 | 38.9 |
| Two own children under 18 | 2,794 | 10 | 194 | 466 | 616 | 601 | 455 | 249 | 132 | 42 | 21 | 8 | 36.5 |
| Three own children under 18 | 1,053 | - | 58 | 182 | 247 | 299 | 154 | 76 | 23 | 9 | 3 | 3 | 35.9 |
| Four or more own children under 18 | 504 | - | 13 | 92 | 185 | 112 | 75 | 13 | 5 | 4 | 3 | 2 | 35 |
| NUMBER OF OWN CHILDREN 6-17 YEARS | | | | | | | | | | | | | |
| Without own children 6-17 | 8,847 | 206 | 1,042 | 748 | 392 | 354 | 511 | 666 | 885 | 1,800 | 1,201 | 1,042 | 50.1 |
| One own child 6-17 | 3,885 | 6 | 78 | 539 | 655 | 674 | 747 | 578 | 382 | 184 | 25 | 17 | 40.2 |
| Two own children 6-17 | 2,021 | 2 | 3 | 209 | 425 | 542 | 419 | 238 | 128 | 37 | 15 | 3 | 38.8 |
| Three own children 6-17 | 678 | - | 4 | 64 | 185 | 195 | 131 | 62 | 24 | 9 | 3 | 3 | 37.8 |
| Four or more own children 6-17 | 190 | - | - | 7 | 69 | 50 | 45 | 12 | 2 | 2 | - | 2 | 37.7 |
| NUMBER OF OWN CHILDREN 12-17 YEARS | | | | | | | | | | | | | |
| Without own children 12-17 | 11,487 | 211 | 1,123 | 1,492 | 1,120 | 782 | 841 | 848 | 961 | 1,837 | 1,213 | 1,057 | 46.3 |
| One own child 12-17 | 3,098 | 4 | 2 | 66 | 462 | 725 | 758 | 530 | 355 | 162 | 25 | 9 | 42.4 |
| Two own children 12-17 | 866 | - | 2 | 8 | 115 | 253 | 213 | 148 | 88 | 33 | 6 | - | 41.2 |
| Three or more own children 12-17 | 172 | - | - | - | 29 | 56 | 41 | 29 | 17 | - | - | - | 40.3 |
| NUMBER OF OWN CHILDREN 6-11 YEARS | | | | | | | | | | | | | |
| Without own children 6-11 | 11,598 | 210 | 1,045 | 771 | 613 | 943 | 1,213 | 1,243 | 1,305 | 1,982 | 1,223 | 1,049 | 48.4 |
| One own child 6-11 | 2,889 | 2 | 77 | 554 | 746 | 634 | 457 | 256 | 99 | 38 | 13 | 11 | 36.5 |
| Two own children 6-11 | 924 | 2 | 3 | 187 | 287 | 208 | 156 | 53 | 14 | 7 | 7 | 1 | 35.6 |
| Three or more own children 6-11 | 211 | - | 2 | 55 | 80 | 31 | 26 | 3 | 3 | 5 | - | 5 | 35.6 |
| NUMBER OF OWN CHILDREN UNDER 6 YEARS | | | | | | | | | | | | | |
| Without own children under 6 | 12,278 | 179 | 418 | 629 | 970 | 1,279 | 1,607 | 1,499 | 1,405 | 2,007 | 1,229 | 1,055 | 48.9 |
| One own child under 6 | 2,495 | 35 | 479 | 657 | 580 | 435 | 207 | 52 | 14 | 23 | 9 | 5 | 31.6 |
| Two own children under 6 | 732 | 1 | 181 | 255 | 156 | 92 | 31 | 4 | 3 | 1 | 4 | 5 | 29.5 |
| Three or more own children under 6 | 117 | - | 50 | 26 | 22 | 10 | 8 | - | - | - | 3 | - | 30 |
| NUMBER OF OWN CHILDREN UNDER 3 YEARS | | | | | | | | | | | | | |
| Without own children under 3 | 13,855 | 191 | 612 | 1,034 | 1,394 | 1,572 | 1,775 | 1,541 | 1,414 | 2,027 | 1,235 | 1,062 | 47 |
| One own child under 3 | 1,608 | 24 | 453 | 490 | 304 | 227 | 73 | 14 | 6 | 4 | 9 | 4 | 29.6 |
| Two or more own children under 3 | 159 | - | 63 | 43 | 28 | 17 | 5 | - | 2 | - | - | - | 28.5 |

**Exhibit 10**
**11 of 62**

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at: http://www2.census.gov/programs-surveys/cps/techdocs/cpsmar16.pdf.

| NUMBER OF FAMILY MEMBERS UNDER 18 YEARS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Without members under 18 | 5,500 | 47 | 249 | 200 | 117 | 154 | 344 | 535 | 734 | 1,350 | 889 | 882 | 56.6 |
| One member under 18 | 4,988 | 84 | 546 | 602 | 533 | 622 | 753 | 615 | 456 | 441 | 213 | 123 | 41.7 |
| Two members under 18 | 3,203 | 42 | 241 | 473 | 617 | 604 | 488 | 281 | 172 | 144 | 104 | 39 | 38.6 |
| Three members under 18 | 1,272 | 25 | 74 | 193 | 252 | 310 | 174 | 103 | 38 | 66 | 21 | 16 | 38.1 |
| Four members under 18 | 485 | 13 | 17 | 81 | 158 | 90 | 62 | 16 | 18 | 20 | 7 | 2 | 36.5 |
| Five or more members under 18 | 174 | 5 | 1 | 18 | 49 | 36 | 32 | 7 | 5 | 9 | 9 | 4 | 40 |
| NUMBER OF FAMILY MEMBERS 18-64 YEARS | | | | | | | | | | | | |
| Without members 18-64 | 353 | 2 | - | - | - | - | - | - | - | - | 222 | 130 | 73.1 |
| One member 18-64 | 8,577 | 47 | 655 | 1,160 | 1,419 | 1,297 | 1,031 | 694 | 449 | 406 | 722 | 698 | 42.5 |
| Two members 18-64 | 4,669 | 95 | 245 | 261 | 226 | 392 | 621 | 618 | 666 | 1,134 | 230 | 181 | 47.8 |
| Three members 18-64 | 1,471 | 49 | 129 | 83 | 50 | 95 | 158 | 197 | 240 | 371 | 58 | 40 | 46.7 |
| Four members 18-64 | 438 | 18 | 77 | 41 | 26 | 27 | 35 | 42 | 48 | 101 | 7 | 14 | 43.1 |
| Five or more members 18-64 | 114 | 4 | 22 | 22 | 5 | 4 | 9 | 4 | 18 | 19 | 5 | 3 | 41.3 |
| NUMBER OF FAMILY MEMBERS 65+ YEARS | | | | | | | | | | | | |
| Families without members 65+ | 12,555 | 202 | 1,101 | 1,503 | 1,696 | 1,757 | 1,742 | 1,439 | 1,293 | 1,823 | - | - | 40.1 |
| One member 65+ | 2,686 | 6 | 23 | 56 | 26 | 50 | 101 | 101 | 124 | 189 | 1,080 | 930 | 67 |
| Two or more members 65+ | 381 | 6 | 3 | 8 | 5 | 9 | 10 | 15 | 5 | 20 | 164 | 136 | 68 |
| MEMBERS UNDER 18 AND 65+ YEARS | | | | | | | | | | | | |
| No Members under 18 & 65+ | 3,209 | 39 | 236 | 160 | 104 | 134 | 287 | 455 | 626 | 1,167 | - | - | 47.9 |
| One member under 18 & 65+ | 6,500 | 82 | 550 | 627 | 542 | 626 | 781 | 662 | 548 | 586 | 745 | 751 | 46.9 |
| Two members under 18 & 65+ | 3,720 | 47 | 245 | 471 | 607 | 602 | 502 | 301 | 180 | 182 | 341 | 241 | 42.8 |
| Three members under 18 & 65+ | 1,438 | 29 | 74 | 206 | 264 | 315 | 176 | 106 | 44 | 64 | 108 | 52 | 40.7 |
| Four members under 18 & 65+ | 551 | 13 | 20 | 84 | 161 | 99 | 73 | 22 | 19 | 20 | 26 | 16 | 38.9 |
| Five or more under 18 & 65+ | 204 | 5 | 2 | 19 | 49 | 39 | 35 | 9 | 5 | 12 | 23 | 6 | 43 |

Dash ("-") represents or rounds to zero.

1   In past reports: 'Families.'

2   Formerly included in 'Rent.'

3   Children are included regardless of their marital status.

Source: U.S. Census Bureau, Current Population Survey, 2016 Annual Social and Economic Supplement

Internet Release Date: November 2016

# Parenting in America

 **pewsocialtrends.org**/2015/12/17/1-the-american-family-today/

Social & Demographic Trends

December 17, 2015

## 1. The American family today

Family life is changing. Two-parent households are on the decline in the United States as divorce, remarriage and cohabitation are on the rise. And families are smaller now, both due to the growth of single-parent households and the drop in fertility. Not only are Americans having fewer children, but the circumstances surrounding parenthood have changed. While in the early 1960s babies typically arrived within a marriage, today fully four-in-ten births occur to women who are single or living with a non-marital partner. At the same time that family structures have transformed, so has the role of mothers in the workplace – and in the home. As more moms have entered the labor force, more have become breadwinners – in many cases, *primary* breadwinners – in their families.

As a result of these changes, there is no longer one dominant family form in the U.S. Parents today are raising their children against a backdrop of increasingly diverse and, for many, constantly evolving family forms. By contrast, in 1960, the height of the post-World War II baby boom, there was one dominant family form. At that time 73% of all children were living in a family with two married parents in their first marriage. By 1980, 61% of children were living in this type of family, and today less than half (46%) are. The declining share of children living in what is often deemed a "traditional" family has been largely supplanted by the rising shares of children living with single or cohabiting parents.



Not only has the diversity in family living arrangements increased since the early 1960s, but so has the fluidity of the family. Non-marital cohabitation and divorce, along with the prevalence of remarriage and (non-marital) recoupling in the U.S., make for family structures that in many cases continue to evolve throughout a child's life. While in the past a child born to a married couple – as most children were – was very likely to grow up in a home with those two parents, this is much less common today, as a child's living arrangement changes with each adjustment in the

**Exhibit 10**
**13 of 62**                                                                1/10

relationship status of their parents. For example, one study found that over a three-year period, about three-in-ten (31%) children younger than 6 had experienced a major change in their family or household structure, in the form of parental divorce, separation, marriage, cohabitation or death.

## The growing complexity and diversity of families

The share of children living in a two-parent household is at the lowest point in more than half a century: 69% are in this type of family arrangement today, compared with 73% in 2000 and 87% in 1960. And even children living with two parents are more likely to be experiencing a variety of family arrangements due to increases in divorce, remarriage and cohabitation. Today, fully 62% of children live with two married parents – an all-time low. Some 15% are living with parents in a remarriage and 7% are living with parents who are cohabiting. Conversely, the share of children living with one parent stands at 26%, up from 22% in 2000 and just 9% in 1960.

These changes have been driven in part by the fact that Americans today are exiting marriage at higher rates than in the past. Now, about two-thirds (67%) of people younger than 50 who had ever married are still in their first marriage. In comparison, that share was 83% in 1960. And while among men about 76% of first marriages that began in the late 1980s were still intact 10 years later, fully 88% of marriages that began in the late 1950s lasted as long, according to analyses of Census Bureau data.

## The rise of single-parent families, and changes in two-parent families

Despite the decline over the past half century in children residing with two parents, a majority of kids are still growing up in this type of living arrangement. However, less than half—46%—are living with two parents who are both in their first marriage. This share is down from 61% in 1980 and 73% in 1960.

An additional 15% of children are living with two parents, at least one of whom has been married before. This share has remained relatively stable for decades.

In the remainder of two-parent families, the parents are cohabiting but are not married. Today 7% of children are living with cohabiting parents; however a far larger share will experience this kind of living arrangement at some point during their childhood. For instance, estimates suggest that about 39% of children will have had a mother in a cohabiting relationship by the time they turn 12; and by the time they turn 16, almost half (46%) will have experience with their mother cohabiting. In some cases, this will happen because a never-married mother enters into a cohabiting relationship; in other cases, a mother may enter into a cohabiting relationship after a marital breakup.

The decline in children living in two-parent families has been offset by an almost threefold increase in those living with just one parent—typically the mother. Fully one-fourth (26%) of children younger than age 18 are now living with a single parent, up from just 9% in 1960 and 22% in 2000. The share of children living without either parent stands at 5%; most of these children are being raised by grandparents.

The majority of white, Hispanic and Asian children are living in two-parent households, while less than half of black children are living in this type of arrangement. Furthermore, at least half of Asian and white children are living with two parents both in their first marriage. The shares of Hispanic and black children living with two parents in their first marriage are much lower.

Asian children are the most likely to be living with both parents—fully 84% are, including 71% who are living with

Exhibit 10
14 of 62
2/10

parents who are both in their first marriage. Some 13% of Asian kids are living in a single-parent household, while 11% are living with remarried parents, and just 3% are living with parents who are cohabiting.

Roughly eight-in-ten (78%) white children are living with two parents, including about half (52%) with parents who are both in their first marriage and 19% with two parents in a remarriage; 6% have parents who are cohabiting. About one-in-five (19%) white children are living with a single parent.

Among Hispanic children, two-thirds live with two parents. All told, 43% live with two parents in their first marriage, while 12% are living with parents in a remarriage, and 11% are living with parents who are cohabiting. Some 29% of Hispanic children live with a single parent.

The living arrangements of black children stand in stark contrast to the other major racial and ethnic groups. The majority – 54% – are living with a single parent. Just 38% are living with two parents, including 22% who are living with two parents who are both in their first marriage. Some 9% are living with remarried parents, and 7% are residing with parents who are cohabiting.

Children with at least one college-educated parent are far more likely to be living in a two-parent household, and to be living with two parents in a first marriage, than are kids whose parents are less educated. Fully 88% of children who have at least one parent with a bachelor's degree or more are living in a two-parent household, including 67% who are living with two parents in their first marriage.

In comparison, some 68% of children who have a parent with some college experience are living in a two-parent household, and just 40% are living with parents who are both in a first marriage. About six-in-ten (59%) children who have a parent with a high school diploma are in a two-parent household, including 33% who are living with parents in their first marriage. Meanwhile, just over half (54%) of children whose parents lack a high school diploma are living in a two-parent household, including 33% whose parents are in their first marriage.



**For children, growing diversity in family living arrangements**

*% of children living with …*

Two parents in first marriage: 1960 73%, 1980 61, 2014 46

Two parents in remarriage: 1960 14, 1980 16, 2014 15

Cohabiting parents: 2014 7

Single parent: 1960 9, 1980 19, 2014 26

No parent: 1960 4, 1980 4, 2014 5

Note: Based on children under 18. Data regarding cohabitation are not available for 1960 and 1980; in those years, children with cohabiting parents are included in "one parent." For 2014, the total share of children living with two married parents is 62% after rounding. Figures do not add up to 100% due to rounding.

Source: Pew Research Center analysis of 1960 and 1980 decennial census and 2014 American Community Survey (IPUMS)

PEW RESEARCH CENTER

## Blended families

According to the most recent data, 16% of children are living in what the Census Bureau terms "blended families" – a household with a stepparent, stepsibling or half-sibling. This share has remained stable since the early 1990s, when reliable data first became available. At that time 15% of kids lived in blended family households. All told, about 8% are living with a stepparent, and 12% are living with stepsiblings or half-siblings.

Many, but not all, remarriages involve blended families. According to data from the National Center for Health

**Exhibit 10**
**15 of 62**

Statistics, six-in-ten (63%) women in remarriages are in blended families, and about half of these remarriages involve stepchildren who live with the remarried couple.

Hispanic, black and white children are equally likely to live in a blended family. About 17% of Hispanic and black kids are living with a stepparent, stepsibling or a half-sibling, as are 15% of white kids. Among Asian children, however, 7% – a far smaller share – are living in blended families. This low share is consistent with the finding that Asian children are more likely than others to be living with two married parents, both of whom are in their first marriage.

### The shrinking American family

Fertility in the U.S. has been on the decline since the end of the post-World War II baby boom, resulting in smaller families. In the mid-1970s, a 40% plurality of mothers who had reached the end of their childbearing years had given birth to four or more children. Now, a similar share (41%) of mothers at the end of their childbearing years has had two children, and just 14% have had four or more children.



**The two-parent household in decline**
% of children living with ...

Note: Based on children under 18. From 1990-2014, a child living with cohabiting parents is counted as living with two parents. Prior to 1990 cohabiting parents are included in "one parent."

Source: Pew Research Center analysis of 1960-2000 Decennial Census and 2010 and 2014 American Community Survey (IPUMS)

PEW RESEARCH CENTER

At the same time, the share of mothers ages 40 to 44 who have had only one child has doubled, from 11% in 1976 to 22% today. The share of mothers with three children has remained virtually unchanged at about a quarter.

Women's increasing educational attainment and labor force participation, and improvements in contraception, not to mention the retreat from marriage, have all likely played a role in shrinking family size.

Family size varies markedly across races and ethnicities. Asian moms have the lowest fertility, and Hispanic mothers have the highest. About 27% of Asian mothers and one-third of white mothers near the end of their childbearing years have had three or more children. Among black mothers at the end of their childbearing years, four-in-ten have had three or more children, as have fully half (50%) of Hispanic mothers.

Similarly, a gap in fertility exists among women with different levels of educational attainment, despite recent increases in the fertility of highly educated women. For example, just 27% of mothers ages 40 to 44 with a post-graduate degree such as a master's, professional or doctorate degree have borne three or more children, as have 32% of those with a bachelor's degree. Among mothers in the same age group with a high school diploma or some college, 38% have had three or more kids, while among moms who lack a high school diploma, the majority – 55% – have had three or more children.

### The rise of births to unmarried women and multi-partner fertility

Not only are women having fewer children today, but they are having them under different circumstances than in the past. While at one time virtually all births occurred within marriage, these two life events are now far less intertwined. And while people were much more likely to "mate for life" in the past, today a sizable share have children with more than one partner – sometimes within marriage, and sometimes outside of it.

*Births to unmarried women*

**Exhibit 10**
**16 of 62**                    4/10

In 1960, just 5% of all births occurred outside of marriage. By 1970, this share had doubled to 11%, and by 2000 fully one-third of births occurred to unmarried women. Non-marital births continued to rise until the mid-2000s, when the share of births to unmarried women stabilized at around 40%.

Not all babies born outside of a marriage are necessarily living with just one parent, however. The majority of these births now occur to women who are living with a romantic partner, according to analyses of the National Survey of Family Growth. In fact, over the past 20 years, virtually all of the growth in births outside of marriage has been driven by increases in births to cohabiting women.

Researchers have found that, while marriages are less stable than they once were, they remain more stable than cohabiting unions. Past analysis indicates that about one-in-five children born within a marriage will experience the breakup of that marriage by age 9. In comparison, fully half of children born within a cohabiting union will experience the breakup of their parents by the same age. At the same time, children born into cohabiting unions are more likely than those born to single moms to someday live with two married parents. Estimates suggest that 66% will have done so by the time they are 12, compared with 45% of those who were born to unmarried non-cohabiting moms.



**Black children and those with less educated parents less likely to be living in two-parent households**

*% of children living with ...*

Legend: ■ Parents in first marriage  ■ Parents in remarriage  ▢ Cohabiting parents  ▢ Single parent

| | Parents in first marriage | Parents in remarriage | Cohabiting parents | Single parent |
|---|---|---|---|---|
| Asian | 71 | 11 | 3 | 13 |
| White | 52 | 19 | 6 | 19 |
| Hispanic | 43 | 12 | 11 | 29 |
| Black | 22 | 9 | 7 | 54 |

| | Parents in first marriage | Parents in remarriage | Cohabiting parents | Single parent |
|---|---|---|---|---|
| College grad+ | 67 | 18 | 2 | 12 |
| Some college | 40 | 19 | 9 | 32 |
| High school | 33 | 12 | 13 | 41 |
| Less than high school | 33 | 7 | 15 | 46 |

Note: Based on children under 18. Race and ethnicity are based upon the child's characteristics. Whites, blacks and Asians include only single-race non-Hispanics. Hispanics are of any race. Educational attainment is based upon the characteristics of coresident parents. For analysis by race and ethnicity, children living apart from both parents are not shown. For educational analysis, children living apart from both parents are excluded from analysis. Figures may not add to 100% due to rounding.

Source: Pew Research Center analysis of 2014 American Community Survey (IPUMS)

**PEW RESEARCH CENTER**

The share of births occurring outside of marriage varies markedly across racial and ethnic groups. Among black women, 71% of births are now non-marital, as are about half (53%) of births to Hispanic women. In contrast, 29% of births to white women occur outside of a marriage.

Racial differences in educational attainment explain some, but not all, of the differences in non-marital birth rates.

New mothers who are college-educated are far more likely than less educated moms to be married. In 2014 just 11% of women with a college degree or more who had a baby in the prior year were unmarried. In comparison, this share was about four times as high (43%) for new mothers with some college but no college degree. About half (54%) of those with only a high school diploma were unmarried when they gave birth, as were about six-in-ten (59%) new mothers who lacked a high school diploma.

## Multi-partner fertility

Related to non-marital births is what researchers call "multi-partner fertility." This measure reflects the share of people who have had biological children with more than one partner, either within or outside of marriage. The increase in divorces, separations, remarriages and serial cohabitations has likely contributed to an increase in multi-

Exhibit 10
17 of 62
5/10

partner fertility. Estimates vary, given data limitations, but analysis of longitudinal data indicates that almost 20% of women near the end of their childbearing years have had children by more than one partner, as have about three-in-ten (28%) of those with two or more children. Research indicates that multi-partner fertility is particularly common among blacks, Hispanics, and the less educated.

## Parents today: older and better educated

While parents today are far less likely to be married than they were in the past, they are more likely to be older and to have more education.

In 1970, the average new mother was 21 years old. Since that time, that age has risen to 26 years. The rise in maternal age has been driven largely by declines in teen births. Today, 7% of all births occur to women under the age of 20; as recently as 1990, the share was almost twice as high (13%).

While age at first birth has increased across all major race and ethnic groups, substantial variation persists across these groups. The average first-time mom among whites is now 27 years old. The average age at first birth among blacks and Hispanics is quite a bit younger – 24 years – driven in part by the prevalence of teen pregnancy in these groups. Just 5% of births to whites take place prior to age 20, while this share reaches 11% for non-Hispanic blacks and 10% for Hispanics. On the other end of the spectrum, fully 45% of births to whites are to women ages 30 or older, versus just 31% among blacks and 36% among Hispanics.

Mothers today are also far better educated than they were in the past. While in 1960 just 18% of mothers with infants at home had any college experience, today that share stands at 67%. This trend is driven in large part by dramatic increases in educational attainment for all women. While about half (49%) of women ages 15 to 44 in 1960 lacked a high school diploma, today the largest share of women (61%) has at least some college experience, and just 19% lack a high school diploma.

## Mothers moving into the workforce

In addition to the changes in family structure that have occurred over the past several decades, family life has been greatly affected by the movement of more and more mothers into the workforce. This increase in labor force participation is a continuation of a century-long trend; rates of labor force participation among married women, particularly married white women, have been on the rise since at least the turn of the 20th century. While the labor force participation rates of mothers have more or less leveled off since about 2000, they remain far higher than they were four decades ago.



**One-in-six kids is living in a blended family**

*% of children living with a stepparent, stepsibling or half-sibling*

| | |
|---|---|
| Hispanic | 17 |
| Black | 17 |
| Total | 16 |
| White | 15 |
| Asian | 7 |

Note: Whites, blacks and Asians include only single-race non-Hispanics. Hispanics are of any race.

Source: U.S. Census Bureau, Survey of Income and Program Participation (SIPP) 2009 estimates

PEW RESEARCH CENTER



**Among women, fertility is declining**

*% of women ages 40-44 who have given birth to ...*

■ 1976   ■ 2014

| | 1 child | 2 children | 3 children | 4+ children |
|---|---|---|---|---|
| 1976 | 11 | 24 | 25 | 40 |
| 2014 | 22 | 41 | 24 | 14 |

Note: Figures may not add to 100% due to rounding.

Source: Pew Research Center analysis of 1976 and 2014 Current Population Survey June supplements.

PEW RESEARCH CENTER

In 1975, the first year for which data on the labor force participation of mothers are available, less than half of mothers (47%) with children younger than 18 were in the labor force, and about a third of those with children younger than 3 years old were working outside of the home. Those numbers changed rapidly, and, by 2000, 73% of

Exhibit 10
18 of 62
6/10

moms were in the labor force. Labor force participation today stands at 70% among all mothers of children younger than 18, and 64% of moms with preschool-aged children. About three-fourths of all employed moms are working full time.

Among mothers with children younger than 18, blacks are the most likely to be in the labor force –about three-fourths are. In comparison, this share is 70% among white mothers. Some 64% of Asian mothers and 62% of Hispanic mother are in the workforce. The relatively high proportions of immigrants in these groups likely contribute to their lower labor force involvement – foreign-born moms are much less likely to be working than their U.S.-born counterparts.

The more education a mother has, the more likely she is to be in the labor force. While about half (49%) of moms who lack a high school diploma are working, this share jumps to 65% for those with a high school diploma. Fully 75% of mothers with some college are working, as are 79% of those with a college degree or more.

Along with their movement into the labor force, women, even more than men, have been attaining higher and higher levels of education. In fact, among married couples today, it is more common for the wife to have more education than the husband, a reversal of previous patterns. These changes, along with the increasing share of single-parent families, mean that more than ever, mothers are playing the role of breadwinner—often the primary breadwinner—within their families.



**Among Hispanics and the less educated, bigger families**

*% of mothers ages 40-44 who have given birth to 3 or more children*

| | |
|---|---|
| Hispanic | 50 |
| Black | 40 |
| White | 33 |
| Asian | 27 |
| Less than high school | 55 |
| High school/Some college | 38 |
| College degree | 32 |
| Post grad | 27 |

Note: Whites, blacks and Asians include only single-race non-Hispanics. Hispanics are of any race. "High school graduate/Some college" includes those with a two-year degree.

Source: Pew Research Center analysis of 2012 and 2014 Current Population Survey June supplements

PEW RESEARCH CENTER

Today, 40% of families with children under 18 at home include mothers who earn the majority of the family income. This share is up from 11% in 1960 and 34% in 2000. The bulk of these breadwinner moms—8.3 million—are either unmarried or are married and living apart from their spouse. The remaining 4.9 million, who are married and living with their spouse, earn more than their husbands. While families with married breadwinner moms tend to have higher median incomes than married-parent families where the father earns more ($88,000 vs. $84,500), families headed by unmarried mothers have incomes far lower than unmarried father families. In 2014, the median annual income for unmarried mother families was just $24,000.

Breadwinner moms are particularly common in black families, spurred by very high rates of single motherhood. About three-fourths (74%) of black moms are breadwinner moms. Most are unmarried or living apart from their spouse (61%), and the remainder (13%) earn more than their spouse. Among Hispanic moms, 44% are the primary breadwinner; 31% are unmarried, while 12% are married and making more than their husbands. For white mothers, 38% are the primary breadwinners—20% are unmarried moms, and 18% are married and have income higher than that of their spouses. Asian families are less likely to have a woman as the main breadwinner in their families, presumably due to their extremely low rates of single motherhood. Just 11% of Asian moms are unmarried. The share who earn more than their husbands—20%— is somewhat higher than for the other racial and ethnic groups.

The flip side of the movement of mothers into the labor force has been a dramatic decline in the share of mothers who are now stay-at-home moms. Some 29% of all mothers living with children younger than 18 are at home with their children. This marks a modest increase since 1999, when 23% of moms were home with their children, but a long-term decline of about 20 percentage points since the late 1960s when about half of moms were at home.

While the image of "stay-at-home mom" may conjure images of "Leave It to Beaver" or the highly affluent " opt-out

**Exhibit 10**
**19 of 62**
7/10

mom", the reality of stay-at-home motherhood today is quite different for a large share of families. In roughly three-in-ten of stay-at-home-mom families, either the father is not working or the mother is single or cohabiting. As such, stay-at-home mothers are generally less well off than working mothers in terms of education and income. Some 49% of stay-at-home mothers have at most a high-school diploma compared with 30% among working mothers. And the median household income for families with a stay-at-home mom and a full-time working dad was $55,000 in 2014, roughly half the median income for families in which both parents work full-time ($102,400).

## The decoupling of marriage and childbearing

*% of births to unmarried women*



Note: Whites and blacks include only single-race non-Hispanics. Hispanics are of any race. 2014 data are preliminary. Data for Asians only not available.

Source: National Center for Health Statistics natality data

PEW RESEARCH CENTER

## For the less educated, more births outside of marriage

*% of new mothers who are unmarried*



Note: Based on women ages 15-44 who have given birth in the past year. Marital status is based on time of survey.

Source: Pew Research Center analysis of 2014 American Community Survey (IPUMS)

PEW RESEARCH CENTER

**Exhibit 10**
**20 of 62**

## Among mothers, rising labor force participation

*% of mothers who are in the labor force with children ...*



Note: Mothers working full time or part time are included as being in the labor force.

Source: Bureau of Labor Statistics, Current Population Survey data

**PEW RESEARCH CENTER**

**Exhibit 10**
**21 of 62**          9/10



## In four-in-ten families, mom is the primary breadwinner

*% of families with children under 18 in the household*

Note: Based on families where the mother or father is the household head. "Married mothers" include only those whose spouse lives in the household. "Other mothers who are sole or primary providers" include unmarried mothers and married mothers who live apart from their spouse.

Source: Pew Research Center analysis of decennial census 1960-2000 and American Community Survey data 2010-2014 (IPUMS)

**PEW RESEARCH CENTER**

**Exhibit 10**
**22 of 62**   10/10

# The Nuclear Family Is Still The Majority Of U.S. Households–Just Barely

FC fastcompany.com /3062162/the-nuclear-family-is-still-the-majority-of-us-households-just-barely

advertisement

- 07.26.16

**Traditional living arrangements of parents and children are becoming less common.**



*[Photo: H. Armstrong Roberts/ClassicStock/Getty Images]*

*By Charlie Sorrel* 2 minute Read

What is a typical American family? In this modern day, the nuclear two-parents-two-kids setup is surely a thing of the past, right? Not so fast. FlowingData's Nathan Yau scraped the numbers from 2010-2014 American Community Survey and found that the nuclear family is still dominant—but only just.

Yau put together this in-depth chart, showing the top 50 kinds of families in the U.S. today. The first surprise is that 50 kinds of family exist at all, but the groups are quite specific, with separate categories for things like "married couple, two kids" and "married couple, three kids." The diversity of U.S. household configurations is broad. In fact, Yau counted 10,276 different types of household when collating his data.

**Exhibit 10**
**23 of 62**



To categorize the families further, Yau classified them into groups, using United Nations definitions: one-person, nuclear, extended, and composite. When clumped together like this, the family types are easier to understand. Here's the key to reading Yau's chart:

> *Relationships are relative to the surveyed head of household. Larger circles are (mostly) adults, and smaller circles are children or grandchildren. Circles are colored dark green to show the householder's family nucleus, light green for family members outside the nucleus, and gray for non-relatives, which includes friends and partners. Connecting lines represent marriage and children, or the householder's family nucleus.*

The chart only covers the top 50 kinds of family, although Yau says that this covers around 94% of all household types in the U.S. And the nuclear family wins, barely, accounting for 54% of households. The chart is a little misleading, because if you count up the number of nuclear family squares, you only get 13 out of 50.

But the most interesting part might be that other 46%, the non-nuclear families. Nuclear is defined by the UN as any of the following: "a married-couple family, with or without child(ren), or a father (or mother) with child(ren)." That is, pretty much anyone living with their kids. Other kinds of household include siblings living together, extended families of three generations living together, or people living with friends and/or relatives. One thing missing from the UN's guidance on family types is same-sex marriages. Then again, "a married couple with children," also means a married same-sex couple with children, so perhaps there's no need for clarification.

ADVERTISING

inRead invented by Teads

Exhibit 10
24 of 62

2/40

The nuclear family, then, remains dominant, but not really in the sense we understand it. We might commonly think of a nuclear family as two parents, plus one or more kids, but the definition is a lot broader than that, encompassing anything from a married couple, to a lone parent and child. Considered like this, perhaps the very definition of nuclear family has become useless because it doesn't really mean much any more.

Still, one thing that's clear from all this data is that we have the makings of an almost infinite number of sitcoms, and that's something.

*Have something to say about this article? You can  email us and let us know. If it's interesting and thoughtful, we may publish your response.*

## From Around The Web

**Powered by RevContent**

## Video

This Organization Teaches Evergreen Coding Skills

Kimberly Bryant, founder of Black Girls Code, explains that while technology evolves and changes, certain skills their students learn are timeless.

Playlist

Next Up

This Company Is Transforming Your Childhood Amusement Park Experience

This Organization Teaches Evergreen Coding Skills

advertisement

- 07.12.17
- 10:00 am
- moving the needle

## How Nike Plans To Fight Off The Competition: "Knowing Female Athletes Better Than Anyone"

**In a market flooded with trendy yoga pants and designer sports bras, Nike is working harder than ever to serve the female athlete.**

**Exhibit 10**
**25 of 62**    3/40



[Photo: courtesy of Nike]

*By Elizabeth Segran*6 minute Read

There was a time when Nike truly dominated the women's sportswear market. Ten years ago, if you needed a new sports bra, you'd likely end up with one from Nike or just a handful of its competitors–Adidas perhaps, or Lululemon.

But these days, Nike is struggling to hold down its turf. While it is still a giant in the industry, generating $32.4 billion in global revenue last year, it appears to be losing market share to other big players in the market like Under Armour and Reebok. It's also competing with a host of startups–like Outdoor Voices, Alala, and Ultracor–that have mushroomed in the wake of the cultural phenomenon known as "athleisure," in which women are wearing trendy, designer yoga pants, and running tights out of the gym and into everyday life.

For Nike, this has spelled bad news: For the first time in eight years, it's stock has been  in decline. "We're definitely seeing a lot of competition from big brands to small brands, all trying to connect with consumers in this space," Amy Montagne, the general manager of Nike Women's, tells *Fast Company.*

But Montagne has a plan. The way she sees it, Nike has two areas of competitive advantage: It has the resources to come up with the most technologically advanced products, and it has access to a vast network of focus groups that allow it to better understand what female consumers are looking for. "The thing that continues to ground us–and the thing we keep coming back to–is to deliver on high-performance innovation and knowing female athletes better than anyone," Montagne says.

Under her leadership, over the last three years, Nike has been working on developing new products that carefully address very specific needs in the market. This week, for instance, Nike launches it's most innovative sports bra to date, the FE/NOM Flyknit bra, which took two years of intense testing to produce.

**Exhibit 10**      4/40
**26 of 62**



[Photo: courtesy of Nike]

One of the key figures behind the bra is Nicole Rendone, a senior innovation designer within the women's training division. She's been at Nike for nearly two years and, prior to that, worked at Victoria's Secret. "I'm obsessed with bras," Rendone says. "My entire career has been about bras. I've always felt that finding the right undergarment can

**Exhibit 10**   5/40
**27 of 62**

make a woman feel more confident, so I've made that my life's work."

When she arrived at Nike, there was talk of a new material that had the potential to change the game in the sports bra world: Flyknit. This material had been digitally engineered by Nike's scientists about seven years ago. It's a yarn made out of a very strong but extremely lightweight synthetic fiber. It was originally used in the Flyknit Racer shoe that was launched–to much fanfare–at the London Olympics in 2012. "We kept hearing athletes saying that they wished they could wear a sock to play their sport," says Andy Caine, VP of footwear design, who oversaw the development of the Flyknit shoe. "Our dream was to create a shoe that sort of disappears on your foot but also cater to any needs your foot requires."

The Flyknit shoe was an unmitigated success, causing Nike's net income to spike by 40% in the three months after it was released. Two years ago, designers in the women's division began tinkering with the Flyknit material to see whether it could solve some of the key problems women reported when it came to high-support bras. Through years of focus groups, Nike had discovered that women complained about chafing, constriction, and sweatiness.

This is partly due to the origins of sports bra design. Rendone, who studied this history at the Fashion Institute of Technology, explains that the first bras were focused on keeping the breasts tightly compressed, then over time designers developed cups to encapsulate each breast. But most women still find this too restrictive. "In high-support bras, you'll often find wires, stabilizers, thick straps, seam bindings," Rendone says. "All these things need to be sewn on, which adds distracting bulk and chafing. But with Flyknit, we're able to knit in this shaping, encapsulation, and compression in a single layer."



[Illustration: courtesy of Nike]

The final Flyknit bra, which launches today, is knit as a single layer of material. It has only two panels, in contrast to other high-support bras in the Nike arsenal, which are constructed from up to 41 pieces and 22 seams. This bra weighs only 73 grams, which is 30% less than any other bra within Nike's line.

This new product was, in many ways, a response to direct feedback from the Nike's consumers. Montagne and her team are constantly gathering data from customers. And she means this literally. "We have teams placed in cities all across the world that are engaging with consumers," Montagne says. "I also travel around to these key markets to get feedback firsthand. We're talking to women every single day."

Exhibit 10
28 of 62

6/40

Nike has representatives planted in athletic teams ranging from professionals to high school teams. They're also gathering insights from women who work out at gyms and attend studio classes. Nike also gets plenty of valuable feedback from its large contingent of sponsored athletes, who are invited to come to Nike's facilities to be studied by researchers. Nike uses these sessions to develop products that will help this individual athlete perform to her best ability, but designers also take these findings into account as they create products for the mass market.



Exhibit 10
29 of 62                    7/40

[Photo: courtesy of Nike]

These conversations with athletes have spurred several of Nike's recent products. The company discovered, for instance, that plus-size women were unsatisfied with the range of products Nike was offering. "We weren't delivering a full-fitness wardrobe for them or delivering on style the way we could," Montagne says.

Until recently Nike had made only a few key styles and colors in extra-large sizing, but starting last holiday season, it expanded its plus-size offerings and by the spring, more than 200 items were available from 1X to 3X. It also featured plus size model Paloma Elsesser wearing a sports bra in an advertising campaign. Of course, Nike's focus on inclusivity dovetails with larger cultural movement: Designers have been including more diverse models on the runway and ads.

From interactions with women in the Middle East, Nike discovered that there was a pressing need for an athletic hijab. Many women felt hindered by their long draped head coverings as they worked out–others didn't do sports at all because they felt it would be impossible with a hijab. So, with the help of several pro athletes, Nike began conceptualizing a moisture-wicking, fitted hijab that would not be a distraction during physical activity.

Montagne believes that the key to ensuring that Nike stays relevant to female consumers is to keep churning out products that they really need. And unlike smaller brands, Nike has better access to customer feedback and has the ability to create brand-new products from scratch in a short amount of time. But will this be enough to keep Nike on top?

It's unclear. The activewear industry has changed for good. Startups are popping up every day, making the market busier and more crowded than ever. Giants like Nike are unlikely to be able to dominate as they once did. Montagne believes that it is a fool's errand to try to compete with all of these new players. Instead, she urges her team to focus on the few areas in which Nike already excels. "It's not to say that we don't understand the competition is there," she says. "It's that we need to focus on our own potential."

advertisement

- 07.12.17
- 8:00 am
- most creative people

## I Tried Five High-Tech Solutions That Promised To Fix My Terrible Posture

## As many of 80% of Americans suffer from back pain, thanks to our screen-addicted lives. A cottage industry of gadgets promises to fix us. So I tried several.

Exhibit 10
30 of 62

8/40



[Photo: courtesy of AlignMed]

*By Rina Raphael*/10 minute Read

The iconic human evolution chart may need to be revised. Most of us no longer walk fully upright.

"Naturally aligned human beings have become the minority in our population, a true rarity," states the American Posture Institute, which estimates that 80% of the population suffers from posture-induced back pain. Collective treatment surpasses $1 billion a year.

It's not surprising: Over 86% of U.S. workers sit for the entire workday, while the average time spent daily on a mobile device hovers at five hours. In total, Americans spend almost 11 hours a day on a screen, according to a recent Nielsen report. That means hunched shoulders and curved, forward-leaning "text necks."

In the long term, this equates to a medley of potential health hazards, including fatigue, muscle tension, difficulty breathing, hampered immune functions, chronic back pain, osteoporosis, dowager humps, even depression.

"This is serious stuff," says Dr. Paula Moore, creator of Posturevideos.com. "I've seen all of this … and it leads to people on a cocktail of drugs."

It's already severely affecting the workforce. The NIH estimates that 54% of Americans who experience lower back pain spend the majority of their workday sitting.

These frightening statistics have inspired a new cottage industry the posture-fixers.

There are dozens of wearable devices that buzz (or shock) a user upon slouching, complicated exercise systems to lengthen your spine, "get up and move" alarm apps, even clothing meant to strengthen upper-back muscles. On the wackier side there are anti-gravity chairs, "smart bras," neck movement trackers, and something called a "massage hoodie" . For kids, there are games, pillows, and a head wearable that prevents "Gameboy Disease" (a cuter term for tech-neck) by shutting down a connected iPad if a slouch is detected.

But do any of these things actually work? And how realistic is it that we will incorporate them into our lives? To find out, I tried several gadgets in hopes of jump-starting my own posture recovery.

**Exhibit 10**
**31 of 62**   9/40

Here's what I found.



[Photo: Dharma Inc. via Amazon]

**DARMA Comfort Foam Seat Cushion Posture Coach and Activity Tracker ($179,  Amazon.com)**

This two-inch seat pillow monitors your sitting posture and slightly buzzes each time it perceives you to be slouching and leaning too far to either side. The patented fiber optical sensor technology senses vibrations and syncs with an app that delivers alerts like "You've been sitting on the left side. Try to center yourself on the cushion." There's also some positive reinforcement in the form of "Good job standing!"

The Darma cushion sounds like one of the more effortless and non-invasive trackers, in that you don't have to reapply any gadget daily—it waits for you at your desk. But unfortunately, it's all too easy to cheat with this one. I was able to repeatedly droop my neck and slouch forward without ever moving my hip or bottom. In fact, at one point I realized I had been reclining forward for over an hour. The pricey sitting accessory sure is comfortable—and the app does remind you to stretch and move—but a posture perfecter it is not. The butt, it seems, does not know what the back does.

**Exhibit 10**
**32 of 62**   10/40



[Photo: courtesy of AlignMed]

**AlignMed Shirts and Bras ($95, Alignmed.com)**

AlignMed president and founder Bill Schultz pursued his startup a decade ago after prolonged hours at the computer left him with painful herniated discs. He tried various physical therapies, pharmaceuticals, and exercises before venturing on his own mission to "simplify" the process. A wearable fitness garment, he says, works and stretches under-used muscles, strengthening the upper body—all without constant readjustment by the wearer. His products have attracted an enthusiastic following (Peyton Manning is a fan).

The AlignMed apparel is perhaps the most difficult to put on, yet delivers the most promising results of all the products I tried—for exactly that inconvenient reason. Made with an anatomic matrix of bands, panels and seams, the tops are tight to the point that you need an extra minute to get into them. That also means the idea of taking them off seems like, well, a pain. That works to its credit in that if the garments begin to constrict the wearer, he or she cannot easily rip it off, unlike its gadget competitors.

AlignMed tops are meant to retrain—not compress—muscles to improve tone and straighten backs. These are not braces. The shirts feel like a more snugly fitting rash guard, while the bras look like nursing bras, but fit like a sturdy, Olympic athlete-level sports bra. The company recommends at least two to four hours of wear, up to 12 hours. You'll start feeling your upper body ache a little after several hours (it's muscle fatigue, says AlignMed), but it's in no way intolerable. Your posture will improve as the dense fabric structure makes it difficult to slouch, but don't expect full posture perfection within the first few days. Although, after the first week, you might feel your back aching for its "corset."

**Exhibit 10
33 of 62**   11/40



[Photo: Upright via Amazon]

**Upright Pro by Upright Tech ($129.95, Amazon.com)**

The Upright Pro is a weightless activity tracker the size of a large thumb. With a sleek white silicon mold, it looks like something out of a dystopian future—or as my husband said, "an adorable dildo for robots." Its compact size is a big selling point, until you see its other accessories. That includes alcohol pads to clean your back and adhesives to secure it at the base of your spine. While it only takes two minutes to apply the Upright Pro, *it's still two minutes too long*. It's hard to imagine having the patience to do it every day—or each time it moves out of place.

As for its ability to detect slouching, the Upright Pro produces a near perfect score. The motion detector sends slight vibrations when it senses your upper half relaxing, can tell when you lean in an unhealthy direction, and the connected app records the amount of time you spend upright (a gold medal signifies you're doing a good job) and suggests stretching videos. The device even managed to tell if I wasn't standing tall when walking.

Overall, the application is a wee bit time-consuming, but if you are someone unbothered by free-floating body appendages, this one might be right for you. You start with five minutes a day and train your way to a full day's worth of picture-perfect posture.

**Exhibit 10
34 of 62**    12/40



**Active Posture Neck, Back and Total Body Exercise System by Core Prodigy ($39.95, Coreprodigy.com)**

This contraption looks like a medieval torture system designed for misbehaving children. Despite its brightly colored resistance bands, the head harness resembles a masochistic posture tool. Once you overcome its peculiar setup, you realize it functions along the lines of an at-home pilates springboard. The system includes five resistance bands, two handles, and two ankle straps connected to a head harness (with two door anchors). Together, they help strengthen postural muscles and body alignment through light resistance training. A company rep suggests 10-15 minutes of use at least one to four times a week, depending on the user's condition.

The workouts are likely the best bet to strengthen muscles and core, but the likelihood of using this system on a regular basis seems doubtful. Not to mention that the user must be properly trained as to how to use the resistance bands to full capacity and to avoid injury. Unless you plan on hiring an instructor to set up shop in your home, you're better off just signing off for a Pilates class.



**Exhibit 10**
**35 of 62**

[Photo: courtesy of Lumo Bodytech]

**Lumo Lift by Lumo Body Tech ($79.99, Amazon.com)**

The Lumo Lift Posture Activity Tracker is a peanut-size posture coach that attaches to your clothing just below the your collarbone via a magnetic clasp. The activity tracker, in conjunction with an iOS and Android app, sends a vibration each time you slouch.

Lumo Bodytech CEO and cofounder Monisha Perkash founded in the company in 2011 after discovering that back pain was the second most common reason Americans visit the doctor (second to the common cold). She says the majority of her customers report better breathing and "a better sense of energy."

From the very start, Lumo Lift seems to be the more tech-tailored experience. Via a two-inch tracker and connected app, it gathers information on your goals, size, and posture issues. You can set alerts to whatever time periods you want, but the recommended dosage is every 15 seconds. The idea is to train yourself to reach an hourly goal of 30 minutes of good posture and a daily goal of 10,000 steps.

On average, it detected my slouches and uneven alignments at about 80%, which is pretty high. It wasn't as easy to "cheat" with this one. Lumo Lift is small, but it feels more intrusive than the other trackers if only for that fact that it's placed on on the front of your shirt, and the magnetic clasp is noticeable to others. The idea of wearing such a device every day in public seems unlikely, especially when its competitors have found less noticeable areas to pin their gizmos. Word to the wise: don't set it to go off every 15 seconds unless you want to find yourself silencing the app after a few hours of use.

**The Verdict**

I didn't end up wanting to keep using any of these. They were mostly burdensome to set up, irritating after several hours, and not terribly exciting after Day One. It's not that gadgets aren't helpful, but that it's all too easy to shut them off once they start annoying you.

The only item I wore with gusto were the AlignMed products, specifically the bra, which felt the most supportive in realigning my back. The shirts were as Bill Schultz had intended: Simple. Schultz says AlignMed's sales have doubled in the last year, with 2018 predicted to reach $35 million.

## What Will Really Fix Our Bad Posture

Dr. Paula Moore, a Toronto-based chiropractor and author of *The Art and Science of Healthy Posture*, says that posture is directly connected to a host of other health and appearance issues.

**Exhibit 10**
**36 of 62**    14/40



**Dr. Paula Moore**

"There's no quick fix for good posture," says Moore, "because good posture is a habit." On this Schultz agrees. "Very few people take an active role in their fitness," he says.  To Schultz, posture is as important as nutrition. "(Good posture) has to be habitual," he stresses, "otherwise it's not going to do anything."

To that end there are sadly no quick fixes. Moore recommends repetitive daily exercises with a motto of a "little and often." This means one to two stretches for five minutes every day or taking a break from screens every 20 minutes to rest your eyes. She very rarely suggests tech-based solutions to her clients. "They are what I find to be gimmicks," she explains. "They don't address the underlying issue."

The underlying issue is that people need to learn good posture habits. Sitting up straight for 10 seconds is not enough to undo years worth of poor sitting, explains Dr. Guy Bahar, aka "The Posture Doc."

"That's the biggest misconception of them all, because posture is a very intricate coordinated evolved human feature that involves messages from the brain, your balance and awareness, coordinated messages through your nerves etc.," Bahar says. "It's meant to be [automatic], something that you don't think about."

Bahar, a practicing chiropractor for 25 years, does not put much faith in the plethora of gadgets that nudge one into

**Exhibit 10**   15/40
**37 of 62**

noticing posture deficiencies. It's a temporary awareness, he explains, which "doesn't do anything to correct the problem—the problem is you're not conditioned to be straight… all the signaling in the world is not going to fix that."

So while you might be able to hold an upright position for a minute, you will eventually return to a sloping position—much in the same way as if someone told you to perform a ballet move you never learned. "Having a reminder cue is not enough," Bahar stresses. One must first build the upper body strength to support a properly aligned back.

There's also the "novelty factor." People buy gadgets and their awareness does indeed get triggered. But after further exposure, the novelty wears off and within several weeks, it ends up in a kitchen drawer, says Bahar. For correct long-haul posture, the most important aspect is consistency. He strongly recommends Pilates or using a roller to relax joints for just five minutes a day.

"There are no shortcuts," says Bahar. "It's a process and it's going to take time."

advertisement

- 07.11.17
- career evolution

## LinkedIn Is Testing A New Feature That Matches You With A Mentor

### LinkedIn aims to tap the entire user community to make matches between mentees and leaders with less commitment than traditional mentorship relationships.



[Photo: Colton Cotton via Wikimedia Commons]

*By Lydia Dishman* 3 minute Read

Here's what we know: Mentorship can be a valuable stepping stone to  career advancement  both for the mentee and their mentor. Yet, many of us never have a formal mentor relationship .

**Exhibit 10**
**38 of 62**      16/40

Which means that many workers looking to advance their career have to look outside their companies to find a mentor. LinkedIn thinks it may have found a solution to this problem based on observing its users' activity.

Hari Srinivasan, director of product management at LinkedIn, says that people naturally start talking to others within their companies to get career advice. However, he points out, "As people spend less and less time at a company, it's hard to find people you need to talk to." Internal analysis of user actions revealed that 89% of senior leaders on LinkedIn would be interested in giving advice. Among those seeking advice, exploring career options was one of the top issues they wanted to discuss with a mentor.

Today, LinkedIn is testing out a new free service for members that will match them with other professionals who can give them that much needed career advice. "Think of it as a new form of mentorship that's virtual, lightweight, and that fits today's changing workplace," says Suzi Owens, group manager of Consumer Products, Corporate Communications  at LinkedIn.



Exhibit 10
39 of 62

17/40



[Photo: courtesy of LinkedIn]

The way it works is fairly straightforward. There will be a dedicated spot on your profile called "your dashboard," which is private and can be accessed on desktop or mobile. This will display the "career advice hub" where you can sign up to be a mentor or a mentee.

The first screen is a basic overview of the function and its value for both those giving and getting advice. From there, you are instructed to provide specifics on who you'd like to talk to with parameters such as region, industry, school, etc. The next screen gives you an option to refine preferences by type of advice such as entrepreneurship, job search, career growth, etc.

As soon as the preferences are entered, LinkedIn's matching algorithm will immediately send recommendations for matches. If you have multiple requests out, you can swipe to see all the matches. If you select someone who is a match they will get a message immediately notifying them of your interest to connect. Once both parties agree, they can start talking either on LinkedIn's platform or take the conversation offline, if they prefer.

Srinivasan says that the tool is designed to keep members engaged with new recommendations sent weekly. Owens also points out that you are able to connect with anyone who is a match to "extend beyond your own network to tap into experienced leaders in our community."



Exhibit 10
40 of 62

18/40



Exhibit 10
41 of 62

19/40

[Photo: courtesy of LinkedIn]

On the surface, it sounds like a tremendous opportunity to use an algorithm to tap the expertise of some 500 million LinkedIn members. However, Srinivasan acknowledged that one of the potential stumbling blocks was that members needed to be mindful of expectations. One of the reasons mentorships fail is because the mentee isn't always able to articulate what they need or asks too much of a mentor. He says LinkedIn is working on ways to make the conversation flow more smoothly so both sides get what they need.

"It's intimidating once you get matched to have to start the conversation," he explains, so they're building in ways to see where people overlap or see what they have in common. He also says they are working on content with tips to help people understand how to give and get good advice.

The feature will not be rolled out widely at first. Owens says "a small subset" of members will get it and didn't offer further specifics. She did say that they will continue to work on the offerings during the test and that all members will be able to access this service by the end of the summer.

Owens underscores that it's not meant to be a replacement for long-term mentorship. It's meant to tackle those "quick question" requests such as whether you are taking the right approach in different scenarios. Although that evokes the need for speed, Srinivasan says it's "the quality of advice that will determine success when you are able to have this kind of experience."

Those looking for instant advice a la chatbot may be disappointed depending on how rapidly their match responds. This new service, like any good mentorship relationship, will take some time.

advertisement

- 07.06.17
- pov

## I'm Living Proof That It's Time To Redefine The "American Dream"

**This 27-year-old says earlier generations' definition of success "is no longer as accessible or appealing as it used to be"—and she finds that liberating.**

**Exhibit 10**
**42 of 62**

20/40



[Photo: Jay Wennington]

*By Elaina Giolando* 5 minute Read

*This story reflects the views of this author, but not necessarily the editorial position of Fast Company.*

---

I'm 27, which means I belong to a demographic that government data and corporate research suggest is missing out on the American Dream. We live at home, change jobs every other year, and are unemployed or underemployed for long stretches. And make no mistake: that's true of many of my peers. But while the obstacles we face are real—and unevenly portioned out—the statistics don't capture the nuances of millennial life. At least not mine.

I've been a minimalist nomad for four years, freelancing in international project management for a variety of organizations that take me overseas. As a result, I've lived off the beaten path, in places—like Ethiopia, Nigeria, and Qatar—that few Americans even visit. When I'm not working for companies like IBM or Uber, I'm traveling through Asia or South America while making ends meet with my blog and coaching business; I'll be based in Berlin for the next few months. I know this isn't exactly typical, but it's the type of 21st-century career I've built for myself because the old model is no longer as accessible or appealing as it used to be.

---

**Related:** What's Your American Dream Score? This Quiz Will Tell You

---

My parents are easier to put in a box. They've met all of their generation's classic success indicators: They own a beautiful home they built themselves, my father has worked at the same company for the past 20 years and in the same field for the past 40, and they'll retire debt-free in a few years thanks to careful planning of their 401(k)—all of which puts them ahead of far too many others in their age group today. They don't come from money (neither have a degree and my father works hard but humbly in the construction industry), but they've been able to put down roots, raise a family, and build a life that reflects stability and responsibility.

It's no secret that fewer and fewer Americans are finding themselves capable of doing the same, but I'm living proof that that might not always be a tragedy. Unlike my parents, who've come to accept my slightly unconventional

**Exhibit 10**
**43 of 62**   21/40

lifestyle, I *don't* plan on owning a home or a car. I *don't* plan on working for one company for more than a few years —or even having just one career. Like an ever-increasing number of millennials, I thrive on landing contracts, freelancing, and building a client base on my own. Someday I'd like to operate my own business, but it probably won't have an address on Main Street.

By my own humble standards, I'd say I'm successful, although members of Generation X may raise an eyebrow at that statement. I count myself fortunate to have a university degree, five years of work experience, no debt, and an income that supports me with enough to invest and save for the future, although it's not necessarily locked away in a 401(k) for retirement. (I keep most of my savings in a local credit union, invest in hand-picked stocks and digital currencies, and experiment strategically with "robo-investors" like Wealthfront).

---

**Related:** The American Dream Is Fading For Millions Of Freelancers—Portable Benefits Could Save It

---

My success, and many of my millennial counterparts will agree, revolves around freedom of choice, mobility, and potential—a lot of which we've won for ourselves out of necessity. In the aftermath of the past decade's financial crisis, we've had no choice but to adapt, and that inevitably meant rethinking our career values. Personally, I value adventure over stability, experiences over savings, and change over certainty.

I would be lying to you if I wasn't occasionally freaked out by the realization that if I die tomorrow I'm leaving behind little more than some T-shirts and a toothbrush. But unlike so many previous generations of human beings, my legacy won't rest on physical manifestations of wealth and achievement: passing land down to my sons, owning a prosperous farm, or building a home in the suburbs. In today's digital age, where "wealth" can be generated from concepts as abstract as cryptocurrency, advertising potential, and brands composed of photo reels on Instagram, our legacies and successes are also increasingly abstract.

While we're still a hugely consumer-driven society, my generation has birthed a minimalist movement, and there are more people like me out there than ever before: highly mobile, tied to fewer possessions, and tapping platforms (just like this one) to reach out to millions of people on a daily basis. People like me are motivated by ideas of success that are much less tangible, because we operate in a world that's ever less tangible itself.

Our culture of immediacy born through technology is so often lamented. But I'm thriving in it. Unapologetically, I care about the here-and-now, and for better or worse, I'm not motivated to postpone gratification to old age. I'm passionate about developing and sharing ideas, being recognized as an individual (instead of being recognized for years of dedicated service to an organization), and influencing my vastly extended global peer group.

---

**Related:** Where The American Dream Is The Most Dead, People Believe In It The Most Strongly

---

To me, achieving the American Dream is no longer about accumulating money and property but about using my resources to maximize my freedom and individual impact. No, I'm not so naïve that I believe a slew of social injustices, political divisions, and economic pressures can be done away with simply by a shift in mind-set. But I *do* believe this millennial-driven vision can move us away from the consumerism and material self-expression to which so many people's ideas of success are still tied. In the process, we can generate a variety of inspiring ways to live and work.

When we broaden our definition of success, we stand a better shot at uplifting and empowering more people in the increasingly diverse, conflicted, stratified, and unpredictable society that ours is now becoming. Getting that right is the dream *I'm* striving for. What about you?

---

*Elaina Giolando is an international project manager and digital nomad who's lived and worked in more than 50*

**Exhibit 10**
**44 of 62**   22/40

*countries. She writes about global careers, unconventional lifestyle design, and meaningful travel on Life Before 30.*

advertisement

- 07.10.17
- innovation agents

## The Three-Step Process That's Kept 3M Innovative For Decades

**One 3M scientist explains how the approach his team used to develop a nasal antiseptic for hospitals is an organizational lesson every business should learn.**



[Photo: Tom Werner/Getty Images]

*By Matt Scholz* 4 minute Read

The hardest part of my job is trying to find a problem worth solving. And around a decade ago, we found a huge one: up to 160,000–300,000 patients were incurring surgical-site infections (SSIs) in the U.S. each year. But the way we eventually solved it actually wasn't unusually difficult. I'm a corporate scientist at 3M, but I'm also frequently known around here as a "Scout," one of three designations—alongside "Entrepreneurs" and "Implementers"—within an organizational structure that's helped us go from problem to product for decades.

For years, these three-part teams have rallied around a given project and seen it all the way through, then they disband and recombine to tackle the next challenge. Here's how it works:

## Follow Your Nose

Back in 2007, fellow 3M scientists and I were talking to customers, visiting hospitals and clinics, and reviewing the medical research when we learned that concern was rising about SSIs, especially those caused by methicillin-resistant *Staphylococcus aureus* (MRSA), and other potentially deadly forms of that bacterial strain. Approximately

Exhibit 10
45 of 62
23/40

20% of people are persistent carriers of it, and 60% are intermittent carriers. Since *S. aureus* is typically found in the nose, that put a lot of people at risk for infection during surgical procedures.

As Scouts, one colleague and I were essentially project hunters, and it seemed like we'd found our next one. There was already research suggesting that one common method of prevention—using the antibiotic drug mupirocin—can be effective in patients, but antibiotic resistance to that treatment was on the rise. Plus, the most common preventative measure required patients to apply an ointment into each nostril twice a day for five days prior to surgery. So the rate of non-compliance was a concern.

We thought one of our existing products could be adapted to help solve the problem, so we sat down with a team of three 3M Entrepreneurs—whose job it is to figure out how to capitalize on the opportunities Scouts come up with—and the five of us had a eureka moment: What about using iodine as a nasal treatment before each operation?

## Passing The Baton

Consolidating a few years of hard work into a sentence or two, here's what happened: The Scouts stepped aside, and the Entrepreneurs took over. Since those designations cross job titles, the Entrepreneurs on this project consisted of fellow scientists as well as engineering, manufacturing, and other functional experts—who together were taxed with removing the unknown.

They fleshed out an initial prototype and developed a number of chemical formulations for the product. Then each was rigorously modeled, tested, analyzed, tweaked, and tested. This, of course, took more time than it had my fellow Scout and me to identify the problem. The scouting phase took only three months, whereas the entrepreneurial development phase took about nine months.

Once the Entrepreneurs had gone through enough trials and due diligence to reach a viable solution, they passed it along to a team of around a dozen Implementers to get it ready for commercialization. This was a longer process, stretching across roughly 18 months of rigorous market testing, seeking and adapting to regulatory guidelines, nailing down supply-chain quality and performance metrics, and building out the go-to-market roadmap. But it worked.

In 2010, the 3M™ Skin and Nasal Antiseptic Patient Preoperative Skin Preparation hit the market. In the seven years since, it's been used in health care facilities and has helped reduce the likelihood of SSIs. A key reason why is that it only needs to be applied once—in the patient's nose at the hospital, just an hour before surgery. One reason the Scouts, Entrepreneurs, and Implementers are still so proud of it is because it's so easy and effective—a Holy Grail for pre-surgical procedures and medical products in general.

## Collaborative Problem-Solving Done Right

I'm often asked why the three-team approach works at 3M. I think its genius lies in its simplicity: Bring smart people together, with diverse backgrounds and areas of expertise, and let them play to their strengths and their passions. You're not forcing everybody to do the same thing.

And we don't just stick together from one project to the next the way traditional corporate departments do; our teams of Scouts, Entrepreneurs, and Implementers are constantly recombining depending on the problems we're trying to solve. This method is quite different from the "burn the ship" approach to innovation, where the team is laser-focused on one defined goal. With blinders on, its easy to miss how crucial exploratory research can be.

This collaborative culture is something lots of companies struggle to implement, but it's been part of our DNA for decades. It's also what's behind 3M's "15% culture," which lets employees spend up to 15% of their time on projects of their choosing, as long as they might benefit the company (former chairman William McKnight, described it as "experimental doodling"). Similar to Google's onetime "20% policy," these 15% projects at 3M are often where

**Exhibit 10**   24/40
**46 of 62**

Scouts hit up on great ideas and help coworkers with their own undertakings.

As a result of this flexibility, I've been both a Scout and Entrepreneur on countless projects—two areas where I feel skilled, confident, and passionate—while rarely having to serve as an Implementer, where I know others are better suited. Mixing things up is just what we do, but there's a method to the madness, and it's what makes me—and the whole company—thrive.

---

*Matt Scholz is a corporate scientist in the Infection Prevention Division Laboratory at 3M. In over 35 years with the company, he has been responsible for products that help repair broken bones, protect wounds, and keep doctors and patients safe from infection. He's a co-inventor on more than 150 issued U.S. patents.*

advertisement

- 07.10.17

## Keeping Track Of All These Voice Assistants Is Becoming A Problem

### As the Siri and Alexa clones add up, all their different skill sets and ways of talking could turn consumers off.



[Source Photos: Flickr users MouthGuy2013, and Nicole Mayone]

*By Bob O'Donnell*/5 minute Read

Even for a casual observer of the tech industry, it's easy to see that digital assistants such as Amazon's Alexa, Apple's Siri, Google's Assistant, Microsoft's Cortana, and Samsung's Bixby are hot. Whether embedded into the latest smart speakers, built into the latest device operating systems, or evolving as independent entities, these new anthropomorphized chunks of code are receiving enormous amounts of attention from tech vendors, the tech press, and the general public.

**Exhibit 10**
**47 of 62**   25/40

But as hot as they are, there's confusion among consumers about what digital assistants are and what they're supposed to do. That's largely because the various assistants offer an overlapping, but different, set of "skills," to use Amazon's term.

My firm, TECHnalysis Research, surveyed just under 1,000 people who own and use smart home and digital assistant products. The key takeaway of the research is that no one assistant currently has the ability to meet most people's needs—more than half (55%) said they use multiple digital assistants. And just over a third of that group said they weren't comfortable doing so, because of differences in the ways assistants currently work.

The various assistants understand different "wake-up" words, and different phrases to call up specific data or actions. If people have to learn how to address and ask questions or make requests of assistants in very different ways, it may cause confusion that ultimately leads to a slowdown in adoption of assistants in general.

The decision over what assistant to use depends on the device they live in. Those that live in smart speakers ("Alexa . . .") are used more than those built into phones or PCs ("Hey Siri . . ."), the research shows. Interestingly, multi-assistant users most often select an assistant based on the device that's closest to them.

It also depends on the task the user has in mind. Eighty-six percent of smart-speaker owners ask their device to play music, for example, while just 52% of smartphone users ask their assistant to do so, and only 46% of PC-based assistant users.

## A New Concept

The path to consumer-friendly personal assistants includes a few milestones in computing (don't forget Microsoft's Clippy), but Apple's Siri was the first to popularize the concept in 2011. It presented itself as a mobile, voice-driven interface (with a limited vocabulary) that allowed certain types of commands to be made and certain types of information to be requested. Even as it has expanded its applications, Apple has sought to keep Siri's skills limited. Siri was also limited by the single basic microphone found on an iPhone or iPad.

The "big bang" in the digital assistant world came with Amazon's Echo device, which was announced in the fall of 2014 and became widely available in the spring of 2015. The Echo used a specially designed microphone array optimized to get a clean "input" signal from your voice. More importantly, though, Echo's assistant, Alexa, also brought with her a wider vocabulary of recognizable words than Siri. And a year into her life, Alexa learned even more words as developers created third-party skills for her.

Along the way, Microsoft introduced Cortana. Google first tried Google Now, then renamed the assistant "Google Assistant," suggesting that the artificial intelligence-powered assistant would underpin lots of Google services. In addition to voice, both of these assistants also brought with them an enhanced AI focus. Each in their own way, they proactively learn things about you by looking (with your approval) at your productivity and personal data. They use this data to offer more personalized and contextually relevant data to you throughout the day. Siri and Alexa have steadily added these machine-learning capabilities, too.

Samsung's Bixby and the Google Lens add-on to Google Assistant give the digital assistant the power of sight. The use the host device's camera to capture images of people, objects, and places around you, then use sophisticated AI to recognize and manage them. This new twist adds an intriguing layer of contextual information. The assistant can see what's going on around you.

---

**Related:** After Lots Of Talk, Microsoft's Bots Show Signs Of Life

---

## Differentiation

Exhibit 10
48 of 62
26/40

Moving forward, we'll see even more capabilities added to digital assistants, including more natural responses, the ability to sustain longer conversations, and other skills that haven't even been thought of yet. In many cases, however, those advancements are likely to be rather subtle, such as moving from a two-question interaction to a three-question one, or providing a slightly more contextually appropriate response to one of your queries.

As assistants gradually get smarter, they're likely to specialize in different ways to accommodate different users and use cases. Actually, we're already seeing differences in approach among the various assistants. One assistant might be good at providing answers to random questions ("What's the capital of South Dakota?), while another might be far better at helping a user organize a future conference call.

While the ultimate goal of all the assistant platforms may be the same—to provide the digital equivalent of a personal assistant—each of the big tech companies creating them is coming at the concept with a unique perspective and with its own agenda. Apple wants to provide links to its services, all while maintaining the privacy of individuals. Google wants to leverage search to gather lots of personal data to create a smarter assistant (and potentially open up new advertising channels). Amazon wants to provide an intuitive, natural language front door to its many services, and maybe gain a foothold in the tech platform wars.

In practical terms, that likely means the various assistants will end up asserting themselves as very distinct, and different, personalities.

## Platform Wars

This all matters because digital assistants represent the next great tech platform battle. All the major tech players know this, and are working to create platforms that can be built upon to sell additional services, provide deeper hooks into their respective ecosystems, or develop other types of products or business models that have yet to be completely figured out. Because of that potential, digital assistants now carry with them the gravitas of being inherently important for future business.

At the same time, all these major tech vendors also recognize that it's still early days for digital assistants, so there's a chance for almost anyone to release a product and grab some market share.

For consumers, digital assistants represent an intriguing glimpse into the future of more personalized, more contextualized, and more meaningful types of computing experiences. They show the potential for all the intelligent devices around us to go way beyond simply showing us pretty digital things on various screens. Assistants could enable completely new types of interactions with users. They could become like personal concierges that show us just the right information at just the right times. They might also provide a bridge between the digital world and the analog world we inhabit.

The era of the digital assistant is coming, but getting there—and determining where *there* is—will mean a rocky climb, as we search for the right words to speak to overlapping, incomplete visions of that future.

---

*Bob O'Donnell is the president and chief analyst of TECHnalysis Research, LLC a market research firm that provides strategic consulting and market research services to the technology industry and professional financial community. You can follow him on Twitter @bobodtech.*

advertisement

- 07.10.17
- your most productive self

## This Is How To Write A Follow-Up Email That's Not Annoying

Exhibit 10
49 of 62          27/40

**It's always better to assume that whoever you're emailing has more important things to do than reply to your message.**



[Photo: Startup Stock Photos]

*By Anisa Purbasari Horton* 5 minute Read

As a journalist who frequently reviews and edits submissions, I often find myself switching between writing and reading follow-up emails. And if there's anything that being on the sending and receiving end of these have taught me, it's that many of the tactics people use aren't very effective (and are really annoying at best).

As a sender, I've learned that it's best to work from the assumption that whoever I'm writing to probably has more pressing matters to attend to than answer my emails. This forces me to make sure I articulate why it's in the receiver's interest to reply. As a receiver, there's nothing more annoying than getting an email that assumes I'll work to the sender's timeline, even when it's clear that it's extremely inconvenient to mine, or when there's no benefit to me whatsoever.

Of course, this is just one of the many dos and don'ts to think about when writing a follow-up email. Here are others you might want to consider before sending your next one, particularly if you need a response urgently.

## Make It As Easy For The Recipient As Possible

Many people struggle with managing their inboxes as it is. So to make it worth their time to reply to your follow-up, it's important that you, the sender, do all the hard work you can on your end before hitting "send."

---

**Related:** How To Write A Work Email When You're Really Pissed Off

---

As Jocelyn Glei writes in her book, *Unsubscribe: How to Kill Email Anxiety, Avoid Distractions, and Get Real Work Done,* instead of sending a generic message like "just following up"–offer a concise recap of your request so that the

**Exhibit 10**
**50 of 62**
28/40

person doesn't have to go back and read your long email thread. As Glei pointed out, "If that person didn't respond to your email the first time, resending the same message is probably not going to get better results the second time."

## Don't Create More Work For The Recipient

As a receiver, there's nothing more frustrating than having to search my inbox to figure out what the sender is referring to before I can even reply. On busy days, these are the kinds of emails I tend to ignore. If you send someone a signal that it's not worth your time to do the hard work yourself, then the recipient will probably feel the same way.

## Be Polite And Respectful Of Their Time

There's nothing wrong with following up, but there *is* something wrong with following up too soon and writing emails in a way that screams, "I have no respect for your time." Kara Corridan, executive editor Of *Scholastic* and former health director Of *Parents* magazine, previously spoke with *Fast Company* about following up on a pitch: "Certain people that send me something on a Friday and then follow up on Monday—it's ludicrous. Even if we were interested, we couldn't turn things around that frequently."

Leave a little bit of a window for the recipient to get back to you and understand that they, too, have other priorities that are probably more important to them than your email. According to Glei, you're not "entitled to a response from someone else who, like you, might be too busy with their own tasks to deal with yours."

She wrote, "You might begin your message with, 'I know you have a hectic schedule, but I'm wondering if you've had time to consider my request to . . . ?' or something similar. Acknowledging that you understand the receiver is juggling a lot of tasks, of which your request is just one small consideration, always helps."

## Don't Be Unnecessarily Pushy Or Passive Aggressive

I've lost count of the number of times people have marked their emails high priority when it's clearly not, present arbitrary deadlines that are unreasonable for what they're requesting, or use passive-aggressive phrases such as, "Hi, I haven't heard from you since I sent my email over a week ago. I assume you're not interested, but just in case you are, I thought I'd check in."

---

**Related:** Everyone Secretly Hates Your "Friendly Reminder" Email

---

If you're using any of these approaches to follow up on your  request, then the tactic will probably backfire. Corridan told *Fast Company* that emails with passive-aggressive tones don't sit well with her. And as Lisa Evans previously wrote for *Fast Company*, "Flagging your email as high priority should be done sparingly and only in real cases of urgency. Better than marking an email as a high priority? Using a descriptive subject line that emphasizes the urgency of the message."

## Include Specifics And A Call To Action In Your Subject Line

If your recipient is someone who gets a lot of emails, then chances are that they probably won't read every single one. Instead, they're more likely to skim through the subject line and only click on the ones that look important to them. The ones that don't will probably just be left unread, or relegated to trash.

This does mean that to get their attention, you'll have to do a little bit of thinking on what exactly you're hoping to get from their response, and find a way to articulate it in your subject line. Peggy Duncan, productivity expert, author of *Conquer Email Overload with Better Habits, Etiquette and Outlook,* and founder of The Digital Breakthroughs

Exhibit 10
51 of 62
29/40

Institute, previously told *Fast Company*, "I should know precisely what your email is about just by reading the subject line, the way I would a headline in a newspaper."

## Don't Use A Vague Or Generic Subject Line

Nick Martell and Jack Kramer, cofounders of the financial news newsletter MarketSnacks, previously told *Fast Company* that "you live and die by your subject line." "Just checking in," they say, "is an email subject-line recipe for 'ignore.'"

## Only Send Your Email To The Person Concerned

It can be tempting to send emails to multiple people in that team if one person isn't being particularly responsive, but overusing this approach is unprofessional and should only be used as a last resort.

Duncan said, "When sending an email, ask yourself who needs to receive the information you're sending, and only send it to those individuals." If this isn't clear, ask yourself the question, 'Would I pick this person to call about what I'm about to email them?' If the answer is no, Duncan said, "Why are you emailing them about it?"

## Don't Copy Others On Email When You Don't Need To

In your dream world, they'll *have* to talk to each other about this because they all got your email, right? Wrong. In fact, they'll probably just forward it to the person who's actually supposed to receive the email, and then all you would have done is clog their inbox. How does that make you feel when someone does that to you? We thought so.

advertisement

- 07.06.17

## We Watched Every "Fast & Furious" Movie To Better Understand Michelle Rodriguez's Point

**The star talked about opting out of future installments if the series doesn't "show some love to the women of the franchise" in future installments, prompting responses from Vin Diesel and director F. Gary Gray.**

Exhibit 10
52 of 62
30/40



*The Fate of The Furious*, 2017 [Photo: Matt Kennedy, courtesy of Universal Pictures]

*By Dan Solomon* 4 minute Read

Michelle Rodriguez kicked off a firestorm last week by promising a fast and furious exit from the series she's been part of for the past 16 years–if the next entry doesn't "show some love to the women of the franchise."

The actor who plays core character Letty Ortiz telegraphed her potential goodbye on Instagram the day *The Fate of the Furious* hit home media. That film's director, F. Gary Gray, then responded defensively on Monday, explaining that, while he's new to the franchise, he "thought there was a strong representation of women in the movie," citing the fact that Charlize Theron plays the villain, and Dame Helen Mirren has a much-publicized cameo. Franchise star Vin Diesel, meanwhile, was a little more open to Rodriguez's critique, agreeing that, while he's proud of the franchise, "We must try to reach higher each time," adding that "the challenge is what makes it fun and exciting."

While Fast Company is loathe to position ourselves as end-all be-all arbiters of something as pernicious as sexism in blockbuster entertainment, we did find the time to go through the franchise to find some more specific examples of what Rodriguez might have been talking about.

There are a lot of things that might frustrate a woman who cares not just about having female characters represented on screen (there are a lot of women in these movies), but having them represented in a way that, as Rodriguez put it, shows love to them. Every film in the series has at least one, often many more, scenes that involve cameras lingering over the butts and boobs of various women—often with, like, their heads cut out of the frame, as they bend over into impractical positions to buff the hoods of various cars that the dudes in the film will drive. (Sometimes they're painted gold!)

Women serving mostly as objects to ogle while the men get to do the exciting things isn't a problem that's limited to the *Fast & Furious* films, but it's definitely a factor in this franchise even after eight films. The franchise is lauded for its diversity—of the twelve heroes who've formed the core team of lovable car-racing rogues in the series, only three (Paul Walker, Kurt Russell, and Scott Eastwood) have been white men. That's a smaller number than the number of women on the team, with Rodriguez leading a roster that included Jordana Brewster (until Walker's death, as their characters were married) and Gal Gadot, as well as current series star Nathalie Emmanuel, who plays computer expert Ramsey. Still, though, Rodriguez's point about gender is well-taken when you consider that it still means that

**Exhibit 10** 31/40
**53 of 62**

the men outnumber the women two to one. (These numbers ignore the secondary characters, as well as Minka Kelly's star making turn as "Girl" in the *2 Fast 2 Furious* prelude short film, but the ratio stays the same in either case.)



*2 Fast 2 Furious*, 2003 [Photo: Eli Reed, courtesy of Universal Pictures]

Gray's point about Charlize Theron is also worth considering, but she's the first female lead villain that the series has had in eight films, so it's not necessarily time for the series to pat itself on the back. The series *has* done a good job of casting women in supplemental villain roles, and giving them interesting things to do—Gina Carano's turn in *Fast & Furious 6* as the DSS agent who betrays the team is one of the more interesting in the series, and Ronda Rousey leads a team of interesting hijab-wearing security personnel in *Furious 7*.

Still, it's hard to argue with Rodriguez's larger point about the series. She's built her career on playing tough women, but until *Fate of the Furious*, Letty hasn't had as much to do as the characters she's played in even dubious series like *Resident Evil* and *Machete*. She's also been the victim of "fridging," in which female characters are killed (on- or off-screen) as a way to further motivate the story's male heroes. (Letty died in the fourth *Fast & Furious* installment, then came back with amnesia—it was a whole thing.) That's a fate that was suffered by Gal Gadot's Gisele, as well, and Elsa Pataky's Elena in subsequent films. Nathalie Emmanuel, presumably, reads each script with trepidation—so far, only she and Brewster have made it out of this franchise without being killed to further a man's story.

**Exhibit 10**
**54 of 62**                    32/40



*The Fast and The Furious*, 2001 [Photo: courtesy of Universal Pictures]

All of this stuff is common in action movies, of course, but it really is something that—when you combine it with the visual of disembodied boobs and butts being lingered over lovingly before setting up a car race or an action sequence—does make things seem kind of unfriendly to women who want to watch without feeling like the series is explicitly not for them. That aspect of the franchise might be shifting under Gray's direction—*Fate of the Furious* only had one butts-n-boobs sequence, compared to *Furious 7*'s three or *Fast & Furious: Tokyo Drift*'s four—but it's fair for Rodriguez to object, given the history of the series. And given that her ability to affect change is limited mostly by threatening to withhold her participation in future films if she and Ramsey don't get to play parts more integral to the plot, if more women don't end up on the team overall (would it have killed them to cast a lady instead of friggin' Scott Eastwood?), and if the camera's maybe 40% less objectifying in the ninth and tenth installments, we'll see what happens to Letty next time out.

advertisement

- 12.12.16
- out of office with

## How I Worked Productively On A Year-Long Family Trip Around The World

**A startup founder shares tips for staying connected while traveling. ( Hint: Keep a crappy old smartphone in the bottom of your suitcase.)**

Exhibit 10
55 of 62        33/40



*[Photo: fajaraddana via Pixabay; App Photo: Walt Disney Pictures ("Around the World in 80 Days", 2004)]*

*By Scott Wharton*5 minute Read

A couple of years ago, my wife and I finally did something we'd dreamed about for years; we ditched our house and cars, put the rest of our stuff in storage, took our 10- and 13-year-old boys out of school, and hit the road with only one bag each.

"You can access cell coverage or Wi-Fi from just about anywhere . . . I even took a board call mid-hike one day on my way to base camp on Mt. Everest."

We'd figured it was a "now or never" type of thing. At the time, I was winding down with one startup I'd cofounded that had recently been acquired, but I'd held onto a few board of director positions, including one with a small telecom company. Over the course of our travels, that business got acquired, too, and since I chaired its board, I needed to stay in touch with colleagues during that crucial time more than I'd expected to.

That meant developing a few productivity strategies on the fly–approaches that would let me stay focused when I needed to but still disconnect to spend time with my family just as I'd planned. Most of all, my working methods would need to be flexible enough to weather all kinds of situations our travels would find us in. Here's what proved most effective.

**Exhibit 10
56 of 62**   34/40



## Make Time To Be "At Work"–And To Go Offline

One of the advantages to being in another time zone is that you can connect with colleagues and make business calls late at night, without losing out on sightseeing. For me, video was a huge helper here. I got more done via video that year than I could have by just using email and making ordinary phone calls.

Of course, we all have to sleep at some point, and traveling constantly is exhausting. So even though I did some creative scheduling to take advantage of time differences, I didn't want to be woken up at 3 a.m. by colleagues who were just having lunch on the other side of the world. My phone's "do not disturb" function came in handy there.

## Plan To Stay Connected (It's Easier Than You Think)

A lot of people think it's hard to stay connected while traveling, and it can be. But I found a few easy and affordable ways to stay online virtually whenever and wherever. I invested in a T-Mobile phone plan that let me roam with unlimited data in just about any country, without having to laboriously search for SIM cards and sign up for new plans in each new place. This way, as soon as I landed in a new city, on a remote island, or in the hinterlands, I could at least check in on some work items.

Other commonplace collaboration apps were no-brainers, like Google Docs. I used cloud-based tools, including Dropbox, for personal stuff, too. From passport photos to immunization records, having online connectivity that syncs with your phone can save you a lot of time, money, and hassle. And if you sign up for iBooks or Kindle Unlimited, you can keep your reading material (including travel guides) at your fingertips without buying new ones in each new destination and lugging them around.

Exhibit 10
57 of 62
35/40

"From passport photos to immunization records, having online connectivity that syncs with your phone can save you a lot of time, money, and hassle."

I actually found that you can access cell coverage or Wi-Fi from just about anywhere these days–from the beach to a high-altitude hike in the Himalayas. I even took a board call mid-hike one day on my way to base camp on Mt. Everest. I also made sure to carry an unlocked phone so you're not locked into one carrier when staying for longer periods. I was able to secure a 3-GB plan in Nepal for the equivalent of about $10 and phone calls back to the U.S. for two cents per minute.

For everything else, there's WhatsApp for texting and Skype audio for making calls to traditional phone lines. If you have Google Hangouts and a data plan, you can make free phone calls to regular phones in the U.S. while abroad.



[Photos: courtesy of Scott Whatron via One Bag Each]

## Pack Your Laptop And Batteries

Your smartphone can't do *everything*, I found, not even coupled with a tablet. Unfortunately, there's still no substitute for a full-fledged laptop. We might be getting there sometime soon, but I wouldn't have given up my laptop for

Exhibit 10
58 of 62          36/40

anything. And be sure to bring *lots* of backup batteries for your devices (Anker is my brand of choice). The last thing you want is to be tethered to an outlet in a cafe or hotel room when you're trying to see the world.

## Keep A Backup Device At The Bottom Of Your Suitcase

When you're traveling nonstop, you can expect more than life's usual dosage of surprises. For me, it was when my phone was stolen out of my hands while in a *tuk-tuk* (like a cross between a rickshaw and motorcycle) in Cambodia. Before long, I'd learned the hard way that they sell different phones in different regions–and that GSM cellular frequencies are different all around the world.

"A colleague very generously shipped me a new iPhone, but it got stuck in customs for weeks."

A colleague very generously shipped me a new iPhone, but it got stuck in customs for weeks. So be sure to keep a backup phone with you just in case. I had an iPhone 4 that still worked; it wasn't ideal, but it was certainly better than nothing.



## Know When To Shut The Damn Thing Off

**Exhibit 10**
**59 of 62**   37/40

The digital infrastructure that lets us keep in touch from anywhere is a modern marvel, but it's also important to maintain work-life balance. I had to remind myself to unplug and take time to enjoy the places we visited–otherwise what was the point?

In fact, since this was a family trip, I was extra keen to stay in touch with my family and loved ones around the world. We Skyped and FaceTimed quite a bit with family and friends. At one point I explained to my septuagenarian dad that while it cost me $3 a minute to talk to him on my cell phone, it was free when we connected by video–he was amazed.

When I stepped back and thought about it, so was I. Then I closed the app and went outside.

*Scott Wharton is VP and GM of Video Collaboration at Logitech.*

advertisement

- 07.07.17

# Here's What To Say When The Interviewer Asks, "Do You Have Any Questions For Me?"

## No need to feel stuck.



[Photo: monkeybusinessimages/iStock]

*By Alex (Al) Dea—The Muse*3 minute Read

Your job hunt's moving along, and to prepare for your upcoming meeting with the hiring manager, you're practicing your answers to all of the most common interview questions.

But, there's one that you're feeling a little stuck on–what are you going to say when the tables turn and you're asked: "Do you have any questions for me?"

**Exhibit 10**
**60 of 62**   38/40

While it's a great opportunity to engage in meaningful conversation with the interviewer–and yes, show off–it can be scary to take the wheel.

I'm not trying to make you even more nervous, but I really believe this is an important part to nail. You want to end strong, and it's an opportunity to differentiate yourself from the other candidates. While most people who interview will be qualified, you can stand out by asking thoughtful questions that the person sitting across from you will actually remember.

Here are four different types you can ask (so you're sure to have at least one option that seems like the perfect fit!):

# 1. Ask About What Makes Their Job Hard

- What's a challenge you currently are facing in your role?
- How is the company helping you tackle this challenge?

Everyone faces challenges in their job–that's a given. So, it's not going to bring the conversation to a dead halt.

---

**Related:** How You Should Answer The 10 Most Common Interview Questions

---

With that said, interviewers often focus on the positives about the company.

These questions will give you insight into organizational structures and resources that are in place to help employees perform and execute work. So asking this will help you identify any red flags during the interview stage.

# 2. Ask About A High Point

- What's a great day like for you?
- What achievement here you are most proud of?

This question complements the one above. Just like you may want to learn more about the obstacles that exist, it's also great to learn what excites your prospective colleagues. It'll show you a range of what to expect if you were to take this role.

---

**Related:** 5 Ways Introverts Can Prepare For Job Interviews

---

Additionally, since most people like talking their successes, it'll keep the conversation going in a positive direction–which is always a good thing in an interview.

# 3. Ask About Their Personal Connection To The Work

- What drew you to your role at [company]?
- How do you feel your role furthers the mission?

Every company has some form of overarching mission and vision. In fact, you're probably preparing to discuss it in your own words.

But this question gets into how this specific employee interprets it and how it impacts their work on a daily basis. It tells you how they help the organization achieve its goals and objectives–and gives you a peek into how engaged and impactful employees feel.

**Exhibit 10**
**61 of 62**

## 4. Ask About the People They Work With

- Who is someone you admire in your company, and why?

- What are some things the team does together?

Many of us want mentors–or at the very least role models to look up to and emulate. This question will give you a sense of the types of leaders who exist at the company, as well as the skills, experiences, or competencies that others see as valuable.

The second one gives you a glimpse into company culture. Does the interviewer discuss stand-ups and team projects, and leave it there? Or do they mention team lunches or even a company softball league? You're going to be spending a lot of time with your new co-workers, so it's good to know how they interact.

If these haven't quite touched on what you'd like to ask, we have 51 interview questions you can bring up, so you're sure to have options you feel good about.

No matter what you choose to discuss, remember it's about more than gathering information on the company, people, and role. Beyond that you want to show off your thoughtfulness. What you say gives the interviewer a glimpse into the topics that you think are worth learning more about. So, ask questions you genuinely want to know the answer to–and you'll also get points for being sincere.

---

*This article originally appeared on The Daily Muse and is reprinted with permission.*

**More From The Muse:**

**Exhibit 10**
**62 of 62**   40/40

Exhibit 11

# Pets by the Numbers

🐾 **humanesociety.org**/issues/pet_overpopulation/facts/pet_ownership_statistics.html

- 

U.S. Pet Ownership, Community Cat and Shelter Population Estimates

- If just one of every five Americans wanting to add a cat or dog to their family in the next year adopted from a shelter or rescue, not one single healthy, treatable cat or dog would lose his or her life in a shelter! Photo by Michelle Riley/The HSUS



## Understanding the Data

Obtaining accurate statistical data about pets in the United States isn't easy. Most of the information is based on estimates derived from surveys, and the various survey-takers don't always agree. Data reflecting shelter/rescue animal populations is spotty due to a lack of reporting requirements, which leaders in animal welfare are aiming to address with the Shelter Animals Count project.

There are two main sources of pet demographics in the United States: the biennial *APPA National Pet Owners Survey* by the American Pet Products Association, and the *U.S. Pet Ownership & Demographics Sourcebook* by the American Veterinary Medical Association (AVMA) which is published every five years. Together these surveys provide data about trends in pet ownership and produce a reasonably accurate estimate of the total number of dogs and cats.

## The Numbers

### U.S. Pet Ownership Estimates

| **U.S. PET OWNERSHIP ESTIMATES** | | |
| --- | --- | --- |
| **FACT** | **2012 AVMA SOURCEBOOK** | **2015-2016 APPA SURVEY** |
| Number of households with a pet | 66.5 million (year-end 2011) | 79.7 million |
| Percentage of households with a pet | 56% (year-end 2011) | 65% |
| Pet-owning households with more than 1 pet | 62.2% | 42% |
| Estimated number of pet dogs and cats | 144.1 million | 163.6 million |
| Percentage of pet-owners who consider their pets to be family members | 63.2% | |
| Percentage of pet-owners who consider their pets to be pets or companions | 35.8% | |
| Percentage of pet-owners who consider their pets to be property | 1% | |
| Average amount spent on veterinary care per year, per pet (cat or dog) | $158.50 | $1,288.50 |

Click the image to enlarge.

**Exhibit 11**
**1 of 7**

1/5

**Dogs**

## DOGS

| FACT | 2012 AVMA SOURCEBOOK | 2015-2016 APPA SURVEY |
|---|---|---|
| Households that own at least one dog | Nearly 43.3 million (36.5%) | 54.4 million  (44%) |
| Estimated number of pet dogs | 70 million (year-end 2011) | 77.8 million |
| Average number of pet dogs per household | 1.6 | 1.43 |
| Dog-owning households with small dogs | 39.3% | 50% |
| Dog-owning households with medium dogs | 33.4% | 26% |
| Dog-owning households with large dogs | 27.3% | 37% |
| Percentage of dog owners who consider their dogs to be family members | 66.7% | |
| Percentage of dog owners who consider their dogs to be pets or companions | 32.6% | |
| Percentage of dog owners who consider their pets to be property | 0.7% | |
| Average amount spent on veterinary care per year, per dog | $227 | $1,436 |
| Percentage of owned dogs who are spayed or neutered | | 86% |

Click the image to enlarge.

**Cats**

## CATS

| FACT | 2012 AVMA SOURCEBOOK | 2015-2016 APPA SURVEY |
|---|---|---|
| Households that own at least one cat | 36.1 million (30.4%) | 42.9 million (35%) |
| Estimated number of pet cats | 74.1 million (year-end 2011) | 85.8 million |
| Average number of pet cats owned per household | 2.1 | 2.0 |
| Percentage of cat owners who consider their cats to be family members | 56.1% | |
| Percentage of cat owners who consider their cats to be pets or companions | 41.5% | |
| Percentage of cat owners who consider their cats to be property | 2.4% | |
| Average amount spent on veterinary care per year, per cat | $90 | $1,141 |
| Percentage of pet cats who are spayed or neutered | | 90% |

Click the image to enlarge.

## Where do people acquire pets?

Exhibit 11
2 of 7

2/5

## WHERE DO PEOPLE ACQUIRE PETS?

| FACT | 2012 AVMA SOURCEBOOK | 2015-2016 APPA SURVEY |
| --- | --- | --- |
| Dogs adopted from a shelter or rescue | 84.7% | 37% (up from 35% in 2012/2013) |
| Cats adopted from a shelter or rescue | | 46% (up from 43% in 2012/2013) |
| Dogs taken in as strays | 10.1% | 6% |
| Cats taken in as strays | | 27% |
| Dogs acquired from friends or relatives | 15.1% | 20% |
| Cats acquired from friends or relatives | | 28% |
| Dogs purchased from a pet store | 4.2% | 4% (down from 5% in 2012/2013) |
| Cats purchased from a pet store | | 2% |
| Dogs purchased from a breeder | 19.1% | 34% (up from 32% in 2012/2013) |
| Cats purchased from a breeder | | 3% |

Click the image to enlarge.

Efforts like The Shelter Pet Project are helping to increase the number of pets adopted from shelters and rescues, as opposed to from inhumane sources like puppy mills.

- Photo by Ezra Millstein/The HSUS

## Pet Ownership Estimates from Underserved Communities



While the figures referenced previously tend to reflect "mainstream America," the Pets for Life team of The HSUS has spent years working in, and collecting data from, our nation's most underserved communities which lack affordable, accessible pet care. We have found startling differences in pet ownership. People living in these communities love their pets as much as pet owners anywhere else in the nation. However, they don't have access to veterinary care, spay/neuter providers and other services most Americans take for granted, and this difference is reflected in the data:

- Pets living in underserved communities in the U.S.: 23 million

- Percentage of pets living in underserved communities who are not spayed or neutered: 87%

- Percentage of pets living in underserved communities who have never seen a veterinarian: 77%

Learn more about our Pets for Life program >>

Exhibit 11
3 of 7

3/5

- Photo by Kathy Milani/The HSUS

## Community Cat Estimates



Cats are divided into three distinct populations—those who are personal pets, those being cared for by shelters and rescues and those who live their lives out in our communities. Community cats are friendly stray or abandoned cats as well as feral (unsocialized) cats. These cats are unowned, but may be provided with food, water and/or shelter by caring individuals. The HSUS advocates for a trap-neuter-return approach to humanely managing community cats.

- Estimated number of community cats in the U.S.: 30 to 40 million

- Percentage of community cats who are spayed/neutered: 2%

- Percentage of new kittens born each year produced by community cats: 80%

- Percentage of people who believe leaving a community cat outdoors is preferable to having him or her caught and euthanized: 81%

- Percentage of people providing food for community cats: 10 to 12%

Learn how to help community cats >>

- Photo by Lisa J. Godfrey/The HSUS

## Shelter & Rescue Group Estimates for 2014

Accurate data from shelters and rescue groups is difficult to obtain because there is no central data reporting system for these institutions, and most states don't require reporting. The HSUS is working with a wide variety of stakeholders to change this through Shelter Animals Count, an initiative formed to create and share a national database of sheltered animal statistics, providing facts and enabling insights that will save lives. In the meantime, here are the best estimates of The Humane Society of the United States:

- Estimated number of brick-and-mortar animal shelters in the US: 3,500

- Estimated number of rescue groups and animal sanctuaries in North America: 10,000

- Number of cats and dogs entering shelters each year: 6-8 million (down from 13 million in 1973)

- Of the 3 million cats and dogs euthanized in shelters each year, approximately 2.4 million (80%) are healthy and treatable and could have been adopted into new homes

- Percentage of purebred dogs in shelters: 25%

- Number cats and dogs adopted from shelters each year: 4 million

- Percentage of cats euthanized in shelters: 70%

- Percentage of total shelter intake comprised of cats: Approximately 50% (but in some regions 2/3 of shelter population is cats)

**Exhibit 11**
**4 of 7**



- Estimated amount spent by humane organizations annually: $2.5 billion (about $8 per capita)

- Estimated amount spent by animal control organizations annually: $800 million to $1 billion (about $4 per capita)

**Exhibit 11**
**5 of 7**       5/5

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 98 of 211   Page ID #:458



JULY 12, 2017

🖶 PRINT THIS PAGE

| News Room | Home | About | Membership | Market Research | Regulatory | Resources | Press Center | Events/Networking | Initiatives |

# New Survey Reveals Pet Ownership at All-Time High

**CORE FACTS**

## Core Facts

➕ Subscribe 🔖 ≑
[ What is this? ]

2013-02-21

FOR IMMEDIATE RELEASE
February 21, 2013

Contact: Jamie Baxter, Tierra Bonaldi
The Impetus Agency 775-322-4022
jamie@theimpetusagency.com

New Survey Reveals Pet Ownership at All-T ime High

- American Pet Products Association (APPA) releases the 2013-2014 National Pet Owners Survey, the most comprehensive consumer research providing insight on demographics, buying habits, and other traits of U.S. owners of dogs, cats, fish, birds, equine, reptiles, and small animals.-

GREENWICH, Conn.) – Bob Vetere, president & CEO of the American Pet Products Association (APPA) is pleased to announce the release of the 2013-2014 National Pet Owners Survey. Pet ownership in the United States is at a record high thanks in part to pet owners' willingness to promote owning a pet to others. Nearly one-half of pet owners report they heard of their pet's availability by word-of-mouth. The Survey indicates that pet ownership among all U.S. households is 68 percent. This equates to an increase to 82.5 million pet owning households in 2012.

"As an industry, we have been working very hard to promote the joys and benefits of responsible pet ownership and we are thrilled to see that more people are opening their homes and sharing their families with pets than ever before," said APPA President and CEO Bob Vetere. "We believe that key initiatives have contributed to the growth and increasing word-of-mouth including the formation of the Human Animal Bond Research Initiative two years ago, a large national social media campaign called Pets Add Life, school program, Pets in the Classroom and public service ad campaign, The Shelter Pet Project."

Coincident with the increase in overall pet ownership is a comparable gain in the total number of households owning a dog or cat. Dog ownership swelled to 56.7 million households, while cat ownership grew to 45.3 million. These gains in dog and cat owning households mean that the total number of these pets has also increased. The current Survey reports a total of 83.3 million dogs and 95.6 million cats in the U.S.



Pet Ownership as a Percentage of the U.S. Population - 2012

Exhibit 11
6 of 7

---

### Press Contacts

Jamie Baxter
The Impetus Agency
775-322-4022
jamie@theimpetusagency.com

**More »**

### Tell Others

G+1   Recommend this

👍 Like   31 people like this. Sign Up to see what your friends

Tweet

• Star

Pin it

ShareThis

### Connect With Us

### RSS Feeds

APPA Press
➕ Subscribe 🔖 ≑

APPA Videos
➕ Subscribe 🔖 ≑

### Tags

american pet product association american pet products **american pet products association appa** appa members **bob vetere** children's poetry contest dogs **global pet expo** gpe national pet owners survey pal **pet industry** pet industry distributors association **pet products pet**

1/2

statistics  pets  pets add
life  poetry contest  summer

More »

Ownership Level by Species

While the number of households owning a pet has increased in all categories from the last survey, the proportion of ownership by species has remained fairly stable. Dogs and cats are still the most popular species, owned by 46.7 percent and 37.3 percent of the U.S. population, respectively. After a decline in 2010, freshwater fish returned to ownership levels previously reported from 2000 to 2008 (12 percent). The same can be said for bird ownership, which dipped in 2008 and 2010 to five percent, but is now back up to 5.7 percent. Horse ownership rebounded in 2012, returning to 2.3 percent after a slight drop in 2010. Small animal and reptile ownership levels have increased to 5.7 percent and 4.6 percent, respectively. Saltwater fish ownership saw an increase as well, at 1.5 percent of the total (online) U.S. population. More households than ever before own small animals, reptiles or saltwater fish.

Multiple Pet Ownership

An increase in multiple pet owning households also contributed to the overall growth in pet ownership. The Survey reveals that multiple pet ownership is at an all-time high with 44 percent of pet owning households in the U.S. owning more than one pet, up from 42 percent of households in 2010. Similar to years past, the most popular combination of pets owned is a dog and cat, as noted by 29 percent of pet owners in 2012. Industry initiatives such as Pets Add Life and Maddie's Fund have specifically targeted multiple pet owning households based on the idea that people with an affinity to pets already are more likely to add another to their household.

How Owners Learn of Pet's Availability

A new question in the Survey asked owners to indicate how they learned of the availability of their pet. Between 40 and 50 percent of pet owners learned their pet was available through word of mouth, making it the most popular method. Signs and bulletin boards are the least popular, with between two and 15 percent of respondents citing them as an awareness source, depending on the species.

Amount Spent on Pets in the Past 12 Months

As might be expected, food is one of the highest annual expenses for owners of all species, except freshwater fish, with $239 spent on food for dogs, and $203 spent on food for cats. Veterinarian visits, whether emergency, sick, surgical or routine, are also named as top expenses, particularly among dog, cat, and bird owners. Boarding is another item of significant expense for owners, with an average of $327 spent on dog boarding, $337 on cat boarding and $3,584 spent on boarding horses. It is also worth noting that for many common expenses, dog owners spend more, on average, than cat owners. For example, amounts spent on beds, treats, grooming, heartworm medication, leashes, surgical vet visits and toys for dogs are close to double amounts spent on those same items for cats.

Caring for a Pet's Health

Increases in both dollar amount spent and services provided indicate pet owners' priority in caring for their pets' health. With pet insurance expected to increase in 2013, it is another sign of pet owners treating their pets like a true member of the family. The use of pet meds and supplements to ensure longer, healthier lives for pets is increasing as well.

The complete 2013-2014 APPA National Pet Owners Survey includes more than 500 pages of detailed information on pets. The Survey will be available for purchase online at www.americanpetproducts.org.

###

The American Pet Products Association (APPA) is the leading not-for-profit trade association serving the interests of the pet products industry since 1958. APPA membership includes more than 1,000 pet product manufacturers, their representatives, importers and livestock suppliers, representing both large corporations and growing business enterprises. APPA's mission is to promote, develop and advance pet ownership and the pet product industry and to provide the services necessary to help its members prosper. Visit www.americanpetproducts.org for more information.

Tags: National Pet Owners Survey, NPOS, American Pet Products Association, Pets

^ Top

« RETURN TO INDEX


POWERED BY PRESS feed

Exhibit 12



AT LEAST 20% OFF SELECT **INTERESTING FINDS**   EXPLORE

amazon prime

Books | interracial relationship

All-New Fire 7 from $29⁹⁹

EN | Hello, Diana Palacios   Orders   Prime   1 Cart
Account & Lists

Departments   Browsing History   Diana P...'s Amazon.com

Books | Advanced Search | New Releases | NEW! Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books | Textbooks

1-12 of 2,247 results for **Books** : "**interracial relationship**"   Sort by Relevance ▾

✓**prime** | FREE One-Day

**Get FREE One-Day Shipping on qualifying orders over $35**

Show results for

‹ Any Category
**Books**
   Multicultural
   African American Women's
   Fiction
   Love & Romance
   Parenting & Relationships
   Contemporary Women Fiction
   Literature & Fiction
   Contemporary Romance
   Sociology of Marriage & Family
   Ethnic Studies
   Discrimination & Racism
   Self-Help
   ⌄ See more

**Refine by**

**Delivery Day**
☐ Get It by Tomorrow

**Amazon Prime**
☐ ✓prime
☐ ✓prime | FREE One-Day

**New Releases**
☐ Last 30 days
☐ Last 90 days
☐ Coming Soon

**Romantic Heroes**
☐ Wealthy
☐ Alpha Males
☐ BBW

**Romantic Themes**
☐ Secret Baby
☐ Workplace
☐ Wedding
☐ Second Chances

**Author**
   Rose Francis
   Chris Campbell
   Randall Kennedy
   Marata Eros
   J. L. Campbell
   Cleo Peitsche
   Inger Iversen



**Interracial Romance: The Ultimate Guide to Interracial Relationships And What You Need to Know (Interracial Dating, Interracial Love,…**
by Chris Campbell

Kindle Edition   ★★★★☆ ▾ 12
$0.00 kindleunlimited
Subscribers read for free.
$2⁹⁹ to buy
Whispersync for Voice-ready

Paperback
$6⁹⁹ ✓prime | FREE One-Day
Get it by **Tomorrow, Jul 12**
FREE One-Day Shipping on qualifying orders over $35

More Buying Choices
$6.99 used & new (19 offers)

Other Formats: Audible Audio Edition

**Best Seller**

**Loving: Interracial Intimacy in America and the Threat to White Supremacy** Jun 6, 2017
by Sheryll Cashin

Hardcover   ★★★★★ ▾ 10
$21⁰⁰ $26.95 ✓prime | FREE One-Day
Get it by **Tomorrow, Jul 12**
FREE One-Day Shipping on qualifying orders over $35

More Buying Choices
$13.47 used & new (46 offers)

Kindle Edition
$18⁹⁹
Whispersync for Voice-ready

Other Formats: Audible Audio Edition



**Interracial Relationships in the 21st Century** Jul 15, 2009
by Angela Hattery and Earl Smith

Paperback   ★★★☆☆ ▾ 1
$15.33 used & new (6 offers)

**Exhibit 12**
**1 of 37**

Britni Danielle
Kate Goldman
Hattie Black
Mia Caldwell
Celia Styles
Sosie Frost
Kaye Blue
Chance Carter
See more

**Book Language**
☐ English

**Kindle Unlimited**
☐ Kindle Unlimited Eligible

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**International Shipping**
☐ AmazonGlobal Eligible

**Condition**
Collectible
New
Used

**Availability**
☑ Include Out of Stock



**Tempted & Tried: The Interracial BWWM Anthologies, Volume 4 (The Interracial BWWM Anthologies)** Feb 26, 2015
by Rose Kerr and Tiffany McDowell
Kindle Edition
$0.00 kindleunlimited
Subscribers read for free.
$3.99 to buy
Auto-delivered wirelessly



**Beyond Loving: Intimate Racework in Lesbian, Gay, and Straight Interracial Relationships** Aug 21, 2012
by Amy C. Steinbugler
Paperback
$28.95 ✓prime | FREE One-Day
FREE One-Day Shipping on qualifying orders over $35
Only 9 left in stock - order soon.
More Buying Choices
$10.00 used & new (28 offers)
★★★★★ ▾ 1
Trade in yours for an Amazon Gift Card up to $0.90

Hardcover
$115.00 ✓prime
Only 1 left in stock - order soon.
More Buying Choices
$40.19 used & new (7 offers)



**Interracial Relationships in the 21st Century, Second Edition** May 28, 2013
by Earl Smith and Angela J. Hattery
Paperback
$22.00 ✓prime
Only 1 left in stock - order soon.
More Buying Choices
$21.99 used & new (5 offers)



**Interracial Relationships: A Female's Bible to Landing a Long-term Relationship with a Hot, Black Stud** Jul 22, 2016
by Fh John
Kindle Edition
$0.00 kindleunlimited
Subscribers read for free.
$2.99 to buy
Auto-delivered wirelessly



**Black Men in Interracial Relationships: What's Love Got to Do with It?** Jan 15, 2006
by Kellina Craig-Henderson
Hardcover
$53.17 $100.00 ✓prime
Only 1 left in stock - order soon.
More Buying Choices
$3.99 used & new (24 offers)
★★★☆☆ ▾ 3



**Open Wounds: Abel and Hope: Love Against the Odds**   Jun 28, 2017
by Inger Iversen

**Kindle Edition**
$0.00 kindle unlimited
Subscribers read for free.

$2.99 to buy
Auto-delivered wirelessly

⭐⭐⭐⭐½ ▾ 6

**Paperback**
$9.99 ✓prime
In Stock

More Buying Choices
$9.99 used & new (6 offers)



**Smile for Me: International Summer Love in the Bahamas... A Christian Romance Novel (Vacation Sweethearts Book 1)**   Jul 4, 2016
by Jan Thompson

**Kindle Edition**
$4.99
Auto-delivered wirelessly

⭐⭐⭐⭐☆ 40

**Paperback**
$15.99 ✓prime
In Stock



**What The Heart Wants: Knowing When It's Time To Leave A Bad Relationship (Heartfelt, Emotional, Failing Marriage, BWWM, Olde...**
by Alicia Beckton

**Kindle Edition**
$0.00 kindle unlimited
Subscribers read for free.

$0.99 to buy
Auto-delivered wirelessly

⭐⭐⭐½☆ ▾ 12 



**Dear Diary, Concerning The Black Woman of My Dreams: Interracial Obsession**   Oct 14, 2014
by Sally Kellbert

**Kindle Edition**
$0.00 kindle unlimited
Subscribers read for free.

$1.44 to buy
Auto-delivered wirelessly



Sponsored ⓘ

**The Prince's Secret Baby (Royal House of Leone Book 3)**    Feb 14, 2017
by Jennifer Lewis

She never meant to have an affair with the prince - let alone get pregnant with his baby...    ★★★★☆ ▾ 9

Kindle Edition
$3⁹⁹
Auto-delivered wirelessly



Sponsored ⓘ

**A Thin Line Between Love and Lust: A Poly Love Story**    Feb 24, 2017
by C.E. Long

Is it possible to love one and have anyth ing more than lust for anoth er?    ★★★★☆ ▾ 21

Kindle Edition
$0.00 kindleunlimited
Subscribers read for free.
$2⁹⁹ to buy
Auto-delivered wirelessly

Paperback
$12⁹⁹ ✓prime
In Stock

More Buying Choices
$8.35 used & new (2 offers)

❮ Previous Page    **1**    2    3    ...    100    **Next Page** ❯

Sponsored Links    (What's this?)

1. **Interracial relationship** ⧉    Official Site. 1000s of Interracial Singles. Join Free Today!
   www.interracial peoplemeet.com/

2. **Marriage Couples - Private.**    Licensed Relationship Counselors Available Same Day, Nights &

Ad feedback 💬

**Search Feedback**

Did you find what you were looking for?

[ Yes ]    [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

---

**Your recently viewed items and featured recommendations**

Inspired by your browsing history









ABS Textured Plastic Sheet 3/32 Thick x 12 x 24
★★★★☆ 7
$8.09

Install Bay 89-00-9031 ABS Plastic 12 X 12 X 1/8-Inch
★★★★☆ 84
$9.36 ✓prime

Tenergy Syma X20 Mini Headless Quadcopter RC Drone with Stunt Altitude Holding for Beginner...
★★★★☆ 18
$27.95 ✓prime

nonda USB-C to USB 3.0 Mini Adapter Aluminum Body with Indicator LED for Macbook Pro 2016,...
★★★★☆ 1,162
$9.00 ✓prime

**Exhibit 12**





**ABS Textured Plastic Sheet**
**1/8 Thick x 12 x 24**
★★★★☆ 76
$3.98

**J-Tech Digital Scroll**
**Endurance Wired Mouse**
**Ergonomic Vertical USB**
**Mouse with Adjustable…**
★★★★☆ 478
$19.99 ✓prime

**HORI Game Card Case 24**
**for Nintendo Switch…**
Hori
★★★★☆ 34
Nintendo Switch
$9.99 ✓prime

You viewed
         

› View or edit your browsing history

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
Sell Your Subscription on Amazon
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English          United States



Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Exhibit 12
5 of 37

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 106 of 211   Page ID #:466

**Exhibit 12**
**6 of 37**

**The New York Times**  |  https://nyti.ms/2tPTIcJ

U.S.

# The Faces of Intermarriage, 50 Years After Loving v. Virginia

By SHERYL GAY STOLBERG   JULY 6, 2017

More than two million marriages take place each year in the United States and, increasingly, they are uniting people of different races and ethnicities. Today, according to the Pew Research Center, one in six newlyweds in the United States is involved in a mixed marriage.

That is a fivefold increase from 1967, when the Supreme Court issued a landmark ruling in Loving v. Virginia, the decision that made interracial marriage legal across the nation. Last month, to commemorate the 50th anniversary of the Loving decision, The New York Times asked readers the question: Has being in an interracial relationship united or divided your family?

Nearly 200 people — not only couples, but children of intermarried parents — responded. In those responses, several themes emerged.

Mixed marriage in 2017 goes far beyond black and white, and might more aptly be called multicultural marriage. Children also tend to unite families; many couples wrote in to say that once they became parents, relations with their own parents improved. One interracial marriage tends to beget another; the children of intermarried couples tend to intermarry, if our readers are any guide.

We heard tales of hope and disappointment, fear and hurt feelings, struggles for acceptance, but most of all, love.

Here, in their own words, are a few of our readers' stories, edited and condensed for clarity. The Times has many more stories here.

Angela Martano, 29, and Terrel Stokes, 28

Where they met: At work at a nonprofit in Boston.

Wedding set for January 2018

Angela:   I come from an Italian Roman-Catholic suburban family. I am the first person in my family to date someone of a different race. It was very taboo! From the moment I told my parents about him over the phone, they knew he was black because he has a "black name." My grandparents still can't seem to get it right.

My family was immediately on guard about the relationship. There were other factors of classism thrown into the mix as well, which didn't help. He was not Catholic, he didn't go to college and he had a child from a previous relationship. Needless to say, this is not who my parents saw me ending up with.

Over the years that we've been together (six), my parents have indeed come around to my now-fiancé. However, it's always been a struggle. The most embarrassing and horrifying thing my father ever asked my fiancé was if his relatives were slaves. I just wanted to crawl under the dinner table and never come out.

Now, even though he is a part of the family, he is seen as "the exception" because he's family. I don't know if my parents still really understand that their grandchildren will be black and what that will mean to them and to us.

Being in this relationship has pushed me to explore different parts of myself and learn more in general about our differences, which I think my parents still struggle with. However, in the words of a Negro spiritual, "We've come a long way."

Naomi Wagnon and Kenny Wagnon, both 28

**Exhibit 12**
**8 of 37**

Where they met: At a birthday party. They were high school sweethearts.

Married in January 2011

Naomi : My parents raised me on the belief that we as Hispanics are just as smart and capable as anyone from another race. They encouraged me to have friends of all different ethnicities, so I was shocked when the good will was rescinded after I announced my relationship with a white guy.

My parents suddenly insisted that I wait for a Hispanic male who fit their ideal and to break up with the "ugly, stupid white boy!"

Long story short, I cut off my parents for two years, then invited them to be part of our wedding or not to bother talking with us any further. My husband and I will be celebrating 14 years together soon, and I'm not sure my parents are over their disappointment. We are all civil with each other, but there will probably always be a rift in the background.

I'm not sure how they will handle their feelings if we have kids, but my husband is my best friend and we cherish our relationship even more because of our differences.

Jake Clark, 24, and Reon Cloete, 28

Where they met: Online.

Married in March

Jake: I married my gay, Namibian-born husband in a small Minnesota chapel in a largely all-white community this March. The church was covered with German writing, and since my partner's family didn't have the notice to attend, the small audience was almost entirely blue-eyed and blond. Our marriage announcement shocked almost everyone in our families, as did our plan to marry within the next couple of weeks.

**Exhibit 12**
**9 of 37**

My all-white, largely rural family had mixed reactions. Some conservative family members refused to see the relationship or marriage, while others have embraced this as a learning and growth opportunity. An aunt studied Namibia's geography and history; my parents watched a lecture by the Nigerian writer Chimamanda Ngozi Adichie; and my grandmother and father, who grew up with notions of fear, mistrust and welfare abuse for communities of color, have embraced Reon as a son and grandson. Reon's family navigates an equally complex history of apartheid and homophobia, and yet his mother sends me weekly blessings on WhatsApp.

The result is a more united family, but above that, I think it's a testament to people's flexibility. My grandmother has rarely left her farm and rural community of 150 people. I doubt she could name more than a couple of black people by name, but she made it clear to my family of 60-plus uncles, aunts and cousins that a rejection of me and my partner would result in a rejection from her. Her warning before our first Thanksgiving last November was that if anyone said anything, she would be leaving the event with us.

The vast majority of my extended family has seen little variance in their lives, but the majority of them have chosen us over stereotype, and love over rejection. While many coastal liberals see Trump-supporting rural dwellers as beyond salvation, I've seen an incredible capacity for change, acceptance and growth.

Tasnim Shahjahan, 30, and Kem Ramirez, 35

Where they met: In graduate school.

Tasnim  : When I first told my parents about our relationship, they cried for three days before calling me back. People often think that being opposed to interracial relationships is for uneducated and untraveled folks. I disagree.

In the immigrant community, the need to protect your culture is strong. Ideally, immigrants will often prefer their children marry within their own culture and race. And if they are religious, then within their religion. And when that doesn't happen, it is often a shock to the community where the couple often face discrimination and

Exhibit 12
10 of 37

4/7

rejection. It doesn't matter, the number of degrees you have or the number of countries you've lived in or visited.

My partner, Kem, is both from a different country — I was born in Bangladesh and he grew up in Peru — and a different religion from me. But we are both Americans who immigrated during childhood. This makes it worse because religion is harder to go against than culture or race. With culture or race, you can argue for inclusion, saying, "The times are changing and people are becoming more progressive and open-minded." With religion, that argument doesn't work. You are going against God's laws, therefore you are to be shunned. The end.

Facing that discrimination from my own family, I am now less religious and less attached to my culture. Now, my parents are reluctantly on board and have accepted our relationship. We have come a long way together.

Robin Ligon-Eaton, 51, and Maynard Eaton, 67

Where they met: At an arts center in Atlanta.

Married in June

Robin:   My blond, blue-eyed father had an interracial relationship with the African-American dancer and singer Josephine Baker when he lived in Europe in the 1950s. Ironically, even though this was a well-known legend in my family, when I decided to wed a biracial (Native American and black) jazz musician in the 1990s, my father had an issue with it. When I told him that "the apple does not fall far from the tree," he stated that he was a man, which made the difference.

My daughter, Colette, was born in 1993 and was estranged from the funeral of my father in 1994, which was a terrible and regrettable irony. I never thought and still don't think about age or race when I am in social or personal circles. Last week, my new husband and I joyously tied the knot in New Orleans with a traditional Jazz second-line parade.

We live in Atlanta, which is racially polarized and very difficult to navigate personally and professionally. For such an international city, with a storied history

and present steeped in civil rights, do we not also have the right to love one another without reservation or fear of contempt from persons on both sides of the fence?

It takes a very strong resolve to stand these daily tests, but we are willing to stand firm. As writers and artists, our broad and diverse worldviews are a blessing. The combined ancestry of French, African, Miami and Cherokee Indian in our union is and will always be embraced and celebrated. Love, as in the story of the Lovings, is all about the heart and not about the color of the skin.

Myra Clark-Foster, 65, and Howard Andrew Foster, 66

Where they met: High school study hall.

Married in August 2015

Myra:   Howard Andrew Foster and I began dating during the racially turbulent '60s. After graduation in 1969 from West High School in Columbus, Ohio, Andrew, as his family calls him, attended what is now called Columbus State Community College. I attended The Ohio State University.

Andrew asked to meet me in front of the O.S.U. Student Union. He told me that he didn't think we should see each other because society wasn't going to let us be happy. He said he just wanted me to be happy. I said nothing. We embraced one last time, turned and walked away. About a block away, we both turned around and waved. I think we were saying, "See you later."

During my career with Mount Carmel Hospice, I met a nurse whose daughter was married to Andrew's son. A lot transpired in the next two years. Andrew had a near-death health crisis in January 2011, and woke up on his 61st birthday with a colostomy. In the months ahead he endured several surgeries; the colostomy was eventually reversed and he is healthy today.

We finally reconnected on Labor Day weekend 2013, and married Aug. 1, 2015. Our families were intricately involved. My nephew married us, my sister-in-law was my matron of honor, Andrew's father was his best man. My brother walked me to the altar and also prayed an original prayer that he wrote. Another nephew and his

**Exhibit 12**
**12 of 37**

wife, Sarah, provided music. Yet another nephew, Cameron, was the D.J. along with his father, Al. I walked to Sarah singing "Unchained Melody."

So 45 years later we are married and happy. Together at last.

**Sign up here** for a free subscription to the Race/Related newsletter, which explores race with  provocative reporting and discussion. We want to stir up conversation, with The Times and with you.

A version of this article appears in print on July 10, 2017, on Page A9 of the New York edition with the headline: 50 Years After 'Loving,' the Faces of Intermarriage.

© 2017 The New York Times Company



U.S. Department of Commerce (//www.commerce.gov/)  |  Blogs (//www.census.gov/about/contact-us/social_media.html)  |  Index A-Z (//www.census.gov/about/index.html)  |  Glossary (//www.census.gov/glossary/)
FAQs (//ask.census.gov)

/www.census.gov/en.html)

Search

# Newsroom  (https://www  .census.gov/newsroom.html)     Archive

FOR IMMEDIATE RELEASE:  WEDNESDAY, APRIL 25, 2012

## 2010 Census Shows Interracial and Interethnic Married Couples G      rew by 28 Percent over Decade

Release Information

CB12-68

Contact:   Public Information
Office (mailto:pio@census.gov)
301-763-3030

Brief
(https://www.census.gov/prod/cen2010/briefs/c2010br-
14.pdf)
Press kit
(http://2010.census.gov/news/press-
kits/briefs/briefs.html)
Appendix tables
(http://census.gov/population/www/cen

(/newsroom/releases/img/figure4a.jpg)
The U.S. Census Bureau today released a 2010 Census brief, Households and Families: 2010 (https://www.census.gov/prod/cen2010/briefs/c2010br-14.pdf), that showed interracial or interethnic opposite-sex married couple households grew by 28 percent over the decade from 7 percent in 2000 to 10 percent in 2010. States with higher percentages of couples of a different race or Hispanic origin in 2010 were primarily located in the western and southwestern parts of the United States, along with Hawaii and Alaska.

A higher percentage of unmarried partners was interracial or interethnic than married couples. Nationally, 10 percent of opposite-sex married couples had partners of a different race or Hispanic origin, compared with 18 percent of opposite-sex unmarried partners and 21 percent of same-sex unmarried partners.

Growth in Nonfamily Households Double that for Family Household       s

The brief revealed that the percent increase for nonfamily households between 2000 and 2010 was double that for family households. The number of nonfamily households increased 16 percent, from 34 million in 2000 to 39 million in 2010, while family households increased 8 percent, from 72 million in 2000 to 78 million in 2010. Sixty-six percent of all households in 2010 were family households — defined as a household where two or more people who are related by birth, marriage or adoption live together. Forty-eight percent of all households in 2010 were husband-wife households.

A common nonfamily household type is those living alone. The percentage of households containing just one person increased from 25.8 percent in 2000 to 26.7 percent in 2010. Atlanta and Washington had the highest percentage of one-person households, among places with 100,000 people or more. In both cities, 44 percent of households contained just one person.

Despite the diversity among households in the United States in 2010, the majority of the population fell into three groups in terms of their relationship to the person who owned or rented the home (the householder). The householder, their spouse, and their sons and daughters comprised 262 million people or 87 percent of the population in 2010. Of the 89 million children of householders, 93 percent were biological children. There were approximately twice as many stepchildren (4.2 million) as adopted children (2.1 million).

Other Findings

- There was a 41 percent increase in unmarried partner households between 2000 and 2010. Opposite-sex unmarried partner households grew from 4.9 million in 2000 to 6.8 million in 2010. Same-sex unmarried partner households grew from 358,000 to 646,000 from 2000 to 2010, or from 0.3 percent of all households to 0.6 percent of all households.

- Multigenerational households — households containing three or more parent-child generations — increased from 3.9 million in 2000 to 5.1 million in 2010. Nine percent of households in Hawaii were multigenerational households, which is the highest for the nation.

- There were fewer households with people under the age of 18 living in them than in 2000. These households dropped from 36 percent in 2000 to 33 percent in 2010.

- The percent of households with people 65 and older increased across the decade. In 2000, 23 percent of households included someone 65 and over, compared with 25 percent in 2010.

-X-

Follow @uscensusbureau on   Twitter (http://twitter .com/uscensusbureau)  ,  Facebook (http://www .facebook.com/uscensusbureau)  ,  Flickr (http://www .flickr.com/photos/uscensusbureau)  ,
YouTube (http://www .youtube.com/user/uscensusbureau)   and  Ustream (http://www .ustream.tv/user/uscensusbureau)  .



**Exhibit 12**
**14 of 37**

1/2

7/12/2017    2010 Census Shows Interracial and Interethnic Married Couples Grew by 28 Percent Over Decade - 2010 Census - Newsroom - U.S. Census B...

Case 3:17-cv-01153-JCB-KK   Document 19-4   Filed 07/12/17   Page 115 of 211   Page ID #:475

Accessibility (//www.census.gov/about/policies/privacy/privacy-policy.html#par_textimage_1) | Information Quality (//www.census.gov/quality/) |
FOIA (//www.census.gov/foia/) | Data Protection and Privacy Policy (//www.census.gov/privacy/) | U.S. Department of Commerce (//www.commerce.gov/)

Source: U.S. Census Bureau | Public Information Office | PIO@census.gov (mailto:PIO@census.gov) | Last Revised: May 19, 2016



SAMSUNG
Staycation-worthy.
The world's best smartphone screen.    Galaxy S8

IMDb › Guess Who's Coming to Dinner (1967) › Synopsis

Synopsis for
# Guess Who's Coming to Dinner (1967) More at IMDbPro »

The content of this page was created directly by users and
has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers
See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis



The movie concerns Joanna Drayton, a young white American woman (Houghton) and a man with whom she's had a whirlwind romance, Dr. Prentice (Poitier), an African American she met while on a holiday in Hawaii. As the movie opens, they're at the San Francisco Airport preparing to tell her parents, Matthew (Tracy) and Christine (Hepburn) Dayton their plans: to marry and live in Switzerland.

Kramer and Rose intentionally debunked ethnic stereotypes; the young doctor was purposely created idealistically perfect so that the only possible objection to his marrying Joanna would be his race, or the fact she only met him nine days earlier. He has graduated from a top school, begun innovative medical initiatives in Africa, refused to have premarital sex with his fiancée despite her request, and leaves money on his future father-in-law's desk in payment for a long distance phone call he has made.

The plot is centered on Joanna's return to her liberal upper class home overlooking the San Francisco Bay. Her mother, while surprised, is supportive from the beginning, but her father isn't buying the marriage. He is joined in his concerns by the family retainer Tillie (Sanford) and the young Doctor's father (Glenn), a retired postal worker who flies up to Los Angeles for dinner.

The action builds to a stirring speech by the father (the last by Tracy on film) in which Matthew Drayton comes to grips with the differences between his daughter and his future son-in-law and makes clear that what others think of the marriage of Joanna and Prentice means nothing, all that matters is that the two young people love each other and that the real crime would be if they allowed outside criticism to deny them their mutual love.

His words move his wife to tears, and after allowing the weight of his words to sink in, Matthew breaks the ice by demanding to know when dinner will be served.

### One Question Site Survey
Which of the following banks do you associate with 'Spiderman: Homecoming' from Marvel Studios?
○ CiT Bank
○ Synchrony Bank
○ Capital One 360
○ Ally Bank
○ None
Powered By Nielsen
View Privacy Policy    **VOTE TO SEE RESULTS**
ad feedback

(72731)

## Related Links

Plot summary             Plot keywords            FAQ
Parents Guide            User reviews             Alternate versions
Quotes                   Trivia                   Main details
MoKA: keyword discovery

Quicklinks
synopsis ▼

Top Links
- trailers and videos
- full cast and crew
- trivia
  official sites
  memorable quotes

Overview
- main details
- combined details
- full cast and crew
  company credits

Awards & Reviews
- user reviews
  external reviews
- awards
- user ratings
- parents guide

Plot & Quotes
- plot summary
  synopsis
  plot keywords
- memorable quotes

Did You Know?
- trivia
- goofs
  soundtrack listing
  crazy credits
- alternate versions
- movie connections
- FAQ

Other Info
- box office/business
  release dates
- filming locations
- technical specs
- literature listings
  NewsDesk

Promotional
  taglines
  trailers and videos

posters
- photo gallery

External Links
- showtimes
- official sites
 miscellaneous
 photographs
- sound clips
- video clips

## IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

## Follow IMDb on

  

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
News

Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox

Conditions of Use
Privacy Policy
Interest-Based Ads

An  company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

Amazon Video
Watch Movies & TV Online

Prime Video
Unlimited Streaming of Movies & TV

Amazon Germany
Buy Movies on DVD & Blu-ray

Amazon Italy
Buy Movies on DVD & Blu-ray

Amazon France
Buy Movies on DVD & Blu-ray

Amazon India
Buy Movie and TV Show DVDs

DPReview
Digital Photography

Audible
Download Audio Books

# Guess Who

 **rogerebert.com** /reviews/guess-who-2005

Roger Ebert

Thirty-eight years after Katharine Houghton brought Sidney Poitier home to meet her parents in "Guess Who's Coming to Dinner," it's time for an African-American woman to bring her white fiance home, in "Guess Who." Not much has changed over the years, or in the parents, who go through various forms of discomfort and disapproval before finally caving in when they realize the fiance is, after all, a heck of a nice guy with a great future ahead of him.

Although racially mixed marriages are more frequent than they were in 1967, it is still probably true that no parents of any race have ever said to a child: "You're marrying someone of another race, and that's it!" When a child chooses a spouse from another group, it is usually because they have more things in common than the bits of DNA that separate them. Most parents -- not all -- eventually conclude that the happiness of their child is the most important factor of all.

Advertisement

Parents did not come quite so willingly to that conclusion in 1967, which is why Stanley Kramer's film, now often dismissed as liberal piety, took some courage to make. No doubt it worked better because the African-American who came to dinner was played by Poitier as a famous doctor who lived in Switzerland. And it was crucial that the parents were played not merely by white actors, but by the icons Spencer Tracy and Katharine Hepburn, whose screen presence carried great authority.

In "Guess Who," the white fiance is not quite the world-class catch that Poitier was. Named Simon and played by Ashton Kutcher, who must have had an interesting evening when he came home for dinner with Demi Moore, he is a Wall Street trader with a bright future, who has suddenly quit his job. He's in love with Theresa (Zoe Saldana), an artist.

Theresa's parents are Percy (Bernie Mac), a bank loan officer, and Marilyn (Judith Scott). Like Tracy and Hepburn, they live in an expensive home in an upscale suburb. "You didn't tell me your parents were black!" Simon says when he meets them, in a lame attempt at humor. The fact is, Theresa didn't tell him he was white. Simon discovers this during the cab ride to the suburbs. "I didn't tell them because it doesn't matter," she says. The black cab driver (Mike Epps) looks in the rear-view mirror and says, "It's gonna matter."

It does, and the movie is a little uneasy about how to deal with that fact. Percy has already run a credit check on Simon and discovered (a) that he has an impressive net worth, but (b) is newly unemployed. When he finds out Simon hasn't told Theresa about his joblessness, Percy decides that the young man is not to be trusted. He is also not to be trusted with Theresa's body, at least not under Percy's roof; her father insists that Simon sleep on the sofa-bed in the basement, and to be sure he stays there, Percy sleeps in the same bed with him. This leads to several scenes which are intended to be funny, but sit there uncomfortably on the screen, because the humor comes from a different place than the real center of the film.

Advertisement

Simon and Theresa are indeed in love, indeed seem compatible, indeed have us hoping things will work out for them. But Percy is smart and suspicious, with a way of setting traps for the unsuspecting younger man. One of the film's best scenes, because it reflects fundamental truths, comes at dinner, when Simon says he doesn't approve of the "ethnic jokes" that "some people" tell at work. Percy asks him to provide a sample. Simon refuses, but then he decides, in a fatal spasm of political correctness, that it "empowers" the joke if he doesn't tell it.

**Exhibit 12**
**18 of 37**

1/2

So he does. ("How do we know Adam and Eve weren't black? Ever try to get a rib away from a black man?") Not everyone around the table may think this is funny, but they all laugh -- except Theresa, who senses the danger. Percy asks for another joke, and Simon obliges. And a third. Encouraged by Percy, Simon inevitably tells one joke too many -- one that isn't funny, but racist. A terrible silence falls. Percy leaves the table. Simon is aghast. "I should never have told that joke," he says to Theresa. "You should never have started," she says. His mistake was to tell the first one. But she forgives him for his mistake: "He dared you."

He did. And if the movie had spent more time walking that tightrope between the acceptable and the offensive, between what we have in common and what divides us, it would have been more daring. Instead, it uses sitcom and soap opera formulas that allow the characters easy ways out. (The scene where Perry finds Simon wearing Theresa's negligee is painfully awkward.) No one in the audience of any race is going to feel uncomfortable about much of anything on the screen.

That said, "Guess Who" works efficiently on its chosen level. Bernie Mac, who often cheerfully goes over the top in his roles, here provides a focused and effective performance as a father who would subject a boyfriend of any race to merciless scrutiny. He has a moment of sudden intuition about Simon that is perfectly realized and timed. Ashton Kutcher is not the actor Sidney Poitier was, but the movie doesn't require him to be; his assignment is to be acceptable and sympathetic in a situation where he is coached through the hazards by his girlfriend.

Advertisement

The movie focuses on the two men, to such a degree that the story synopsis on the movie's Web site literally never even mentions any of the women characters -- not Theresa, not her mother Marilyn, not her feisty sister Keisha (Kellee Stewart). If we heard a lot about strong black women after "Diary of a Mad Black Woman," here we have a movie about a strong black man and about male bonding that has more to do with corporate than racial politics. Zoe Saldana, a true beauty, is lovable and charming as Theresa, but in her home, she's upstaged by her father.

Interracial relationships may be an area where the daily experience of many people is better-informed and more comfortable than the movies are ready to admit. Certainly after the first few dates any relationship is based more on love, respect and mutual care than it is on appearances. I think the couple in "Guess Who" has figured that out, but if they haven't, I predict they'll have a wonderful starter marriage.

**Exhibit 12**
**19 of 37**

2/2



IMDb > Loving (2016) > Synopsis



Synopsis for
# Loving (2016) More at IMDbPro »

Visit our   Synopsis Help   to learn more
Unable to edit?   Request access

Synopsis



The movie starts on a porch where a White man named Richard Loving (Joel Edgerton) is sitting on the porch with his Black girlfriend, Mildred (Ruth Negga). It is the mid 1950s in Virginia. They go off to a drag race which Richard moderates; both Black and White people are in attendance despite it being a period of segregation. Another day later, Richard lays down bricks since he works on building houses. Later, he takes Mildred to an empty field a few miles from where he lives. There is a squared off section of dirt and he asks her where she thinks the kitchen and bathroom should go. He tells her has bought an acre of land and asks her to marry him.



ad feedback

The next time we see Mildred, she is pregnant. Richard convinces Mildred to drive with him to Washington, D.C. to have their marriage performed because its supposedly quicker but its really because Virginia is one of 24 states where interracial marriage is still illegal.

They return to town, married, and Richard works at an auto shop, keeping his marriage a secret. When he comes home to the house he lives in with his mother, she tells him that the sheriff is looking for him. When he asks, "What did he want?", she responds, "To find you". Richard nails his marriage certificate on his wall. That night, Mildred and Richard go to sleep together. The sheriff busts into the house, hoping to see them engaged in sex but instead they are just sleeping. The sheriff asks "What are you doing with that woman?" Mildred replies, "I'm his wife". The racist sheriff tells her, "That's no good here. You went out of town knowing your marriage wasn't legal in Virginia."

Richard and Mildred are taken to the local jail and kept in separate cells. He is released on bail the next morning but she is told she will have to stay there until they can see the judge on Monday, which is several days away. Richard is forbidden to speak to her so she is left alone in jail, pregnant. When Richard turns to his home, he immediately sets out to hire a lawyer. The one he meets with says they'll be sentenced to one year in prison but this sentence can be suspended on the condition that they leave the state of Virginia for a minimum of 25 years. At home, Richards mom now tells him, "I told you not to marry that girl". He responds, "I thought you liked her". She replies, "I like hundreds of people."

Mildred is finally released from jail and attends court with Richard and their lawyer. They both plead guilty. The judge says exactly as predicted they can avoid jail time only if they leave town. Privately, Richard and Mildred balk at this idea, both wanting to stay in the town that they grew up in and love. But they have no choice so they move to Washington, D.C. where they can live as an interracial couple.

Richard and Mildred try to adjust to the city life but it doesn't suit them. They much prefer an area filled with grass and fields than buildings and concrete. Even though they try to make the best of it, Mildred notes that she always thought Richard's mom would be the one to deliver their baby, as she does for many families. On this notion, Richard arranges for them to return to Virginia for his wife to give birth to his child. They drive into town and transfer Mildred into her brothers car midway. Richard stays low and then follows behind later. This way, they can show up in town separately because it is forbidden for them to be there together.

Mildred gives birth, with the assistance of Richard's mom. The next day, Richard is outside and the police arrive, having been alerted to his return. They ask about Mildred but Richard says she's not there. The police threaten to beat him into a pulp if he doesn't retrieve her. Mildred hears from inside. She kisses her newborn baby and hands him over to her sister; she then comes out on the patio, revealing herself.

Now both Mildred and Richard are in jail again. They are worried about serving jail time for violating the court order. In court, their lawyer from before returns and even though he knew nothing of their plan claims that he had informed them that Mildred could give birth in Virginia and that they shouldn't be faulted for his misinformation. Outside, they try to thank him for his deed but he just asks them not to come back. Obviously that lie will only work once.

Back in Washington, D.C., time has passed and Mildred and Richard now have three kids two older boys and a young daughter. Mildred's sister visits but mentions that she hates how far away they are. Mildred complains that there are no fields for the kids to play in, like when she was growing up in Virginia. Later, the kids are outside playing with the neighborhood kids but they are forced to do so amongst the busy traffic roads. One of her sons gets hit by a car; he is okay but it shakes Mildred up and now she want to return to Virginia and to the country life.

At first, the family stays in small apartments discretely Mildred and the kids arriving first and then Richard joining them later. Then they move in with Mildred's family. Footage from the 1960s Civil Rights Movement is on TV. Mildred's cousins convince her she needs to get them to help fight the miscegenation laws that make her marriage illegal and suggest she writes to Attorney General Robert Kennedy. She does.

Exhibit 12
20 of 37

1/3

posters
- photo gallery

External Links
- showtimes
- official sites
  miscellaneous
  photographs
- sound clips
- video clips

Richard is up on a ladder, working on the house when he sees a car speeding through the fields towards him. Afraid hes been found out, he rushes off the ladder and tries to hide. But it is just Mildred's brother. When Richard asks why he seemed so frantic to get there, Mildred's brother replies that he always drives that fast. Richard admits to being paranoid.

Mildred receives a phone call and is told that the ACLU (American Civil Liberties Union) wants to take her case and help fight for her. She doesn't quite understand but the woman on the other end tells her that Robert Kennedy forwarded a letter to them and they will provide her with a lawyer. When she says she cant afford a lawyer, the woman clarifies that the help would be provided free of charge.

The lawyer, Bernie Cohen (Nick Kroll) comes into town and sets up his practice in a temporarily vacated office, in a comical scene. Mildred and Richard arrive and he explains how he is going to fight for their marriage and that it could go all the way to the Supreme Court. Bernie points out that enough time has passed since their last court case. He suggests one possibility is they can get arrested again so they can appeal and take it to the courts adding that the ACLU would bail them out. Neither Mildred or Richard is thrilled about the idea of exposing themselves as having violated the court order. Now Richard is skeptical altogether. But Bernie says he'll continue brainstorming ideas and Mildred retains her confidence in him.

Another lawyer working pro bono suggests to Bernie that they can reopen the case simply by asking the judge to set aside his original verdict and if he appeals, then they can take it to the Virginia Supreme Court of Appeals. Bernie does this and as predicted, the judge refuses to change his mind, setting their case back in motion. Back at the Lovings home, the lawyer laughs because the judges ruling claims that Almighty God created the races white, black, yellow, malay and red, and he placed them on separate continents. And but for the interference with his arrangement there would be no cause for such marriages. The fact that he separated the races shows that he did not intend for the races to mix. He finds this is going to help their case in the U.S. Supreme Court since its a ruling not based on the Constitution in any way.

To get publicity for the case, the lawyer sends a reporter from Life Magazine (Michael Shannon) to take some pictures of the couple. He spends the day with them and photographs Richard and Mildred as they show affection for each other around the house and while watching television.

The Virginia Supreme Court also rules against Mildred and Richard which allows them to take the case to the U.S. Supreme Court. They are met with reporters afterwards and continue promoting their case. Back at their home, they ask the lawyer what angle can be used against them in the Supreme Court. Their lawyer admits that they're going to use the children, with the opposition claiming that its unfair to bring biracial children into this world this is juxtaposed with all three of their kids running around, playing, happily.

The Lovings are not going to be present during the Supreme Court so Bernie asks Richard if he wants to make any statements. He simply says, "Tell the court I love my wife."

Mildred gets a phone installed in the house shes staying at so she can receive calls in case any news comes in. Richard continues his work at a construction site, laying bricks. When he gets into his truck after work, he sees a brick wrapped in a magazine page the Life Magazine article on his marriage with a picture of Richard and Mildred watching TV. Richard looks around the site, paranoid at who knows about his family. A vehicle follows his truck so he speeds up and drives erratically to lose it. But when he gets home, he realizes he might have simply been paranoid since no car has followed him that far.

Time has passed. Mildred gets a phone call telling her the Supreme Court has struck down the country's last segregation laws, unanimously. Mildred remains stoic but beams at the news.

Now Richard is laying bricks again but this time on the house he was planning on building for Mildred and him in the beginning of the film. In Virginia, with their now family of five.

Over titles, we learn Richard died in a car accident just eight years later. Mildred died in 2008.

Synopsis

---

### Related Links

Plot keywords          FAQ                    Parents Guide
User reviews           Quotes                 Trivia
Main details           MoKA: keyword discovery

IMDb Everywhere                Follow IMDb on

    

Find showtimes, watch trailers, browse photos, track your
Watchlist and rate your favorite movies and TV shows on your
phone or tablet!

    

Home              Contact Us        IMDbPro
Top Rated Movies  News              Box Office Mojo
Box Office        Press Room        Withoutabox
TV                Advertising        Conditions of Use
Coming Soon       Jobs              Privacy Policy
Site Index                          Interest-Based Ads
Search

IMDb Mobile site                              »              In Theaters

An amazon.com company.                                Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates
Amazon Video          Prime Video          Amazon Germany    Amazon Italy      Amazon France     Amazon India       DPReview          Audible
Watch Movies &        Unlimited Streaming   Buy Movies on     Buy Movies on     Buy Movies on     Buy Movie and      Digital           Download
TV Online             of Movies & TV        DVD & Blu-ray     DVD & Blu-ray     DVD & Blu-ray     TV Show DVDs       Photography       Audio Books



Havaianas Women's Top Tiras Sandal Flip…
27
$20.00  ✓prime   Shop now

**IMDb**

Find Movies, TV shows, Celebrities and more…   All   🔍   IMDbPro ▾  |  Help   f  t  ⬚

Movies, TV & Showtimes ▾   Celebs, Events & Photos ▾   News & Community ▾   Watchlist ▾   f Sign in with Facebook   Other Sign in options

IMDb › Jungle Fever (1991) › Synopsis



Watch It

Own the rights?

Buy it at Amazon

More at IMDb Pro

Loading

Update Data

**Quicklinks**

synopsis ▾

**Top Links**
- trailers and videos
- full cast and crew
- trivia
  official sites
  memorable quotes

**Overview**
- main details
- combined details
- full cast and crew
  company credits

**Awards & Reviews**
- user reviews
  external reviews
- awards
- user ratings
- parents guide

**Plot & Quotes**
- plot summary
  synopsis
  plot keywords
- memorable quotes

**Did You Know?**
- trivia
- goofs
  soundtrack listing
  crazy credits
- alternate versions
- movie connections
  FAQ

**Other Info**
- box office/business
  release dates
- filming locations
- technical specs
- literature listings
  NewsDesk

**Promotional**
  taglines
- trailers and videos

Synopsis for

# Jungle Fever (1991)  More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis



SHOPBOP

Our Top Sellers

SHOP NOW

FREE EXPRESS SHIPPING WORLDWIDE

ad feedback

Flipper Purify (Wesley Snipes) is a successfully married African American man who works at an architectural firm in New York City. One day, an Italian American woman named Angela "Angie" Tucci (Annabella Sciorra) is hired as a temporary secretary at the place. Flipper complains to his partners Jerry (Tim Robbins) and Leslie (Brad Dourif) about wanting an African American secretary. They tell him that they want "the best human being for the job."

When Flipper returns to his Harlem home after visiting his best friend Cyrus (Spike Lee), he tells his wife Drew (Lonette McKee) about his promotion. Drew tells him to be prepared if his promotion is declined, but Flipper tells her not to worry. Meanwhile, Angie returns to her Bensonhurst home, and cooks dinner for her father Mike (Frank Vincent) and her two brothers Charlie (David Dundara) and Jimmy (Michael Imperioli). Her boyfriend Paulie Carbone (John Turturro) arrives and takes her out on a date. Paulie is a regular Italian-American man who co-manages a grocery store in his and Angie's neighborhood. While he waits for Angie, her brothers antagonize Paulie about his relationship with his sister, threatening him with bodily harm if his only intention is to have sex with her. Paulie's able to shake it off and he & Angie leave.

One night, Flipper and Angie are working late at the firm, and they start to have a conversation about cooking. They continue to work late and have dinner in his office and they have sex on a desk. The next day, Flipper doesn't speak while walking his daughter to school. Later, at the office, he tells Jerry and Leslie that he wishes to be made a partner at the firm. After his offer is declined, he abruptly quits his job, telling his employers that his ideas have made the firm very profitable. One of his bosses, Leslie tells Flipper they need "a little more time" while Les' partner, Jerry, reacts angrily to Flipper's resignation, saying that his ego is driving his decisions. Later that night at the park, Flipper admits his infidelity to Cyrus. Just then, Flipper's older brother Gator (Samuel L. Jackson) shows up with his girlfriend Vivian (Halle Berry). He asks Flipper for some money so he can feed his crack habit. Flipper initially refuses, but gives in eventually.

Meanwhile, Angie tells her two girlfriends that she's seeing Flipper, shocking them when she tells them he is African American. She then tells them not to tell anybody. But her friends just cannot stop gossiping and they secretly tell one of Angie's brothers, who likewise, tells their father Mike.

The next evening, Flipper and Angela are ignored by the racist staff at a local restaurant. He complains to an African-American waitress (Queen Latifah) about not being served, she in turn berates him for dating a white woman. Later, the rumors about them surface when Flipper comes home and sees a furious Drew throwing his things out of the second floor window, forcing him to move back in with his mother Lucinda (Ruby Dee) and his father the Good Reverend Doctor (Ossie Davis) in nearby Brooklyn. Later that night, he confronts Cyrus for betraying his trust. Cyrus admits that he told his wife Vera (Veronica Webb), but he didn't know that she would tell Drew (plus several other people in the neighborhood). Flipper insults Vera for her big mouth and inability to keep a secret which causes a rift in his friendship with Cyrus, who demands he apologize to Vera, but Flipper refuses. Shortly after, Flipper ends his friendship with Cyrus after seeing that although Cyrus does like and support Flipper, he will always side with his wife regardless of her actions.

The next day, Flipper tries to make things up to Drew by bringing her flowers at work, which she refuses. The two have a nasty argument and Flipper leaves. Meanwhile, Angie ends her relationship with Paulie. His father Lou (Anthony Quinn) finds Paulie in the bathroom and consoles him. When Angie returns home, a livid and racist Mike violently beats her for dating a black man and throws her out of the house.

Flipper and Angie move in to an apartment together, where they subsequently encounter social problems including a failed dinner with Flipper's parents who disapprove of their son dating someone outside his race. These and other racial issues eventually strain relations between the couple. One night, things come to a head when the police almost arrest Flipper after receiving a wrongful report from another racist white person that "a white lady was being attacked" (this, due to somebody apparently having watched them in a compromising position over a car hood from a window, since it looked like he was forcing himself on her). Afterward, Flipper and Angie get into another huge argument when he tells her that he refuses to have half-blood children with her.

When Paulie hears the confession from Angie about her affair with a black man, he is heartbroken. This, somehow, gives him the courage to ask a black female regular customer, named Orin Goode (Tyra Ferrell), out on a date. This puts him at odds with his own racist father and his friends, whom he gets into a fight with, although he winds up hurt himself. Orin turns down Paulie's request to go out on a date. When he pesters her, Orin tells him off by saying that her parents have forbidden her from dating a man outside her race and she will not defy her parents out of blind loyalty to them. Paulie finds himself more emotionally hurt and alone than ever.

**Exhibit 12**
**23 of 37**

1/2

One night, a high-on-dope Gator storms into his parents house one night while the Reverend is away, demanding money from Lucinda while trashing the house. The Reverend arrives and threatens to shoot him if he doesn't leave. Gator turns to leave, but upon hearing the Reverend insult him, he turns around and threatens him. The Reverend tells Gator he is better off dead, and shoots him in the groin. Gator cries in pain as he slowly dies in his mother's arms. However, The Reverend shows a small sign of regret.

Eventually, due to the great gap created between them two, Flipper admits that he was only curious about being with a white woman, and he tells Angie that she should accept she was also curious about black men. They break up and he leaves the apartment they were sharing. Angie returns to her father's house where she apologizes for getting into a romance with a man who's color skin is different. Mike awkwardly welcomes Angie back.

In the end, Flipper is seen having sex with Drew again, but she is laughing and crying at the same time. When they finish, she sends him off. It is clear that they were obviously not back together and she only called him over for sex, with no seemingly immediate solution in regards to it. He kisses his daughter Ming (Veronica Timbers) goodbye and walks out to go home back to his parents house. Then, at the turn of the corner, a very young black girl asks him to let her do oral sex on him for two dollars. Stunned, Flipper embraces her and screams to the heavens: NOOOOOOO!!!!.

(It was not clear whether the plot had leaped forward to some years later and this girl was Ming, or that he was only shocked to see this teenager whoring herself for drug money.)

[2/2]

## Related Links

Plot summary

Plot keywords

Parents Guide

User reviews

Quotes

Trivia

Main details

MoKA: keyword discovery

**IMDb Everywhere**

    

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

**IMDb Mobile site**  »

**Follow IMDb on**

    

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
News

Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox

Conditions of Use
Privacy Policy
Interest-Based Ads

An amazon.com company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books

  



## Loving vs. Virginia: A Documentary Novel of the Landmark Civil Rights Case

Patricia Hruby Powell, illus. by Shadra Strickland.
Chronicle, $21.99 (260p) ISBN 978-1-4521-2590-9

Like 129   Share      Tweet   🖨

MORE BY AND ABOUT THIS AUTHOR

Powell (Josephine) delivers a well-researched novel in verse, set over 15 years, about Mildred and Richard Loving, the interracial couple whose marriage led to the United States Supreme Court decision to overturn Virginia's anti-miscegenation statute. Amid photographs, interludes that touch on relevant topics (school segregation, the Freedom Riders, etc.), and Strickland's editorial-style two-color artwork, Powell explores the personal and emotional story of a young couple whose only desire is to raise a healthy and happy family in the state where they were both born. Powell's verse alternates between Mildred and Richard's perspectives, concisely revealing their fears and mutual dedication, particularly after Mildred becomes pregnant, they marry, and are arrested ("From high school/ to wedding/ to prison./ After two days/ my mama comes to visit./ I try not to cry, but I cry real easy/ these days"). This is an excellent starter book for those interested in learning the basics of the civil rights movement as Powell thoughtfully traces the events leading up to the Lovings' case. Ages 12–up. Agent: Anna Olswanger, Olswanger Literary. (Jan.)

DETAILS

BUY THIS BOOK





ADVERTISEMENT



### PW
BEST BOOKS   AUTHORS
PUBLISHERS WEEKLY

The Best Books, Emailed Every Week
## Tip Sheet!
email address   Sign up »

## MORE BOOKS YOU'D LIKE

The Black Witch

Beck

Bang

The Hate U Give

Exhibit 12
25 of 37







The Best Books of Summer 2017     10 Books That Puzzle the Reader     PW Picks: Books of the W   eek     Top 10 Dickinson Poems



NEW YORK RIGHTS FAIR

About Us | Contact Us | Submission Guidelines | Subscriber Services | Advertising Info | Terms of Use | Privacy Policy | Calls for Info | Editorial Calendar | Archives | Press | FAQ

© PWxyz, LLC. All rights reserved.

**News**
Obituaries
Book Deals
Financial Reporting
Page to Screen
Bookselling
Awards & Prizes
Publisher News
Comics
Business Deals
Shows & Events
Cooking
People
Religion
Audio Books
Manufacturing
Marketing
PW Tip Sheet
Licensing
Book It
BookExpo

**Reviews**
Fiction
Nonfiction
Children's
Religion
Comics
Audio
Web Exclusive
BookLife

**Bestsellers**
Audiobooks
Australia Overall
Bio/Autobiography
Children's Frontlist
Fiction
Children's Picture Books
Cookbooks
Fantasy
Graphic Novels
Hardcover Fiction
Hardcover Nonfiction
History
Mass Market
Mystery/Detective
New Zealand Overall
Religion Fiction
Religion Nonfiction
Romance
Sci-Fi
Top 10 Overall
Trade Paper
UK Overall

**Children's**
Authors
Book News
Industry News

**Authors**
Profiles
Interviews
Why I Write
BookLife
MFA

**Announcements**
Adult Announcements
Children's
Announcements
Religion Listings
On-Sale Calendar
Galley Talk

**Digital**
Devices
Copyright
Retailing
Conferences
Content / e-books
Apps

The Roundup

**International**
Deals
Book News
Trade Shows
Frankfurt Book Fair
London Book Fair

Job Zone
Job Moves

**Opinion**
ShelfTalker
Soapbox
Common Core



**Exhibit 12**
**26 of 37**

Advertisement

washingtonpost.com  >  Arts & Living  > Books

Advertisement

Advertisement

**BOOK WORLD**

## Book Review: "The Girl Who Fell From the Sky" by Heidi W. Durrow

By Lisa Page
Saturday, February 20, 2010

THE GIRL WHO FELL FROM THE SKY

By Heidi W Durrow

Algonquin. 264 p. $22.95

We're not finished with the old racial stereotypes we've bandied about for years. Some of us still talk about who isn't "black enough" and who's busy "acting white." Heidi W. Durrow's first novel, about a biracial girl coming of age, does the same. But it also transcends race and tells a very different story.

When several members of a family fall off the roof of a Chicago apartment building on a rainy summer day, the sole survivor is 11-year-old Rachel. Her mother, brother and baby sister all die, and the circumstances are mysterious. It looks like an attempted triple murder/suicide. But a boy who witnessed the fall claims there was a man on the roof as well.





Enlarge Photo

| TOOLBOX | | |
|---|---|---|
| Resize | Print | |
| E-mail | Reprints | |

Rachel goes to live with her father's mother and sister in Oregon. She longs for her dead mother, Nella, who was Danish, and for her father, Roger, an African American GI who wants no part of civilian life. Although Rachel had lived on military bases all over the world, now that she has landed in her grandmother's house in a black neighborhood, she must learn another language.

She discovers that her hair can "go back" to its unstraightened texture and that she is "tender-headed" when she has her hair combed. She eats day-old bread at the Wonder Bread factory but longs for "wienerbrod" and pastries made with marzipan. She learns she is "light-skinned-ed" and that being a blue-eyed black girl has its pros (boys like her) and cons (girls don't).

Advertisement
She begins to categorize life along racial lines: "Playing tennis is one of the things that goes in the white category, along with classical music and golf." And "Grandma always wanted Pop and Aunt Loretta to know white things. Like when Pop wanted to be a musician. Grandma made him play the piano, when what he wanted to play was the banjo or harmonica. A piano is more white than a harmonica."

But Rachel is not the only one negotiating race. The novel is told from various viewpoints and skips around chronologically. Nella's diary reveals her horror when her new boyfriend, a white man named Doug, calls her children "jigaboos." Rachel's grandmother refers to book reading as "High Falutin" and "white." Nella's employer thinks of Doug as black because he "didn't seem to have a real job." Roger "liked white girls, but not American white girls . . . because they acted like you were supposed to be happy just because you got to rub your brown on their cream."

These alternate voices also shed light on the rooftop tragedy at the center of the story. Durrow's characters have histories that include alcoholism, drug use and domestic abuse.

Death, disappointment and loss are constants. The characters all struggle to make sense of a world they can't seem to belong in, racially or economically. And the structure of the novel, with each chapter told from a different character's viewpoint, has a sort of "Rashomon" quality that builds tension around the rooftop mystery.

**Exhibit 12**
**27 of 37**

Durrow's novel is an auspicious debut, winner of the Bellwether Prize for socially conscious fiction. She has crafted a modern story about identity and survival, although some of the elements come together a little too neatly. Still, this is a fresh approach to an old idea. "The Girl Who Fell From the Sky" is not just a tale of racial ambiguity but a human tragedy.

Is this the story of a woman who threw her children and herself off the roof of a building? Or is this the story of an alcoholic committing murder in a jealous rage? The answer is clear at the end. But, finally, the novel is about someone who manages to survive, despite horrific circumstances.

Page is a visiting professor of creative writing at George Washington University.

© 2010 The Washington Post Company

Exhibit 12
28 of 37

2/2

*The Washington Post*

**Books**

# 'The Story of a Beautiful Girl': Love among the disturbed and forgotten

**By Suki Casanave**   June 7, 2011

The dedication is fair warning: Rachel Simon's "The Story of Beautiful Girl" is for "those who were put away," for the generations of people with disabilities who for many years were locked in institutions, away from families, out of sight of society and, in some cases, far away from basic human decency. In short, this novel is the author's gift to those who never had a chance to speak for themselves. And so, from the start, we know what's coming: a work of fiction committed to confronting a deeply disturbing truth.

Part love story, part mystery, part social commentary, the tale begins with "the night that would change everything," an event that triggers the 40-year epic to come. For just a few moments, during a raging storm, four people cross paths, the strands of their lives twisting into a mysterious knot, bound by a promise. Lynnie, a mentally disabled woman who does not speak, is caught and taken back to the state institution from which she escaped. Homan, a deaf African American man, continues running, plunging through the woods, desperate to elude capture. And meanwhile, a newborn baby sleeps in the attic of a widow who wonders how she will keep this infant safe.

From here, the plot unfolds across the decades, covering so much ground that readers may wonder at the improbable twists of fate that befall these characters. Heart-wrenching moments abound, sometimes weighted with overly earnest insights. But there's an alluring mystery to solve and impossible odds to overcome, which propel the story forward.

As Homan wonders whether he will ever again see Lynnie, whom he calls Beautiful Girl, he tries to make sense of the sad and confusing events they have endured: "Maybe when you're making your way forward into your life, it just looks higgledy-piggledy, the way, if you were a fly walking across one of Beautiful Girl's drawings, all you'd be able to see was green, then blue, then yellow. Only if you got in the air . . . would you see the colors belonged to a big drawing, with the green for this part of the picture, the blue and yellow for others, every color being just where it was meant to be. Could that be what life was?"

For her part, Lynnie often longs for Homan's return: "As every day passed, she felt herself growing numb. Her legs did not want to move . . . and she knew it was from the wanting."

**Exhibit 12**
**29 of 37**

The real mystery of this book lies not so much in the plot twists — Will Lynnie and Homan ever reunite? Will baby Julia ever discover her true identity? — but right here, inside the heads of its characters: How does someone like Homan or Lynnie, living with mental disability, experience and think about life? Simon addresses that question with compassion and heart, informed by her experience with her own sister, who has an intellectual disability. Readers are likely to emerge from "The Story of Beautiful Girl" with a new level of empathy for those who were once hidden away — and for all those living with a disability.

bookworld@washpost.com

Casanave is a freelance writer wh  o lives in New Hampsh ire.

THE STORY OF BEAUTIFUL GIRL

By Rachel Simon

Grand Central.

346 pp. $24.99

---

**Exhibit 12**
**30 of 37**

*The Washington Post*

**Books**

# 'Wherever There Is Light' review: A tale of lovers caught in history

**By Wendy Smith** November 24, 2015

Peter Golden embeds his characters' personal dramas in the drama of their times. Late in his new novel, "Wherever There Is Light," a German Jewish immigrant named Julian Rose tells his African American lover, Kendall, "That's history. . . . The history of the whole country. You were born into it." No one can escape the inexorable tides of social change — for good or ill. Over the course of this absorbing story, Julian and Kendall's relationship is threatened by a lynching in Jim Crow-era Florida, encouraged in bohemian Greenwich Village and reignited after World War II.

Golden begins, however, in 1965, introducing us to Julian as a middle-aged man heartbroken by the death of his daughter. We don't learn the details until much later, when the catastrophe that befalls Julian can claim its full emotional weight. But Golden knows how to pique our interest early. A man at Gruning's Ice Cream Parlor in New Jersey recognizes Julian as "the prince of bootlegger royalty in Newark [who] had dodged every government investigation and parlayed the lucre that sprouted in those illegal bottles of spirits into a real-estate empire." Golden caps this opening scene with the entrance of a black woman who announces that Kendall is dead — and then introduces Julian to his 12-year-old son.

Golden doles out just a few more tantalizing tidbits before rolling back to 1938 and fleshing out Julian's and Kendall's backgrounds. Julian has finally managed to extricate his parents from Nazi Germany by finagling a job offer for his father, a philosophy professor far less nurturing than Julian's gangster mentor. The job is at Lovewood College, an African American school in Florida run by Kendall's mother, Garland Wakefield. She is a lift-up-the-race proselytizer who is as disapproving of her daughter's interest in a white man as she is of Kendall's desire to study art in Paris.

Our lovers, therefore, come together carrying a lot of freight, and it's a nice nuance that race is a (slightly) less significant problem than Kendall's ferocious need to be independent and free of all constraints. At several crisis points, she decides that Julian's love is one of those constraints and breaks away to devote herself entirely to photography. Kendall's improbably swift success — an agent, a gallery exhibit and a book deal in 15 pages — is one of several instances of rather glib plotting. And Golden's reliance on historical figures to set the scene gets seriously overused in postwar Paris, where the appearance of Jean-Paul Sartre, Simone de Beauvoir and Samuel Beckett seems mostly an excuse for Julian to quip that existentialism is "nothing but nihilism spiffed up for a night on the town." (Granted, it's a great line.)

**Exhibit 12**
**31 of 37**

Fortunately, Golden's characters have more depth than the sometimes generic window-dressing around them. Julian simmers with rage stored up since childhood. He killed his first man in 1928, and Golden doesn't whitewash his subsequent murderous activities as a bootlegger. Kendall thinks she is rebelling against her mother by choosing to become an artist, but she discovers in middle age that she has absorbed only too well her mother's central lesson: "Dedicate your life to work; embrace your loneliness as a badge of honor."

The lovers' fully fleshed-out personalities make the ups and downs of their relationship plausible and painful. And their families and friends are equally well drawn. Julian's depressive mother forms a surprising but moving friendship with Kendall's mother. Julian's Irish buddy Eddie O'Rourke and his wife might seem like the wisecracking second-banana couple from an old-fashioned movie, but they serve as an astute Greek chorus, commenting on the action and their friends' motivations.

The postwar year in Paris brings the apparent final break between Julian and Kendall; her desperate call to him as her mother is dying could lead to a lasting reconciliation, except for the weight of their pasts — and of U.S. history. Golden gives us a break from the novel's grimness in a short final section, which brings a satisfying (albeit somewhat contrived) comeuppance to the villainous racists who have been circling Lovewood College. The plot twist that offers Julian a second chance at happiness also seems unlikely, given the brutality Golden has convincingly sketched elsewhere, but readers compelled by his vivid characters and strong storytelling will not complain.

Wendy Smith is a contributing editor at th e American Scholar and Publish ers Weekly.

## WHEREVER THERE IS LIGHT

By Peter Golden

Atria. 358 pp. $25

Exhibit 12
32 of 37



The Bodyguard (1992) – Synopsis

IMDb › The Bodyguard (1992) › Synopsis



Synopsis for

# The Bodyguard (1992) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis



In her film debut, Whitney Houston plays Rachel Marron, a pop music superstar. It seems that one of her fans is stalking her and has threatened to kill her, so Frank Farmer (Kevin Costner), a professional bodyguard and former Secret Service agent, is hired to protect her.

The film then follows Rachel Marron's life from performance to performance. Each performance features her singing a song (including Houston's hits I Will Always Love You and I Have Nothing) that reflects her emotional state. Frank Farmer successfully protects her from danger. Subsequently, and possibly as a result of his protection and the trust thus inspired, Rachel Marron falls in love with Frank, and, though he tries to keep their relationship professional, they sleep together. However, recognizing that their relationship puts her and her family in danger, he breaks-off the affair and heightens moves to protect her (many such previous moves were shot down by Rachel). Ironically, in an effort to separate Rachel from her own world, Frank introduces Rachel to his own father and personal life. As the story follows a number of potential stalkers, Rachel must put her trust in Frank ahead of her own selfishness and desire for success; as Frank must face the fact that the threat may not be what was expected. In the end, Frank's duty is fulfilled, having successfully protected Rachel, and they part with a kiss. Frank then moves on to his next assignment...to protect an archbishop.

---

### Related Links

Plot summary                 Plot keywords              FAQ
Parents Guide                User reviews               Alternate versions
Quotes                       Trivia                     Main details
MoKA: keyword discovery

**Exhibit 12**
**33 of 37**

1/2

- posters
- photo gallery

External Links
- showtimes
- official sites
  miscellaneous
  photographs
- sound clips
- video clips

  

## IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site   »

## Follow IMDb on

  

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | Press Room | Withoutabox |
| TV | Advertising | |
| Coming Soon | Jobs | Conditions of Use |
| Site Index | | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

An  company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates
| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview |
| Watch Movies & | Unlimited Streaming | Buy Movies on | Buy Movies on | Buy Movies on | Buy Movie and | Digital |
| TV Online | of Movies & TV | DVD & Blu-ray | DVD & Blu-ray | DVD & Blu-ray | TV Show DVDs | Photography |

Audible
Download
Audio Books



IMDb > Lakeview Terrace (2008) > Synopsis

Synopsis for

# Lakeview Terrace (2008) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? — Request access

Synopsis



Watch It

Watch it at Amazon

Buy it at Amazon

More at IMDb Pro

↑ Loading

Update Data

**Quicklinks**

synopsis ▼

**Top Links**
- trailers and videos
- full cast and crew
- trivia
- official sites
- memorable quotes

**Overview**
- main details
- combined details
- full cast and crew
- company credits

**Awards & Reviews**
- user reviews
- external reviews
- awards
- user ratings
- parents guide

**Plot & Quotes**
- plot summary
- synopsis
- plot keywords
- memorable quotes

**Did You Know?**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- box office/business
- release dates
- filming locations
- technical specs
- literature listings
- NewsDesk

**Promotional**
- taglines
- trailers and videos



In California, Abel Turner (Samuel L. Jackson) rises from his bed. A news report can be heard giving info about a huge wildfire burning somewhere in the state. Abel picks up a picture of himself and his black wife that's face down on a night table, looks at it, and leaves the room.

At the kitchen table, Abel gives his son, Marcus (Jaishon Fisher), and daughter, Celia (Regine Nehy), a hard time for not living up to a couple of his many rules. Marcus and Celia leave for school. Outside, they notice the coming of new neighbors Chris Mattson (Patrick Wilson) and his wife Lisa (Kerry Washington), in addition to Lisa's father (Ron Glass). Abel spies on his new next-door neighbors, and while doing so, sees Chris, who is white, kissing Lisa, who is black. Abel is revolted. Later that night, Chris and Lisa awaken to Abel's house security light shining brightly into their bedroom.

The next day, Abel, who is a police officer and his partner Javier (Jay Hernandez) question informant Clarence Darlington (Keith Loneker). Clarence gives the officers info and he and Abel have a tiff regarding Clarence's supposed ancestry. Clarence tells Abel that he's messed up in the head.

Chris pulls his car in front of his new house that night, jamming to rap music. While he relaxes, Abel knocks on his car window. Chris rolls down his window and a shadowy Abel puts a gun to his head, forcing him to give up his wallet. Abel tells Chris to never roll his window down in such an instance again, handing him back his wallet. The men converse for awhile. Abel tells Chris that no matter how much he listens to rap, in the end, he'll still be white.

Chris parks the car, takes a final pull from a cigarette, and flicks it toward Abel's yard. Chris enters the backyard and finds Lisa in the swimming pool. He joins her, then they undress and make out. Next door, Abel and his children see this spectacle through a window. Abel is angered by this. Later, Chris and Lisa lie together in their bedroom and discuss the prospect of having a child. Chris believes that their air conditioning isn't working. The couple investigate in the backyard and discover that a cord in the A/C unit has been cut. They also find a burnt-out cigarette with a screw pushed through it, and then Abel's security light comes on.

The next day, Chris questions Abel about his security light. Abel rebuffs him, mentioning the arroyo in their backyards where wayward kids sometimes stalk as his reason to keep the light on.

Later in her house, Lisa sees a ball land in her swimming pool, then notices Marcus and Celia in the next-door yard. She tells them to get the ball. Lisa tells the kids that they can swim in the pool anytime they like as long as they ask their parents beforehand. Celia says that their mother died. Lisa tells them that Abel's authoritarian ways will improve, but Celia says they won't. Lisa invites the kids to her housewarming party.

That evening, Chris visits Abel's house and asks him about the security light again; Abel says he wasn't able to turn it off. Chris and Abel take a walk around the neighborhood as part of Abel's watchman rounds. Chris tells Abel that he and Lisa plan to be in their new house for a few years. Abel says he's trying to raise his kids properly, stating that they saw the Mattsons making out in their swimming pool. Abel suggests that the Mattsons live some other place instead.

Abel arrives at the Mattsons' party without Marcus and Celia. In the backyard, one of the Mattsons' friends asks Abel what he does for a living; he responds he's a cop. Abel mentions the cigarette butts that Chris flicks into his yard so Lisa won't see them. Lisa is surprised. One of her female friends voices a negative opinion about police and Abel confronts her. The girl's male friend mentions aggressiveness on the part of some police; Abel browbeats both of them. On Abel's way out, Chris accosts him about bringing up the cigarette butts. Abel is totally defiant and smiles wickedly at Chris. The security light comes on behind Abel, who goes home.

Later that night, Chris and Lisa are awakened by the car alarm going off in their garage. They go to investigate it and find the garage door open and the car's tires slashed. Angrily, Chris rushes outside, hoping to catch the vandal, but finding no one. Next door, Abel talks to Chris and Lisa from his balcony, saying he heard some noises from their backyard. The police arrive and tell the Mattsons that there's not much they can do for them.

Lisa and Chris have dinner with Lisa's father; Chris recounts his experiences with Abel thus far to him. Lisa's father suggests that they put their house back on the market. Lisa's father asks Chris how he expects to protect the children he plans to have with Lisa. Chris sarcastically

**Exhibit 12**
**35 of 37**

1/3

Laketric Terrace (2008) - Synopsis

posters
- photo gallery

External Links
- showtimes
- official sites
  miscellaneous
  photographs
- sound clips
- video clips

says he's going to build an arsenal.

Chris buys a security light for his house and positions it so that it will shine at nights directly into Abel's bedroom. The wildfire closes on the Mattsons' neighborhood, its smoke visible from their balcony. That night, an uneasy Abel, trying to sleep, wakes up and stares toward Chris' light that is glaring at him through his window blinds.

The following day, Abel and his partner Javier answer a call, driving to an apartment building with people waiting in front of it. They're told a man has his wife and daughter in his apartment, may have a gun, and says he's going to kill them both. The two cops approach the apartment that yelling can be heard from. Abel knocks on the door and tries to talk to Damon Richards (Caleeb Pinkett), the man inside the place, but Damon blasts a large hole in the door, narrowly missing Abel. Damon escapes through a window. Abel pursues Damon, who shoots at him again with a shotgun, missing him.

Cornered at a gate, Damon points the shotgun under his own chin, threatening suicide. Abel steps closer to him, telling him to calm down, then grabs Damon's gun and cocks it. Abel tells Damon to kill himself, grabs the shotgun, and hits him in the chest with it. Abel asks Damon if this is going to happen again and tells him to take responsibility for his child. Javier steps up behind Abel, who tells him to cuff Damon.

As Lisa works at her computer, she hears Celia in her backyard, swimming in the pool. Lisa says to Celia that it's okay to swim there if her father said so; Lisa thinks that she didn't. Celia gets out of the pool and she and Lisa talk. Celia asks Lisa how much she should like a white guy if he's going to be her boyfriend. Lisa says she should like him a lot, especially if he's to be her boyfriend. Celia starts dancing in her two-piece swimsuit to the song playing on Lisa's sound system. Abel motors his vehicle into his driveway, and, hearing the two womens' talk, enters Lisa's backyard.

Abel surprises the two women, asking Celia if he gave her permission to come to the Mattsons' house. Celia says no. Lisa and Abel start bickering. Celia talks back to Abel, ridiculing him, and he slaps her in the face. Celia runs out of the yard. Lisa tells Abel to leave her property and he responds, "Or what?" Abel leaves a distressed Lisa alone, who goes inside the house and vomits into her kitchen sink.

Later that evening, Chris and Lisa sit in the backyard together. Chris notes that Abel doesn't have his security light on. Lisa suggests that they put their house back on the market. Chris asks her if she wants to sell the place, mentioning Abel and her father as people who might try to decide it for them. Lisa gets offended, but kisses him. Abel watches her leave Chris alone from his property, smiling.

Marcus and Celia leave with their Aunt Dorrie for a two-week stay with her.

Lisa breaks the surprise news to Chris that she's pregnant. He asks her about her birth control pills and she says that she missed a few days. Chris is very unnerved by this seemingly deliberate inaction on Lisa's part and they have an argument.

Abel is told by a superior officer to take time off from his job due to a suit against the department brought by Damon Richards. An investigator working for internal affairs mentions that Abel has a number of "question marks" on his record.

Outside, Abel runs into a group of cops talking and laughing. They mention that they're throwing a bachelor party for one of their cop buddies. Abel tells them to bring it to his house, saying his kids are gone and they can party all night there.

At about 3:00 the next morning, Chris lies awake in bed next to Lisa, hearing loud music from next door. Chris gets up, goes to the bathroom, and inspects Lisa's birth control pills. Lisa is awakened by the music. She heads off to tell Abel to turn the music down. Chris stops her, telling her that he'll handle it. Chris gets rebuffed by the cops at Abel's front door; he enters the house through its back side. Inside, Abel tells Chris that they can make peace over drinks. Abel makes jokes about Chris to his face, then guides him to a room where female strippers are dancing. One of the strippers leads the fatigued Chris to the room's center where she dances against him. A cop records this with a camera. Chris tries to leave, but two cops throw him to the floor and hold him down while the stripper dances over him. Abel makes a rude comment about Lisa and Chris charges at him; Chris is stopped and forced out of the house.

When Chris gets home, he searches for his camcorder to record what Abel is doing. Lisa questions him and he tells her that she didn't forget to take her birth control pills. He tells Lisa that he doesn't know who she is anymore.

Lisa gets her mail from her mailbox while Abel works on his car next door. She finds a DVD in the mail. Lisa plays it and is surprised to see footage of Chris getting danced over by the stripper at Abel's party. Lisa steps outside and glares at Abel.

Chris has numerous trees planted along the gate dividing the Mattsons' property from Abel's yard. Chris and Lisa sit in their yard, talking about their problems when they hear the sound of an electric tool nearby. They go to investigate it and see Abel cutting down their new trees. Abel says the Mattsons didn't ask his permission to plant the trees -- but since they're hanging onto his property he can cut them down without their permission. Abel and Chris get into an aggressive spat across the fence. An upset Lisa runs off and Chris follows her.

Chris sits at a bar, drinking a drink and watching television footage of the nearby wildfire as Abel comes in, sitting next to him. Abel explains that the barmaid has a gun hidden behind the bar so there shouldn't be any trouble between them. Abel says he's had a bad day and encourages Chris to stay awhile, buying him another drink. Abel says today is the third anniversary of his wife's death. He explains that his wife had become a home-care aide for mostly sick people. Abel says that three years ago, he got a phone call saying his wife was in a head-on collision in a car; she died later on a gurney because the hospital workers treated her based on her race. Abel wonders aloud what his wife was doing with her employer, a white male, on the freeway when she should've been at work. Chris asks what this has to do with him. Abel says nothing, except that Chris and Lisa moved to the wrong place at the wrong time. Abel yells that white males think they can take "whatever" they want and he detests it. Chris tells him, "f--- you," then walks off, saying he and Lisa aren't moving.

There are now multiple wildfires advancing closer to Abel and the Mattsons' area. Abel coerces Clarence to break into Chris and Lisa's house while they're away at a nearby party, and vandalize their belongings. Lisa returns home early, catching Clarence off-guard. Lisa sets off the alarm, prompting Chris (and Abel, who's trying to keep from getting discovered) to run from the party to the Mattsons' house. Clarence picks Lisa up and throws her to the floor, knocking her unconscious. Moments later, Abel shoots Clarence dead in the Mattsons' backyard. Abel looks around the body for Clarence's cell phone that was used to call him, but cannot find it.

Chris and Lisa talk in the hospital; she and their unborn baby are okay. Meanwhile, Abel stares from his house at the police investigation going on at the Mattsons' residence. The wildfire is so close that people in the area are being asked to evacuate it. After the police leave, Abel goes into the Mattsons' house and calls Clarence's phone with his cell phone, hoping to find it. He's halted by the Mattsons' arrival and

exits. Before going into the house, Chris thanks Abel for handling down Clarence, saying he'll vouch for Abel if it's needed. Chris finds Clarence's cell phone by a bed, and calls the last number that was called on it. Next door, Abel answers the call. Realizing he's caught, Abel pulls out his gun with Chris watching him through a window, and stalks into the Mattsons' house. Chris surprises Abel and beats him down. Chris hands Clarence's cell phone to Lisa and tells her to go to the police, saying that Abel had Clarence break into their house. Lisa drives off to do as she's told, but Abel gets outside and shoots her car, causing her to have a crash. Chris tackles Abel and pounds on him some more, taking his gun away from him.

Chris, carrying Abel's gun, gets to the car as Abel fires at it with a second handgun. Chris points Abel's gun at him as he approaches Chris and Lisa, who is still inside of the car. As the police drive up behind Chris, Abel hides his handgun behind his back and under his belt. The police, Lisa and Abel all tell Chris to put down Abel's gun. In desperation, Chris yells at Abel about his dead wife, whom Abel suspects had cheated on him with her white boss. Abel snaps, shooting Chris in the shoulder and the police shoot Abel dead. In an ambulance, Lisa comforts Chris, who says they're going to have a family.

Synopsis

r73731

### Related Links

| | | |
|---|---|---|
| Plot summary | Plot keywords | FAQ |
| Parents Guide | User reviews | Quotes |
| Trivia | Main details | MoKA: keyword discovery |



YOU COULD SAVE **$620** by switching to Progressive — That's like a month of coffee. Very fancy coffee. — PROGRESSIVE — Zip Code — Get a Quote

### IMDb Everywhere

 Download on the App Store  GET IT ON Google play  Available at amazon

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

### Follow IMDb on

  

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | Press Room | Withoutabox |
| TV | Advertising | Conditions of Use |
| Coming Soon | Jobs | Privacy Policy |
| Site Index | | Interest-Based Ads |
| Search | | |
| In Theaters | | |

An amazon.com company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

Exhibit 13

Google    meeting boyfriend's parents    🎤  🔍                              Sign in

All    Images    Videos    News    Shopping    More              Settings    Tools

About 1,240,000 results (0.62 seconds)

**Meeting Your Boyfriend's Parents For The First Time: Dos & Don'ts ...**
https://www.hercampus.com/love/.../meeting-your-boyfriend-s-parents-first-time-dos-do...
May 22, 2015 - The end of the semester is here and whether you're excited or dreading it, it's time to **meet** your **boyfriend's parents**. Nervous might not begin to ...

**10 Things to Do When You Meet the Parents - Cosmopolitan**
www.cosmopolitan.com/sex-love/advice/g2234/meeting-the-parents/  ▾
Sep 12, 2012 - When you **meet** your man's **parents** for the first time, try these brilliant tips. ... It's etiquette 101, so even if your guy says **his** folks don't expect.

**17 Mistakes to Avoid When Meeting His Family | Glamour**
https://www.glamour.com/gallery/17-mistakes-to-avoid-when-meeting-his-family  ▾
Remember when Ben Stiller met **his** girlfriend's family for the first time in **Meet** the **Parents**? Although the chances of something that disastrous happening in...

**9 Ways To Win Over His Family The First Time You Meet Them ...**
thoughtcatalog.com/.../9-ways-to-win-over-his-family-when-he-brings-you-home-for...  ▾
Oct 1, 2013 - 9 Ways To Win Over His Family The First Time You **Meet** Them ... Even If He Says **Meeting** His Folks Isn't A Big Deal, It Definitely Is .... Nothing made my **boyfriend's parents** love me more than when I went to watch one of his ...

**21 Practical Tips on Meeting Your Boyfriend's Parents ... ...**
allwomenstalk.com/meeting-your-boyfriends-parents-10-practical-tips/  ▾
You may have heard horror tales about **meeting boyfriend's parents** for the 1st time, but pretend you didn't (out of all my girlfriends just one of them had bad luck ...

**Meeting the Parents: Eight Ways to Hit It Off with His Mom | more.com**
www.more.com › ... › Meeting the Parents: Eight Ways to Hit It Off with His Mom  ▾
Of course, I'm talking about our partners' mothers. So the question is: How do you **meet** the **parents** and win them over? I've been with my **boyfriend** (now fiancé) ...

**8 Rules For Meeting His Parents For The First Time If You're Not ...**
https://elitedaily.com/dating/rules-meeting-the-parents/dating1614199/  ▾
Oct 1, 2016 - **Meeting** the **parents** is always a scary situation. **Meeting** them when you haven't been dating for that long, however, is even more terrifying.

**16 Things No One Tells You About Meeting Your Boyfriend's Parents**
www.thetalko.com/16-things-no-one-tells-you-about-meeting-your-boyfriends-parents/  ▾
Jun 26, 2016 - You've been invited for dinner at **his** parent's place. What's a girl to do? **Meeting** your new **boyfriend's parents** can be a nerve-wracking ...

**How to Meet Your Boyfriend's Parents: 9 Steps (with Pictures)**
www.wikihow.com › ... › Relationships › Dating › Family Friends and Dating  ▾
★★★★☆ Rating: 91% - 48 votes
How to **Meet** Your **Boyfriend's Parents**. **Meeting** your boyfriends parents is one of the first things you can do in a relationship to start moving things forward, from ...

**Ladylike Laws: Meeting His Family - Lauren Conrad**
https://laurenconrad.com/.../ladylike-laws-meeting-his-family-etiquette-manners-laure...  ▾
May 20, 2013 - If your boyfriend is asking you to come to dinner at his family's house, ... I just met **his parents** today and will be **meeting** the rest of his family on ...

Searches related to meeting boyfriend's parents

what to wear when meeting **his family**              meeting **his parents what does it mean**
questions to ask boyfriends parents                 meeting **her parents**
meeting **his parents** conversation topics          meeting **his family parents what does it mean**
meeting **your** boyfriend's **family**              gifts for boyfriend parents



Exhibit 13
1 of 37

⬤ 90017, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

**Exhibit 13**
**2 of 37**





BEST BOOKS

AUTHORS

PUBLISHERS WEEKLY

# THE OTHER WOMAN

Jane Green, Author . Viking $23.95 (400p) ISBN 978-0-670-03404-8



MORE BY AND ABOUT THIS AUTHOR

BUY THIS BOOK



Ellie's found her Mr. Right—too bad his mom's got him all wrapped up in her apron strings. Bestseller Green (Bookends ; Jemima J ; etc.) saddles her heroine with the mother-in-law from hell in her latest bit of comic frippery. Ellie's mom was an alcoholic who died when Ellie was 13, so it's understandable that at first she's "over the moon" about being embraced by Dan's entire family. But poor Ellie never saw the meddlesome Mrs. Cooper coming. Mrs. Cooper calls her three times a day at work, plays devoted son against desperate daughter-in-law, takes control of the wedding plans and then, after the wedding and then birth of Ellie's son, Tom, seems to forget that Ellie even exists ("Hello, my gorgeous boys," she croons into the answering machine). More and more significant troubles loom: having a baby is hard! Marriage is hard! Green offers scenes of real pathos. ("We've become one of those couples that I used to dread becoming: the couples that sit in restaurants all night and don't say a word to each other"). The setup is solid, but the prose is flat: Ellie narrates with all the energy and élan of a bored, middle-aged housewife. She perks up, though, at the requisite happy ending. (Apr.)

DETAILS

The Best Books, Emailed Every Week

## Tip Sheet!

email address    Sign up »

MORE BOOKS YOU'D LIKE



The Ways of Wolfe: A Border Noir

Beasts Head for Home

The Saints of Rattlesnake Mountain: Stories

Anything Is Possible

ADVERTISEMENT



Nominations Are Now Open for the 3rd Annual PW Star Watch Award

A PARTNERSHIP BETWEEN







The Best Books of Summer 2017      10 Books That Puzzle the Reader      PW Picks: Books of the Week      Top 10 Dickinson Poems





About Us | Contact Us | Submission Guidelines | Subscriber Services | Advertising Info | Terms of Use | Privacy Policy | Calls for Info | Editorial Calendar | Archives | Press | FAQ

© PWxyz, LLC. All rights reserved.

News
Obituaries
Book Deals
Financial Reporting
Page to Screen
Bookselling
Awards & Prizes
Publisher News
Comics
Business Deals
Shows & Events
Cooking
People
Religion
Audio Books
Manufacturing
Marketing
PW Tip Sheet
Licensing
Book It
BookExpo

Reviews
Fiction
Nonfiction
Children's
Religion
Comics
Audio
Web Exclusive
BookLife

Bestsellers
Audiobooks
Australia Overall
Bio/Autobiography
Children's Frontlist
Fiction
Children's Picture Books
Cookbooks
Fantasy
Graphic Novels
Hardcover Fiction
Hardcover Nonfiction
History
Mass Market
Mystery/Detective
New Zealand Overall
Religion Fiction
Religion Nonfiction
Romance
Sci-Fi
Top 10 Overall
Trade Paper
UK Overall

Children's
Authors
Book News
Industry News

Authors
Profiles
Interviews
Why I Write
BookLife
MFA

Announcements
Adult Announcements
Children's
Announcements
Religion Listings
On-Sale Calendar
Galley Talk

Digital
Devices
Copyright
Retailing
Conferences
Content / e-books
Apps

The Roundup

International
Deals
Book News
Trade Shows
Frankfurt Book Fair
London Book Fair

Job Zone
Job Moves

Opinion
ShelfTalker
Soapbox
Common Core



Exhibit 13
4 of 37

In Memoriam 1942 – 2013 | ★ ★ ★ ★

# MEET THE PARENTS

★ ★ ★ | Roger Ebert

October 6, 2000 | 💬 1

<u>Ben Stiller</u> has a good line in embarrassment and chagrin. His chiseled face looks so earnest, so willing to please, and turns incredulous as the world conspires against him. In "<u>There's Something About Mary</u>" and again in "Meet the Parents," he plays a young man who desperately wants to impress the girl he loves and plunges into a series of humiliating miscalculations. He doesn't have anything hanging from his ear in this picture, but he acts as if he thinks he might.

In "There's Something About Mary," Stiller played a character who managed to set a beloved dog afire. "Meet the Parents" is not a clone or imitation of "Mary"--it has its own original inspiration--but it does get Stiller into a lot of trouble over a beloved pet cat, and even funnier trouble over another cat, entirely imaginary, which he claims to have milked.

A D V E R T I S E M E N T

Why would a man claim to have milked a cat? The screenplay, by <u>Jim Herzfeld</u> and <u>John Hamburg</u>, gets a lot of its laughs out of the way Stiller's character tells thoughtless little social lies and then, when he's caught, improvises his way into bigger, outrageous lies. The development is like a comic pyramid: The base is a casual claim that he was reared on a farm. It is revealed he was actually reared in Detroit. Well, yes, he says, he was. Then why did he claim to have experience at milking? Well, he had a cat, which "birthed" 30 kittens, including one little fellow who could never get his turn at the table, and . . . by this time Stiller is demonstrating how he used his fingers on the mother cat's itsy-bitsy little nipples, and everyone in the room is regarding him as a madman.

In "Meet the Parents," he plays the unfortunately named Greg Focker. That's not his real name; Focker is, Greg isn't. He is in love with a Chicago schoolteacher named Pam (<u>Teri Polo</u>), who takes him home to meet her parents on Long Island. Her dad, Jack, is played by <u>Robert De Niro</u> as the nightmare of every hopeful groom. He is a reasonable man, his reason operating like a steel vise to clamp down on every contradiction and improbability in Greg's conversation, and there is no shortage of them. He is also a man with a great love for his cat, which he has toilet-trained, but which, ominously, "has no outdoor survival skills." What are the odds that Greg will let the cat outdoors? And that the cat will turn out to be better toilet-trained than Greg? "Meet the Parents" builds brilliantly on interlocking comic situations, until Greg has involved himself with a counterfeit cat, set the house afire and flooded the lawn (where Pam's sister is about to be married) with an overflowing septic tank.

Exhibit 13
5 of 37

Pam's mom, Dina (<u>Blythe Danner</u>), understands that her husband can be hard on a young man. "Go easy on this one, Jack," she tells De Niro. "I think Pam really likes him." But Pam has really liked other young men--a lot of them, we gather. One that we meet is her ex-fiance Kevin (<u>Owen Wilson</u>), a blond multimillionaire who, for the sister's wedding, has carved an altar out of a solid block of wood. The thing with Kevin was "strictly physical," Pam assures Greg, who is far from assured by information like that.

A D V E R T I S E M E N T

Even to Greg himself, eventually it begins to appear that he is a dangerous lying maniac. The simplest situations conceal hidden traps. He is asked by Jack to say grace at dinner. "Greg is Jewish," Jack is told. "I'm sure Jews bless their food," Jack smiles, and Greg launches into a tortured prayer that segues, to his own horror, into lyrics from "<u>Godspell</u>." (He has bad luck with lyrics; it is the wrong idea to chat with Jack about the various possible meanings of "Puff, the Magic Dragon.") The De Niro character conceals secrets and sentimentalities. He loves his cat, he treasures the ashes of his dead mother, he is suspicious of anyone who wants to marry his daughter, and he has a wide range of double takes, frowns, lifted eyebrows, significant pauses, chilling asides and subtle put-downs. He isn't a vulgarian, but a self-confident man who serenely enforces a set of standards that Greg violates, one by one, until finally everything has gone horribly wrong and Greg goes berserk--not in Pam's home, but at the airport, where he is pushed over the edge by a flight attendant (Kali Rocha) on autopilot.

"Meet the Parents" was directed by <u>Jay Roach</u>, who made the "<u>Austin Powers: International Man Of Mystery</u>" movies and here shows he can dial down from farce into a comedy of (bad) manners. His movie is funnier because it never tries too hard; De Niro, in particular, gets laughs by leaning back and waiting for them to come to him. And Stiller is like the target in a dunk-the-clown game, smiling while the world falls out from under him.

Around The Web

Exhibit 13
6 of 37



(http://www.zergnet.com/i/1702424/42988/0/0/0)

The Most Uncomfortable Age Gaps on
Television
(http://www.zergnet.com/i/1702424/42988/
0/0/0)



(http://www.zergnet.com/i/1827834/42988/0/0/0)

Actor Replacements That Totally Ruined the
Movie
(http://www.zergnet.com/i/1827834/42988/
0/0/0)



(http://www.zergnet.com/i/1859203/42988/0/0/0)

Things About Spider-Man Comics You Only
Notice As An Adult
(http://www.zergnet.com/i/1859203/42988/
0/0/0)



(http://www.zergnet.com/i/1839322/42988/0/0/0)

Here's Why You Don't See Edward Norton in
Movies Anymore
(http://www.zergnet.com/i/1839322/42988/
0/0/0)



(http://www.zergnet.com/i/1822990/42988/0/0/0)

Secrets About 'Naked and Afraid' You Weren't Supposed to Hear (http://www.zergnet.com/i/1822990/42988/0/0/0)



(http://www.zergnet.com/i/1825557/42988/0/0/0)

This is How Harley Quinn Should Really Look (http://www.zergnet.com/i/1825557/42988/0/0/0)



### MEET THE PARENTS (2000)

**Cast**

Robert De Niro  as Jack Byrnes , Ben Stiller  as Greg Focker , Teri Polo  as Pam Byrnes , Blythe Danner  as Dina Byrnes , Nicole Dehuff  as Debbie Byrnes , Owen Wilson  as Kevin Rawley ,

**Directed by**

Jay Roach ,

**Written by**

Jim Herzfeld , John Hamburg ,

**Based On A Story by**

Greg Glienna ,

Comedy , Romance

Rated PG-13  For Sexual Content, Drug References and Language

108 minutes

Exhibit 13
8 of 37

4/4



AN AMAZON ORIGINAL MOVIE
PATERSON
A film by Jim Jarmusch
Stream with Prime Video
amazon prime video

IMDb | Find Movies, TV shows, Celebrities and more… | All | 🔍 | IMDbPro ▾ | Help | 📘 🐦 📷 | Sign in with Facebook | Other Sign in options

Movies, TV & Showtimes ▾ | Celebs, Events & Photos ▾ | News & Community ▾ | Watchlist ▾

IMDb > The Family Stone (2005) > Synopsis



Synopsis for
## The Family Stone (2005) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers
See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis

Watch It
Watch it at Amazon
Buy it at Amazon
More at IMDb Pro
Loading
Update Data

Quicklinks
synopsis ▾

Top Links
- trailers and videos
- full cast and crew
- trivia
  official sites
  memorable quotes

Overview
- main details
- combined details
- full cast and crew
  company credits

Awards & Reviews
- user reviews
  external reviews
- awards
- user ratings
- parents guide

Plot & Quotes
- plot summary
  synopsis
  plot keywords
- memorable quotes

Did You Know?
- trivia
- goofs
  soundtrack listing
  crazy credits
- alternate versions
- movie connections
  FAQ

Other Info
- box office/business
- release dates
- filming locations
- technical specs
- literature listings
  NewsDesk

In the opening scene, Meredith (Sarah Jessica Parker), an uptight, workaholic businesswoman is on her cell phone in a store, and her fiancee Everett Stone (Dermot Mulroney) is buying a gift for his sister Amy. He takes her phone and hangs it up. They pause as the opening credits roll while Christmas cards displaying various sketches of 'Christmasy' looking scenes. It zooms in on the Stone family home and mother Sybil Stone (Diane Keaton) sort of sadly staring out the window as her son Thad and his boyfriend/life partner Patrick drive up in their Range Rover. Thad and Patrick come into the house and Sybil gives Patrick a hug, sneaks up on Thad, who is hearing impaired.

Next to arrive at the house is sister Amy Stone (Rachel McAdams), who pulls up in her beat up Volvo, which matches Kelly (Craig T. Nelson) and Sybil Stone's maroon Volvo wagon in the driveway. She is dressed sort of haphazardly and her stuff falls out of her bag into the snow. She is irritated. A similar reunion takes place inside the house, where sister Susannah and her daughter Elizabeth are also there. Brother Ben has not arrived, as he has missed the first two flights from San Francisco.

It is now that sister Amy begins to tell the family (her father Kelly, mom Sybil, pregnant sister Susannah, gay-deaf brother Thad, and his boyfriend Patrick) about her dinner out in New York with other brother Everett and his girlfriend, Meredith Morton. She describes Meredith as awful, uptight, and describes how horrible she is. Meanwhile, Everett and Meredith pull up in his Saab. The family all watches them in the car through the window, where a visibly nervous Meredith is sharing her apprehension with Everett. They are dressed very formally, whereas the rest of the family is looking very bohemian.

Dad Kelly goes outside to help them with their things, and Meredith has to duck out of the way as Kelly and Everett embrace. The family inside snorts. Meredith tries to shake Kelly's hand, and he sort of awkwardly hugs her. Inside they go, where everyone embraces Everett and the uncomfortable Meredith is sort of in the middle of it all, again trying with the handshake of Sybil whom she says has a lovely home. Meredith keeps shouting at Thad even though its not necessary. Everyone else knows sign language (Meredith doesn't). Little Elizabeth remarks that Meredith has nice shoes. Amy hardly acknowledges Meredith's Merry Christmas.

Up to Everett's bedroom, where Meredith refuses to share a bed with him in his parents home. So Everett asks for her to have a different place to sleep, and she takes Amy's room, who isn't very happy and she and Sybil make that clear as Meredith moves her stuff in. Meredith is aware of their displeasure, but isn't getting a lot of help to rectify the situation. Then her sister, Julie, calls, and Meredith tells her that they all hate her and that yes, she is being herself. Ben shows up, where his mother informs him that there will be no pot in the house this year.

They go to get pizza and Meredith tells the endless and boring story of how they met before the fam settles in. Later on they play charades. Amy accuses Meredith of pointing at Patrick who is African American, to indicate the fourth word in her clue, 'The Bride Wore Black'... basically calls her a racist.

Bedtime. No one is happy. Mom and Dad discuss that Everett will be asking for the ring at some point and she doesn't want to give it to him for Meredith.

The next day. Meredith comes to the kitchen where Sybil is. Apologies and awkward tension. Then Amy comes in demanding coffee. More awkward tension. Sybil tells Amy that a local man is still in town and still likes her and shares with Meredith that Brad Stevenson popped Amy's cherry which Amy doesn't like. Sybil leaves the room. Meredith attempts to make small talk with Amy to no avail. Finally Meredith loses it and asks her what it was that she ever did to her, to which Amy says nothing but smiles smugly. Then Meredith announces to her that she doesn't care if she likes her or not. Amy says, "oh, sure you do."

While the gift exchange takes place in the kitchen, Everett asks his mom for her mother's wedding ring that she promised him awhile back when he was dating someone she liked better than Meredith. Long story short, she doesn't want that woman wearing her mothers ring so she says "no". This is the beginning of Everett being very angry.

Meredith decides to check into the local inn after the Amy incident, where her younger sister Julie (Claire Danes) will be joining her, forgoing Christmas with her own family. It is at this point where Everett loses his patience with his dysfunctional family. He gathers the group together,



Prime
AN AMAZON ORIGINAL MOVIE
PATERSON
Stream with Prime Video
Start your free trial
amazon
ad feedback

Promotional
- taglines
- trailers and videos
- posters
- photo gallery

External Links
- showtimes
- official sites
- miscellaneous photographs
- sound clips
- video clips

and declares that their behavior will now change. They believe he's serious, and when Amy tries to smart off again, he slams his fist down and shouts that they will pull their fangs out and be nice. He then storms off after telling them that they better get used to Meredith because she's important to him. They are off to the inn, but not before Ben extends the olive branch in the form of coffee in Sybil's favorite mug, and also telling Meredith that he had a dream about her last night. He doesn't get to tell her what the dream was.

After the inn, somehow Meredith is back at the house. Susannah, who is very pregnant and emotional, goes upstairs where Patrick has informed her that her mom is taking nap. Her mom rolls over when Susannah gets in bed with her. Susannah tearfully asks Sybil "who else knows?"

Ben and Dad Kelly are seen at the local football field, getting stoned by smoking dope. They are having pleasant conversation when Ben asks what's up with mom, and Kelly acts like nothing is going on. Ben insists that its obvious that she is sick, again, and finally Kelly admits that it's true and that the prognosis is not good. Ben gets upset. They go home.

Meanwhile, Thad and Everett are shopping in town.... for an engagement ring. Thad tells Everett that he shouldn't marry Meredith. Everett can't believe it. Back at home, Meredith is bonding with Patrick in the kitchen. They are making the Morton family Christmas morning breakfast item. Everett and Thad are going to the bus stop to meet Julie. Julie gets off the bus and Everett is enamored. Julie then falls as she gets off the bus. Back at the house, the family LOVES Julie. Loves. The greeting that you would expect Meredith to get. They are in the kitchen, where Ben walks in and hugs Sybil and is emotional, and Amy wants to know whats wrong and they all pretend nothing is wrong. Everyone is asking Meredith why she put mushrooms in the breakfast item because Everett is allergic and she freaks out; everyone is also attending to Julie's cut knee. Meredith takes over and takes Julie upstairs to fix the cut, and is clearly aware that everyone likes Julie and hates her still.

In the next scene, everyone is having Christmas Eve dinner. Everyone is making pleasant conversation about Ben's work and Julie's work, when the conversation turns to Patrick and Thad's attempt to adopt children. Meredith asks them if they care about the race of their child, as Patrick is black and Thad is white. They say that they don't care what color it is, they are happy to be getting a kid. Then the talk turns to them being gay, and Sybil (very strung-out on the pain/cancer medication she is taking) remarks that she wishes all three of her sons were gay because then they would never leave her. Clearly uncomfortable, the conservative Meredith asks Sybil point blank if she was serious about wanting all three of her boys to be gay, because "why would a mother wish that on her children?". The tone of the conversation takes a serious and troubling turn, when Meredith tries to understand why Sybil would wish for her kids to have a difficult life of being gay when it's hard enough for all of them "being normal". This cynical remark quickly takes the conversation on a downward spiral, when Everett doesn't help her explain what she means, and Sybil yells at Meredith followed by Kelly yelling more. Meredith responds by leaving the dinner table and running outside to the Saab. Before Julie can try and stick up for Meredith, Sybil shouts at Thad that he's "more normal than all the other assholes at the table".

Meanwhile, we hear Meredith unsuccessfully trying to leave the Stone family home, with the Saab hitting a shrub, then a tree. Julie starts to go to help her, but Ben volunteers to head outside. He gets to the car, and says to Meredith, "well ma'am what seems to be the problem here?" She bursts into more sobs, and he tells her to move over and proceeds to take her to a bar.

Everett has lost his appetite. Later, when he can't reach Meredith, he decides to go and look for her. Julie goes too.

Meanwhile, Meredith and Ben are getting loaded (drunk) at the local bar on Dos Equis beers. Ben informs Meredith that she really needs to relax. Ben tells her that deep down she is a freak, she just doesn't let her flag fly. She drinks some more beers. She picks a song. She sits back down. She is getting more drunk.

Julie and Everett are having a walk and talking about life. Everett is clearly taken with Julie.

Back at the bar, in walks Brad Stevenson (Amy's son) and his ambulance driving partner Dave. Meredith makes the Brad connection, and demands they join them for beers. More Julie and Everett bonding. He is clearly unfulfilled and has lived the life he thought his family wanted him to live and be perfect and that has not entailed him living his life the way he has wanted to.

Now Meredith's song comes on. She makes Brad dance with her and invites him to Christmas morning. She is now disheveled and wasted, and says it would be really great if they could get some pot to smoke and does Ben know where they could get some.

Julie and Everett walk back to the inn, where there is no Meredith. Everett invites Julie for a cup of coffee, but she tells him that she cant do that, presumably because Meredith is her sister.

Meredith and Ben are now drunk and in the Saab outside where Ben tells Meredith that in the dream she was a little girl shoveling snow, and that he was the snow and she was scooping him up.

Back at the inn, Julie is in bed reading, and there is a knock at the door. Its not Everett but is Kelly wanting to apologize to Julie and to Meredith for what went down back at dinner. Back at the house, Everett walks into the house, and Sybil apologizes. He tells her that he doesn't believe that she is sorry. Kelly comes home and Sybil tells him that Everett is super pissed. She tells him that she is scared of a lot of things, but mostly that he's getting married for the wrong reasons and she wont be around for it anyways. She slightly opens her blouse to reveal scares from a double mastectomy and Kelly kisses her. Everett tries to call Meredith, she doesn't answer because she is sleeping on Ben's shoulder in the Saab.

The next morning, it is Christmas Day. Susannah and Elizabeth want to open stockings. Meredith wakes up, and realizes that she is in Ben's bed and he is in the shower. She freaks, and freaks some more when Kelly is knocking at the door to see when he came home since the Saab is back in the driveway. He finally walks in, to find Meredith in Ben's bed, and turns and walks out sort of shocked.

Downstairs, Everett is working on coffee when Sybil comes in and gives him the ring. He remains pissed, when a shell shocked Kelly walks in and is tossed out by Sybil. More talk about wanting Everett to be happy, when Sybil drops the illness bomb again (implying that her cancer is advanced and will not recover), and Everett has a breakdown about it. Then Julie comes in, and somehow in the scenario Everett asks her to try on the Stone ring, which she then cant get off her finger. Chaos ensues, and Julie is upset, no one understands why. Then in walks Meredith, when Everett asks where does been, she lies and says she just got there. The ring chaos continues, and Julie and Meredith go into the bathroom to get the ring off. Then it all spills out. Meredith thinks she slept with Ben, Julie tells her that the ring is her wedding ring and she says something like "that's it?"

**Exhibit 13**
**10 of 37**

2/3

Brad shows up and Amy is angry with Meredith for inviting him and how do you know him, etc. They were all at the bar, he tells the story. They are all gathering to open presents in the family room.

The scene gets weird because Meredith thinks that Everett is going to propose and she's not up for it, so she rushes to give out her gift for everyone. They're all kind of shocked that she has gotten them a gift, then they open it as a group. She has gotten them all a framed photo of a pregnant Sybil, and they are all shocked that she would give them such a thoughtful gift. Sybil tells her that she has done good. She gets up to go do something, get away, and Everett tries to go with her and she blurts out that she will not marry Everett in front of everyone. Then Everett tells her that he wasn't going to ask, and then she blurts out that she slept with Ben. Then Ben tries to tell them that they didn't sleep together at all, but then Meredith leaves the room to go to the kitchen, sobbing about how humiliated she is.

She tires to put her Morton family meal in the oven, and now that they realize she's not a horrible person, Amy and Sybil feel bad for her humiliation and go to the kitchen, where they smack the kitchen door and hit Meredith, and her dish falls all over her and all over the floor. She is crying more, asking them why they think they are better than her, and tells Amy that she is the worst, then Amy falls in the egg mess. Meanwhile Everett is chasing Ben, they end up in the kitchen, where Ben finally is able to tell him that they didn't have sex, and he slept on the floor. And why does he care really, he doesn't love her. Sybil, Amy and Meredith hear this exchange, and obviously agree with this assessment.

Everett showers, Julie finds out when the bus back to her home leaves that night. Everett and Meredith chat in his room, basically concurring that they're done. Meredith goes to Ben's room, and he invites her to sit on the bed. Then he tells her to get out of her clothes which smell like puke, and she puts on a tee short and they lay and sing Christmas songs. Susannah's husband finally shows up. Everett wonders where Julie is, and Elizabeth has the family ring on and fesses up that Julie said goodbye. Everett and Thad and Kelly go looking for her at the inn, then Everett spots her across the way at the bus stop. He goes to her as the bus drives up and asks her to stay. She doesn't and the bus leaves. Then the bus stops and she gets off and asks him what he's doing for New Years.

One Year Later. Christmas Eve.

Thad and Patrick and their new adopted baby son pull up to the Stone house in their Range Rover. They go into the house, where Ben and Meredith (now married) are waiting. Susannah and her new baby are there along with Elizabeth, as is Dad Kelly. In the living room are Amy and Brad Stevenson (now married). Sybil is nowhere in sight. Amy is wearing a ring that Sybil always wore throughout the movie (confirming to us that Sybil is dead, having lost her recurring battle with breast cancer definitively). Then Everett and Julie (also married to each other) show up. Everyone is together and sort of smiling, and they are decorating the family Christmas tree. They all leave Brad and Amy in the family room, where Amy hangs an ornament that Sybil had been staring at earlier in the movie.

THE END

Synopsis

---

### Related Links

| Plot summary | Plot keywords | FAQ |
| Parents Guide | User reviews | Quotes |
| Trivia | Main details | MoKA: keyword discovery |

IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

Follow IMDb on

  

Home | Contact Us | IMDbPro
Top Rated Movies | News | Box Office Mojo
Box Office | Press Room | Withoutabox
TV | Advertising | Conditions of Use
Coming Soon | Jobs | Privacy Policy
Site Index | | Interest-Based Ads
Search
In Theaters

An  company.

Amazon Affiliates
Amazon Video — Watch Movies & TV Online
Prime Video — Unlimited Streaming of Movies & TV
Amazon Germany — Buy Movies on DVD & Blu-ray
Amazon Italy — Buy Movies on DVD & Blu-ray
Amazon France — Buy Movies on DVD & Blu-ray
Amazon India — Buy Movie and TV Show DVDs
DPReview — Digital Photography
Audible — Download Audio Books

Copyright © 1990-2017 IMDb.com, Inc.

BURBERRY

The DK88

**IMDb**

Find Movies, TV shows, Celebrities and more...   All   🔍    IMDbPro ▾ | Help   f t 📷

Movies, TV & Showtimes ▾    Celebs, Events & Photos ▾    News & Community ▾    **Watchlist** ▾    f **Sign in with Facebook**   Other Sign in options

IMDb › The Proposal (2009/I) › Synopsis



Watch It

Own the rights?

Buy it at Amazon

More at IMDb Pro

Loading

Update Data

**Quicklinks**
synopsis ▾

**Top Links**
- trailers and videos
- full cast and crew
- trivia
- official sites
- memorable quotes

**Overview**
- main details
- combined details
- full cast and crew
- company credits

**Awards & Reviews**
- user reviews
- external reviews
- awards
- user ratings
- parents guide

**Plot & Quotes**
- plot summary
- synopsis
- plot keywords
- memorable quotes

**Did You Know?**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- box office/business
- release dates
- filming locations
- technical specs
- literature listings
- NewsDesk

**Promotional**
- taglines
- trailers and videos

Synopsis for

# The Proposal (2009/I) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis



" Awesome for a student "
PTGirl2018
DISCOVER
ad feedback

The opening segments of the movie intersect between Andrew Paxton (Ryan Reynolds) and Margaret Tate (Sandra Bullock) as they wake up and get ready for the workday. While Margaret has time to work out and leisurely read the paper as she eats her breakfast, Andrew wakes to find he's overslept and leaps out of bed in a panic. Despite being late, he manages to pick up some coffee and rush into the office of a large publishing company in New York City just as his boss Margaret comes in. He fires off a mass mail warning everyone in their cubicles to look sharp as the 'witch on her broom' arrives. It turns out that Margaret is a top editor of the company, notorious for her cold indifference and iron fist, while Andrew is her assistant / secretary.

Margaret begins the day by firing fellow editor Bob Spaulding (Aasif Mandvi) for failing to set up an interview with an author renowned for his reclusiveness. Bob responds by yelling and insulting her in front of his coworkers, but this doesn't faze Margaret, who orders him to vacate the office by the end of the day and informs Andrew that, due to Bob's firing, she needs him to work over the weekend.

Andrew explaining that he's planning to travel home for his grandmother's 90th birthday reaps no leeway. Margaret is then summoned to an upper office to speak with her boss, Chairman Bergen (Michael Nouri), who informs her that she is to be deported back to her native Canada due to an expired visa. When Andrew enters the office to fetch Margaret, she devises a desperate bid to stay in the country and maintain her job: She calls Andrew to her side and announces that the two are to be married. Andrew is too stunned and encouraged by Margaret's assurances to deny otherwise. Bergen arranges to have them go together to the immigration office to validate the engagement.

Back in Margaret's office, Andrew tries to break away from the situation, but Margaret blackmails him into keeping the ruse up until she gains her citizenship, promising to swiftly divorce him once it's done. Despite his fears of being fined, or worse, sentenced to jail time, Andrew agrees. At immigration they meet with Mr. Gilbertson (Denis O'Hare), an investigator who sees through their ploy and tries to get them to confess. Though looking as though he will crack under the pressure, Andrew retains his composure and assures Gilbertson that he and Margaret are in love and that he's even due to be promoted to editor; doing a complete 180 on Margaret's blackmail. While Gilbertson is still unconvinced, Margaret insists and tells him they're planning to announce their engagement at Andrew's grandmother's birthday party that weekend, which turns out is in Sitka, Alaska.

Once out on the street, Andrew demands that his promotion be immediate and tells Margaret to publish 20,000 copies of a manuscript he's been trying to get through or he will make a deal with immigration and confess. Trapped in her desperation, Margaret agrees and, upon Andrew's request, gets down on her knees and asks him to marry her. Andrew teases her but accepts.

The first leg of their journey is in First Class on a transcontinental flight, during which Margaret quizzes Andrew's knowledge on her to find that he has been very thorough, while she knows nearly nothing about him. He reveals that he knows she has a tattoo since she once asked him to research removal techniques but canceled her dermatologist appointment. They are forced to take a second, smaller, and uncomfortable flight from Anchorage to Sitka. Upon landing they are greeted by Andrew's mother, Grace (Mary Steenburgen) and grandmother, Annie (Gammie - Betty White), who inform them that Margaret's hotel reservation was canceled so that she could stay at the family home.

Margaret is clearly uncomfortable in this environment and, as they make their way to Andrew's home, is shocked to see that the family name is posted on nearly every business in town. She is equally shocked when she learns that the only way to get to the Paxton home is by boat. Since she can't swim, her fear is apparent, though Andrew tells her to shrug it off.

Arriving at the family estate, Margaret questions why Andrew never told her he was rich. He plays it off by saying that he isn't but his family is. Inside they find a large gathering of family and friends waiting for them as a homecoming to Andrew, who's been away for three years. To Andrew's surprise, his friend Chuck (Michael Mosley) and high school sweetheart Gertrude (Malin Akerman) are in attendance.

Andrew's father, Joe (Craig T. Nelson), confronts him about bringing his boss about whom Andrew consistently expressed hatred in the past. Having been estranged from his father for some time, Andrew distantly declares his intent to marry Margaret before announcing the engagement to everyone. Joe is stunned but Grace and Gammie react with joy and request a story of the proposal. Andrew and Margaret improvise an awkward story of how it happened, playing off each other and laying subtle insults throughout. Clinking their wine glasses, everyone demands a kiss then from Andrew and Margaret who oblige with a light peck at first but finish with a longer, passionate kiss that seems

to surprise the both of them.

Reassuring them that she approves their relationship, Grace sets Andrew and Margaret up together in a shared bedroom for the night. Gammie gives Margaret a quilt with 'special powers' that she won't divulge other than saying she's nicknamed it The Babymaker. Margaret tosses it aside for the night and insists that Andrew sleep on the floor.

The next morning, Margaret is awoken by her phone and sees that one of her important clients is calling. She struggles for better reception and is told by Andrew, half asleep, to go outdoors. As she exits, she fails to shut the front door and the family puppy, a husky named Kevin, follows her out only to be swept up by a hungry eagle, which drops Kevin into Margaret's arms and swoops in again, snatching her phone right out of her hand. Margaret lifts Kevin in the air in a comical attempt to trade the puppy for her phone while Grace and Gammie watch from inside, thinking she's merely playing. Andrew goes outside to fetch her and tells her that he can place an order for a new phone to pick up in town. For now, he tells her that she's going out with his mother and Gammie, who take her to a local bar where they watch as Ramone (Oscar Nuñez), who Margaret recognizes as the man who was waiting hors d'oeuvres at the Paxton home, performs a dance to a remix of Relax. He places a veil on Margaret's head and brings her to the stage for a bachelorette strip dance, much to her embarrassment.

Margaret steps outside for some air once her lap dance is over, and is soon joined by Gertrude. They talk about Andrew, and Gertrude reveals that he proposed to her after graduation, but she refused because he wanted to go to the city and she wanted to stay home. She's happy being an eternal local and always knew that Andrew was meant for bigger things. Grace comes outside to collect Margaret and, through the open door, Gammie is briefly seen dancing with Ramone.

Back at the house, Andrew goes outside where his father is driving golf balls that dissolve in water into the lake. While Joe apologizes for his rash behavior over the engagement, he expresses his disappointment that Andrew chose to move to New York rather than run the family empire, berating his career choice as trivial and silly. Andrew argues that what he does makes him happy before rejecting his father's apology and leaving. When Grace, Gammie, and Margaret return, they find Andrew listening to an MP3 and hollowing out a wooden canoe in the yard, which Grace recognizes as a sign that something is wrong, as evidently the canoe has been a long-term project that Andrew usually works on when upset.

Grace confronts Joe in the lounge and tells him to start being more supportive before Andrew decides not to come home again. Margaret overhears some of the dispute before going upstairs to shower. Just before she gets out of the shower, Andrew enters the room, still listening to his music, and walks out to the balcony where he starts to undress. Realizing that she forgot to grab a towel from the linen closet, Margaret tries to sneak out of the bathroom but is pestered by Kevin. As she makes a break for it, she runs straight into the naked Andrew and they collapse to the floor. Screaming at each other, they quickly cover up and run to opposite ends of the room and Margaret barely avoids using the Babymaker as a cover-up.

Later that night, they lie awake and Margaret asks Andrew why relations with his father are so strained. Andrew eludes the question and changes the subject to Margaret and what she has a tattoo of on her back. Silent at first, Margaret tells him that she has two swallows meant to immortalize her parents, who died when she was sixteen. She warms up further and explains that she only acts tough to maintain a reputation; when Bob shouted insults at her, she retreated to the restroom where she wept. Andrew breaks the somber mood by singing It Takes Two by Margaret's favorite band and then asks her not to take it wrongly when he says she's very attractive.

The next morning, Margaret wakes early and puts on some light makeup before Grace knocks on the door. Margaret frantically tries to wake Andrew and make it appear as though they'd been snuggling as Grace enters with Joe and Gammie and asks them if they will marry the next day in the barn where they were wed. Andrew and Margaret hesitate but quickly agree when Gammie asks if they could do so before she dies.

The sudden decision puts Andrew into shock and he fears that if Gammie finds out about the charade, she will die. Margaret tries to console him, finding herself in a more caring mood before she leaves the room to change. Scared by her feelings, Margaret grabs a bike and heads down a trail in the woods where she happens upon Gammie chanting around a small fire, dressed in traditional native robes. Gammie invites Margaret to chant to Mother Earth to ask for blessing and encourages her to find a rhythm. Margaret starts chanting and to Gammie's surprise, breaks into singing Get Low. Andrew arrives and tells Margaret that her phone has arrived in town.

They retrieve the phone at a convenience store, where Margaret is shocked to see Ramone working. Andrew takes her to an Internet café to check her mail while he runs outside to catch up with Gertrude, who is escorting a class of children while Margaret watches them with mixed feelings.

Leaving the café, Margaret is kidnapped by Grace and Gammie, who take her to a dress shop where she is fitted with Gammie's wedding dress. Gammie does the alterations and gives Margaret a necklace that was given to her by her mother. Margaret is visibly moved by this and Grace breaks down with happiness.

Afterwards Margaret meets Andrew at the docks to go back to the house but takes the controls and speeds off. Andrew asks her what's wrong and Margaret panics and shouts that she'd forgotten what it was like to have a real family; the idea of falsely marrying and possibly hurting Andrew's family now seems impossible. Andrew takes the helm of the boat back and narrowly misses a buoy, but the sharp turn sends Margaret overboard. Andrew manages to rescue her and take her back to the house safely. However, they are met on the docks by Joe, who takes them to the barn where Mr. Gilbertson the immigration agent is waiting. They both confront the couple on the possibility of a false marriage, but Andrew stands by his word and angrily leaves the barn with Margaret.

Later, Margaret tries to tell Andrew that he should reconsider his actions, but he is adamant. Before they can do anything else, Gammie steals Andrew away saying that the groom must not see his bride before the wedding.

The next day, everything goes as planned until Margaret is standing at the altar with Andrew facing the ubiquitous cleric, Ramone. Before he can start, Margaret stops him and, over Andrew's objections, faces the crowd and announces the farce. Mr. Gilbertson smiles in his seat as Margaret apologizes to the Paxton family and tells Gilbertson to meet her at the airport. Andrew goes to follow Margaret, but is stopped by his family demanding an explanation. By the time he gets to their bedroom, Margaret is gone. Her wedding dress and a hand-written note lie on the bed. He reads the note, an apology from Margaret acknowledging his writing talents and promising that she will keep her end of the bargain, as Gertrude enters. Though Andrew seems upset and tells Gertrude that Margaret was inconsiderate to leave without talking to him face to face, she asks him if he's simply going to let her go.

Andrew runs back outside and is stopped by his father, who quarrels with him over what's happened. Gammie stammers in the background

**Exhibit 13**
**13 of 37**
2/3

for them to stop yelling and suddenly gets short of breath and collapses. An emergency charter plane is called to take Gammie to the hospital. Grace, Joe, and Andrew accompany her and she asks the boys to make up with each other and to stop fighting. They promise to, and she lays back, content, and says the spirits can now take her. Then she sits up and announces,"I guess they're not ready for me!" before ordering the pilot to take them to the airport. Joe and Andrew are beside themselves, but Gammie defends herself saying that her dying act was the only way to get them to shut up.

They arrive at the airport and Andrew dashes onto the runway but is too late to stop Margaret's plane. Joe can only express confusion while Grace and Gammie explain that Margaret wouldn't have told the truth unless she loved Andrew, who has discovered that he loves her too.

With 24 hours to pack and depart to Canada, Margaret cleans out her office as coworkers still show trepidation around her, though she couldn't care less at this point. Andrew arrives, out of breath and out of patience. He tells her that, while only three days ago he fantasized about her getting hit by a taxi, things started to change in Alaska and he only realized how he truly felt when he was left alone at the altar. He properly proposes and, while Margaret admits that she's scared, accepts. They kiss and are applauded by the whole office.

They return to the immigration office where Gilbertson tells them that if they show the slightest hint that their engagement this time isn't genuine, he will take them down. As the credits roll, Margaret and Andrew, along with the entire Paxton family, are individually interviewed by the Gilbertson with comical results. Ramone is also interviewed and he laughs nervously as his citizenship is questioned.

Synopsis

(72/31)

---

## Related Links

Plot summary            Plot keywords            FAQ

Parents Guide          User reviews           Alternate versions

Quotes                   Trivia                   Main details

MoKA: keyword discovery


YOU COULD SAVE $620 when you switch to Progressive   Zip Code   Get a Quote   PROGRESSIVE

## IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site   »

## Follow IMDb on

  

Home             Contact Us        IMDbPro

Top Rated Movies   News           Box Office Mojo

Box Office          Press Room     Withoutabox

TV                   Advertising

Coming Soon       Jobs           Conditions of Use

Site Index                         Privacy Policy

Search                       Interest-Based Ads

In Theaters

An amazon.com company.          Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

Amazon Video    Prime Video    Amazon Germany    Amazon Italy    Amazon France    Amazon India    DPReview    Audible
Watch Movies &    Unlimited Streaming  Buy Movies on    Buy Movies on  Buy Movies on  Buy Movie and  Digital    Download
TV Online       of Movies & TV    DVD & Blu-ray   DVD & Blu-ray  DVD & Blu-ray  TV Show DVDs  Photography  Audio Books

IMDb    Find Movies, TV shows, Celebrities and more...    All    🔍    IMDbPro ▾    Help    f  🐦  📷

Movies, TV & Showtimes ▾    Celebs, Events & Photos ▾    News & Community ▾    Watchlist ▾    f Sign in with Facebook    Other Sign in options

IMDb > Why Him? (2016) > Synopsis



Synopsis for
# Why Him? (2016) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers.
See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

| Synopsis |

Watch It

Own the rights?

Buy it at Amazon

More at IMDb Pro

‹ Loading

Update Data

**Quicklinks**
synopsis ▾

**Top Links**
- trailers and videos
- full cast and crew
- trivia
- official sites
- memorable quotes

**Overview**
- main details
- combined details
- full cast and crew
- company credits

**Awards & Reviews**
- user reviews
- external reviews
- awards
- user ratings
- parents guide

**Plot & Quotes**
- plot summary
- synopsis
- plot keywords
- memorable quotes

**Did You Know?**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- box office/business
- release dates
- filming locations
- technical specs
- literature listings
- NewsDesk

**Promotional**
- taglines
- trailers and videos
- posters
- photo gallery

**External Links**
- showtimes

The film starts with a Facetime chat between Laird Mayhew (James Franco) and his girlfriend Stephanie Fleming (Zoey Deutch). She invites him to come over to "Netflix and chill". Laird gets excited and starts naming Netflix shows as he points the phone's camera down toward his groin.

Stephanie's younger brother Scotty (Griffin Gluck) puts on a slideshow at an Applebee's in honor of their dad Ned's (Bryan Cranston) birthday. Ned's wife/the kids' mother Barb (Megan Mullally) and some of Ned's coworkers are in attendance. Scotty arranges for Stephanie to pop in via webcam, just as Laird walks into her room. He takes his pants off and exposes his bare ass to everyone. Scotty frantically tries to shut the feed out, but he accidentally gets a shot of Laird's ass. Ned just grabs the laptop and smashes it when the restaurant employees come in to sing "Happy Birthday".

Ned is the CEO of a printing company that has been having a rough year. The company is in debt and is unable to close deals with other companies due to the lack of demand for printing. Ned talks to his coworker Lou Dunne (Cedric The Entertainer) about the incident from the previous night. Ned tells Lou that Stephanie wants the rest of the family to meet Laird, even though Stephanie never even mentioned having a boyfriend up until that night.

Stephanie drives her family to Laird's house, which is surprisingly huge. She explains to Ned that Laird is the CEO of a video game company, meaning he's super rich. They arrive at the house, and Laird greets the family as "the motherfucking Flemings!" They also meet Laird's right-hand man Gustav (Keegan-Michael Key), who also acts as the voice of reason to Laird. Laird gives the family a tour of his house, complete with curse words and overly complimenting Barb's looks in front of Ned. He even shows off a back tattoo that he got of the Flemings' Christmas card, with "Happy Holidays" written on the bottom. In the living room is a tank with a moose filled completely with its urine. The basement has a bowling alley that Laird built with a mural of Ned, complete with a "crotch-chop" pose of his.

Ned talks to Stephanie about Laird's behavior, which she knew he would bring up. She asks Ned to give him a chance.

During dinner, Laird starts talking about times that he and Stephanie have had sex, in full and graphic details. She later tells him that he is making her parents uncomfortable, so Laird vows to be better for her.

Laird apologizes to Ned and Barb for making them uncomfortable. He then introduces them to his Siri-like voice system called Justine (Kaley Cuoco), who is there to accommodate Laird and his guests.

Ned tries to use the bathroom, but unfortunately, Laird has declared his home a "paper-free" zone, so Ned has to clean himself with an automated toilet. Gustav tries to help Ned clean himself, but it just becomes complicated.

Laird invites Ned to go out for a walk in the woods outside his house. He brings Ned to a teepee so that he could ask Ned for his blessing to propose to Stephanie. Ned is quick to say no, which completely blindsides Laird since he was confident Ned would says yes. Laird promises to win him over so that he can get his blessing, but he also asks to keep it a secret from everyone, including Barb and Scotty.

Laird throws a party for the Flemings. He invites some of his fellow entrepreneur buddies to the party. Ned meets a pair of siblings that run a company that is something of a rival to Ned's company. Ned makes a comment that he feels "bukkake" after hearing Laird use it in the sense that he is feeling overwhelmed, only to be told by everybody else that it literally means "jizz in your face."

Laird bonds with Scotty as the boy tries out Laird's new video games and gives him feedback, while also talking business with him since Ned has been grooming Scotty to take over his business. Meanwhile, Barb encounters someone with a vape pen, and she gets really high. She later tries to get Ned to come onto her, but he refuses.

Ned contacts his coworker Kevin Dingle (Zack Pearlman) to dig up some dirt on Laird. Dingle tries to hack into Laird's personal content, only for him to get hacked back by an anti-hacking program that Laird installed, causing all of Dingle's power to crash. He tells Ned to try and break into Laird's personal computer by trying to figure out his password. Dingle assumes it must be something dirty "(StephaniesBoobs" for example), but Ned is surprised when the only piece of paper in the house with a password that says "StephaniesDude" (which he actually thinks is sweet). Before Ned can read too much, Laird and Stephanie both walk into his office and talk about how Laird has been acting. He apologizes and tries to get her to have sex. Instead, she lets him go down on her, which Ned is forced to listen to as he hides under Laird's desk.

The family gathers in Laird's living room for a Christmas party. Ned takes the chance to tell everyone that Laird is in debt since his company hasn't been doing so well. Laird then reveals that he bought Ned's company as a gift to remove all his debts. Instead of expressing gratitude, Ned punches Laird in the face. The two start fighting childishly (Ned bites Laird's dick), and Laird runs to the top of the moose tank. The glass beneath his feet breaks and it fails. In. Scotty runs over to break Laird out, but the tank breaks completely and sends moose piss all over the place. The moose itself is on top of Scotty, and its balls are on his face. Stephanie and Barb are both pissed at the men's behavior, and the family leaves Laird's home.

official sites
- miscellaneous
- photographs
  sound clips
  video clips

Upon returning to work, Ned finds that all of his employees are celebrating Laird's purchase of the company since their jobs are now safe. They get him an iPad as a gift, which has a wallpaper of him and Laird from the bowling alley, making Ned feel guilty.

It's Christmas Day, and the Flemings are celebrating without Stephanie. They are surprised when Laird's chopper comes down to the middle of the street since he wanted to surprise Stephanie and bring her home for Christmas. She is still mad at both Ned and Laird for their behavior around her, and she goes inside the house. Ned and Laird have a talk, and since Laird still wants to propose but won't do so until he officially gets Ned's blessing. Laird also reveals that he got doves and another special surprise as part of the proposal, but Ned says that Stephanie doesn't like the flashy stuff and that she loves Laird for who he is. He finally gives Laird his blessing. Ned goes inside to talk to Stephanie and get her to talk to Laird. Through a miscommunication, Ned tries to call off the surprises, but Gustav thinks it's still a go. He sets the doves free and also brings out Gene Simmons and Paul Stanley of KISS to come out and play "I Was Made For Lovin' You". Laird tells the two to go inside the Fleming house while he proposes.

Moments later, Laird and Stephanie go inside the house. Laird tells Ned that Stephanie declined the proposal because she's just not ready to get married, but she still wants to continue dating Laird.

Later during the party, Ned and Scotty approach Laird for a new business idea since they are all part of the same company now. Scotty says they should sell the same toilets Laird has in his home since they would be very profitable. Laird likes the idea and agrees. The couples then dance together as music plays, with Ned referring to Laird as "son".

Synopsis

‹‹Prev

## Related Links

| Plot summary | Plot keywords | Parents Guide |
| User reviews | Quotes | Trivia |
| Main details | MoKA: keyword discovery | |


YOU COULD SAVE $620 — by switching to Progressive    That's like a month of coffee. Very fancy coffee.    [Zip Code]    Get a Quote    PROGRESSIVE

## IMDb Everywhere

 Download on the App Store   GET IT ON Google play   Available at amazon

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site                    »

## Follow IMDb on

  

| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | Press Room | Withoutabox |
| TV | Advertising | |
| Coming Soon | Jobs | Conditions of Use |
| Site Index | | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

An amazon.com company.        Copyright © 1990-2017 IMDb.com, Inc.

| Amazon Affiliates | | | | | | | |
| Amazon Video Watch Movies & TV Online | Prime Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |

*The New York Times* | https://nyti.ms/Rr6qCg

BOOMING

# Bringing My White Boyfriend Home to Mom

From Our Children

By DANIELLE N. HESTER    OCT. 8, 2012

Is interracial dating still such a big deal for people to grasp?

I posed the question to a group of my girlfriends one evening not long ago, as we sat on the rooftop of Latitude Bar and Grill, among a mixed crowd of 20-something professionals, sipping margaritas and enjoying the last days of a New York summer. The collective response was a nonchalant *who cares*, with all agreeing that the topic has been overly probed in the media. "Maybe it's because we live here," one friend said, "but it's not a big deal."

We are a group of women of color who have all participated in interracial dating. It is inevitable, especially being single and living in New York City. All in our mid-20s, we live a reality that is a melting pot of mixing and mingling, people open to making connections with anyone who can hold down a good conversation. This can lead to multiple dates and that can lead to marriage. According to the Pew Research Center, interracial marriage rates are at an all-time high in the United States, with the percentage of couples exchanging vows across the color line more than doubling over the last 30 years.

Exhibit 13
17 of 37

But for my 52-year-old mother, an interracial relationship was not something she was open to when she was dating and in her 20s. Raised on Chicago's South Side, in a predominantly African-American neighborhood, my mom was 9 when riots broke out after the assassination of the Rev. Dr. Martin Luther King Jr.; a senior in high school when "Roots" was shown on television; and as a young adult had to deal with Chicago's housing and school segregation policies throughout the 1980s.

As far as she was concerned, only a black man could appreciate her foxy Afro and Southern-homebred cooking. Only a black man would be accepted by my Southern grandmother, who paradoxically married my grandfather — a biracial man from the Virgin Islands — but would always say that she hoped her own children would never marry outside their race. "I don't have anything against anyone, I just prefer my kids to marry black," she would say to my mom. All five children stayed within the color lines.

For much of her adult life, my mom says she has shared the same sentiments on dating as my grandmother when it came to me, her only child. That is, until the time came when she had to accept that I was open to crossing racial boundaries.

The first time I dated a guy who was not black, I was in my second year at DePaul University in Chicago. Tall, blue eyes, short buzz-cut — Mike was the favorite eye-candy for all the girls on campus, especially among the small percentage of black girls who attended the private Roman Catholic institution. He had the "swag factor"— confidence, charisma, a stylish appearance — that I and most of my girlfriends are attracted to. And Mike was attracted to us as well. The majority of his previous girlfriends had been black or Hispanic. But, most important, Mike was an all-around, down-to-earth person: easy to talk to, would speak to anyone who passed by (even if he didn't know them) and was always offering to help someone in need. Naturally, we hit it off instantly.

My mom and I had rarely talked in depth about guys I dated. (At that point, I had never liked anyone enough to mention to her.) But Mike and I began hanging out a lot. And when she would call to check in with me at school, she would always ask, "What are you up to?" My frequent response: "Hanging with Mike." I don't

**Exhibit 13**
**18 of 37**

recall when or how I mentioned he was white, but when my mom found out, word quickly spread throughout the family.

I imagine the initial call was to my Auntie, and probably went something like this:

Mom, in her sassy girl-let-me-tell-you tone: "You know your niece is dating a white guy, right t?"

My Auntie would respond: "Ha! Oh, really?"

They would both say, in unison, "Hmmm."

That "hmmm" meant a lot without having to say much at all.

I didn't know what to expect when I brought Mike home for the first time to meet my mom. It wasn't a planned event, just a quick hi and bye; he was bringing me back from school for the weekend. (He didn't even step all the way into the house.) My mom wasn't rude to him, but she definitely kept the conversation short. Mike wasn't bothered, however. He was used to being in these types of situations, which helped to ease my mind when I finally met his parents, who were more comfortable with their kids' race relations than my mom was. (At the time, Mike's sister was dating an Indian man. She's now married to a Mexican-American.)

As time passed, the conversations between my mom and Mike grew longer, and eventually he was sitting at the kitchen table talking to her about her days at work. He and I would date for three years, until, eventually, our lives took us in different directions: he became a community organizer for low-income residents in Chicago; I moved to New York for graduate school to pursue journalism. We remain good friends. And my mom still asks how he's doing.

It wasn't until years later that I would finally ask my mom how she felt about my dating Mike and my generation's openness to interracial dating.

"At first, I didn't like you dating a white guy at all," she recently told me. "But once I got to know him and his family, and you started telling me more about his background, it wasn't a problem."

**Exhibit 13**
**19 of 37**

3/4

We talked for a while about the phases of acceptance that she and her baby boomer peers have had to go through. Because of their children's openness to interracial relationships, they've not only had to come to terms with us dating outside our race, but also the likely possibility that we may not marry someone of the same color. "I've gotten to the point where I can fully expect both possibilities, but there's still a slight preference for you to marry a black man," she said.

For African-Americans, the shift also comes with a sense of disappointment toward what I and my friends view as the troubling state of black men in this country. A Stanford law professor, Ralph Richard Banks, even suggested in his popular book "Is Marriage for White People?" that we expand our dating options because too many black men are incarcerated, gay or just not interested in dating us.

More than anything, my mom just wants me to find someone who makes me happy, as do most parents. I am the oldest grandchild and was the first to expose my family to interracial dating. Over the years, as my cousins have started to do the same, there is no longer the awkwardness that I had experienced, though my mom does remind us that if my grandmother were still alive, she would not be as tolerant. It is understandable. After all, my parents and grandparents grew up in a time when racism was more pronounced. I would never discredit that. Their experiences and efforts have made it easier for my generation to live a lifestyle that allows us to date whomever we want without worrying — or even noticing — if anyone cares.

Correction: October 9, 2012
An earlier version of this essay gave an incorrect middle initial for the author. It is N not H.

© 2017 The New York Times Company

Exhibit 13
20 of 37

4/4

7/12/2017 Meeting The Parents? What Not to Do When You Go Home Together for The Holidays | Glamour

Case 5:17-cv-01153-JGB-KK Document 19-4 Filed 07/12/17 Page 159 of 211 Page ID #519

SEX & RELATIONSHIPS

# 10 Hilariously Awkward Meet-the-Parents Stories

BY GENA KAUFMAN

Spending the holidays with your guy's family for the first time is a huge relationship milestone. But between your nerves, the usual family tension, and your weird Uncle Sal's inappropriate stories, it's also a prime opportunity for total disaster. Read on for 10 of our readers' most embarrassing meet-the-parents moments.

START





# Meet-the-Parents Horror Story: A Wardrobe Malfunction

"The first time I visited my boyfriend's home, I bent over and my jeans ripped right down the middle in the back. I was wearing a red thong, and his mom pointed it out to me. Needless to say, I was mortified and had to leave the house in my boyfriend's sweatpants."

—Penny

Getty Images

**Exhibit 13**
**22 of 37**





# Meet-the-Parents Horror Story: Getting Off on the Wrong Foot

"When I was 13, I was invited over to my then-boyfriend's house for dinner. I was nervous and trying to be on my best behavior, but about halfway through the meal, I became more comfortable. Feeling frisky, I found my boyfriend's foot. His dad looked up at me, roared with laughter, and let me know his son's feet were not where I thought they were. I had been playing footsie with his father."

—Danielle

Getty Images



## NEW Flavors at Walmart

Find P.F. Chang's® Home Menu Sauces

Exhibit 13
24 of 37







# Meet-the-Parents Horror Story: A Dirty Little Secret

"My first time meeting my future husband's parents at our house, I really wanted to make a great impression, so I cleaned everything really well—or so I thought. His parents went to move a chair from another room so we could all watch a movie, and under it was the biggest pile of dirt and dog hair you have ever seen. It was so awful! There went any impression I was trying to make."

—Carolyn

CN Archive

7/11/2017
Meeting The Parents: What Not to Do When You Go Home Together for The Holidays | Glamour
Case 5:17-cv-01153-JGB-KK Document 19-4 Filed 07/12/17 Page 164 of 211 Page ID
#:524

Exhibit 13
26 of 37

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 165 of 211





## Meet-the-Parents Horror Story: Mom Got Way Too Comfortable

"The first time I ever met my now-husband's parents during Christmas, his mother exclaimed, 'Oh! You have to see what your stepdad gave me for Christmas this morning!' She rushed back holding up a sheer white teddy and matching G-string against her body, cooing, 'Isn't it sooooo sexy?' I know parents have sex, but I don't need to see the bedroom attire of my future mother-in-law hours after meeting her!" —Melissa

Getty Images



**Exhibit 13**
**27 of 37**

1/2







# Meet-the-Parents Horror Story: Mom Got Too Comfortable

"The first time my mom met my now-husband, we were watching a movie in the living room. My mom was in the kitchen when we heard her let out the loudest, longest fart imaginable. I was mortified, and when I screeched 'Mom!' at her, she blamed the squeaky door hinges. Thank goodness my husband was good-natured about it and eventually decided to marry me, because my mom still has no shame!"
—Rebecca

Getty Images

7/11/2017   Meeting the Parents? What Not to Do When You Go Home Together for the Holidays | Glamour

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 168 of 211   Page ID #:528







# Meet-the-Parents Horror Story: Death by Chocolate?

"My boyfriend's family was from Jordan, and his mother had prepared some kind of chocolate-covered treat that was native to their country and wanted me to try one. I did and immediately fell to the floor choking. It was a Jordan almond, and I'm highly allergic to almonds. I figured he would have told her that—or maybe he did and we were off on a bad foot long before I realized it!"

—Sam

Getty Images





# Meet-the-Parents Horror Story: Grandma's Stern Warning

"The first time I met the parents of my first boyfriend, I was 18 and he was still 17. After taking us out for a nice dinner, his grandma turned around in the front seat of the car, looked right at me, and said, 'You know if you two have sex it's illegal, right? Just something to think about.' I was completely speechless! It actually isn't illegal in our state, but I felt it would be too weird to correct her."

—Braunfam

Getty Images


FIND LOVE ONLINE AT
the shelter pet project adopt
THESHELTERPETPROJECT.ORG

7/11/2017
Meeting the Parents? What Not to Do When You Get Together for the Holidays | Glamour
Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 171 of 211   Page ID
#:531

Exhibit 13
33 of 37





# Meet-the-Parents Horror Story: Receiving an Odd Compliment

"His dad walked in, looked at me, and said to my boyfriend, 'You were wrong! She is pretty!' My boyfriend was embarrassed, but I got a good laugh about it."
—Kelly

Getty Images



 

## Meet-the-Parents Horror Story: A Revealing Trip and Fall

"I was wearing these brand-new heels I just had to have, along with a flimsy dress I got to match them. I had gone outside to get something out of my car, and when I came back in, I tripped over his mom's computer cord and one of my girls popped out!" —Amanda

Getty Images







# Meet-the-Parents Horror Story: The Fake Domestic Goddess

"Early on in my relationship with my Southern beau, I took a store-bought apple pie to a meal with his family and tried to pass it off as homemade. Everyone was oohing and aahing about how yummy it was. Then his sister asked if it had milk in it, and before I could stop myself I said, 'Oh, I'm not sure.' Everyone looked at me like I was crazy. 'But you made it,' they said. 'Don't you remember if you put milk in it?' I stood there looking like a fool saying I couldn't remember. Then they asked me what ingredients it did have, and I was like 'apples?' I had no clue what to say. That was the last family meal I've taken food to."

—Kate

Getty Images

Exhibit 14






**Are you a Book Lover?**
T-Shirt For True Book Lovers. Only Passionate Readers will Understand this. sunfrog.com

< Previous Chapter

**GENESIS**
## CHAPTER 26

Next Chapter >

1   And there was a famine in the land, beside the first famine that was in the days of Abraham. And Isaac went unto Abimelech king of the Philistines unto Gerar.

2   And the LORD appeared unto him, and said, Go not down into Egypt; dwell in the land which I shall tell thee of:

3   Sojourn in this land, and I will be with thee, and will bless thee; for unto thee, and unto thy seed, I will give all these countries, and I will perform the oath which I sware unto Abraham thy father;

4   And I will make thy seed to multiply as the stars of heaven, and will give unto thy seed all these countries; and in thy seed shall all the nations of the earth be blessed;

5   Because that Abraham obeyed my voice, and kept my charge, my commandments, my statutes, and my laws.

6   And Isaac dwelt in Gerar:

7   And the men of the place asked him of his wife; and he said, She is my sister: for he feared to say, She is my wife; lest, said he, the men of the place should kill me for Rebekah; because she was fair to look upon.

8   And it came to pass, when he had been there a long time, that Abimelech king of the Philistines looked out at a window, and saw, and, behold, Isaac was sporting with Rebekah his wife.

9   And Abimelech called Isaac, and said, Behold, of a surety she is thy wife: and how saidst thou, She is my sister? And Isaac said unto him, Because I said, Lest I die for her.



**BIBLE OPTIONS**

AA   Text Size   +   —

Share to:   f   t   g+

¶   Paragraph View

Parallel View

Listen



**BIBLE TRIVIA**

What does Abimelech threaten his people with if they hurt Isaac or Rebekah?

◯   Exile

◯   Death

◯   Torture

◯   He does not threaten them.

>   Check Answer

10   And Abimelech said, What is this thou hast done unto us? one of the
     people might lightly have lien with thy wife, and thou shouldest
     have brought guiltiness upon us.

11   And Abimelech charged all his people, saying, He that toucheth this
     man or his wife shall surely be put to death.

12   Then Isaac sowed in that land, and received in the same year an
     hundredfold: and the LORD blessed him.

13   And the man waxed great, and went forward, and grew until he
     became very great:

14   For he had possession of flocks, and possession of herds, and great
     store of servants: and the Philistines envied him.

15   For all the wells which his father's servants had digged in the days
     of Abraham his father, the Philistines had stopped them, and filled
     them with earth.

16   And Abimelech said unto Isaac, Go from us; for thou art much
     mightier than we.

17   And Isaac departed thence, and pitched his tent in the valley of
     Gerar, and dwelt there.

18   And Isaac digged again the wells of water, which they had digged in
     the days of Abraham his father; for the Philistines had stopped them
     after the death of Abraham: and he called their names after the
     names by which his father had called them.

19   And Isaac's servants digged in the valley, and found there a well of
     springing water.

20   And the herdmen of Gerar did strive with Isaac's herdmen, saying,
     The water is ours: and he called the name of the well Esek; because
     they strove with him.

21   And they digged another well, and strove for that also: and he called
     the name of it Sitnah.

22   And he removed from thence, and digged another well; and for that
     they strove not: and he called the name of it Rehoboth; and he said,
     For now the LORD hath made room for us, and we shall be fruitful in
     the land.

23   And he went up from thence to Beersheba.

24   And the LORD appeared unto him the same night, and said, I am
     the God of Abraham thy father: fear not, for I am with thee, and will
     bless thee, and multiply thy seed for my servant Abraham's sake.

25   And he builded an altar there, and called upon the name of the
     LORD, and pitched his tent there: and there Isaac's servants digged
     a well.

26   Then Abimelech went to him from Gerar, and Ahuzzath one of his
     friends, and Phichol the chief captain of his army.

27   And Isaac said unto them, Wherefore come ye to me, seeing ye hate
     me, and have sent me away from you?

28   And they said, We saw certainly that the LORD was with thee: and
     we said, Let there be now an oath betwixt us, even betwixt us and

Exhibit 14
2 of 35

thee, and let us make a covenant with thee;

29   That thou wilt do us no hurt, as we have not touched thee, and as we have done unto thee nothing but good, and have sent thee away in peace: thou art now the blessed of the LORD.

30   And he made them a feast, and they did eat and drink.

31   And they rose up betimes in the morning, and sware one to another: and Isaac sent them away, and they departed from him in peace.

32   And it came to pass the same day, that Isaac's servants came, and told him concerning the well which they had digged, and said unto him, We have found water.

33   And he called it Shebah: therefore the name of the city is Beersheba unto this day.

34   And Esau was forty years old when he took to wife Judith the daughter of Beeri the Hittite, and Bashemath the daughter of Elon the Hittite:

35   Which were a grief of mind unto Isaac and to Rebekah.

< Previous Chapter          Next Chapter >


Are you a Book Lover?
T-Shirt For True Book Lovers. Only Passionate Readers will Understand this. sunfrog.com

## COMMENTARY FOR GENESIS 26    Click here to view

## DISCUSSION FOR GENESIS 26    Click here to view


**Vernon McGee**
Abraham obeyed God, and He counted unto him for righteousness


**Steve morrow**
GENESIS 26:5 BECAUSE THAT ABRAHAM OBEYED MY VOICE AND KEPT MY CHARGE MY COMMANDMENTS MY STATUTES AND MY LAWS
PSALM 119:29 REMOVE FROM ME THE WAY OF LYING AND GRANT ME THY LAW GRACIOUSLY


**Irene123**
To Majesty on Gen.ch. 26 -- Acts 1:7; "It's not for you to know ......."; it's for us to BE READY when He returns - Acts 2:38



**Majesty**

I see that God blesses those who are patient with him. But i wanna know why God doesn't come down to earth now like he used to



**Robert Walton**

I have just beginning to read the Bible again on my tablet. Some of the Bible is hard to understand. I need some study references., Thanks, Bob



**Luchi**

The key message of this passage is dat we should always IMITATE GOOD THINGS jus lik iseac did by startin where hz father stoped , we should always REMOVE ALL DOUBT like iseac did n believed in wat God said n stayed back at d land, n lastly PECEIVERANCE let 's keep on n neva loss hop on God cuz iseac digged several wells nt one bt at d end Gods promises to him was fulfilled.



**Rev.Godwin Delali Ahiafor**     for verse 22

I love this verse,God will fight our battles,make enough room for us to be fruitful in any land we find ourselves Rehoborth



**Partridge Mutiso**

There can 't be any harvest without sowing! AN UNCOMMON SEED YIELDS AN UNCOMMON HARVEST!

**VIEW ALL COMMENTS FOR GENESIS CHAPTER 26...**

## WHAT DO YOU THINK OF GENESIS 26?
SHARE YOUR OWN THOUGHTS OR COMMENTARY HERE...

> 👤   Name*

> ✉   Email* (Will remain hidden & anonymous)

> Comment*

Remaining characters: **400**

> ❯   **Submit Comment**

---

< Previous Chapter          Next Chapter >

---



# IQ Test: What is your IQ?
Answer 20 questions to find out! test-iq.org



**Exhibit 14**
**4 of 35**

4/5



KJV Bible

- KJV Standard
- KJV 1611
- KJV Introduction
- KJV Apocrypha
- Mobile Site

Study Tools

- Bible Trivia Questions
- Verse of the Day
- Inspirational Images
- Popular Bible Verses
- Bible Verses by Topic
- Bible Dictionary
- Daily Email Subscription

Community

- Bible Questions
- Bible Discussion
- Encouraging Comments
- Christian Testimonies
- Bible in a Year Reading
- Add KJV to your Website
- Donate or Volunteer

About

- About KJV
- About KJV English
- About Website
- FAQ
- Sitemap
- Contact Us

© 2017 King James Bible Online™

▲ Top

KJV in social media



**KING JAMES BIBLE ONLINE**

| KJV STANDARD | KJV 1611 | MOBILE SITE | BIBLE TRIVIA | MORE... |

# LUKE
### King James Version (KJV)

Search words or verses...

Luke | 12 | 1

---

< Previous Chapter

LUKE
## CHAPTER 12

Next Chapter >

1   In the mean time, when there were gathered together an innumerable multitude of people, insomuch that they trode one upon another, he began to say unto his disciples first of all, Beware ye of the leaven of the Pharisees, which is hypocrisy.

2   For there is nothing covered, that shall not be revealed; neither hid, that shall not be known.

3   Therefore whatsoever ye have spoken in darkness shall be heard in the light; and that which ye have spoken in the ear in closets shall be proclaimed upon the housetops.

4   And I say unto you my friends, Be not afraid of them that kill the body, and after that have no more that they can do.

5   But I will forewarn you whom ye shall fear: Fear him, which after he hath killed hath power to cast into hell; yea, I say unto you, Fear him.

6   Are not five sparrows sold for two farthings, and not one of them is forgotten before God?

7   But even the very hairs of your head are all numbered. Fear not therefore: ye are of more value than many sparrows.

8   Also I say unto you, Whosoever shall confess me before men, him shall the Son of man also confess before the angels of God:

9   But he that denieth me before men shall be denied before the angels of God.

10   And whosoever shall speak a word against the Son of man, it shall be forgiven him: but unto him that blasphemeth against the Holy Ghost it shall not be forgiven.

**BIBLE OPTIONS**

Text Size   +   —

Share to: [f] [t] [g+]

¶   Paragraph View

Parallel View

Listen



Jesus Preaches to the Multitude

**BIBLE TRIVIA**

Whoever acknowledges Jesus publicly will themselves be acknowledged by Jesus to whom?

○ Pharisees



11   And when they bring you unto the synagogues, and unto magistrates, and powers, take ye no thought how or what thing ye shall answer, or what ye shall say:

12   For the Holy Ghost shall teach you in the same hour what ye ought to say.

13   And one of the company said unto him, Master, speak to my brother, that he divide the inheritance with me.

14   And he said unto him, Man, who made me a judge or a divider over you?

15   And he said unto them, Take heed, and beware of covetousness: for a man's life consisteth not in the abundance of the things which he possesseth.

16   And he spake a parable unto them, saying, The ground of a certain rich man brought forth plentifully:

17   And he thought within himself, saying, What shall I do, because I have no room where to bestow my fruits?

18   And he said, This will I do: I will pull down my barns, and build greater; and there will I bestow all my fruits and my goods.

19   And I will say to my soul, Soul, thou hast much goods laid up for many years; take thine ease, eat, drink, and be merry.

20   But God said unto him, Thou fool, this night thy soul shall be required of thee: then whose shall those things be, which thou hast provided?

21   So is he that layeth up treasure for himself, and is not rich toward God.

22   And he said unto his disciples, Therefore I say unto you, Take no thought for your life, what ye shall eat; neither for the body, what ye shall put on.

23   The life is more than meat, and the body is more than raiment.

24   Consider the ravens: for they neither sow nor reap; which neither have storehouse nor barn; and God feedeth them: how much more are ye better than the fowls?

25   And which of you with taking thought can add to his stature one cubit?

26   If ye then be not able to do that thing which is least, why take ye thought for the rest?

27   Consider the lilies how they grow: they toil not, they spin not; and yet I say unto you, that Solomon in all his glory was not arrayed like one of these.

28   If then God so clothe the grass, which is to day in the field, and to morrow is cast into the oven; how much more will he clothe you, O ye of little faith?

29   And seek not ye what ye shall eat, or what ye shall drink, neither be ye of doubtful mind.

○ Public

○ God's angels

○ Family

> Check Answer





NOISE CANCELLING
LIGHTNING EARBUDS

Q ADAPT IN-EAR

LIBRATONE

LEARN MORE

Exhibit 14
7 of 35

2/6

30   For all these things do the nations of the world seek after: and your
Father knoweth that ye have need of these things.

31   But rather seek ye the kingdom of God; and all these things shall be
added unto you.

32   Fear not, little flock; for it is your Father's good pleasure to give you
the kingdom.

33   Sell that ye have, and give alms; provide yourselves bags which wax
not old, a treasure in the heavens that faileth not, where no thief
approacheth, neither moth corrupteth.

34   For where your treasure is, there will your heart be also.

35   Let your loins be girded about, and your lights burning;

36   And ye yourselves like unto men that wait for their lord, when he
will return from the wedding; that when he cometh and knocketh,
they may open unto him immediately.

37   Blessed are those servants, whom the lord when he cometh shall
find watching: verily I say unto you, that he shall gird himself, and
make them to sit down to meat, and will come forth and serve
them.

38   And if he shall come in the second watch, or come in the third
watch, and find them so, blessed are those servants.

39   And this know, that if the goodman of the house had known what
hour the thief would come, he would have watched, and not have
suffered his house to be broken through.

40   Be ye therefore ready also: for the Son of man cometh at an hour
when ye think not.

41   Then Peter said unto him, Lord, speakest thou this parable unto us,
or even to all?

42   And the Lord said, Who then is that faithful and wise steward, whom
his lord shall make ruler over his household, to give them their
portion of meat in due season?

43   Blessed is that servant, whom his lord when he cometh shall find so
doing.

44   Of a truth I say unto you, that he will make him ruler over all that
he hath.

45   But and if that servant say in his heart, My lord delayeth his coming;
and shall begin to beat the menservants and maidens, and to eat
and drink, and to be drunken;

46   The lord of that servant will come in a day when he looketh not for
him, and at an hour when he is not aware, and will cut him in
sunder, and will appoint him his portion with the unbelievers.

47   And that servant, which knew his lord's will, and prepared not
himself, neither did according to his will, shall be beaten with many
stripes.

48   But he that knew not, and did commit things worthy of stripes, shall
be beaten with few stripes. For unto whomsoever much is given, of

Exhibit 14
8 of 35

him shall be much required: and to whom men have committed much, of him they will ask the more.

49  I am come to send fire on the earth; and what will I, if it be already kindled?

50  But I have a baptism to be baptized with; and how am I straitened till it be accomplished!

51  Suppose ye that I am come to give peace on earth? I tell you, Nay; but rather division:

52  For from henceforth there shall be five in one house divided, three against two, and two against three.

53  The father shall be divided against the son, and the son against the father; the mother against the daughter, and the daughter against the mother; the mother in law against her daughter in law, and the daughter in law against her mother in law.

54  And he said also to the people, When ye see a cloud rise out of the west, straightway ye say, There cometh a shower; and so it is.

55  And when ye see the south wind blow, ye say, There will be heat; and it cometh to pass.

56  Ye hypocrites, ye can discern the face of the sky and of the earth; but how is it that ye do not discern this time?

57  Yea, and why even of yourselves judge ye not what is right?

58  When thou goest with thine adversary to the magistrate, as thou art in the way, give diligence that thou mayest be delivered from him; lest he hale thee to the judge, and the judge deliver thee to the officer, and the officer cast thee into prison.

59  I tell thee, thou shalt not depart thence, till thou hast paid the very last mite.

< Previous Chapter                Next Chapter >

## COMMENTARY FOR LUKE 12                 Click here to view

## DISCUSSION FOR LUKE 12                 Click here to view



**Lu2677**
3 weeks Ago
Steve Marrow, Amen. So, fearing the Lord with trembling before his word has been established. "after He hath killed" Do you believed he kills people as in; wars, 911, heart attacks, etc.?



**Steve morrow**
LU2627 AND ALL---LUKE 12:5 BUT I WILL FOREWARN YOU WHOM YOU SHALL FEAR FEAR HIM WHICH AFTER HE HATH KILLED HATH POWER TO CAST INTO HELL YEA I SAY UNTO YOU FEAR HIM ***REVELATION 19:5 AND A VOICE CAME OUT OF THE THRONE SAYING PRAISE OUR GOD ALL YOU HIS SERVANTS AND YOU THAT FEAR HIM BOTH SMALL AND GREAT **** WHOM DO YOU SERVE MAN OR THE LORD JESUS CHRIST****



**Wendy Ann**
It please Father to give us His Kingdom, this reminds me of Matt 6:33 seek ye first the Kingdom of God and His Righteousness and all other things shall be added.. As a disciple of Christ, I honestly think that throughout our Lives here on Earth, 2 things we should seek. .As of Matt 6:33 GOD'S kingdom and His Righteousness. . As we do this Father is pleased to give us the Kingdom



**Lu2677**
Luke 12;1-5 Jesus warns me; and I trust him. Fear of the Lord is the beginning of wisdom.I hope with all my heart that I will never forget it, reject it, or speak against it, If the Lord is willing he will continue to give me understanding in this matter, I have his peace in this. His mercy endures forever. Every word of God is pure. There is no fear in love, I love him and I fear him,trembling



**Peter A. Okebukola**
This chapter is exceedingly rich in the Words of Jesus calling us to service, to know that He cares for us in spite of our frailties and failings and to be ever watchful for He could return for His Bride any time.



**Steve morrow**
LUKE 12:4 AND I SAY UNTO YOU MY FRIENDS BE NOT AFRAID OF THEM THAT KILL THE BODY AND AFTER THAT HAVE NO MORE THAT THEY CAN DO *****12:5 BUT I WILL FOREWARN YOU WHOM YOU SHALL FEAR FEAR HIM WHICH AFTER HE HATH KILLED HATH POWER TO CAST INTO HELL YEA I SAY UNTO YOU FEAR HIM



**Stephende**
This chapter foretells who shall enter the kingdom of God, and it will be those who watch for His coming. But it is not in the flesh but spiritual just as the heart Jesus speaks of is not a pump. He forewarns that what we do on earth in our lifetime predicts what becomes of our soul. Jesus is NOT coming to earth again to rule. Read the parables and learn that how we are is where we will go



**Irene123**
To disciple - You spend a lot of time instructing others - back at cha', disciple; we're pretty much alike - in that respect. I am telling the truth as I say this: I pray for all of those on here - you are part of 'all'. The peace and love of Jesus be with you this Saturday, disciple, have a blessed day.

---

**VIEW ALL COMMENTS FOR LUKE CHAPTER 12...**

---

## WHAT DO YOU THINK OF LUKE 12?
### SHARE YOUR OWN THOUGHTS OR COMMENTARY HERE...

👤   Name*

✉️   Email* (Will remain hidden & anonymous)



Comment*

Remaining characters: 400

Submit Comment

< Previous Chapter

Next Chapter >

KING JAMES BIBLE ONLINE

KJV Bible

- KJV Standard
- KJV 1611
- KJV Introduction
- KJV Apocrypha
- Mobile Site

Study Tools

- Bible Trivia Questions
- Verse of the Day
- Inspirational Images
- Popular Bible Verses
- Bible Verses by Topic
- Bible Dictionary
- Daily Email Subscription

Community

- Bible Questions
- Bible Discussion
- Encouraging Comments
- Christian Testimonies
- Bible in a Year Reading
- Add KJV to your Website
- Donate or Volunteer

About

- About KJV
- About KJV English
- About Website
- FAQ
- Sitemap
- Contact Us

© 2017 King James Bible Online™

▲ Top

KJV in social media



IMDb › Meet the Fockers (2004) › Synopsis

## Synopsis for
# Meet the Fockers (2004) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis



Watch It

Own the rights?

Buy it at Amazon

More at IMDb Pro

Loading

Update Data

In this sequel to 'Meet the Parents,' Gaylord Greg Focker (Ben Stiller) has finally invited his fiancée's parents, ex-CIA agent Jack Byrnes and his wife Dina (Robert DeNiro and Blythe Danner) to meet his parents. Jack wants to know if Greg came from a good gene pool. Jack discovers that the Fockers are very strange. The Dad, Bernard (Dustin Hoffman) is a hippie and retired lawyer, and the Mom, Roz (Barbara Streisand) is an open sex therapist. Jack begins to thinks this is not a good family for his daughter to marry into. Greg's parents are so proud of Greg that they have a wall of honor with Greg's ninth and tenth place sports awards. The two families try to become one family.


ad feedback

### Quicklinks
synopsis

### Top Links
- trailers and videos
  full cast and crew
  trivia
- official sites
- memorable quotes

### Overview
- main details
  combined details
  full cast and crew
- company credits

### Awards & Reviews
  user reviews
- external reviews
- awards
  user ratings
  parents guide

### Plot & Quotes
  plot summary
  synopsis
- plot keywords
  memorable quotes

### Did You Know?
- trivia
  goofs
- soundtrack listing
- crazy credits
- alternate versions
  movie connections
- FAQ

### Other Info
  box office/business
- release dates
- filming locations
  technical specs
  literature listings
- NewsDesk

### Promotional
- taglines
- trailers and videos

### Related Links

Plot summary
Parents Guide
Quotes
MoKA: keyword discovery

Plot keywords
User reviews
Trivia

FAQ
Alternate versions
Main details

posters
- photo gallery

External Links
- showtimes
- official sites
  miscellaneous
  photographs
- sound clips
- video clips



## IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

### Follow IMDb on
  

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
News
Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox

Conditions of Use
Privacy Policy
Interest-Based Ads

An  company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books



IN THEATERS JULY 28
WATCH TRAILER

**IMDb** | Find Movies, TV shows, Celebrities and more... | All | 🔍 | IMDbPro ▾ | Help | 📘 🐦 📷

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist ▾ | Sign in with Facebook | Other Sign in options

IMDb > Shrek 2 (2004) > Synopsis



Synopsis for
# Shrek 2 (2004) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers
See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis

Watch It
Own the rights?
Buy it at Amazon

More at IMDb Pro
Loading
Update Data

**Quicklinks**
synopsis ▾

**Top Links**
- trailers and videos
  full cast and crew
  trivia
- official sites
- memorable quotes

**Overview**
- main details
  combined details
  full cast and crew
- company credits

**Awards & Reviews**
- user reviews
- external reviews
  awards
  user ratings
- parents guide

**Plot & Quotes**
  plot summary
  synopsis
- plot keywords
  memorable quotes

**Did You Know?**
  trivia
  goofs
- soundtrack listing
- crazy credits
  alternate versions
  movie connections
- FAQ

**Other Info**
- box office/business
- release dates
  filming locations
  technical specs
- literature listings
- NewsDesk

When Shrek (voiced by Mike Myers) and Fiona (voiced by Cameron Diaz) come back from their honeymoon, they find an invitation to a royal ball with Fiona's parents to celebrate their marriage, an event Shrek is reluctant to participate in. Fiona talks him into it, and along with Donkey (voiced by Eddie Murphy), they travel to the kingdom of Far Far Away. They meet Fiona's parents, King Harold and Queen Lillian (voiced by John Cleese and Julie Andrews), who are surprised and repulsed by Fiona's choice of husband (particularly the King himself), since they had arranged that Prince Charming rescue her from the castle but now they see that her husband is an ogre.

At a shared meal, Shrek and Harold get into a heated argument over how Shrek and Fiona will raise their family, and Fiona, disgusted at Shrek and her father's behavior, locks herself away in her room that evening, where she meets her Fairy Godmother (voiced by Jennifer Saunders), who is also surprised at Fiona's new looks. Shrek worries that he has lost his true love, particularly after finding her childhood diary and reading that she was once infatuated with Prince Charming (voiced by Rupert Everett).

King Harold is accosted by the Fairy Godmother and Charming, her son. The two retell the Prince's adventures and how he overcame many obstacles and climbed a high tower in order to rescue her finding instead a crossdressing wolf. They reprimand Harold for breaking an old promise that Charming would be able to marry Fiona and demand that he find a way to get rid of Shrek. Harold arranges for Shrek and Donkey to join him on a fictitious hunting trip, which really is a trap to lure the two into the hands of an assassin, Puss in Boots (voiced by Antonio Banderas).

When Fiona realizes that Shrek left she asks her father for help but he replies that he always wanted the best for her and that she should better think about what is the best for her, too. Puss is unable to defeat Shrek, and, revealing that he was paid by Harold, asks to come along as a way to make amends. The three sneak into the Fairy Godmother's potion factory and steal a "Happily Ever After" potion that Shrek believes will restore Fiona's love for him.

Shrek and Donkey both drink the potion and fall into a deep sleep, awakening the next morning to discover its effects: Shrek is now a handsome human, while Donkey has turned into a stallion. In order to make the change permanent, Shrek must kiss Fiona by midnight. He, Donkey, and Puss return to the castle to discover that the potion has also transformed Fiona back into her former, human self. However, the Fairy Godmother, having learned of the potion's theft, intercepts Shrek and sends Charming to pose as him and win her love. At the Fairy Godmother's urging, Shrek leaves the castle, believing that the best way to make Fiona happy is to let her go.

To ensure that Fiona falls in love with Charming, the Fairy Godmother gives Harold a love potion to put into Fiona's tea. But Harold replies that it's not possible to make his daughter fall in love in this way. This exchange is overheard by Shrek, Donkey, and Puss, who are soon arrested by the royal guards and thrown into a dungeon. While the ball begins, several of Shrek's friends band together to free the trio and create a gigantic gingerbread man (whose name is Mongo), which breaks through the castle's defenses so Shrek can stop Charming from kissing Fiona. He is too late to stop them; instead of falling in love with Charming, though, Fiona knocks him out with a headbutt. Harold reveals that he never gave Fiona the love potion, whereupon the Fairy Godmother attacks Shrek. In the ensuing melee, a spell from her wand, presumably to kill Shrek, rebounds off Harold's armor, when he commits self-sacrifice to save Shrek, and disintegrates her; it also returns Harold to his true form, that of the Frog King. He had used the Happily Ever After potion years ago in order to marry Lillian, but she tells him that she loves him regardless of his appearance.

As the clock strikes midnight, Shrek and Fiona let the potion's effects wear off and they revert to their ogre selves, while Donkey reluctantly changes back as well. Harold gives his blessing to the marriage and apologizes for his earlier behavior, and the party resumes as the credits begin. They are interrupted by a brief after-party scene in which the Dragon, who had romanced Donkey in the first film, arrives and reveals that they now have several dragon-donkey hybrid, or "Dronkey" babies.

Related Links

Exhibit 14
14 of 35

1/2

Promotional

- taglines
  trailers and videos
  posters
- photo gallery

Plot summary
Parents Guide
Quotes
MoKA: keyword discovery

Plot keywords
User reviews
Trivia

FAQ
Alternate versions
Main details

External Links

- showtimes
- official sites
- miscellaneous
  photographs
- sound clips
- video clips



      

**IMDb Everywhere**

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

**IMDb Mobile site**   »

Follow IMDb on

| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | | Withoutabox |
| TV | Press Room | |
| Coming Soon | Advertising | Conditions of Use |
| Site Index | Jobs | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

An amazon.com company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |



IMDb
Find Movies, TV shows, Celebrities and more...    All    🔍    IMDbPro ▾  | Help    Sign in with Facebook | Other Sign in options

Movies, TV & Showtimes ▾    Celebs, Events & Photos ▾    News & Community ▾    Watchlist ▾

IMDb › The Great Outdoors (1988) › Synopsis



Synopsis for
# The Great Outdoors (1988) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? · Request access

Synopsis



Exclusive offer.
We'll match all the cash back you've earned at the end of your first year.*
No annual fee

DISCOVER it

LEARN MORE

*See Terms. For new cardmembers only.

ad feedback

Well-to-do Chicago resident Chester "Chet" Ripley (John Candy), his wife Connie (Stephanie Faracy), and their two sons 16-year-old Buck (Chris Young) and 12-year-old Ben (Ian Giatti) are on vacation at a lake resort in Pechoggin, Wisconsin. Chet is a fun-loving father and husband looking for a get away for his family. All is going as planned when four unexpected visitors show up with a video camera in hand at the lake resort lodge.

The four unexpected visitors are Connie's outgoing sister Kate (Annette Bening), Kate's know-it-all investment broker husband Roman Craig (Dan Aykroyd), and Kate and Roman's 10-year-old twin daughters Mara (Rebecca Gordon) and Cara (Hilary Gordon) who arrive to suprise Chet and Connie, having decided not to vacation in Europe.

Roman is a typical Mercedes-driving, investment focused, '80s yuppie, and he and Kate live in the posh Chicago suburb of Oak Park. Roman seems to take pleasure in making sure others are well aware of his wealth and (supposed) expertise on many subjects, while Chet both finds his brother-in-law annoying and intreging at the same time.

During the first night, Chet tells a ghost stories at the family BBQ which includes a man-eating grizzly bear that Chet once met face to face earlier in his life right at the very cabin they are in. During the first night, a family of racoons raid the garbage cans outside the house, leaving an angry Chet to clean up the mess the next morning.

The following day, the two families decide to go out on the lake for water skiing. Roman describes the remote northern woods location as "God's Country" and prefers speedboats over pontoon boats. After Roman pulls Chet around the lake on an adventure water ski ride, tensions between families erupt. Roman proceeds to get on Chet's nerves so much so that Chet is ready to pack up and go home, even as his eldest son Buck tries to romance local girl Cammie (Lucy Deakins) whom he meets at a local pool hall that evening.

In this subplot, Buck and Cammie's teen romance sparks at a local amusement park when they go out for a following evening on their first date. The budding romance goes well until Buck's father Chet is challenged to eat the entire Paul Bunyan 96 oz. roast at a family dinner, which causes Buck to break the date. The next day, Buck tries to apologize to Cammie for being late, but Cammie refuses to speak with him.

Another day later, Chet shares his love for family when Chet gives his son a ring from his father. It is the same ring that Chet's father gave him when Chet was a young boy in the northern woods.

Adventures continue at the local amusement park at the golf driving range, go-carts aces, and horseback riding path. Chet negotiates a ride with his horse only to find the horse runs away. Chet is forced to walk back to the barn where his family is enjoying some libations.

Sisters Connie and Kate bond at a local bar when the conversation drifts to Kate's challenges of being wealthy. Later, just at the peak of tension between families, ironically, it emerges when Roman confides in Chet that he has made a bad investment and is flat broke. He hasn't told Kate, and was planning to offer Chet a $25,000 'investment'. Roman describes how he hasn't traded on the floors in Chicago in two years. He now wears a blue coat to fetch coffee and has lost everything. This is the reason why he came to the Great Outdoors to hit up family man, Chet for the money.

Meanwhile, during a thunderstorm, the twins go missing and fall into a poorly blocked-off former mica mine shaft. Chet and Roman search for and find them. Chet encourages Roman to be a father for the first time to his kids. Whilst Chet gets a rope, Roman summons up all his courage and rescues the twins. While sitting on dynamite, Roman rescues his girls out of the Pechoggin mine.

Chet, not knowing they are out of the mine, discovers in the mineshaft, the 'Bald-Headed Bear', which supposedly attacked Chet many years ago. It chases him through the woods to the house, smashes through the front door and rampages through the house. Just as the bald-headed bear stands on two feet and climbs up stairs to attack Roman, the cabin owner arrives armed with a shotgun. Chet takes the gun and shoots the bear's rear end, causing its rear to become exposed. The bear with bald head and rear, runs out of the cabin and the families are safe.

The following morning, the two families part ways on good terms. Both families share how they enjoyed their vacation together in the Wisconsin northern woods. Roman's last words to Chet are "Race you home," which means that Roman's family will be moving in with Chet and leaving their Oak Park home. Cammie shows up and makes up with Buck before he leaves, and part ways and end their summer

posters
- photo gallery

External Links
- showtimes
- official sites
  miscellaneous
  photographs
- sound clips
- video clips

romance. Family guy, Chet, and his family head back to the Chicago area in a race for the good parking spot in their garage.

The closing credits feature Roman at the Pechoggin Lodge dancing up a storm with the other barnuts.

After the credits, those three rambunctious raccoons that have wreaked havoc at the lodge throughout the movie have the last word. They make fun of their brown bear friend who is "bald on both ends now".

### Related Links

| | | |
|---|---|---|
| Plot summary | Plot keywords | Parents Guide |
| User reviews | Alternate versions | Quotes |
| Trivia | Main details | MoKA: keyword discovery |



YOU COULD SAVE $620
when you switch to Progressive

Zip Code

Get a Quote

PROGRESSIVE

### IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site                                                      »

### Follow IMDb on

  

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | Press Room | Withoutabox |
| TV | Advertising | Conditions of Use |
| Coming Soon | Jobs | Privacy Policy |
| Site Index | | Interest-Based Ads |
| Search | | |
| In Theaters | | |

An  company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
|---|---|---|---|---|---|---|---|
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |





IMDb > National Lampoon's Christmas Vacation (1989) > Synopsis

Synopsis for

# National Lampoon's Christmas Vacation (1989) More at IMDbPro »

The content of this page was created by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more

Unable to edit? Request access


ad feedback

Open: A 2 minute animation of Santa arriving at the Griswold family house and putting presents under the tree.

We open with Clark and Ellen singing Christmas carols in the car on the way to a Christmas tree lot out in the country. As Audrey and Rusty are increasingly uninterested in Clark's plan to put on the perfect Griswold family Christmas, Clark gets into a dangerous game of cat and mouse with some truck drivers after he's cut off and flips them off. This ultimately causes Clark to veer the car off the road and jump over 500 feet. As the Griswolds find their perfect tree, Rusty reminds Clark that he forgot to bring a saw.

Back home, as Clark gets out his Christmas decorations and begins setting up the tree, he makes an off color joke to his pretentious yuppie neighbor Todd about where he'd like to put the tree. That night, the excess sap causes Clark to stick to everything he touches.

The rest of the movie is told through the style of an advent calender. Starting with:

Dec. 14th:

The Griswold family is at a busy department store buying Christmas presents. Clark can be seen hitting on "Department store Mary" in front of his son Rusty. That night Ellen's parents and Clark's parents arrive at the house.

Dec. 15th:

That night, Clark reveals to Rusty his plan of illuminating the house with some 25,000 imported Italian twinkle lights. Audrey tells Ellen that her plan of sleeping in the same room as her brother is sick and twisted.

Dec. 16th:

Clark sets about illuminating the house with some 25,000 imported Italian twinkle lights, and a few other decorations like a plastic Santa. His first attempt at setting the lights up ends in near disaster with several broken windows and Clark stapling the sleeve of his shirt to the roof. The yuppie neighbor Todd and his wife Margo are complaining about Clark destroying their stereo and carpet in the process.

Dec. 17th:

Clark is at a potentially very important meeting with his boss Mr. Shirley. He believes this is the key to landing a bigger holiday bonus. He and his associate Bill discuss what they're planning to do with their bonuses, and Clark reveals that he's going to put in a swimming pool.

Dec. 18th:

Clark is nearly finished setting up the 25,000 imported Italian twinkle lights. As he makes for his big presentation, he finds that there's something keeping the big display from powering on. It's later revealed that a switch in the garage is what is keeping the display from turning on.

Dec. 19th:

Clark goes to hide some Christmas presents he bought in the attic and discovers some that he simply forgot about several years ago. Unfortunately he's locked in the attic and the family thinks he disappeared working on getting the light display up and running. They give up on tying to find Clark and head for the mall. Now trapped in the attic, Clark passes the time by watching some old family reels of Christmas past. That night, Clark is desperate to get the lights working. As the Griswold house is illuminated, it causes a massive power surge that requires the city's auxilary power to be turned on. As the family stares in awe, the neighbors nearly destroy their house, and Clark is stunned by the sudden and completely unannounced arrival of Cousin Eddie and his family.

Dec. 20th:

Exhibit 14
18 of 35

- posters
- photo gallery

External Links
- showtimes
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

The Griswolds decide to have some weekend fun and go sledding. Clark reveals his big project that he's been working on with his chemical company: an experimental kitchen lubricant. He greases up his sled and sails down the mountain at an unusually high speed, electrifying everything in his path.

Dec. 21st

Clark still can't believe Eddie crashed the party, and is stunned that he is emptying a chemical toilet out into the sewage drain underneath his house - which does not directly drain to the ocean. Eddie discovers that the experimental lubricant that Clark had applied to the sled had nearly destroyed it. While he and Eddie go shopping, Eddie reveals to Clark that he's flat broke and the RV is actually his real house. Clark then offers to get Eddie some Christmas presents.

Dec. 22nd

Back at work, Clark reveals to his associate Bill that it's his last day of the year and drops off his Christmas present to his boss Mr. Shirley, who doesn't seem too grateful about all the presents he's getting from his employees.

Dec. 23rd:

Clark is seen staring out the window at his future pool, fantasizing about Department Store Mary, who is appearing to give Clark a memorable daydream striptease. He's quickly interrupted by Eddie's daughter who tells him she believes Santa isn't coming. Clark reassures her that the opposite is going to happen. Eddie tells Clark that he's not leaving until the end of January.

Dec. 24th:

It's finally Christmas Eve. The rest of Ellen's elder relatives arrive. The Griswolds finally get to reward the fruit of their efforts to put on the perfect Christmas Eve dinner with a 20 pound turkey with all the trimmings. Clark has Ellen's 89 year old Aunt Bethany say grace. But Bethany due to her age has a very limited memory and instead recites the United States pledge of allegiance. Unfortunately they left the turkey in the oven too long and cutting into it means that they have nothing but scrap meat. Eddie's Rottweiler Snots drinks the water from the Christmas tree causing it to dry out. While that's going on, post dinner - Uncle Louis lights up a cigar and incinerates the tree in the process. Clark, desperate to relcaim his tree, instead takes a chain saw to one in his yard. Aunt Bethany's cat - which she had wrapped up and intended to give to one of the Griswold relatives - can be seen chewing on a strain of lights on the Christmas tree and incinerates itself.

Post dinner, Aunt Bethany notices a squeaking noise made. It turns out the tree that Clark just brought in is the home of a live squirrel. Chaos ensues. Snots chases the squirrel around the house, destroying lots of objects in the process. A frustrated Clark informs the family that no one is walking out on Christmas despite the fact that it has become a total disaster. He then takes the chain saw to the staircase and fixes the null post. Finally having enough of Clark's madness, after Clark destroys another window in their house, yuppie neighbor Margo finally goes over to the house to take some action and punch Clark in the face. As she approaches Clark, she's greeted by the squirrel, followed by Snots. A battered Margo goes back home and punches Todd in the face instead.

As the family begins to clean up from the disaster, Clark gets an envelope. He reveals to the family his plans of putting in the swimming pool, and if there's even money left over, he'll fly the rest of the family out to dedicate the pool. During the clean up process, Eddie discovers the remains of Aunt Bethany's cat and jokes about it spending all of its' nine lives. The envelope contains what Clark presumes to be his Christmas bonus. Unfortunately it's a check for the Jelly Of The Month club. Clark goes berserk, telling his family that he would like his boss in front of him with a big ribbon tied to his head. Eddie disappears.

Later, the family is gathered around for the traditional reading of the classic story "Twas The Night Before Christmas". Clark's dad Clark Sr. officially passes the torch to Clark to read the story as it's his house and his Christmas. Mid story, Clark notices Eddie with a rather familiar looking man heading toward the front door. It's Clark's boss Mr. Shirley. Eddie had fulfilled Clark's wish of wanting his boss to tell exactly how he feels about the bonuses getting cut. This causes the boss to have a change of heart after seeing how it affects his employees first hand, but not before his wife and the Chicago SWAT team shows up to destroy the house further.

After all the dust is settled, the family and the Chicago SWAT team are all gathered outside, where Uncle Louis lights his cigar once again. The sewage that Eddie emptied from his chemical toilet in the RV had caused a radioactive glow. Uncle Louis drops the lighter and that creates an explosion that launches the plastic Santa Claus in the air. Witnessing the explosion, mistaking it for fireworks and thinking that it's July 4th instead of Dec. 24th, Aunt Bethany begins singing the US National Anthem. The family stops fighting and joins Aunt Bethany singing the National Anthem and the SWAT team join in. The movie ends with them finishing the National Anthem and begins singing Christmas carols and Clark looking up at the radioactive Santa flying through the sky.

Synopsis

## Related Links

| | | |
|---|---|---|
| Plot summary | Plot keywords | FAQ |
| Parents Guide | User reviews | Alternate versions |
| Quotes | Trivia | Main details |
| MoKA: keyword discovery | | |

Exhibit 14
19 of 35



## IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

### Follow IMDb on

  

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | | Withoutabox |
| TV | Press Room | |
| Coming Soon | Advertising | Conditions of Use |
| Site Index | Jobs | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

An amazon.com company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
|---|---|---|---|---|---|---|---|
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |





MOVIE REVIEW

# Film: Arkin and Falk In Comic 'In-Laws':Comedy of Insanity

By JANET MASLIN
Published: June 15, 1979

I WAS laughing so hard at "The In-Laws," a wonderful new comedy of errors opening today at the Beekman and other theaters, that after a while I was crying. Then I was wiping my eyes. Then I forgot to take any more notes. And now I can't remember exactly what was so funny. When anything is that funny, though, maybe the fine points don't matter.

"The In-Laws" is certainly not a movie for anyone interested in fine points. As directed by Arthur Hiller, it is, at best, a happy shambles, and it gets off to a muddy start. A Federal security truck is robbed, with the theft masterminded by Peter Falk; not so interesting, since Mr. Falk has lately been seen plotting a similar heist in "The Brink's Job." But wait. The truck is full of money, and the thieves don't even want it; they're after something else. This is the first of a number of new wrinkles.

It is dinnertime, and Mr. Falk and Alan Arkin are meeting for the first time. Mr. Arkin is playing one of the world's foremost dentists, and surely Mr. Falk is playing one of the world's great straight men. The dentist's daughter is scheduled to be married only a day or two later to the robber's son, but a lot will be happening between now and then.

Mr. Falk, asked about his work, is a little vague. But he says it took him to Guatemala, and tells some stories about tse-tse flies as big as eagles. The next day, at lunch with Mr. Arkin, he is more candid: he claims he is with the Central Intelligence Agency. That, he says, is why he has never heard of "The Price Is Right." And presumably it also explains the autographed picture of former President John F. Kennedy on his office wall, a picture that has something to do with something he did in Cuba. "To Vince," it says. "At least we tried."

In no time, Mr. Falk has implicated Mr. Arkin in a Federal crime and whisked him aboard a tiny plane with a two-man Chinese crew. ("You know, if Chiang had ever made it back to mainland China, Billy and Bing would be anchoring the evening news," Mr. Falk calmly explains.) Soon they are in a Carribean hotel, with a lobby full of live chickens. Then they are visiting a friend of Mr. Falk's, a crazy General (Richard Libertini), whose art collection Mr. Arkin is quietly advised to admire. The art collection, which is best left undescribed, is the funniest thing in this altogether sidesplitting movie.

Andrew Bergman has written one of those rare comedy scripts that escalates steadily and hilariously, without faltering or even having to strain for an ending. As for Mr. Arkin and Mr. Falk, it is theirs, and not their children's, match that has been made in heaven. The teaming of their characters — milquetoast meets entrepreneur — is reminiscent of "The Producers." But instead of exaggerating either extreme, both actors play it almost deadpan.

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/22/17   Page 198 of 211   Page ID
#:558

However wild things get, Mr. Falk is always willing to offer an extremely patient
explanation. And Mr. Arkin is always willing to try, however unsuccessfully, not to
scream. If either of them has ever been more delightful, I can't remember when.

"The In-Laws" is rated PG ("Parental Guidance Suggested"). It c  ontains a few mild
obscenities.


Comedy of Insanity

THE IN-LAWS,    directed by Arthur Hiller; written by Andrew Bergman; film editor,
Robert E. Swink; music by John Morris; produced by Mr. Hiller and William Sackhelm;
released by Warner Bros. At the Beekman, Second Avenue and 65th Street, Paramount,
Columbus Circle and other theaters. Running time: 102 minutes. This film is rated PG.
Vince Ricardo . . . . . Peter Falk
Sheldon Kornpett . . . . . Alan Arkin
General Garcia . . . . . Richard Libertini
Carol Kornpett . . . . . Nancy Dussault
Barbara Kornpett . . . . . Penny Peyser
Jean Ricardo . . . . . Arlene Golonka
Tommy Ricardo . . . . . Michael Lembeck
Mo . . . . . Paul Lawrence Smith
Angie . . . . . Carmine Caridi
Barry Lutz . . . . . Ed Begley Jr.
Mr. Hirschorn . . . . . Sammy Smith
Bing Wong . . . . . James Hong
Bank Teller . . . . . Barbara Dana
Mrs. Adelman . . . . . Rozsika Halmos
Edgardo . . . . . Alvaro Carcano
Carlos . . . . . Jorge Zepeda
Alfonso . . . . . Sergio Calderon
Cab Driver . . . . . David Paymer

© 2017 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback

Exhibit 14
22 of 35

2/2



IMDb

Find Movies, TV shows, Celebrities and more...  | All | 🔍

IMDbPro ▾ | Help | 📘 📷 📷

Movies, TV & Showtimes ▾ | Celebs, Events & Photos ▾ | News & Community ▾ | Watchlist ▾ | f Sign in with Facebook | Other Sign in options

IMDb › My Big Fat Greek Wedding (2002) › Synopsis



Synopsis for

# My Big Fat Greek Wedding (2002) More at IMDbPro »

The content of this page was created directly by users and
has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access

Synopsis

The movie opens with 30 year old Toula (Nina Vardalos) being picked up by her father
in a rain storm. She flashes back to being different and not fitting in at school as a little
girl, because she was (staunchly) Greek and nerdy. Her father wants her to get married
and says she is getting too old. Not listening and unhappy waiting tables at her family's
restaurant, she meets a new man. It goes no where at first, but she breaks away and
convinces her parents to let her run her Aunt's travel agency, while she attends
computer school. Toula feels like a caged animal set free, and of course, the new man,
Ian Miller (John Corbett) stops by after seeing Toula through the window.

The two start dating and dad finds out. Toula's dad Gus, has a fit because Ian is not
Greek and has longer hair. So Gus starts inviting Greek men to dinner and Toula has no
part of it. Soon, Ian asks her to marry him and the family must accept it! So Gus has Ian
convert and Ian's parents go to Toula's parents to meet the family. Of course they have
all of the cousin's and other relatives over, loud Greek music and a lamb on a spit in the
front yard. Toula's parents and aunt are totally over bearing and scare Ian's parents.
Toula's brother and cousin won't stop having Ian speak to the family in Greek, while
disguising curse words as greetings.

But the wedding is on, and it is big and loud. Gus gives a toast and found that Miller comes from Milo which means apple in Greek. yes,
Toula's last name means orange and the joke goes over well. Then Gus gets emotional and reveals the wedding gift. Its a house! Excited, the
couple hug her parents and music and merriment break out. Then the movie ends with Ian and Toula living next door with their little daughter
who complains about going to Greek School.



ROUTER GAME: CHANGED

A secure router
for your
connected home

Norton by Symantec

PRE-ORDER NOW

ad feedback

## Related Links

Plot summary | Plot keywords | FAQ
Parents Guide | User reviews | Quotes
Trivia | Main details | MoKA: keyword discovery

Watch It

Own the rights?

Buy it at Amazon

More at IMDb Pro

> Loading

Update Data

**Quicklinks**

synopsis ▼

**Top Links**

- trailers and videos
- full cast and crew
  trivia
  official sites
- memorable quotes

**Overview**

- main details
- combined details
  full cast and crew
  company credits

**Awards & Reviews**

user reviews
external reviews
- awards
- user ratings
  parents guide

**Plot & Quotes**

plot summary
synopsis
- plot keywords
- memorable quotes

**Did You Know?**

- trivia
- goofs
  soundtrack listing
- crazy credits
- alternate versions
  movie connections
  FAQ

**Other Info**

box office/business
release dates
- filming locations
- technical specs
  literature listings
- NewsDesk

**Promotional**

taglines
- trailers and videos
- posters
  photo gallery

**External Links**

- showtimes

official sites
- miscellaneous
- photographs
sound clips
video clips



**IMDb Everywhere**

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

**Follow IMDb on**

  

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
News

Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox

Conditions of Use
Privacy Policy
Interest-Based Ads

An amazon.com company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books

**Exhibit 14**
**24 of 35**

2/2

IMDb

Find Movies, TV shows, Celebrities and more... | All | 🔍 | IMDbPro ▾ | Help | Facebook Twitter Instagram

Movies, TV & Showtimes ▾ | Celebs, Events & Photos ▾ | News & Community ▾ | Watchlist ▾ | Sign in with Facebook | Other Sign in options

IMDb > Four Christmases (2008) > Synopsis

Synopsis for

# Four Christmases (2008) More at IMDbPro »

The content of this page was created directly by users and has not been screened or verified by IMDb staff.

**Warning!** This synopsis may contain spoilers.

See plot summary for non-spoiler summarized description.

Visit our Synopsis Help to learn more
Unable to edit? Request access



Watch It

Watch it at Amazon

Buy it at Amazon

More at IMDb Pro

Loading

Update Data

**Quicklinks**
synopsis ▾

**Top Links**
- trailers and videos
- full cast and crew
- trivia
- official sites
- memorable quotes

**Overview**
- main details
- combined details
- full cast and crew
- company credits

**Awards & Reviews**
- user reviews
- external reviews
- awards
- user ratings
- parents guide

**Plot & Quotes**
- plot summary
- synopsis
- plot keywords
- memorable quotes

**Did You Know?**
- trivia
- goofs
- soundtrack listing
- crazy credits
- alternate versions
- movie connections
- FAQ

**Other Info**
- box office/business
- release dates
- filming locations
- technical specs
- literature listings
- NewsDesk

**Promotional**
- taglines
- trailers and videos
- posters
- photo gallery

**External Links**
showtimes

Synopsis

The movie opens in a bar near Christmas, where a geeky Brad (Vince Vaughn) tries to hit on a confident and bitchy Kate (Reese Witherspoon), who blows him off...until she's called a bitch. After a short fierce exchange the two are having sex in the bathroom, and running off to the San Francisco trolley to their house, where we find that they are roleplaying, and have been happily together for 3 years. Both are wealthy, and successful. They are happy with the relationship as is and have no plans for marriage or children. They simply want to enjoy life while being with each other, even telling so with glee to a married and engaged couple. During the conversation, both Brad and Kate reveal that they are both from broken homes, and don't want to repeat that, or bring a child into it either.

At a later company Christmas party two of their coworkers dread their Christmases with family, while Brad and Kate happily discuss their plans to leave the country. They lie to their parents each year, saying they go do civil service like helping starving children in China, so that they can escape Scott free. While the coworkers are appalled Brad reminds them that "You can't spell lies without families." This year they plan to go to Fiji.

On Christmas Day Brad and Kate prepare for the trip as they tell their parents that they are going to inoculate children in Burma, and head for the airport as the San Francisco fog rolls in extra thick. By the time they arrive at the airport all flights have been canceled due to fog. Before they can make plans to stay at the hotel and wait for the fog to lift the local news comes and interviews the couple, live. They both stumble for answers, dressed in full knowing there's a good chance their families are watching and unable to lie about their true destination...and sure enough, right after they're interviewed they start to receive phone calls. They end up making plans to visit all their parents within one day.

BRAD'S DAD As Brad and Kate pull up to the farm where Brad's father lives Brad and Kate agree to a safe word of "Mistletoe" to signal that they should get out, but it's clear Brad doesn't want to go in at all. As they step in Brad's father Howard (Robert Duvall) greets them warmly. Also there are Brad's brothers, Dallas (Tim McGraw) and his two children, and Denver (Jon Favreau) and his wife and baby. Dallas and Denver start to beat on Brad, calling him Orlando. When Kate asks, Brad's brothers reveal that they were named after the cities they were conceived in: Kate is appalled that Brad never told her his real name, and Brad tries to explain that his brothers are like MMA fighters that just brawl in backyards and upload the footage to YouTube.

Kate convinces Brad that he's a grown man, and can demand his space from his brothers. Brad has a talk with his brothers about boundaries and respect. The two answer by beating him again, with even Dallas' children getting into the act. Howard breaks the fight by asking to have the presents handed out. Just as Denver's wife mentions the $10 cap that everyone agreed to Brad hands Dallas' kids a brand new Xbox 360. His brothers are appalled, not only because they feel that Brad is showing off just how much he makes but that it makes their own presents look horrible (Dallas got one of his kids a cheap flashlight). Brad ruins it further by accidently revealing that there's no Santa Claus. Screaming that nobody loves him one of Dallas' kids strips off his clothes and runs out the window (As someone mentions, when he can't express himself he goes streaking. He'll be back.) Howard's gift is a new satellite dish, which he takes up to the roof to install with his boys.

Kate waits with Denver's wife in the kitchen, who asks Kate to hold her baby while she cooks. Kate seems uncomfortable with the baby, but slowly grows used to it. Meanwhile Brad is installing the dish while his brothers mock him. Howard mentions his ex-wife calling her a whore. Brad is offended. Howard also mentions the same thing Brad did, about lies in families. He then goes down to check the signal, while Brad tries to point the dish in different directions to get a clear signal. The dish pops off and he falls off the roof dragging the cable wire all along the living room and destroying it, even pulling the TV up into the ceiling before it catches flames. Shocked by all the noise Kate swings and slams the baby's head into an open cabinet door angering the mom. Brad and Kate quickly leave after this.

KATE'S MOM As they pull up Kate's house has a statue of Jesus on the front lawn. Kate is surprised, and as they go in we meet her mother Marilyn (Mary Steenburgen), her sister, two aunts, and grandmother, all of whom find Brad to be very attractive. We quickly find out that Kate was picked on as a kid. Her nickname was "Cootie Kate" and was tormented, eventually leading to a traumatizing experience in a moon bounce/jumpy jump. Of course, there's one outside for the kids.

Marilyn's newfound love of religion is based on her current boyfriend Pastor Phil. They give each other the gift of verbal promises (which disappoints the sister's kid) which includes the grandmother promising her husband more sex. As they're staying Kate is given a baby to hold, who throws up all over her. Brad reacts horribly, the smell making him want to throw up too. Kate goes to change in the bathroom, having to wear an old sweater and jeans. She finds a pregnancy test and decides to try it but before the results could come in her niece runs in and steals it. She runs onto the moon bounce where Kate tries to follow.

As this happens Kate's family is showing Brad their photo album, which shows Kate was once so fat she went to fat camp and that she had a lesbian friend in high school. The kids torment Kate in the moon bounce and even drop kick her out of it before she snaps, closing the door to the moon bounce and flinging kids left and right to get her test. When the niece puts it in her mouth Kate happily tells her that she peed on it, making the kids stop cheering and start to look sick. She looks at the test, sighing, before trying to talk to her mom. However Marilyn is too obsessed with making sure everyone is ready for Pastor Phil's sermon. Kate changes back to her now clean regular clothes but Brad is laughing at her. He mentions how he's not as fazed by her large weight as a kid or her lesbian friend (whom Kate herself didn't even realize was lesbian, until she thinks about it), so Kate shouldn't be so mad about the Orlando thing.

We find out Pastor Phil (Dwight Yoakam) runs a very flashy church and needs volunteers to star in the play of the birth of Christ. Wanting to

official sites
- miscellaneous
- photographs
  sound clips
  video clips

impress him Marilyn "volunteers" Kate who gets Brad to go with her. On stage Kate gets stage fright and can't remember her lines or actions while Brad hams it up and mocks Kate much to the crowd's delight. The two leave. Kate is upset that Brad threw her to the wolves but Brad doesn't understand what was so bad about it.

BRAD'S MOM In a short visit they come to visit Brad's hippie mom (Sissy Spacek). Things quickly turn sour as we meet Brad's stepdad, who tells Brad that he knows he can't be a father but he just wants to be a friend. Brad answers "You were my friend. You were my best friend growing up, and then you married my mom," to which he answers "To be fair I didn't have a sexual attraction to your mom until I was 30." Turns out that they are incredibly sexually active, which disgusts Brad. Kate has brought board games though, and they decide to try Taboo.

Denver is there with his wife, still giving Brad a death glare over the incident at their dad's. The couples start to play, with one person trying to tell the other to say a key word without using any words from a short list. They try by using their personal experiences with each other. Brad's mom and stepdad do well, but all their clues are sexual. Denver and his wife play like professionals, knocking out word after word. But when Kate tries to tell Brad clues based on her life Brad gets angry wanting more specific clues. He clearly has no clue about anything involving Kate outside of what he's done with her.

As they leave Kate is upset and Brad tries to comfort her by forgiving Kate for the bad clues. Kate mentions that she took the pregnancy test and Brad freaks out. She reveals that the test was negative but it made her think of wanting something more than the "friendship" that she and Brad have. Brad will have none of it. He's happy the way they've been and he wants to stay that way.

KATE'S DAD As they pull up Kate tells Brad that he doesn't have to come in. He insists but she doesn't want to lie to her parents anymore about their relationship. If Brad doesn't want to go further then she's done. Brad leaves and her father (Jon Voight) comes out to greet his daughter. Upon going in Kate is shocked. Marilyn and Pastor Phil are there too, and getting along well with everyone. Kate asks her sister, saying she thought that their mom and dad hated each other, but they stopped and started gathering when their granddaughter was born. Kate goes upstairs to be alone for a bit when her father comes in and reveals that he always knew his daughter was lying about leaving for Christmas. He isn't upset, but warns her that he used to make lies to avoid his family, and many divorces later now wishes he had that time back.

Brad goes back to see his dad, who is drinking on the porch. When Brad tells him that Kate offered to make a family with him and he said no his dad finally seems happy. He tells Brad that he's the smart one, not falling for getting married, and says how they're alike. This frightens Brad, knowing that he has become his father. He ends up going upstairs to his old room, where all his old toys and awards (All in his birth name Orlando) are still arranged. He goes back to see Kate, who at first doesn't want to see him. He does convince her that he is there to talk to her about having kids and getting married "sometime, not right now but sometime." And the two talk about the advantages and tax breaks that being married and having kids would bring. But for the future.

ONE YEAR LATER It's New Years Day, just after midnight, and Brad and Kate are amazed that they just had a baby. The nurse comes in and tells them that if family is waiting they're now allowed to come in and visit. Brad and Kate look at each other before revealing that they never even told their parents that Kate was pregnant. The nurse gives them a funny look and leaves, just as a live news crew comes into their room to interview them about having the first baby of the new year. As they stare nervously, just before Kate can answer the baby throws up all over her and Brad, and Brad jumps up gagging.

## Related Links

| | | |
|---|---|---|
| Plot summary | Plot keywords | Parents Guide |
| User reviews | Alternate versions | Quotes |
| Trivia | Main details | MoKA: keyword discovery |


Save 15% Snack to it — Shop now — amazon

## IMDb Everywhere





Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

Follow IMDb on





| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | News | Box Office Mojo |
| Box Office | Press Room | Withoutabox |
| TV | Advertising | |
| Coming Soon | Jobs | Conditions of Use |
| Site Index | | Privacy Policy |
| Search | | Interest-Based Ads |
| In Theaters | | |

Exhibit 14
26 of 35

Case 5:17-cv-01153-JGB-KK Document 19 Filed 07/12/17 Page 203 of 211 Page ID #:563

An **amazon**.com. company.

Copyright © 1990-2017 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
|---|---|---|---|---|---|---|---|
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 204 of 211   Page ID #:564

# theguardian

# Love Story by Erich Segal - review

'The dialogues are clever, quick and sharp and the characterization? Beautiful'

**pinkbookworm**
Friday 25 November 2011 10.00 EST

"Love Story, mum, really?" was my first reaction. And not in the good, "I can't wait to start reading!" way. But more in the "Well, that looks rather...strange," way. Mum's only reaction was to stalk away with her head held high. I had no one but my fluorescent copy of love story for company. I started the book with a very Romeo and Juliet sort of scenario in mind. You know, strangers meet, the sparks fly and next thing you know, they're engaged and their parents and families prevent their true, sweet, love which has most probably lasted only for a week.

Jennifer Caliveri is a musical prodigy, coming from a small town where her father bakes to try and make ends meet. Oliver Barret is a confident Harvard jock, coming from a rich, high-end family, consisting of a father with a heart of stone and no emotion. They meet, and a romance blossoms, but one that is short lived. There is an unexpected twist in their fairy tale, and their happy ending doesn't come quite the way they expected....

By the time I finished this book, my eyes had opened out the waterworks, and I was blubbering all over the place. Not at all the way I had expected it. The dialogues are clever, quick and sharp and the characterization? Beautiful. A fast paced and extremely moving story than can be enjoyed and appreciated on so many different levels. But the most important thing this book taught me was "Love means never having to say you're sorry."

**Want to tell the world about a book you've read? Join the site and send us your review!**

## Since you're here ...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information. *Thomasine F-R.*
If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

**Exhibit 14**
**28 of 35**

1/2

Become a supporter

Make a contribution

Topics

- Children's books
- Children's books: 8-12 years
- Teen books
- children's user reviews

**Exhibit 14**
**29 of 35**

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 206 of 211   Page ID #:566

This site uses cookies. By continuing to browse this site you are agreeing to our use of cookies. (More Information)   ✕

**LOG IN**    **REGISTER FOR ONLINE ACCESS**      Search the LRB 🔍

Two *great* reviews, one *low* price    **Buy Now**

# London Review of Books

| LATEST | ARCHIVE | BOOKSHOP | CONTACT US | ABOUT THE LRB | SUBSCRIBE |

INTRODUCTION   BACK ISSUES   CONTRIBUTORS   CATEGORIES   LETTERS   AUDIO   VIDEO



John Lanchester 's novel Capital has just appeared in paperback.

---

MORE BY THIS CONTRIBUTOR

**When Bitcoin Grows Up**
What is Money?

**Unbelievable Blair**
Falling out with New Labour

**The Great British Economy Disaster**
A Very Good Election to Lose

**Not My Fault**
New Labour's Terrible Memoirs

**The Global Id**
Is Google a good thing?

**Cityphobia**
The Crash

**See you in court, pal**
The Microsoft Trial

RELATED ARTICLES

5 JANUARY 2017
**Kate Summerscale**
'Making a Murderer'

15 DECEMBER 2016
**Andrew O'Hagan**
'The Crown'

28 JULY 2016

---

**Vol. 35 No. 7 · 11 April 2013**
pages 20-22 | 4659 words



T larger | smaller

## When did you get hooked?

### John Lanchester

A Song of Ice and Fire: Vols I-VII  by George R.R. Martin
Harper, 5232 pp, £55.00, July 2012, ISBN 978 0 00 747715 9

Game of Thrones: The Complete First and Second Seasons
Warner Home Video, £40.00, March 2013

🛒 BUY

You are invited to read this free book review. Register now for 24 hours of free access to the entire *LRB* archive.

[ Your email address ]   **Register For Free**

Your email will be added to our mailing list. By registering you agree to our terms.

The writer Neal Stephenson, in response to a question about his own fame or lack of it, came up with a usefully precise and clarifying answer:

> It helps to put this in perspective by likening me to the mayor of Des Moines, Iowa. It's true of both the mayor of Des Moines and of me that, out of the world's population of some six billion people, there are a few hundred thousand who consider us important, and who recognise us by name. In the case of the mayor of Des Moines, that is simply the population of the Des Moines metropolitan area. In my case, it is the approximate number of people who are avid readers of my books. In addition, there might be as many as a million or two who would find my name vaguely familiar if they saw it; the same is probably true of the mayor of Des Moines.

The crucial contributing factor to this condition, which involves being both incredibly, outlandishly famous by serious-writer standards while also being unknown to the general reader, is the fact that Stephenson works in the area of SF and fantasy writing. For reasons I've never seen explained or even thoroughly engaged with, there seems to be an unbridgeable crevasse between the SF/fantasy audience and the wider literate public. People who don't usually read, say, thrillers or military history or popular science will read, say, Gone Girl or Berlin or Bad Pharma . But people who don't read fantasy just simply, permanently, 100 per cent don't read fantasy.

That doesn't stop some of these books finding many millions of readers. The works that do so, though, are almost always crossovers from the category of teen, or as the industry calls it, 'young adult', fiction. Harry Potter, the Hunger Game s, and the Twilight novels are all in this category, and they're also not individual works but series. When they found a wider readership they didn't do so in a merely big way but in an apocalyptically huge one. Given permission to read books of this kind – permission derived from the books' success – people have shown that they are willing to wolf them down by the millions. (It's a subject in its own right, the self-reinforcing phenomenon of the contemporary mega-seller; by which I mean not just the garden variety bestseller but the book or books which go to that mysterious other place in the popular consciousness, when it's as if reading them has somehow been made compulsory.) This surely implies that there is nothing innate to fantasy which puts people off reading it. But there does appear to be something off-putting about fantasy as an idea. The fact



Exhibit 14
30 of 35
1/6

7/11/2017    John Lanchester · When Did You Get Hooked? A Song of Ice and Fire by George R.R. Martin · LRB 11 April 2013

Case 5:17-cv-01153-JGB-KK   Document 19-4   Filed 07/12/17   Page 207 of 211   Page ID #567

Andrew O'Hagan
Short Cuts

9 APRIL 2015

James Meek
Seventy Hours with Don Draper

18 JULY 2013

Jonathan Coe
Giggling along with Boris

7 MARCH 2013

Owen Hatherley
Jonathan Meades

3 JANUARY 2013

James Meek
'Breaking Bad'

RELATED CATEGORIES

Film, television and media, Television



**London Review**
BOOKSHOP

Upcoming Events

Big Capital: Who is London for?: Anna Minton and Oliver Wainwright
19 July at 7 p.m.

BOOK TICKETS

RISINGTIDEFALLINGS
Philip Hoare and Olivia Laing
20 July at 7 p.m.

BOOK TICKETS

View all Upcoming Events

that people are willing to read fantasy novels in practice emphasises the parallel fact that, most of the time, they aren't willing to read them in principle. They're only willing to read the freak mega-sellers: fantasy itself is off limits to large sections of the general reading public.

Auden thought that admiration for Tolkien was an indispensable sign of good literary judgment. That's putting it too strongly, but you could certainly say that a willingness to read Tolkien with an open mind, and pass judgment on the work's merits or lack of them, is a sign that no preconceptions about literary categories are in place. I once had to speak up for The Lord of the Rings at a retrospective version of the Booker Prize for 1954 – the other candidates were Under the Net, The New Men, Lucky Jim, A Proper Marriage  and Lord of the Flies, which won – and needless to say I was the first to be chucked out of the metaphorical balloon. It was clear, though, that not only had a large part of the audience not read the book, there were no circumstances under which they would consider doing so. There was something depressing about that.

When you ask people why they don't read fantasy, they usually say something along the lines of, 'because elves don't exist.' This makes no sense as an objection. Huge swathes of imaginative literature concern things that don't exist, and as it happens, things that don't exist feature particularly prominently in the English literary tradition. We're very good at things that don't exist. The fantastic is central not just to the English canon – Spenser, Shakespeare, even Dickens – but also to our amazing parallel tradition of para-literary works, from Carroll to Conan Doyle to Stoker to Tolkien, Lewis, Rowling, Pullman. There's no other body of literature quite like it: just consider the comparative absence of fantasy from the French and Russian traditions. And yet it's perfectly normal for widely literate general readers to admit that they read no fantasy at all. I know, because I often ask. It's as if there is some mysterious fantasy-reading switch that in many people is set to 'off'. And it's this that leads to the mayor of Des Moines syndrome, because part of the point of Stephenson's remark isn't just that people who don't live there don't know who the mayor is, they couldn't care less. The information is of no use to them.

Until recently, George R.R. Martin would've been another serious candidate for that mayoralty. He has for decades been an immensely prolific and successful writer of fantasy, unusual in having more than one series on the go simultaneously. (He's also a fan of his own milieu. Martin held the first numbered ticket to the first Comicon festival, the now famous, gigantic orgy of all things fantastic and SF and geeky. It is impossible to have a more profound qualification as a fan of his own genre: it's as if Comic Book Guy from The Simpsons turned out to be George Lucas.) Martin is now much more widely famous thanks to his novel cycle A Song of Ice and Fire , perhaps better known, thanks to the immense success of the HBO series, as Game of Thrones, which took its title from the first novel in the series. Game of Thrones was first described to me, by someone familiar with the project from before its initial broadcast, as 'The Sopranos  meets Lord of the Rings.' At that point, I knew I was going to like it. But then, I am that person – the one who likes fantasy and SF. It was far from clear that anyone else would like it. So I have to admit I feel an obscure and entirely unjustified sense of vindication at the fact that now, with the third series about to start airing, Game of Thrones is universally seen as a roaring success, and Martin's books have hit the best-seller lists, many years after they were first published. (The first book in the sequence came out in 1996.)

There are five novels in the series so far; at the moment the projected length of the full cycle is seven books, but the work has already stretched from its initial design of five books to seven, so further stretching feels possible. Martin has said that his ambition was to create an imaginary world with the atmosphere of the Wars of the Roses. A small number of aristocratic families are contending for power on the kingdom of Westeros, an island with a cold north, warm south, varied topology, and ferocious barbarians across the seas to the east. The families are interlinked by marriages and alliances, but remain strongly distinct in ethos. The Starks are the heroes, the **family** at the heart of the story: they are northerners, hard people adapted to a hard life, preoccupied by honour. Their patriarch, Eddard Stark, is a gem of a part for Sean Bean in the TV series. The Lannisters are their enemies and opposites: rich, ruthless, amoral southerners, barely able to conceal their wish to take over the kingship. As for the king, at the start of the books that is Robert Baratheon, the huge bruiser who, with help from the Starks, deposed the previous king 17 years before the story begins. That monarch, mad King Aerys, was the last Targaryen on the throne; the Targaryen dynasty rode to power in Westeros hundreds of years ago on the backs of dragons, practised brother-sister incest, and gradually went mad. But the dragons are long dead – none has been seen for hundreds of years – and the two last Targaryens, the only **family** members to survive Robert's attempt to eradicate them all, are near-children, fled into exile over

Exhibit 14
31 of 35

the seas. Another of the families, the Tyrells, become increasingly central to the books from the third novel onwards: they are courtly, mannerly and utterly unscrupulous – 'Lannisters with flowers'.

The books tell this story by hopping about from person to person across the wide geography of Westeros and beyond, with the point of view moving around a large rep company of principal characters, most of them, most of the time, afraid for their lives. The Wars of the Roses, in this reimagining, are – as they surely were in real life – a blood-soaked, treacherous, unstable world, saturated in political rivalries, in which nobody is safe. The violence in this milieu is not Tolkienian sword-fighting between warriors and orcs: it is long on murder of the innocent, poisoning and rape. It's not a world any sane person would want to live in, not for a moment; which is another respect in which it manages to resemble the real Middle Ages.

This sense of unsafety and instability is at the heart of the books. I've been acting as a kind of low level pusher or drug dealer for the series, shoving recommendations and occasionally box sets in the direction of friends. I tell them to forge past their elves-don't-exist resistance at least until the end of the first episode. And that, generally, is all it takes. After that initial act of drug-pushing, I follow up on my new clients to ask how they have got on with the series. Everyone is addicted, and everyone reports the same moment as being the one that got them hooked. (From this point onwards, this piece doesn't so much contain spoilers: it is in itself one big spoiler. Be warned; or, better still, don't be warned: stop reading now and give Game of Thrones a go for yourself.) It's right at the end of the first episode. Robert Baratheon has gone north to visit his old friend Eddard Stark, to ask him to come south to the capital, King's Landing, and become 'the Hand of the King', in charge of the practical running of the kingdom. (As the saying has it, 'the king eats and the hand takes the shit.') With Robert is his wife, Cersei, a Lannister, gorgeous and ruthless, and her twin brother, Jaime, universally known as 'the Kingslayer' because he was the one who murdered the mad king. He did so in defiance of his oath as a member of the Kingsguard, an order of knights sworn to defend the king's life; Jaime is universally regarded as a very bad man, treacherous and amoral. These two Lannister twins are blond and beautiful; their third sibling, Tyrion, also part of the king's travelling party, is a dwarf, a worldly, jaded, funny, highly intelligent cynic and, as incarnated by Peter Dinklage, the indisputable star turn of the HBO series.

The king and his entourage take up residence at Winterfell, ancestral home of the Starks. We see much of their antics from the perspective of Bran Stark, second-youngest son of Eddard, a likeable, lively eight-year-old boy. Bran's hobby is climbing all over the huge high rambling castle of Winterfell, something he does with an enthusiasm which would be reckless if it weren't for his complete confidence that he will never fall. In the course of one of his climbs, he hears adult voices through a high window, goes to investigate, and comes across Jaime and Cersei sexually engaged in (to use a neologism popular with fans) twincest. They catch him catching them at it, and Jaime grabs Bran. The two twins look at each other. 'The things I do for love,' says Jaime – and throws the boy out the window.

That startling moment is where the first programme in the TV series ends, and it's the point at which people realise they're addicted. It has an equivalent impact in the books; even more of an impact, perhaps, because Bran has already been established as one of the characters from whose viewpoint the story is told. Plus, he's only eight. This is a world in which nobody is safe, ever. The image of a fall from a high place is relevant: in this world, everyone's position is precarious. 'This is the game of thrones,' Cersei tells Eddard Stark, 'you win or you die.' That exchange is crucial to the whole multi-book arc of the story. It was initiated by Eddard, who has gone to warn Cersei that she is at risk. Eddard has worked out, first, that the previous Hand of the King was murdered; second, that he was murdered at Cersei's instigation; third, that he was murdered because he had worked out that the king's two children are not, as it happens, his children at all. Instead they are the offspring of Cersei and Jaime's twincest (see how useful that word turns out to be?).

Eddard knows how insanely angry Robert is likely to be, and although he dislikes and distrusts Cersei, he tells her his discovery, as he says, 'out of mercy'. When overthrowing the previous dynasty, Robert killed every Targaryen he could find, including children and babies. Eddard thinks he will do the same to Cersei and her children, hence the warning: he wants Cersei to take them and flee for her life. What she does instead is arrange for Robert's death, stage a coup to put her son on the throne, and have Eddard executed for treason – the scene which ends the first series of the TV show. Eddard's sense of honour and mercy has catastrophic consequences. The movement towards his death is so painful, so inexorable, that the reader/viewer feels

**Exhibit 14**
**32 of 35**

Case 5:17-cv-04153-JGB-KK   Document 19-4   Filed 07/11/17   Page 209 of 211   Page ID #:569

sure something, anything, must be coming to avert it. Most consumers of popular culture have been trained to expect happy endings, last-minute reprieves, a lucky break for the good guy in a tight spot. In Game of Thrones, the good guy has his head forced down on the block and then chopped off, in the presence of two of his daughters.

Westeros is by now in a full state of civil war. This is where the second book and second TV series, A Clash of Kings, begins. There are now no fewer than three declared kings in Westeros. Representing the Baratheons is the handsome, charismatic, impetuous younger brother Renly. (HBO further develops their normal policy on gratuitous sex scenes – that policy being that they're strongly in favour – by giving him a gratuitous gay sex scene.) He dies. The Lannisters are led by the patriarch Tywin, who is calculating, brutal and ruthless even by Lannister standards. He dies. The Starks are led by Eddard's eldest son, Robb, a mere teenager (though he's older on the telly): he is brave, so charismatic that his followers anoint him the 'King in the North', a brilliant war leader. He dies. The nominal king is Joffrey, officially Robert's son but in reality Cersei and Jaime's – people don't know that, but there are beginning to be rumours. Joffrey starts out by seeming nothing more than a nasty little shit, but before long turns out to be genuinely psychotic. He dies. These are not peripheral figures but richly imagined, textured, three-dimensional portraits of central characters: the kind many writers couldn't bear to kill off. Nobody needs to give Martin any advice about how he needs to slaughter his darlings.

<div style="text-align:center">*</div>

The sense of instability goes beyond not knowing who's going to survive and who's going to be the next apparently principal character to be killed. Our judgments of people in the story are also unstable. One of the most compelling aspects of this next series of Game of Thrones is what happens to Jaime Lannister, who is firmly lodged in the reader's imagination as utterly irredeemable – amoral, ruthless, violent. (Though one issue about this new series is just how much of the novel sequence it will contain. The book which was published in the USA as one gigantic volume, A Storm of Swords , was two books in the UK. A lot happens in each of them and the rumour at the moment, just pre-airing, is that the new series will concentrate on roughly the first half of the big book.) At one point, while he's held captive by the Starks during the war, Catelyn Stark is taunting him and uses the expression, 'men like you'. Jaime's response is immediate: 'There are no men like me.' We believe him.



London Review / the PARIS REVIEW

Two *great* reviews, one *low* price

Buy Now

We still believe him in this new series, but we also come to learn that Jaime is a much more complicated character than he initially seemed, with a code of behaviour not much less rigid than Eddard Stark's: his act of 'kingslaying' saved many innocent lives, and his twincest with Cersei is a lifelong act of devotion – she's the only woman he's ever slept with. He has his sword arm chopped off, too, so this damaged, loyal/treacherous, honorable/conscienceless figure becomes increasingly complicated and, in his uncategorisable way, even heroic. The idea of character 'arcs' in popular fiction and movies has been so strip-mined, become so jaded and familiar, that it's refreshing and almost alarming to have a story carry the reader so far away from her initial perceptions of a character. What this all boils down to is that in the world of these stories, you are given something that is extremely rare in a mass-market form: you genuinely don't know what's going to happen next.

That, I think, is the first reason for the immense popularity and success of Game of Thrones. This sense of instability, of not knowing what's about to happen, speaks to the moment. We all feel anxious and uncertain about the future, none of us knows quite how firmly our feet are planted. It's hard to dramatise economic uncertainty, so why not convey this feeling through a made-up version of the Wars of the Roses? Add the

Exhibit 14
33 of 35

7/11/2017 John Lanchester · When did you get hooked? · LRB 11 April 2013 Game of Thrones
Case 5:17-cv-01153-JGB-KK Document 19-4 Filed 07/12/17 Page 216 of 211 Page ID
#:570

depth and texture and profoundly satisfy thoroughness with which Martin has
imagined this world, and the range of his imaginative sympathy with its large company
of characters, and it's a wonder it's taken the world so long to fall in love with the
books.

The second big reason for the success of the series may be adjacent to the point about
instability. It concerns magic. The whole issue of magic, in turn, seems to be the
principal turn-off ('elves don't exist') for non-readers of fantasy. In Westeros, people
agree with that. They don't believe in magic either. There used to be dragons, not just
in the distant mythological past but in historical memory, and the dragons' skulls are
preserved as relics. But the dragons got smaller over time, and then died out, and with
them the magic left the world. In the north of Westeros there's a 700-foot-high wall,
built to keep out 'white walkers', terrifying undead magical sort-of-zombies who once
lived in this same north and were a mortal danger to men. The wall is guarded by the
Night's Watch, a sworn order of men who take a lifelong oath to defend the world to the
south from the white walkers. But nobody apart from them still believes in the white
walkers. As Tyrion puts it, the Watch are there to defend Westeros from 'grumkins and
snarks and all the other monsters your wet nurse warned you about'. The Night's
Watch has become a dumping ground for the kingdom's losers and criminals, and their
membership consists of (Tyrion again) 'sullen peasants, debtors, poachers, rapers,
thieves and bastards'.

The reader, however, knows different. The very first scene in the huge saga begins with
three members of the Night's Watch, on a mission north of the wall, coming into
contact with white walkers and meeting a horrible end as a result. The Night's Watch,
and the 'wildings', outlaws who live north of the wall, are the only people in the world
who believe in the white walkers – but we readers know they are a real and imminent
danger. We know also that dragons have been reborn into the world, thanks to
Daenerys Targaryen, who fled Robert Baratheon's infanticidal wrath as a mere baby
and has grown up over the seas and to the east of Westeros, where she was married off
by her brother to Khal Drogo, the terrifyingly martial Dothraki 'horse lord' – the
Dothraki being a bit like the Mongols. (Oh, in case you're wondering – he dies.) In the
coup de théâtre that ends the first series, Daenerys climbs into a funeral pyre carrying
three dragon eggs, and emerges at dawn with three baby dragons, the first the world
has seen in hundreds of years. We surmise, from these events and from the title of the
sequence, that Westeros is heading for a white walker v. dragon stand-off, at some
exciting juncture a couple of fat novels away.

So the reader knows that magic is real, but the people of Westeros think that it isn't;
with one big exception, and it is this exception that is, I think, the second structural
reason for this story's appeal right here, right now. This is to do with the seasons. In
Westeros, seasons last not for months but for years, and are not predictable in
duration. Nobody knows when – to borrow the minatory motto of the Starks – 'winter
is coming.' At the start of Game of Thrones, summer has been going on for years, and
the younger generation has no memory of anything else; the blithe young aristocrats
who've grown up in this environment are, in Catelyn's mordant judgment, 'the knights
of summer'. The first signs of autumn are at hand, however, and the maesters – they're
the caste of priest/doctor/scientists – have made an official announcement that winter
is indeed on its way. A winter that is always notoriously hard, and can last not just
years but a decade or more. It's a huge all-encompassing environmental force,
determining the lives of everyone, open-endedly. The climate change aspect of this is
obvious to the contemporary audience, but there's something more subtle and
subtextual at work here too: another economic metaphor, another kind of difficult
climate. Westeros is like our own world, in which hard times have arrived, and no one
feels immune from their consequences, and no one knows how long the freeze will last.
Our freeze is economic, but still. Put these two components together, and even the
fantasy-averse, surely, can start to see the contemporary appeal of this story, this
world. It's a universe in which nobody is secure, and the climate is getting steadily
harder, and no one knows when the good weather will return.

There's one more point to be made concerning instability and unpredictability. That is
the issue of how long it's going to take Martin to finish the books. After getting hooked
via the first TV series, and before starting out on the books, I did something I hardly
ever do, and looked up Martin's Amazon reviews, to see how far he was into the series
and how long he had to go. The world of Amazon comments on Martin is, even by the
standards of Amazon-comment-world, peculiar. (My single favourite fact about
Amazon-comment-world: Newt Gingrich's Amazon reviews, which I unironically
recommend for anyone interested in his core field of geopolitical history, says he is 'the'
Newt Gingrich, with inverted commas around the 'the'.) Everyone loves Martin's books,
which have hundreds of maximally favourable ratings, but that's not what you're likely

Exhibit 14
34 of 35

to encounter first when you look him up. Instead you're greeted by dozens of posts with headings such as 'Do not buy any product by George R.R. Martin' or 'Do not read this book' or 'Warning! Avoid!' This fan ire has its basis in the fact that Martin hasn't got closer to finishing the series. That's a trifle harsh, one might think, given that he has written several thousand pages so far – but the fans' point is that the rate has been slowing down. A Game of Thrones came out in August 1996, A Clash of Kings 27 months later, A Storm of Swords 21 months after that, but then the gap between the books grew: A Feast for Crows took five years and then A Dance with Dragons six years more. Half a decade is a long time between books in a work that is conceived and published as a series. At the current rate, even if the sequence doesn't expand any further, he won't be finished until 2020. It's also the case that the narrative momentum of the series has slowed in books four and five, and the exploration of Westeros feels more leisurely and expansive, with the books' stories in many cases overlapping and simultaneous.

The fans don't like that, partly because – this is bad taste and I apologise, but there's no way round it – they're worried that Martin is going to die before he finishes. The whole letting-the-fans-down-by-dying issue is a sore point in the world of fantasy, thanks to the death of one of the most admired contemporary writers of fantasy, Robert Jordan, before he had completed his own multi-book cycle, The Wheel of Time. That cycle is being finished by Brandon Sanderson, whose work is admired, but we can all agree that however fine the execution it's not quite the same thing. The fans' concern is that Martin just isn't getting on with it. Martin is very active at going to conferences and on book tours and has other creative projects on the go, as well as an active website selling T-shirts, figurines and tat, and he blogs too, and many of his readers want him to stop doing all that and just get his head down to finish the books. That's harsh, very harsh ... and yet the fan part of me wants him to get on with it too. So this is the final anxiety about the world of Westeros. Part of the piquancy is that we readers don't want to get to the end of it, and yet we want it to be finished, so we can get to the end of the story when we so choose. Our sneaking fear is that Martin, too, may not want to come to the end of it, a wish for which we couldn't blame him. Except blame him is exactly what we would do, if he doesn't come to the end. Winter isn't just coming, it's already here, and one of the things we all like to do in winter is feel sure that somewhere out there, even if we can't yet see it or sense it, there's an ending.

This book review is free to read. Register now for 24 hours of free access to the entire LRB archive.

Your email address    **Register For Free**

Your email will be added to our mailing list. By registering you agree to our terms.

**Contact us** for rights and issues inquiries.

More from this issue    »      More by this contributor    »