## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On July 12, 2017, I served the foregoing document(s) described as: **NOTICE OF LODGING OF EXHIBIT 2 (DVD)** on the interested parties in this action as stated below:

**Tia Griffin**
**2442 Iowa Avenue, #P14**
**Riverside, CA 92507**

☒ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

Executed on July 12, 2017, at Los Angeles, California.

☒   Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____Nancy Gonzalez_____          _/s/ Nancy Gonzalez_
         Print Name                             Signature

PROOF OF SERVICE
4829-6453-7416v.1 0103245-000008

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899