Exhibit 1

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **THE COVERING** deposited in the Copyright Office with claim of copyright registered under number **TXu 1-922-667**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited the attached photocopies are the best possible print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 21, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Exhibit 1**

1



# The Covering

*"Placing the Love You Have To Offer In The Hands Of God."*

Tiselle Bisette



Copyright © 1-13541623612014 by Tiselle Bisette

**Exhibit 1**

2



# "The Covering"

## *"Placing the Love You Have To Offer In The Hands Of God."*

Printed in the United States of America

Title ID: 4662553
ISBN-13: 978-1495495656

All rights are solely reserved by the Author. This book, or parts thereof, may not be reproduced in any form without permission. The views expressed in this book are not necessarily those views of the publisher.
All names were changed throughout the entirety of the text.
All Scripture references listed come from The New International Version *Copyright 1973, 1978, and 1984 by The International Bible Society.*

**Exhibit 1**

3



**Exhibit 1**

4



# Table of Contents

Introduction …................................. 5

Chapter 1: Give Me Back My Soul!

Chapter 2: Living As A Single Mom

Chapter 3: Boxing In The Single Parent

Chapter 4: The Dating Game; What's Really Out
           There

Chapter 5: My Heartbreak

Chapter 6: My Healing-You Have To Feel To Heal

Chapter 7: The Anti, the Un, and the Reverse

Chapter 8: The Covering

**Exhibit 1**

5

# Introduction

 This book is for the Believing Christian who is seeking a Christ like relationship. This book is not simply about what God says and what He commands us to do. It is about learning  how to apply what He says and what He wants us to do as we sift through how we should live as born again

believers.  This book was also written as an example to teach what we should look for in building dating relationships as God's true children living in today's world. The Bible says "Iron sharpens iron". So by sharing my story, someone else might gain a better sense of awareness in their process of living and dating as a Believing Christian who wants to stay in God's will.

**Exhibit 1**

6 

# Chapter 1



## Give Me Back My Soul!

I wasn't  living like a born again believer when I was in my early twenties. I had a child like love for God and wanted to live right. I even went to church every Sunday and sang in the church choir. But my home life was far from Him. I was living with my boyfriend Al during that time and we had just had our fourth child together. We were always working on getting married. But we could never really make it happen. He wasn't serving God either and spent most of his time avoiding any type of relationship with Him. He was always wandering in the world angry about anything and everything. And I was always asking him what was so wrong in his world. We tried Christian counseling, this, and that, and everything under the sun. But when all was said and done, he was just never happy. He had a great job and made good

**Exhibit 1**

7



money. He had four beautiful children that loved him dearly. And, he had me. But no matter what we did or didn't do, his decision to remain under his cloud of negativity never changed. It all came to a head when he asked me to go to Nevada to see his little brother get married. I was initially conflicted with my decision. One one hand, I really didn't want to go, and was ready to end the relationship. But, on the other hand, I wanted our children to meet their cousins and his side of the family. I finally decided to join him on this one last trip.  So, we packed up the family and  took the plane to sunny Nevada.

When we arrived, we were greeted by Al's huge family. They were all smiles and waving as we parked the rental car. His father, Al Sr.,  lived in this huge mini-mansion with his wife Della. When I asked Al what his father did for a living, he shared that he was in the ministry and owned some property and a few other businesses. I guess that explained the three thirty thousand dollar cars parked in the driveway.

Each of our separate families had about 15 siblings. Al was the

**Exhibit 1**

8



oldest in his family and I was the youngest in mine. But, unlike my father, Al's father use to be a rolling stone. "Wherever he laid his hat was his home" if you know what I mean. He had past relationships and had children with about 12 other women back in the day before he finally settled down. His father's intentions were good in bringing the family together for this special occasion after all these years. But, since many of Al's siblings grew up in poverty without their father, there were a lot of broken adult children walking around observing this wealth on display during that weekend celebration. It was a painful sight to see.

A few nights before the wedding, we all sat in this huge living room chatting and talking about life. Just then, the bride to be, Candace, and her fiance, Al's brother Jay, came in and sat down in one of the larger living room chairs. Jay sat down first and then Candace gracefully sat on his lap. He was a nice looking, strong, football type and she was a tiny figured pretty lady doting over her man. "Man, I am so glad to be getting married in a few days. Whew", he sighed. "I'm tired of all those trifling women I use to

**Exhibit 1**

9 

deal with" he said. "That's right baby", Candace replied. "You've got the best all in one with me" she said as she gave him a kiss on the cheek.  "Man, there were women falling all over me all the time" Jay said arrogantly as he looked around at the rest of the group. "I'll never forget this one chick that kept following me all around the city. Man, she was stone cole crazy!" he said. Just then,  we all started laughing. "Why was she so crazy?" his sister asked as she made sandwiches in the kitchen. "I don't know" he said. "I dated her and then I was done wit her. But she just kept on calling and stalking me. It got so bad that one night I heard this tap, tap, tappin noise at my apartment room window. I thought I was hearing things so I went to see what that sound was. When I looked out my room window, I saw crazy lady kneeling on the outside trying to pry the window open. She was crying and going on,  begging me to let her in!" he said. We all started cracking up at first. I couldn't see how anyone could be so desperate. But I also kind of felt sorry for her. " Were you intimate with her or something Jay?" I asked. "Because if you were, you know what

**Exhibit 1**

10



the Bible says about that, right?" Suddenly, the whole room went

silent and everyone went from laughing to serious. "Was I

intimate?" Jay repeated. "Am I living in the real world?" he asked

sarcastically. "Yea, I was intimate. I was pretty much intimate wit

all the girls I dated. Most men are like that so it's really nothing

new" he said. "So, what does the Bible have to say about that?"

he asked while mean mugging me. "Well, in Genesis 2:24, the

Bible talks about a man leaving his father and mother and uniting

with his wife. It then says "they will become one flesh" I said.

"Well that only happens in marriage" he replied shrugging my

statement off. "Since every individual has their own soul, every

time two people are involved in sexual intimacy, they become one

with the person they were intimate with whether married or not.

That's the beauty of Christ ordained sexual intimacy and also the

problem with intimacy when it's practiced outside of marriage.

Each time we are intimate, a piece of our soul intertwines itself

with the other person we are intimate with kind of like a vine. So,

if you slept with this woman and you two became one, she must

**Exhibit 1**

11



have given you a piece of her soul" I shared. "A piece of her soul!" he said gruffly.  "Yea," I replied. "When you broke things off and chose not to see her anymore, a portion of her soul was left with you. If you rejected that portion that she gave to you and you threw it away, it was probably painful for her. I think this woman you call crazy lady was knocking on your window because she just wanted her soul back," I stated.

I got a couple of frowns from Candace and a few others in the group as they walked towards the kitchen to get their sandwiches for lunch. But not Al's sister. She took me aside and whispered "Girl, you were right on. Some of these guys just don't want to hear it." I know I must have left everyone with something to really think about. It wasn't fair to label or judge this woman for her response to Jay's being "done with her." It may take two to tango. But it only takes one person to lie about their true intentions <u>before</u> the dance movement starts.

**Exhibit 1**

12



# Chapter 2



## Living As A Single Mom

After seven years of trying to improve a non-moving relationship, I decided to pack up the kids and leave. It wasn't an easy leave, it was a traumatic one. Al's frustration about life went from anger on the Richter scale to domestic violence. He was in a state of being stuck. He recognized that his behavior needed to change and knew he needed to reach for the tools to make change happen. But, he wasn't motivated and refused to put in the work that was necessary to keep us together as a family. He didn't know how to reconcile or release the anger issues he carried against his father. It just seemed easier to stay stagnant and find another woman that would accept him right where he was. That woman could never be me so I was also stuck. I needed to make the move

**Exhibit 1**

13



out of that relationship and he could feel my desire to leave. The kids and I were a constant reminder of change and he grew to hate what he saw. The wind his anger created was starting to blow us right out of the house. I never knew how angry he was going to get during any given moment. And whenever he got angry, our day and destiny was no longer ours.  Since I didn't want the kids to feel the quench of his anger any longer, I decided it was best to leave. I then had to consider our options. A shelter would never give us the stability we needed because we would have to continue traveling from shelter to shelter. We experienced this once before when Al went into flip out mode. We had to re-plan childcare, college, and work around the shelter location, shelter rules, and specific mandatory programs which was difficult. With four small children, I knew I just couldn't swing the expectations. We needed a stable location where we could eat, shower, and sleep first. And then branch out from there to school, work, and so on. When I realized that my home city was the best place to be, we drove North and never looked back. On one occasion, the car

**Exhibit 1**

14 

broke down and we had to use our last sixty dollars for gas to

have it fixed. I had enough gas to get us from Oregon to Eastern

Washington. But we were really close to the edge money wise.

We were just outside of Yakima when  we received an amazing

blessing. I was down to my last ten dollars and was nearly in

tears. I thought we had twenty more dollars left but I just couldn't

find it. Even when I shook everything out of my purse, the money

wasn't there. My six year old daughter then said, "mommy, lets

pray and ask Jesus to help us". We then stopped everything and

prayed asking Jesus to please help us make it home. When I

opened my eyes, I went through my purse one more time. This

time, I found the twenty dollar bill that was missing. Call it a

fluke or call it a miracle. All I know is that I ripped that purse

apart twice and found nothing. Yet, after I prayed, the answer was

in the money that appeared. We not only had enough gas to get

home. But, we had enough money to buy dinner for all five of us

that evening. We truly felt blessed. And I was confident that God

would not leave us stranded.

**Exhibit 1**

15 

## Hope In The Middle of A Mess

We all have the potential to make our own choices based on our lack of believing that God will bring us someone special or do what He promised to do in our lives. In the Bible, there was a woman named Hagar who also struggled with believing that anyone would protect her or cover her with their love. My situation was different than Hagars. But, she and I were both single mom's. As a matter of fact, Hagar was actually the first single mother mentioned in the Bible in Genesis Chapter 16. When Hagar's mistress Sarai, Abraham's wife,  mistreated Hagar, she ran away into the desert to get away from their mess.

Likewise, I was in a mess having four children with an abusive man outside of marriage. I too had to rush to get away from that mistreatment.  In this story, God told Abraham and Sarai while they were in their old age, that He was going to bless them with a son. But because of their unbelief, they handled their business in their own way and left God out of it. They basically

**Exhibit 1**

16 

found Hagar and pulled her into their unbelief by making her the

surrogate mother who would carry the baby for them after Hagar

had sexual intercourse with Abraham, Sarai's husband.  What lady

would be so desperate that she would let another woman get with

her man? This story is better than a Soap Opera. The Bible and

scandal? Who knew? Truth be said, Sarai, like the woman in the

window, wanted so badly to have what God promised to give her.

And when it wasn't happening, and she was getting older, and got

tired of waiting, she took matters in her own hands.  Abraham and

Sarai together created this situation on their own because their

age, and circumstances around them were not matching up or

making sense to what God promised. Many times, we believers

do the very same thing. We ask God for something that

sometimes requires us to wait to obtain it. Then when we see

others around us getting blessed with the very things we

continually ask for, or they get married, etc... we get tired of

waiting. We act as if God has forgotten us and then take matters in

our own hands by trying to answer our own prayers. When we

**Exhibit 1**

17



answer our own prayers, we push God aside and say "He won't help us so we'll just help ourselves." When we try to do it ourselves, we become the god of our own lives. Sometimes we don't even realize it. But, that whole pattern of step by step disbelief is actually "anti-Christ" because we've pushed God and His timing aside. Yet, even when we push Him aside, He still loves us? Hmm... What a wonder.

In Genesis 16:7-12, the Bible says that "An angel of the Lord then appeared to Hagar and told her that she was pregnant with a son who would be named Ishmael. He also told her that the Lord would increase her descendants that they would be too numerous to count." So, the Lord didn't just leave Hagar in the desert by herself. He sent an Angel to see about her and to prophecy to her about her future because he loved and cared for her. He wanted her to have hope even in the midst of her being pregnant and in the middle of a mess!

The sweetest part of this story is the passage found in Genesis 16: 13 where it says "She gave this name to the Lord who spoke

**Exhibit 1**

18                         

to her: "You are the God who sees me. " for she said, "I have now

seen the One who sees me."

The help that my children and I received to get home came out of

God's love and His grace. When I made an attempt to remove

myself from the messy relationship I was in, He saw me and

carried me through that process. Likewise, if you have a situation

in your life where you made your own decisions that were

contrary to what God promised you beforehand, there is hope for

you.  Maybe you were involved in a sexual relationship outside of

marriage, etc.. Or maybe you have had an abortion or are

contemplating one because of a fleeting relationship where the

other responsible party left you stranded and alone to make

decisions on your own. Maybe you were the deceiving or

dishonest person that found a way to successfully hide the truth

about juggled more than one relationship only to create a big huge

mess for your life and the lives of others around you. If any of

this describes you at one time or another, and you feel regret and

sadness for the choices you made, just know God still loves you

**Exhibit 1**

19



and He sees you. It's not too late to turn back to Christ. He loves you so much that He would send an angel to meet you in the midst of your own desert. He is interested in you and wants to spend quality time with you. He wants to prophecy a message of hope for you and your future. He has the answer for anger, and any other messy situation that needs to be cleared up in each of our lives. He has the power to help us walk in a different direction. All we have to do is reach out to Him in prayer. He's waiting patiently and wants to hear about everything pertaining to us. He 's knocking and knocking at the door of your heart. All you have to do is let Him in. ♥

*"Here I am! I stand at the door and knock. If anyone hears my voice and opens the door, I will come in and eat with him and he with me."-Revelation 3:20*

**Exhibit 1**

20



# Chapter 3



## Boxing In The Single Parent

It's never a good idea to box in or label the single parent. Especially since like shoes, one size never fits all. We come in all different sizes, shapes, and situations so every circumstance is specific.

Some single parents have support from family and friends. While other single parents with broken family ties, have no help at all from anyone. I do recall a story years back that took place in Southern California. The news report spoke of a single mother that lived in an apartment with her small child. The apartment manager was familiar with her pattern of taking her child to daycare and working 2 jobs as a Registered Nurse. The manager

**Exhibit 1**

21 

shared that he thought she was working to save for a home but

wasn't quite sure. When he noticed her car sitting in the parking

lot for a few days in a row, he got concerned. And when he went

upstairs to check on her to see how she was doing, he got no

answer. He called her job but they shared that she hadn't shown

up for work for a few days. He then went back to her apartment

and noticed a strong smell that extended beyond her apartment

doors. When he began to knock, he heard a baby crying and used

his spare key to open the front door. He sadly found that this

single mother had passed away of a heart attack while her baby

sat hungry and drenched with a wet diaper crying next to her. This

single mother obviously had no one in her life that truly cared.  It

was a horrible reminder of how hard single parenting can be.

Some single parents are wealthy and can afford all the necessities

needed to raise their child or children solely on their own. And

other single parents are a part of the working middle class who

still need financial assistance for food, housing, and medical

insurance when their monthly paychecks just don't cover it all.

**Exhibit 1**

22



I was one of the single parents in need when I arrived at the doorsteps of my family home. When my brother Tom opened the door, I was so happy to see him. But, when I walked inside the home, all I could see was darkness and sadness all around me. The curtains were completely drawn, blocking off the bright early evening sun. The only light in the front part of the house was found in the kitchen where he was quietly reading the papers.

    After getting my kids settled, I got to sit and chat with my brother for awhile. During our discussion, I found that he was a single parent as well. He had a son whose mom was a social worker. Tom was a patient, good father. And he was soft spoken and never confrontational. But, his babies mother, Paris, was very opposite Tom. She didn't want my brother to see his son so she moved often and refused to tell anyone where she and their son had moved to. Tom had insurance through his job for his son. And Paris, found some way to retrieve the insurance and child support. Yet, she made no effort to initiate or maintain access to visitation between my brother and his son while my nephew was a young

**Exhibit 1**

23 

boy. My brother and Paris were in what society calls an

"Interracial relationship". But in my opinion, they were just two

human beings dating. I have noticed that in some cases, when

things don't work out between two humans dating where one

happens to be black skinned and the other white skinned, the term

"interracial", that wasn't an issue when they first got together,

suddenly jumps to the forefront.

I say this because Paris suddenly realized Tom was black after she

had a baby with him and after they broke up. Her sudden

realization caused her to go into white privilege mode. She used

this mode and her social work position to manipulate the courts to

get what she wanted. The court system traditionally bypassed the

rights of people of color in the city and there was nothing anyone

could do about it. It consisted of a group of all white judges

whose decisions didn't include State and Federal laws when it

came to American blacks residing in the city. The courts may

have given Paris her way on a constant basis. But when she began

to manipulate her way into affecting my job position, I wasn't

**Exhibit 1**

24  

having it. It happened while I was working as a Community

worker at the local Martin Luther King Center. It was hard

enough being one of the only black females working in the

outreach Department. But, it was equally difficult working with a

few women who were spending their time searching for

something,... anything they could find to use against me. They

had a problem with my Christianity and thought my faith was

some sort of act. For weeks on end, they swam around me like

Piranha's trying to find something negative simply for the sport of

it. When they had nothing on me, they were stumped. I loved my

God and I lived it every day to the best of my abilities.  That was

all there was to it. I never preached to anyone or judged anyone.

But for some reason, like typical work environments, these few

ladies had nothing better to do. Then Paris stepped in. She

approached my co-workers at a social work meeting and told

them that my brother Tom raped her and that's why she had a

black son that she needed to keep from him. When the Piranha's

heard this, they came running back to the office like they were

**Exhibit 1**

25



preparing a surprise party. And when one of the ladies approached me, I was ready for her. She told me what Paris had shared with her and I smiled and calmly said "Oh really?" I then pulled out a recent photo where Paris was at my house picking up my boys and her son to spend the weekend at her house with her new husband. The picture had my brother standing there with his new girlfriend and everyone, including Paris was smiling in the picture. When I asked my co-worker where the police reports were where my brother was a supposed suspect of rape, she turned away and walked off with her fishtail behind her.

For years, the court ignored my brothers plea to get visitation rights to his son. Paris was remarried, my nephew was excelling in high school sports, and he was even winning in local roller skating competitions in the city. Life went on for about eight years in Paris's favor until the tides changed. Their son had graduated from high school and the applause from being a high school sports star ended. Paris's husband got into some trouble due to an alcohol addiction and Tom's son ended up homeless on

**Exhibit 1**

26                          

an off and on basis. When Paris was at her whits end, she dropped

my nephew off at my fathers house asking our family to please

take care of him. For all of my nephews growing years, Paris

carried on this facade where we were people to be avoided. She

never liked admitting that her son had become a young black

man. Instead, she spent most of his years denying his existence by

trying to pass him off as something other than black.  Suddenly,

after Paris changed her mind about our families role in my

nephews life, our family became a valid source of assistance for

him. Funny how that works.

This situation leads me to another type of single parent.  I am

speaking of the single parent with a biracial child. I don't know

how many times I have had to mention this throughout my

lifetime.  But, I think parents need to be aware of certain truths.

Anytime anyone has a child, and both parents have different

ethnic back rounds, that child will become half of each of those

parents historical makeup. So, if  for example, the Caucasian

female parent has a black son, and she decides that she now

**Exhibit 1**

27 

dislikes the black father that she chose to get involved with, that

child will grow up to be like the male black man she criticizes.

Likewise, if a black father has a half black daughter, she will

grow up to be a black woman. If he has issues or dislikes his own

black mother or black women in general, and criticizes these

women in any way, his daughter will suffer. She will feel the pain

because she will grow up to be that which he criticizes. A black

woman! If the child's mother is white, and he is critical, the child

will also feel the venom of his criticism. I was in a Department

store one day and observed this Caucasian woman yelling at her

black son. It was horrible. He was standing there trying to pick

out his school clothes and she kept calling him an idiot and

stupid. He finally walked away from her and waited outside the

store with his head down. I don't know what set her off that day.

But I can say that no child deserves to be treated like that. Her

words looked like years of venom about someone else, namely his

father,  being taken out on her son.

  All parents, whether single or not, need to wake up and be

**Exhibit 1**

28



aware of the comments and the environment they create for their children. When their adult choices lead them down a pathway of sadness or singleness, it's not the fault of the children.

### Assisting In Times of Frustration and Need

I can't help but think of how different life might be for these single parents if the community reached out and helped them instead of boxing them into a category. The single mother that passed away might have lived if she had some sort of assistance from a church group of women who could have adopted her for awhile. Maybe they could have babysat for her or could have taken her child to the park while she slept for 4 or 5 hours. Maybe someone could have called to see about her so that if she was feeling ill or had chest pain, they might have assisted in getting her to the hospital in a timely fashion that could have saved her life. Sometimes, the would have, should have, could have ideas come after tragedies happen and lives are lost.

What about the court systems in our country and the single parent? Domestic violence is real. So is emotional, physical, and

**Exhibit 1**

29



sexual abuse.  Some parents  need boundaries placed on them in order to safely spend time with their children. But not so for the mom's and dad's out there who are actually good parents. When they run into vindictive behaviors from their previous ex's etc.., the courts need to weigh their history properly. When these parents don't have any type of patterns of abuse or negligence, they should be allowed to spend quality time with their children. If there is a cause for concern, however, the situation should be treated otherwise. Like I said before, there are so many different situations with each single parent. The one thing we can do as believers is reach out to try to lighten their load in some way. Here are some ideas:

1.Anonymously pay one of their local city utility bills whether it be water or heat.

2. Drop off a bag of food consisting of:

-A loaf of bread

-Butter

-Pancake mix and syrup or jelly

**Exhibit 1**

30



-Milk and cereal

-Oatmeal

-Fruit, snacks

-A full dinner meal including a cooking pan, etc....

3. During heavy winters go to the dollar store and buy the family in need gloves, hats, and warm socks. If you would like to donate boots and coats, you might have to ask for sizes.

4. Donate clothing or gift cards seasonally from local Department stores.

5. Bus passes, gas cards, and grocery gift cards monthly are also very helpful.

6. Provide Home Maintenance Assistance:

Retired builders, electricians, or plumbers could also assist single parent homeowners to keep up with their home maintenance needs.

7. Auto Mechanic skills could definitely help single parents with car repairs or new tire purchases.

There is a lot to be done to lighten the load for a single parent.

**Exhibit 1**

31



Question is: Who is out there to help freely without passing

judgment or criticism?

Who will be willing to give without expecting anything in return?

What married couple is willing to give the best of what they can

to another single parent family without selfishly saying "Hey, if I

give anything to that family, those kids will have better clothes

than my child has. So, why should I reach out and give anything?

And finally, what about the unsaved single parent? What church

family is willing to reach out to an unsaved single parent/neighbor

regardless of whether they know Jesus or not to provide

assistance? I went to visit a church one evening with a friend. She

was very involved with neighborhood outreach, and even played

the piano and sang. As we walked towards the church doors, I

noticed that the neighbor living next door had a water pipe that

burst. The water was visibly flowing out into the street but no one

was concerned enough to knock on that neighbors door to inform

him of what was happening.  People just walked into the church

like they didn't see anything. It took my mentioning it to one of

**Exhibit 1**

32                              

the Associate Pastors to create action. He then knocked on the

door and warned the homeowner about the water. These people

were doing outreach all around the city to bring in more members.

Yet, they had a hard time seeing the needs of the neighbor right in

front of them. The church needs to somehow find a way to get

back to adding empathy, concern, and action to their ministry.

The Bible says that we should;

*"Be merciful, just as your father is merciful." Luke 6:36*

*"Give and it will be given to you. A good measure, pressed down,*

*shaken together and running over, will be poured into your lap.*

*For with the measure you use, it will be measured to you." Luke*

*6:38.*

**Exhibit 1**

33 

# Chapter 4



## The Dating Game: What's Really Out There

Starting again back home wasn't easy. My kids and I went from my parents house to a shelter.

**Exhibit 1**

34



And then, from the shelter to an apartment. We didn't have any beds when we moved in. But, four walls, blankets, a bathroom, three bedrooms, and a kitchen were enough to get us started. My kids went to a local elementary school and made new friends in the area. And I decided to go back to college to finish my last two years to obtain my Bachelors degree. Life wasn't perfect or easy. But, we finally had the stability I had been praying for. I stayed busy working part-time days in the customer service Department at the local newspaper. And at night, I worked nursing assisting shifts whenever I could. I worked so much that I barely looked up to smell the roses around me. Al started skimping on child support. And I got tired of watching Child Support enforcement shuffle paperwork around while accomplishing nothing. Al made it clear that he was not going to pay more than four hundred per month in support. He even threatened to go into hiding if the courts ever demanded more. All of my money went towards our

**Exhibit 1**

35



kids so there was nothing I could do to enforce our court order for

nine hundred per month. My income wasn't enough so we had to

settle with what Al chose to provide. Eventually, Al found a

woman who could appreciate him right in his state of being stuck.

She was a perfect match for him and asked no questions about his

dishonesty or questionable behaviors. When Al's family asked

how old his new wife was, they got two different answers.  She

told everyone that she was 27 and Al told them she was 35.

Therefore, in she and Al's world, she was 2735. When they got

married, Al continued playing the same generational game on his

own kids that his father played on him. He invited our kids to his

wedding and payed for their travel and hotel stay. But when they

got there, he displayed all the wealth he invested in the wedding

with cars, food, etc.. but continued giving his children crumbs.

Just days after he got married, He shorted his one hundred dollars

per week support for us into fifty dollars. He claimed he would

give us the rest on that upcoming Wednesday which was three

days later. We had no choice but to eat one meal per day to make

**Exhibit 1**

36



it through til Wednesday afternoon. He was always cutting

corners when it came to his children. His new marriage was just

another excuse to justify diverting money away from his

children's needs towards something else.  Everyone knew Al

made enough to pay more support. But there just wasn't anything

that anyone could do about it.  Even Al's Minister/ father couldn't

say anything to him about the choices he was making. After all,

Al had become just like him. Dr. Frankenstein couldn't judge the

very monster he created. And likewise, Al's father couldn't judge

him either.

   Before I knew it, 13 years had gone by and I was still single.

During that time apart from my children's father, I did nothing but

work, take care of the kids, take courses at the University, and

pray. I had been very faithful to God's will for my life and finally

was no longer living in sin. I figured that if I was living as God

wanted me to, I would somehow stumble into meeting the man

God had for me. But, years went by and that special man never

appeared. The Bible does say that "hope deferred makes the heart

**Exhibit 1**

37                        

sick." And I was getting sick and discouraged in my process of

waiting for God to answer my prayers. I got tired of being alone. I

wanted someone in my life and decided to take matters into my

own hands. I had a friend that claimed she was getting dates

almost every weekend through online dating. She shared that she

had so many men that she was turning people down. She was also

a professing Christian and from what I saw, the online thing really

seemed to be working for her. She shared that some Christian

dating site options reported a few marriages that came about

because of those sites. I was hesitant at first, and had some fears

of attracting the wrong person. Then after a few months of

contemplating, I finally gave in and decided to create my own

profile. I somehow rationalized the idea that if dates couldn't find

me, I would make myself available so they knew I was out there.

Like Sarai and Abraham, I was helping God out.  I put most of the

information up that I wanted my viewers to know. I even stressed

that I was a Christian hoping it might weed out most of the bad

apples with wrong intentions.

**Exhibit 1**

38    

When I hit done editing, it was all about the wait. My net was out there, I just had to see what fish I could catch. Within a few hours I had about 10 responses which was exciting. I was very intrigued and couldn't wait to view each profile. I have to be honest because some of those men that fit within my range, were well out of the age group I was seeking. I listed ages 35– 50 and got responses from men between the ages of 19-30's and 60's plus. I also found that even though I was specific in what I was looking for, I was still receiving responses from interested men with opposite ideals and values. After awhile, my search and responses became like a job position I had to sift through and manage. After about 10 weeks of this, I got burnt out and decided to delete my profile. That's when I got a sweet message from a very handsome man named Darron. He had a nice smile, a sincere look on his face, and he was a High School teacher.  I was so impressed with his reaching out to me that I couldn't help but respond. For the first couple of weeks, we chatted via email back and forth. But, after I felt comfortable, we began to talk almost daily on the phone. He

**Exhibit 1**

39



said he was a believer in Christ and I couldn't wait to meet him. Our biggest challenge was that he lived in another city that was about three miles away. When he made some suggestions about meeting in the city where I resided, I agreed. What harm could there be in getting to know someone that was so willing to drive that far to meet me? It was a sweet gesture. But looking back, it should have been my first warning sign. Every man is different. But, in some instances, it is important to be aware of certain games that are played from day one in this online process of dating. Some men strategically seek out women in cities so they can date more than one person at a time. It's convenient because the one woman they are committed to in town feels secure with their relationship. All they have to do is create something they need to do on the weekends like attend classes for work, etc.... That's fairly reasonable right? Who would ever suspect anything? Once trust is built upon that lie, an open door to see someone else in another city is created. Even though not all men in distant relationships are playing, it's definitely a game  And it works for

**Exhibit 1**

40


certain men who know how to play the game well. These men get online to create these "side chics" or "six months or less chicks" that they can lie to and deceive for months on end.  They love luring woman  of faith and look for us online because we are a challenge to them. They see us as a safer option and know we strive to live clean lives. They like mixing that in with their relationship in-greedy-ents. This is why women of faith need to be aware.  The only goal these types have is to pull us down into their lifestyles to get their own needs met.  They have no intention of committing to anything. And when they are "done" manipulating sexually and in every other way, they return back to their main woman and start the game all over again with another female they find online. Some couples are finding love on these sites. They are getting married, starting families, and life is wonderful. But, since it is now 2014, I have the feeling that most of the successful relationships built from these sites came about (before) deceitful men and women started turning these sites into meat markets or fast food restaurants where they are in and out of

**Exhibit 1**

41



relationships quickly.  I had one encounter where a man asked me if I wanted him to take his clothes off and expose himself. Yuck! **Deleted!** Then I met a man online who claimed he was searching for "freeee luuuuuv.  Nuh uh, he was quickly **Deleted!** Then I received a message from another man from Montana who asked me if he could come to the city I lived in and meet me at a hotel. **Creepy!** He claimed he was a Christian and I really think he thought he was. Unfortunately, when I saw that he and a few other men were also on a few other Christian dating sites, I realized the filtering process wasn't fool proof. My interest in meeting people online was no longer a priority. **Deleted!!**

Some of the men I came across on these sites were looking to create Harem's instead of long lasting relationships. They were kings in their own world; treating women like objects to be played with.  They spent their time recycling and sifting through women via love em and leave em schemes without caring who they hurt in the process. They were addicted to the hunt for something greener on the other side of a fence they could never

**Exhibit 1**

42 

finish building. Never mind the great relationship facades maintained with their long term girlfriends or wives. Yes, I did say wives. This particular group of men were accountable to no one and never worked on building anything lasting or consistent. They didn't have to. If a problem arose within the relationship they were in at the time, they'd simply dump the woman who brought up the need for change and move on to the next unsuspecting woman found online. Relationships with these men always seemed so fresh and new. But because they were based on a lie, they never lasted. I began to see this avenue as a fiasco. A simple list of dating reviews revealed much more about a persona then a pic and a smile. Unfortunately, the sites didn't leave a place for feedback using star ratings and notes about dating experiences. Instead, all we had were constant questionnaires that were obviously not being filled out with honesty. Online dating was probably a great idea at one time. But in today's world, the virtual dating scene is full of a bunch of very chilly, cold hearted characters looking to see what they can get instead of what they

**Exhibit 1**

43 

can give.



Burrrrrr.....

After leaving the online game,  a friend from high school reached out to me after 30 years. I was very intrigued. He was tall, dark, handsome, and divorced. We went to lunch one time together and continued to talk over the phone for awhile after that. I was excited about getting to know him. But, over time, all he could talk about was the past relationship he had with his ex wife. She was definitely the ghost that always joined us in almost every conversation and I wasn't interested in being a third party. It did get annoying. But, because I had a lot of respect for people like him that could stay married for 15 or more years, I stayed in the conversations with a listening ear. He complained a lot about his ex and blamed much of their relationship challenges on her. I

**Exhibit 1**

44 

always knew deep down that it took two to tango and was clearly

aware that there were things going on with him that also

contributed to their divorce. I waited and waited to see and

observe what his intentions were pertaining to me. But our new

found friendship never progressed forward. Since he never asked

me out, I started to think that maybe he just needed a trustworthy

friend to talk to from time to time. Everything seemed to be

working out fine until he offered to assist me one day with my

son and never followed through. He agreed to take him to look for

work because he had some connections and prospects for him. I

was impressed with the efforts he had agreed to make on his end.

I was working night shifts, going to college full time, and

definitely needed some help. My son had a newborn baby and

really needed the work as well. Unfortunately, on the day he was

suppose to show up, my son ended up waiting all day dressed up

for my friend to arrive. He never showed up nor did he call. That

particular day was the day my son was suppose to spend with his

newborn baby so not showing up and not calling was

**Exhibit 1**

45



disrespectful and flaky. I trusted this man this one time in 30 years and he let me down. When we did finally talk, I chewed him out big time. I know there was a more Christian way to handle things but, my patience was pretty thin. He needed to respect our time because it was valuable. We never begged him to do anything for us. After all, it was always just me, myself, and I. We were handling things just fine before he came along. And his negative interference wasn't making things better.

I was living a life where I was working myself into such an oblivion that I didn't even let God in. God had His place up in heaven, and I had my place right here on earth. I was so inhumanly tired, that I didn't even see the disconnect between myself and the God I served. That's just how it is sometimes with us single parent/believers.  We often don't get any assistance from anyone. Like machinery, we run and run all day and night trying to make ends meet as if we were two people in one body. We manage everything by ourselves with non-expectations for  help from others. When someone does offer to help us, and we finally

**Exhibit 1**

46


say "yes" or "ok", we expect that person to follow through with

that one teeny tiny promise or commitment. So, when this friend

didn't follow through, bam! I let him have it. And after I let it all

out, all he could focus on was the fact that I yelled at him. He had

no perception or clue that he had hurt us in any way. And it did

take me some months to truly understand why he didn't get it.

This particular man was so broken after his marriage that he didn't

even feel that he existed. There was apparently so much physical

and verbal abuse, that he gave up on following through with

almost anything. After living in this non-existent zone for his first

thirty or more years in life, he decided that he would exist at any

cost. He would put himself first and everyone else could be

pushed into playing the non-existent character role he was pushed

into for so long in his life. He wanted everything to be carefree

and up in the air so that he wouldn't have to commit to anything.

That included the process of helping others around him. Even

though he chose to become the result of his experiences, he left a

footprint of selfishness that he got use to and I recognized early

**Exhibit 1**

47



on. He purposely recreated scenarios that pulled out negative responses from others around him. And then when they respond to his irresponsibility, he would accuse them of being abusive like the previous woman he was married to. By accusing others instead of looking at his role in a matter, he could always maintain a comfortable seat in his victims chair. His pattern was so subtle that I don't even think he recognized his own clockwork process. This seems to happen a lot in abusive relationships. Some people get so use to the abuse that peace makes them uncomfortable. They then work at creating chaos by sabotaging their own relationships and friendships that are going perfectly fine initially.

I was no angel either. Coming into my world wasn't easy. I needed someone to add to my life not hinder my life or make it worse. If he were to step into my life, there would obviously be a lot of unnecessary drama that I didn't need. There would also be a lot of accountability that he didn't want. Even though I had a crush on this man since first grade, I was glad to see that

**Exhibit 1**

48 

childhood dream go. He and I were simply not a good fit for each other and probably never would be without a willingness to transform and make change.

I finally came across a man that seemed to be a breath of fresh air. He did want to meet with me, he did take me to dinner, and he did come to church with me. He was a former Chaplain in the military and seemed really nice. But then  suddenly, something told me to wait...wait...wait ....for....it. Then during dinner, he shared that he had some boundary issues with younger girls in his past. At least he was bold enough to admit it up front. He also shared that he wanted to include sexual intimacy with his Christian dating relationships. He made it crystal clear that being physical was very important to him. It's important to have that information up front so that any believing woman can run as fast as she can away from the date. And that's exactly what I did. I cut the date short, rushed to my car, and never looked back!

So what's really out there that we singles have to compete with on the daily? Today's dating scene is completely startling. But,

**Exhibit 1**

49



here we go!

We have the **Sister wives** team on television teaching men that creating a Harem and making themselves King over a bunch of women, sometimes with two sisters marrying the same men, is the way to go. Yuck! With women out there like that vying for time with one man whose not even that good looking in the first place, it makes life, dating, and marriage difficult for the single believer seeking to meet that one special man for her life.

*Ephesians 5:31 clearly states that "two will become one flesh".* It doesn't say three or four would share the flesh of one man or vice versus.

*Also, Judges 5: 23-31 speaks of the goals and character of men from Meroz during battle who were taking plunder and obtaining a girl or two for each man. An angel of the Lord described these people as cursed and as enemies of God. Yet, today's world glorifies this.*

We've got the **Down Low Bisexual Men** thing happening where some men are dating us in the day, but behind closed doors are

**Exhibit 1**

50



hiding intimate relationships with their male partners on the side.
**There is the One Night Stand, Wam, Bam, Thank You Mam,
Never Call You Again, Double Dipping Man.......**Nobody
appreciates someone walking around at a party eating out of
everyone's plate with the same spoon right? So then why would
we women get involved with a man that's always dipping and
never committing? Sports Figures and Entertainers, really have it
bad when it comes to this type of lifestyle. All the money in the
world can't spare a person  from certain STD's and viruses. Using
protection isn't always one hundred percent safety proof either.
When will we start weighing out the options between a safe,
healthy life verses a life of "temporary" money, attention, and
popularity  from someone that treats us like the flavor of the
moment? It's a completely nasty and gross lifestyle. I recently
heard a line from a Hollywood movie where this man claimed
that a penicillin shot would be enough to protect his  intimate
wedding night with his new wife after being involved in a
drunken orgy the night before. Hollywood lies so don't ever

**Exhibit 1**

51



believe the hype. Any man involved in relationships like that before marriage isn't ready to be married in the first place. And penicillin shots don't protect from HIV.  If you happen to be reading this and you are a believer trying to walk in Christ, and you know this is how these type of men are, don't let them call you the first time. I don't care who they are. Let *your* life be more important than their life style.

**The Men in Prison Group-** We  all know that  prison dwindles down our dating pool options. We also know that some men have unfairly been incarcerated because of an unjust system that places men under the jail instead of rehabbing them. We are confronted by men who were once imprisoned for so long that they don't know how to treat women in a civil way once they have exited the incarcerated environment. Some also come from a prison culture that looks the other way to bisexuality and prison rape. So, since some of these men desire both heterosexual and bisexual relationships, we women need to be aware of what we are getting into. *(Don't be offended. I'm just speaking the truth about*

**Exhibit 1**

52



*what's really out there*).

**Prostitution-**Let's talk about this since we are Believing Women who still must live and be realistic about this world in 2014 and beyond. This is the group of women that are available to do anything and everything at any time of the day or night as long as their Johns (married or single) have money. Some of those prostitutes carry STD's and viruses like Aids that can put the other partner or husband at risk if they pass on what they received during intercourse with that particular prostitute. Some of these ladies were forced into Prostitution. But some of these women see the act of prostitution as a profession. They prostitute because they want to and they don't care who is affected or what family units are broken in the process. If a man approaches a prostitute and he has a family unit that he carries with him into this relationship, the prostitute feels like that's his problem, not hers. She sees herself as a product. She wants her money for services, and that is all there is to it. So, are we in competition with these women? If you are reading this and you are not a Believer, I

**Exhibit 1**

53



would say "yes". If you are unsaved, and the men you choose to date are unsaved, then in some instances, anything goes. If a man wants to get something, and a woman is willing to give it at a certain cost with no commitment, concerns, or closeness, certain unsaved men will risk whatever to obtain the momentary gratification this relationship pathway brings.

I know you readers thought I might share that the Born Again Believing man is exempt from this type of woman and profession. But the truth is, he isn't exempt. This pathway and road in that direction *IS* a temptation to him. If Jesus Himself was not exempt from being tempted by satan, why should those of us dwelling on this earth be exempt? There might be single women out there who are tempted in the same way by male prostitutes with the very same goals as female's in this profession. The differences in the Believer overcoming verses the Unbeliever, is that we have tools from the word of God to utilize in our time of need when confronted with this form of temptation. We also have a personal relationship with Christ that we look upon as having eternal (long

**Exhibit 1**

54                              

term) value in our lives. Sometimes we struggle between setting our relationship with Christ at a higher value over the temporary things the world offers us. **T-e-m-p,** meaning "short term" is found at the beginning of the words **temp-orary** and **temp-tation**. But, if we, as believers could remember that we are not looking for short term, we could use this knowledge to help us ahead of time to overcome every temptation that comes our way. Overcoming  temptation is painful and causes suffering because we fight against it on a constant basis. The Bible talks about the Believer suffering for being in Christ. 1 Peter 4:12 – 18 states:

*"Dear friends do not be surprised at the painful trial you are suffering, as though something strange were happening to you. But rejoice that you participate in the sufferings of Christ, so that you may be overjoyed when His glory is revealed. If you are insulted because of the name of Christ, you are blessed, for the Spirit of glory and of God rests on you. If you suffer, it should not be as a murderer or thief or any other kind of criminal, or even as a meddler. However, if you suffer as a Christian, do not*

**Exhibit 1**

55



*be ashamed, but praise God that you bear that name. For it is time for judgment to begin with the family of God; and if it begins with us, what will the outcome be for those who do not obey the Gospel of God? And, "if it is hard for the righteous to be saved, what will become of the ungodly and the sinner?"*
*So then, those who suffer according to God's will should commit themselves to their faithful Creator and continue to do good."*

What I come away with from this section in the scriptures is that Prostitution is a form of temptation and temptation creates suffering. God obviously knows that all temptation is a painful struggle for us. But if we suffer for doing God's will, we might as well be committed to enduring our suffering, turning away from it, and walking down the only pathway that leads us directly to God Himself.  It's no easy task, but we can do it with God's help, guidance, and direction.


**Pornography's Affect on Relationships**-As female believers, we

**Exhibit 1**

56



compete body wise with what is unreal. Pornography is a facade.

The women practicing it on the screen aren't real, and men who

find themselves addicted to it have issues going on with them

internally. Women today are having plastic surgery and doing

everything they can to compete with women who look like Jessica

Rabbit. And she's a cartoon character right? It's literally pretty

comical in my opinion. These women are getting lip injections to

thicken their lips and booty injections to thicken their backsides.

They are having breast and chin implants, and nose jobs to make

their noses look thinner or different than originally created by

God at birth. Black women are now lightening their skin to lighter

tones while whiter skinned women are sun tanning or darkening

their skin with skin lotion to look darker.  Personally, I don't think

there is anything wrong with enhancing ones beauty. The question

is, Why? Is it about competition with beauty birthed by surgical

means? Or, are we improving things just for ourselves? Behind

the silicone, plastic, saline, skin lightening cream, and so on,  is a

beautiful human being with an inner beauty that goes way beyond

**Exhibit 1**

57



cosmetic and physical changes made. Women of faith carry that inner beauty both inside and out. We carry the light of Christ within us which makes us true luminous women of value. We don't need to keep trying to adjust our looks to meet the standards of any man who might be wavering from time to time as to what he wants in a woman. A man who focuses solely on the outer is superficial and sometimes narcissistic. He won't be able to deal with friendship and long lasting love because it includes falling in love with both the inside and outside of a person.

If a man like this is wavering and unstable, we don't have to become unstable with him. We have to maintain stasis as to who we are. After all, we can never be anyone else. Nothing we do outside will change who we are deep inside. Not our skin tone lightened, not breast or cheek implants, liposuction, booty injections, or nose and lip jobs. What's really going on inside will always come out no matter how much we try to hide it.

> *"The inside is where our true beauty resides."*

**Exhibit 1**

58



**Jeremiah 13:23 asks "Can the Ethiopian change his skin or the leopard change his spots? Neither can you do good who are accustomed to doing evil."**

It appears that God is saying that when a person is use to doing evil and keeps on doing it, evil, which comes from within the heart, will not birth out anything good. So ladies, if a man is addicted to pornography while you are dating, he is not going to birth out a great relationship between the two of you in a marriage. He has a relationship with pornography and also has a separate relationship with you. This is a betrayal because he is lusting after various forms of nakedness he sees on the screen instead of wanting to marry and commit to yours. Do not be fooled.

**Exhibit 1**

59



## Just Me

*If I take my blue contacts out*
*and my eyes are brown,*
*that's what the man in my life will see.*
*Just me.*

*If I remove my hair weave*
*that enhances my beauty,*
*the man in my life will see*
*the natural hair that makes me*
*Just me.*

*If cancer and chemotherapy*
*leave me without breasts or maybe with just one,*
*that's what the man in my life will see.*
*Just me.*

*If the man in my life can't deal with all of me*
 *he should leave*
*and I will  continue to be,*
*Just me.*



**Exhibit 1**

60



**The Swingers, Open Marriages, and Husband and Wife Teams Looking for Third Party Sexual Partners**-In this situation, men and women are swapping partners, having orgies, etc... I even recently saw a couple on a dating site asking all of their viewers to pick which person they wanted. I think the caption said **"Choose One Of Us or Both of Us at the Same Time".** This may seem like a pitiful situation to those of us that are Believers seeking one marriage partner for our futures. But to many in the world, this has become an acceptable norm. Lately, I have been hearing about marriage relationships where one woman is maintaining two men. She has a husband in another country that she spends six months with. Then while he stays gone for the other six months out of the year and leaves her in the U.S. alone, she maintains an American boyfriend on the side. That American boyfriend, last I heard, was looking for a wife or girlfriend that he could  also have on the side for six months to help him avoid his loneliness while the married woman he is in a relationship with

**Exhibit 1**

61



was gone. What a complete mess! It is as if these people have

such low self worth that they feel they are only good enough for

half of a marriage or 50 percent dating relationships. Life

experiences can push a person to thinking that they can never be

satisfied with one person. It's really not true and this practice is

one of satan's lies to discredit God's gift of marriage between one

man and one woman.

*Galatians 5:19-21-The acts of the sinful nature are obvious;*

*sexual immorality, impurity, and debauchery; idolatry and*

*witchcraft, hatred, discord, jealousy, fits of rage, selfish*

*ambition, dissensions, factions, and envy; drunkenness, orgies,*

*and the like. I warn you, as I did before, that those who live like*

*this will not inherit the kingdom of God."*

The Bible says this. Not me. Need I say more about that?

**Friends with Benefits Group-** This is a tough group of ladies to

compete with for relationships because these women are available

for care free sex at the whim of their male friends. Males do the

same at the whim of women as well. They deny the reality of

**Exhibit 1**

62 

commitment and agree that no emotional connection should ever be involved. If these ladies were robots, I would believe them. But because they have human feeling and emotion within, I don't believe them one bit. They claim to be able to have sex as sport and that it's no big deal. But the truth is, practicing sexual intimacy with another human being without emotions being involved after the act, is unrealistic. Everyone has feelings and emotions. That's what makes us human. But, in this instance, two friends/members of the opposite sex deny that part of their humanity. The world can play that game if they want to. Definitely, to each his own. But, it is a painful game that any true believer in Christ should never seek out or play because the person asking you to play wants to get a lot of something at your expense. If you are a Believer, and you want to be in Gods will, look at yourself in the mirror if you have to and repeat these statements about 5 times. Let them seep into your brain until you get it, walk in it, and are ready to live it out.

**Friends with benefits is against God's will.**

**Exhibit 1**

63                              

**Friends with Benefits is anti-Christ.**

**Friends with Benefits will leave me feeling hurt, lost, empty, and alone.**

**Friends with Benefits is not an option because it asks me to sacrifice my body for someone else. My body is a living sacrifice to God. I belong to God.**

I have been there and suggest that you don't let anyone talk you into this lifestyle. If that's where you are, get your purse, your shoes, your coat and walk away for good. If you are on your way to go on a date with someone who has asked this of you, pick up the phone and cancel the date. Be strong and do this even if it means spending more time alone. Don't worry. God will honor your wait and will bring you comfort as the person He has for you steps timely into your life. To the Believer and others seeking a personal relationship with Jesus Christ:

*""Drink water from your own cistern, running water from your own well. Should your springs overflow in the streets, your streams of water in the public squares? Let them be yours alone.*

**Exhibit 1**

64



*Never to be shared with strangers. May your fountain be blessed and may you rejoice in the wife of your youth. A loving doe, a graceful deer-*

*may her breasts satisfy you always, may you ever be captivated by her love. Why be captivated my son by an adulteress? Why embrace a bosom of another man's wife?" Proverbs 5:15-20*

This scripture message is a warning for the single man. But, it is also for the single female believer too. She is the non-stranger that the believing man took the time to get to know first. She will become the wife of a man's youth. And if the man is older and is seeking a wife, she will be the loving doe and graceful deer in his life. Ladies, I ask you to consider waiting so that you might be the woman whose husband is captivated by your love.

*"Above all else, guard your heart. For it is the wellspring of life." -Proverbs 4:23*

**Exhibit 1**

65



**Girls and Ladies in the church that (Will)-**This creates a very difficult situation for the single Christian who is trying hard to live for Christ. When you are in church and are a member, the Bible says to ***"Present your body as a living sacrifice, holy and acceptable unto God which is your reasonable service of worship". Romans 12:1*** We come to church to worship. And we fellowship and meet with groups of people who are also worshiping. Our goal is suppose to be working together as friends and then building relationships. When we are spending time together outside the church, we are suppose to be respectful of each other. If two people are believers and they fall in love and want to be together, they should get married. But when we agree to do whatever before marriage, we're basically saying that Gods gift of marriage isn't really necessary. Therefore, we are refusing His gift created for that purpose. As a woman, I can say that when guys in the church get wind of the fact that they don't have to try to build relationships because someone in the church congregation is being easy, they will flock to that easy option. The

**Exhibit 1**

66 

same goes with women who take advantage of men in the church

who have reputations of being easily manipulated.  It works both

ways. Now, if God is the shepherd and we are his flock of sheep,

the easy woman or man creating new flocks within the church, are

steering people away from hearing and focusing on the word of

God. It's really hard because it creates two types of people within

one church.

**-Singles who are trying to live for Christ  and want to get**

**married before having sex**    and

**-Singles practicing sex before marriage who don't care if they**

**get married or not.**

It all eventually becomes a big mess. Yet, this is what we have in

our churches today. The ones that are not serving God are

practicing a form of anti-Christ oriented behavior while others

trying to serve God are constantly striving onward to accomplish

His will. Some of those people on the other side of Christ having

sex outside of marriage are also a part of the leadership teams

within churches themselves. I'm just being straight about things.

**Exhibit 1**

67



The tug of war is ongoing. People within the church need to be aware.

**Men that Don't Believe in Marriage-**These are the men that are not interested in marriage but still seek Christian women anyways. They spend their time assuming that the believing woman is **desperate** and wants to marry them at any cost which is not true. Mot believing woman like the idea of taking the time to get to know someone to see whether or not they are marriage appropriate. They avoid these men if they know "up front" where these men stand in their opinion on marriage. Unfortunately, some of these men keep their "up front truths" from women to avoid losing their company or relationships they build with them. This is another very deceitful process affecting believers seeking relationships while trying to remain in line with Gods will. When it comes to the dating game, there are all types of relationships out there. People are making their own choices whether those choices are good or bad or right and wrong. It's all about how they see things  based on their own perspectives. This

**Exhibit 1**

68 

is where boldness is a demand in the life of the believer. Since

people in the world have their own perspective, make sure you as

a believer have, and live out your own perspective as well.

**Exhibit 1**

69



# Chapter 5



# My Heartbreak

Wouldn't it be wonderful if the men we dated told us "up front" exactly what they wanted in a relationship? I mean, there are a lot of men out there that want our bodies "up front" in one way or another during our dating moments before marriage. Yet, we wait six months or more before we learn what their original "up front" goals and motives are in building relationships with us. We always say "if we only knew back then what we know now, we

Exhibit 1

70



wouldn't have entered into a relationship with that person." That's how it was with Darron and I. Today, I can easily look back and see what the problems were in our past relationship. But back then, I simply had no clue as to what I was getting into. Darron had a lot of issues. But, I also had my own as well. Taking care of four teens, working night shift, going to college full time, and building a new relationship was way too much for one person to accomplish all at once. I worked so hard during the week and cared for others but couldn't even keep my own house clean. My weekends were also busy because that was when Darron would travel 3 hours to visit me. I hadn't seen a man take that type of initiative to spend time with me like that in years. I truly believed he was sincere. But that was early on in our relationship. Now that I have a full picture of my experience, I clearly see the warning signs that I ignored. I already mentioned that we met online. I also mentioned that he lived in another city. But there were more challenges that added to our relationship that would prove to be difficult for us down the road.

**Exhibit 1**

71



Our first date was a dinner date and was a lot of fun. He was very kind, attentive, and we had a lot to talk about. On our second date that same weekend, Darron took a picture of us together to show his students. He asked me to wear this little mascot bracelet for his school and he gave me one of his ID faculty photos as well. He told me I could use it as a key chain to remember him by while we were apart. I thought it was a little soon for all of that. But I didn't think it would cause any harm initially. It did make me feel like he was serious about getting to know me so I was intrigued by the small gesture. Later on into our relationship, I found that these early pictures and this rushing into things was his m.o. to his relationships. For some reason, he was in a hurry to prove to his students and his family that he had someone special in his life but at the time, I didn't know why.

My next warning sign came when he sent me some photos of he and his students during one of their prom nights. One picture was of he and his female students. And the other picture was of him and the boys he taught. My first impression was "Wow. This

**Exhibit 1**

72



teacher really has a good relationship with his students". But what I didn't understand was why he was the only faculty in the photos with them. One of his female students had a slit in her dress that was so high that it almost displayed her underwear. And she was standing right next to Darron halfway facing him in the photo. I thought that was a little creepy on the part of the person taking the photos. In the other picture, the boys were all standing dressed up in a huddle and Darron was laying down on the ground in front of them on his side. Darron also wore a tux which made it look as if he himself were going to the prom. His dressing up for the prom was also very unusual. I know this was a small school District. But, when I was back in school, I don't remember ever hanging out with my teachers like that. The smaller school size was really no excuse for what I saw in those pics. There was also one other concern that made me feel a bit qweezy.  Darron was the one and only sports coach for a particular sport at the school. He taught the students and was very good at coaching. The school gave him all rights to travel with the students to different cities for

**Exhibit 1**

73



competition. Some of those events were overnight events. And once again, he was the only teacher present. There was no dual accountability. That reality was not particularly his fault. But, it did leave the doors open for questions if any unusual incidences arose. In this one particular photo that had me concerned, one of the boys sat quietly by himself as Darron turned to look at him. The picture looked as if the boy was uncomfortable with something pertaining to Darron. I asked Darron where his fellow faculty members were in these pics. But he just said that they let him take the reigns in these areas with the students. That glimpse of qweeziness started to remain throughout our relationship. Especially, as it pertained to his spending so much time alone with his students. When it wouldn't go away, I decided to take it to the Lord in prayer. I needed revelation as to what the Lord was trying to show me, if anything at all.

One month into our relationship, Darron invited me and my teens to spend Thanksgiving with he and his family. My teens didn't want to go and really didn't seem to want me around. They

**Exhibit 1**

74



wanted me to cook and get everything nice and wonderful for the holiday. But, because they knew I had spent so many years alone, they encouraged me to go ahead and get to know this new man in my life. They were curious about where things would lead down the road between Darron and I and they wanted me to be happy. I was hesitant, but went ahead and spent the holiday with his family.

On the way to Darron's parents house, a crazy deer came crashing into the car causing Darron and I to do a full 360 spin on the small highway. I was so terrified, that my stomach just tied up in knots. Darron's truck was banged up on the front side. Yet, during the spin, he was completely calm. He controlled this car so well during that moment that he prevented the two of us from flipping over the side to our deaths. I knew I had some questions about this man. After all, we had only been dating a month. But I could see that he wanted to be a good quality man before me. His sincerity in trying, caused me to loosen up my reigns and release a little bit of trust in him early on.

**Exhibit 1**

75



At dinner, I met his mom, his dad, his sister, his niece, and their precious little dog. By all appearances, they were a sweet family. His sister was an overachieving RN that lived out of State, and his niece was very intelligent. His father was very kind. And his mother was blessed with the Midas touch when it came to cooking. That woman could cook anything and make it taste amazing.

  Pretty soon, all of our weekend moments were spent together. We didn't have a neutral place so we ended up spending almost every weekend at his parents home. They were very nice but we had to include his mom in most of our free time together. After all, it was their house.

**"What I Know Now" Quick Advice Lesson:** When you are entering into a new relationship, you should never agree to meet the other persons parents until you are ready. It is only fair that you have time to get to know the man you are dating first. Then as you build up strength in your relationship, you will be able to withstand judgment on your character. Let's face it, that's what

**Exhibit 1**

76



families do when they first meet you...they judge your character. In my case, my ex knew that his mother would be judging me and he valued her opinion greatly. But when you don't know anything about his parents, or how their family dynamic works, you will be at a disadvantage. If a man is getting to know you, and his mother is the matriarch of the family and is judging you by first appearances, you'll never win. First appearances don't give enough time to get a full picture of who you are. And, if his mother criticizes who you are early on, he will be looking for pieces of the same picture she paints of you all throughout the lifespan of your relationship. You will unknowingly be walking on eggshells instead of enjoying getting to know the man you adore. I'll never forget the time I had to drive Darron's parents car from Spokane to Newport Washington. Darron was driving his brand new car from the dealership and needed me to drive his parents car behind him. As we drove and it began to snow, I had difficulty seeing the road. I was pre-diabetic and didn't do well with night vision. Darron knew this but was excited about

**Exhibit 1**

77



speeding in his new car. He drove so fast that I almost got lost

trying to keep up with him. While I was concerned about getting

into a car accident with his parents car, Darron was telling his

mom to watch me because it was his first time seeing me upset. It

was like being in a relationship with both he and his mom and I

didn't like it. They didn't get my concerns about avoiding a car

wreck and were more concerned about observing my response. At

dinner, the two scanned me as if they were waiting for me to

explode into little pieces which wasn't going to happen. I admit

that I was a little upset. But that was for Darron to work out with

me. After all, I was in a relationship with him and we were still

learning about each other. But when he invited his mom into a

small issue involving the two of us, I slowly began to realize that

I was a third party in their unbreakable two party relationship.

Darron's mother had a certain quarky whit about her. She had a

nice side, a sarcastic side, and a cruel side to her all in one. Some

of the things she said were hilarious. But some of her other

comments were cold and left me questioning whether she was

**Exhibit 1**

78 

actually joking about certain things or not. We were just shooting

the breeze one day when his mother shared a story about the death

of someone she use to work with. She didn't like this co-worker of

hers and was glad she was gone. While we were all sitting at the

table talking, she shared of how she went to the funeral and

stomped on her  previous co-worker's grave just to make sure she

was dead. I couldn't explain it. But, there was just something

really really cold about her comments. During that same

conversation,  she began sharing how life was for her growing up.

Her relatives seemed very impressive. She then mentioned that

one of her male relatives suffered from depression and that it ran

in their family. As the story goes, this relative was in love and

happily engaged to a single parent. But when his family got wind

of his engagement, they made him break things off with the

woman. Back then, this woman's status as a single parent wasn't

acceptable to their family. This relative apparently listened to his

families wishes and ended up a hermit living depressed and alone

until he died. It was a very sad story that made me wonder

**Exhibit 1**

79



whether or not his mother was trying to tell me something early on since I was also a single parent. In another story, Darron's mom then spoke of how another relative was a professor/narcissist who started out with a wife and a girlfriend. But, somewhere down the line, he had a nervous breakdown because his conscious caught up with him. He just couldn't manage both relationships. I remember appreciating her sharing these stories about her relatives. But I never associated it with relevance between Darron and myself. At times, it seemed as if she was trying to steer Darron's life in a very controlling way by playing with his psyche. She did this by paralleling his life 's outcome to that of the relatives mentioned in her stories. When she told Darron that he was a reincarnation of one of her female relatives, I really got unnerved with her. No adult son needs to be told that he was  a woman secretly trapped in a mans body. It was annoying. And to make matters worse, Darren never stood up for himself to refute his mothers sometimes off the wall comments. He would just sit quietly until another conversation began. I

**Exhibit 1**

80



definitely didn't like what I was seeing.  But, it was still early in our relationship. I didn't want to do any wave making until I was sure I had a place in his life to do so.

By December of that same year, Darron had asked me to spend a romantic holiday weekend with him in a beautiful tiny city called Leavenworth. I had never been there before. But, they had beautiful shops and a tree lighting ceremony that I was excited to see. Darron made sure all of that happened. And we had a wonderful time. But, my body was involved and we were sleeping together every chance we could get after that. I was living in sin. And soon, my soul became intertwined with his. I remember waking up one morning, and he was calling me his girlfriend. It was way too soon.  But, I accepted the new title anyways. I knew I liked him very much. I also knew that we needed more time to get to know each other. I just didn't want to live outside of God's will with him. He eventually picked up on that because I found him having a ring designed with both of our birthstones on it just for me. It was the sweetest thing any man had ever done. And I

**Exhibit 1**

81



just fell in love with that man after that. Looking back now, I can see that we were both going through the motions way too soon. We were still getting to know each other, and we were not ready for marriage. Everything we did was temporary and we were really not heading for anything long lasting. Now, the Bible says that *"we should guard our hearts with all diligence"*. But I had completely let my guard down. Being tired was no excuse. Relationships are very much like driving a car. You have to stay alert. I bypassed more warning signs that I should have paid more attention to. First of all, there were moments where I saw glimpses of different personalities within this precious man. I saw this teacher/historian/adult man that was absolutely intelligent and wonderful. There wasn't anything he didn't know about history and his knowledge and conversations were always intriguing.  I absolutely loved that and began to call him "my sweet man". We also had music and composing in common and loved to write and produce songs. I had always prayed for a man like that. And here he was right in front of me. But there were other times when I

**Exhibit 1**

82 

saw this immature boy that seemed to be around sixteen or seventeen years old. This side of his personality was very sarcastic, rude at times, and would cause him to say things that were completely juvenile. I recall the time when I was washing my hands before dinner and had accidentally left my favorite ring on his bathroom counter. We were five months into our dating relationship and he had already proposed and had given me two rings. Since the ring that I left in his bathroom was my favorite, I never even thought twice about the idea that I could retrieve it from Darron on another day. Shortly after I got home from being at his place, he called me very upset. It was this strange tone that I noticed that was so different than any other time. "You purposely left that ring at my house because you wanted to make sure other people knew you were at there" he stated sharply. I didn't even realize that I left my ring. But his tone and attitude brought me to tears because it wasn't true. I was comfortable with him and had no ulterior motives behind anything pertaining to us at that point. After all, we were engaged so why would anything left at his

**Exhibit 1**

83



place cause such a stir? When he saw that he upset me, he apologized and assured me that he would never do anything to hurt me etc.... It was as if he came out of his immature self at that moment and became this adult once again. I accepted his apology but it seemed like he was sabotaging our relationship for some reason. I couldn't quite put my finger on it, but I knew something was definitely not right in our situation.

Some other incidences that arose had to do with Darrons lack of boundaries with his students. In one instance, I ended up being confronted by one of his female students at a basketball game he was scoring. Darron's high school classroom had all of these photos of his former students. So, when he added my photo for his students to see, it naturally caused them to ask questions about who I was. My thoughts were more in line of (how about we not put my pic up on the wall until you and I know where we are going in this relationship). But he thought question and answer time about the two of us was fun. He definitely wanted to incorporate his personal choices with his students approval. When

**Exhibit 1**

84



he began to tell me that his students wanted to meet me and had

questions, I was a little stand offish. I wanted to meet his students.

I just didn't know if it was alright with their parents. I was a third

party and had teens myself. I just felt like there needed to be some

sort of boundary clearance with his employer before I started

chatting personally about myself with his students.  And what if

we didn't last? What would his explanation be? Should every new

woman in Darron's life be on display for his students? Or should

his personal life be kept separate from them for the time being?

Darron felt like everything was fine. And because of this

nonchalance, one of his male and female students sat next to me

in the bleachers and started questioning me. The boy didn't say

anything. He just starred at me as if he and the girl were

protecting their teacher. But the girl next to him came up and

started asking me to tell her a little bit about myself. I shared my

name and said where I was from. But, I was the adult and she was

a young girl. I didn't feel that I needed to elaborate. When she

continued to ask questions, I got really uncomfortable. I had

**Exhibit 1**

85



hoped Darron would step in and say "uh, that's enough". But, he acted like he was one of the student gang instead of acting like a teacher with boundaries. I finally had to say that I didn't feel comfortable giving out anymore  information. After that, the girl and the boy left. Call it discernment, but I  knew that contact with these two students was not over.  At 9:30 pm, at his home, his cell phone rang and Darron claimed that the call was from his female student that approached me earlier at the game. But, it also could have been another woman or former adult female or male student of his. Bottom line is that I truly never knew. Darron told me that the parents had signed a contract with him allowing the students to call him after hours on his cell if it was school related. I was really uncomfortable with that at this point because if it was the girl I met at the game, she had no business calling. She was fifteen to his 50 and the conversation had nothing to do with school. I couldn't tell him what to do. But I felt like the school should have created some type of traceable communication so that neither he nor his students would cross boundary lines in

**Exhibit 1**

86



their teacher to student communication. It didn't seem healthy and I let him know how I felt. He shared that he would report her calling to the school. And that was the end of it, so I thought. Pretty soon, every time I was with him his cell phone was lit up! He told me that the calls were from his former students who were calling to congratulate him on our engagement. But when the calls got to be so frequent, I began wondering what was really going on. It was as if he were the big man on campus and he was Mr. popular all over again. While he was enjoying the attention, I was mostly thinking about the fact that those were his former students and not his 1980's former classmates or adult basketball buddies from his high school years. I was curious to know whether or not he was noticing the difference. There was one point where he got a call from a former male student. When I asked him who was calling, he told me that the guy was gay and wanted him to come to his dorm to meet with him about something. I remember asking why the guy was reaching backwards for the support of his former high school teacher

**Exhibit 1**

87   

instead of reaching forward towards college counselors or

advisers to meet his emotional needs in his process. But he shared

that he liked being there for his students. After this, things just

escalated for the worse. While I was in the middle of planning a

wedding, he had already sabotaged our relationship by just

refusing to set boundaries. The issue wasn't just about his students

calling him all hours of the night. It was also about the fact that he

gave these students his number and access to reach him at any

time. One night while we were watching tv, he read a text aloud

that stated "why do we do this to each other?" He claimed that it

was a movie trivia game he played with his students. But that's

when his stories stopped adding up. If he were truly texting back

and forth with his students so late at night, then movie trivia was

verification that the communication with them went way beyond

school related issues. If he was texting another woman on the side

right in front of me, he was being disrespectful to our engagement

and his using his students as a cover up was a really risky

decision. By outer appearances, his open door 24/7

**Exhibit 1**

88



communication seems like a nice gesture from a nice teacher. But without some sort of checks and balances, his situation could have been dangerous. He was a lonely single man whose students both male and female had access to him. One phone call could one day become a booty call while no one was ever looking. When I brought this to his attention, he seemed uncomfortable. Even his mom started acting differently and stated "Women are like golf balls. They can always be replaced." When I asked him what she meant by that, he blew it off claiming she was being sarcastic about nothing. But since she made statements like these in my presence, it was clear that she wanted me to hear them. I started to sense that (he and his mother) were pushing me out of "our" relationship already. Three months into our relationship, Darron had shared that there was some abuse issues at the hands of his father towards the family when he was younger. I saw his baby pictures and noted that he was such a precious little boy. I could see that there was some sadness in his face in the photos which explained the circumstances he grew up in. There was one

**Exhibit 1**

89



picture where he was sitting by himself in this field on this rock.

He couldn't have been more than three or four years old. Yet he

looked so sad and overwhelmed. He was simply the cutest little

thing. But then, there was also the abuse that made up who he was

now as an adult. And he was clearly not dealing with things. Our

whirlwind of love began to unravel like a puzzle. And when I

tried to put the pieces together, nothing fit. Darron wasn't making

good choices and I could clearly see that. I loved him very much

and wanted to help him as much as I could. But he had kept so

much hidden for so many years that he was used to keeping it

inside. Sharing things with me was a start to his healing. But it

was also a threat to his mom. And she did not like being exposed.

She had a tight grip on him and she was going to keep it that way.

At one point, she just approached me and looked me right in the

face saying "Do you want my clothes, my scarf, or my house?

What do you want from me?" she asked in frustration. I really

tried to stay calm when this occurred. But I didn't know what was

wrong in that moment. I never asked for anything and couldn't

**Exhibit 1**

90



understand what her issue was. What I do know is that it was never a good idea for me to spend time with Darron's family like that. She didn't know me and I didn't know her. Because she was feeling this way, Darron and I really needed to slow down. But instead, we just kept going in the midst of obvious turmoil that kept brewing. The fact that I was such a "yes" person to everything  Darron had suggested was the part in our relationship that was completely my fault. It wasn't idol worship. But it became a kind of disregard for what God wanted at the time. We were heading for marriage by July of that year and I didn't want to let go of my dream of spending the rest of my life with Darron. The Lord was trying to warn me, but I didn't want to hear it. Leaving God out, would eventually lead to unnecessary pain that I brought upon myself.

### Adult Children and Abuse

Time with Darron became difficult because now, both he and I were spending every weekend with the very parents that had abused him. He needed to deal with his childhood issues that were

**Exhibit 1**

91



affecting him as an adult. Jumping into marriage wasn't going to

make everything alright. He needed Christ front and center in his

life. He also needed counseling and time to process all that he had

experienced. He needed to learn how to set boundaries that he

could stick with on a consistent basis pertaining to his mom, his

students, and everything around him. He was a very good man.

But, like me, he had way too much on his plate.

His situation was very similar to that of one of my neighbors. She

was a young girl that had befriended my daughter. She was

always telling my daughter these horror stories about her father

and how he was constantly raping her while her mother sat back

and watched. It was truly a sick situation. I reported the

comments to the local police and to the school counselor. I then

suggested that the girl get some help in her situation. But when

help arrived, the girl protected her abusive father and denied

everything that she had been sharing. The girl stayed in the home

as if nothing was wrong. Yet, she kept telling my daughter

ongoing stories that verified the opposite. My daughter finally

**Exhibit 1**

92 

told her that she couldn't carry the weight of the stories being shared but would be praying for her. This young girl had gotten use to identifying with the ongoing rape she experienced at the hands of her own father. She was so use to it that she protected and defended it even when she had a way out. The same went for Darron. He wanted that sense of family and did everything he could to keep it. He wanted me but he also wanted to please his mother. He was always constantly reverting back to childhood memories that were never resolved.

I heard a famous hip-hop artist share her own experience with abuse. She apparently reached out to teens to encourage them to report abuse. When her mother found out, she disappointingly said "I thought this was going to be our little secret". It has taken me a couple of years to understand this. But, I came to realize that there are families out there that want to keep these little secrets hidden and encased in a shell. But, that idea continues to enslave the now adult children who need to be set free from the sometimes horrific abuse. They need an outlet to talk about it and

**Exhibit 1**

93



to recognize that it was wrong. They also need to know that the abuse wasn't their fault, and that it is no longer their responsibility to carry that stone of remembrance inside them. Darron needed to have some sort of positive relationship with his mom if not his father. But what he didn't realize was that his mom's decisions and opinions were no healthier than they were when he was a child suffering in the middle of abuse that she ignored. Even as an adult, his mother backed up his boundary less life even if it was detrimental to his career and reputation. In essence, she was still justifying the very things that hurt Darron. Only, he couldn't see it.

I saw Darron making some really great strides towards a more healthy pathway and sensed that he wanted to go forward. But his relationship with his mom kept pulling him back into old ways. As he had right or wrong choices before him, he kept choosing wrong which allowed trouble to continue brewing in both of our lives. The Bible says,

**"See, I am setting before you today a blessing and a curse-the**

**Exhibit 1**

94



*blessing if you obey the commands of the Lord your God that I am giving you today; the curse if you disobey the commands of the Lord your God and turn from the way that I command you today by following other gods, which you have not known."*

*Deuteronomy 11:26-28*

The message here may have appeared to mainly be about what Darron was doing wrong. But, I was in covenant with him by way of our engagement. I was following behind him at the time and was not following nor listening to Jesus. This position that I had put myself in left me uncovered and away from that umbrella of protection that the Lord had offered me as His child. Therefore, whatever was happening with Darron, was happening to me. I was also in line for whatever was coming next whether it be good or bad because of that covenant engagement.

### The Turmoil Continued

Another issue that we had in the process of planning our wedding was Darron's choice for best man. He said he didn't have any adult friends and the only best friend he had was one of his

**Exhibit 1**

95



former male students. When he wanted this former student to be his best man, I had to put my foot down. He met this now adult former student when he was only 14 years old. Apparently, he taught his older sister before she passed away. According to Darron, she was rushing away from the school for some reason and got into a fatal car accident. When her little brother got into high school,  Darron took him under his wings and built a personal friendship with  him. Darron said the boy joined the military after graduation. But whenever he returned to his hometown, instead of renting or getting a hotel, Darron claimed his former student stayed with him. Darron shared that when this former student graduated from the military in Hawaii, Darron, against military policy,  stayed in his barracks with him instead of staying in a nearby hotel. When I could see that their friendship had nothing but blurred lines all around, I expressed how I felt about it. Darron tried to tell me that their friendship just happened. But, I had to remind him that this was another teacher to student boundary issue. Their friendship began when the boy

**Exhibit 1**

96


was only fourteen which was not ok. A fourteen year old boy

doesn't know how to build a friendship with a 50 year old man.

But a 50 year old man knows how to orchestrate one with a

fourteen year old boy. It becomes manipulation because of the age

and knowledge imbalance. When Darron's mom stepped in to

give her opinion, she stressed that the boy was 18 when he stayed

with Darron as if it was somehow acceptable. I then made it clear

to both Darron and his mother that building personal friendships

with minors he was teaching  is called "grooming". It's not

healthy and it crosses boundaries to what teachers are suppose to

be involved in with their students. I never signed on to be

anyone's moral compass during our relationship. I was just trying

to get the two to rub their eyes a little so that they could see in the

midst of their own blindness. Unfortunately, Darron thought my

comments were mean. He then refused to hear me out. And before

I knew it, the issue worsened. The male student that met me at the

basketball game prior, crossed the boundaries Darron refused to

set, and got on my facebook wall. I blocked him once. But he

**Exhibit 1**

97



somehow found a way to enter in on my wall again through the school secretary who had just joined my facebook friends list. She knew about the blurred lines with the students. Yet, she just looked the other way. The whole school dynamic was messed up because no one seemed to be listening. Eventually, this male student started making comments about how he didn't like Darron's  friendship building with he and his fellow minor students at the school. And, he made that clear on my facebook wall before my family and friends. I didn't like having to confront this student on my own. But Darron refused to do anything about it. This personal friendship building had been taking place undetected for about five years between Darron and his students. His students had gotten use to boundary crossing with Darron to the point of their creating this tight fraternity/sorority type group that Darron was head of. After graduation, they became adults that could make their own decisions. Because of that, no one ever questioned any boundary issues and Darron could do what he pleased with his now adult students. But this particular boy didn't

**Exhibit 1**

98 

want to be a part of that groomed society. I'm not even sure that

Darron even realized the enormity of the situation he had created.

I felt sorry for the young man because choosing to be outside of a

group that his teacher was head of, would make him an outcast.

It's hard enough being a high school student dealing with small

town values, poverty, peer pressure, grades, and so on. But then

having this teacher/student group stand against you creates a

whole new ball of wax that no student really wants to have to

endure. I told this student that if he felt uncomfortable about

anything, he needed to report it to the school authorities. I then

blocked him from my page and confronted Darron myself. Instead

of Darron reaching out for me, he went into defense mode and

built up a shell against me. He started being sarcastic, telling me I

should go on Oprah, and continued making hurtful comments to

me. "Oprah? No he didn't!" I remember thinking.  He didn't just

put up a wall against me. He also created a racial barrier between

the two of us. This ugly, evil, cancerous spirit of racial hatred that

had never been an issue between us before, divided us like an

**Exhibit 1**

99                              

enemy in battle. It surrounded our relationship like a blanket and I

couldn't shake it off. As I prayed, I could feel the accusations

being spoken into Darron's ears against me. " I was black, I

couldn't be trusted, I was angry, I was evil, I was a self righteous

judgmental Christian, and I wanted to take from Darron by

ruining his teaching career". None of those accusations from the

enemy were true. Yet, I couldn't stop the train from derailing our

relationship.

Within days, Darron detached himself from me and started a new

relationship with someone else. He stopped talking to me and

whenever he did talk, he commented about about how he was

traveling here and there with someone else but wasn't telling me

who it was. When I wanted to discuss the issues at hand, he just

kept dodging me. He simply said goodbye and it was just that

easy for him. He was the one that created this problem. Yet,

somehow, he found a way to blame me as a result.

   We had all of these layers and barriers between us and he

pushed me aside instead of trying to work things out. When I

**Exhibit 1**

100                              

sought advice on what to do, a friend told me that I could not

hesitate on this issue. They suggested that I anonymously call the

State and report that the school itself needed some type of

monitoring for the safety of both the students and it's faculty.

Unfortunately, when I tried to do this, I got a rude awakening. I

found that there is no such thing as "anonymous reporting". Once

I started the ball rolling, it was all on me. I really loved Darron

more than I had ever loved any man. But, I didn't want to be the

one to allow this boys voice to be shut out because of that love. I

didn't want to be the parent that ignored obvious boundary issues

between an adult and a student that could one day lead to

manipulation or abuse. So, I was forced to give my name, and

share my concerns. I was hoping that the situation would lead to

safety and change. But, while on the line, I heard a series of

phone clicks. And eventually, the call was transferred from

Olympia to ESD supervisors. Then the call went from the ESD

offices to Darron's supervisor at the high school he taught at. It

was horrible. They never told me who I was being transferred to.

**Exhibit 1**

101                            

And before I knew it, that's who I ended up talking to. I had

hoped that the Principal would assure me that he would start

working to create systems to set safe boundaries for the good of

everyone. Unfortunately, his only concern was whether or not I

was planning to sue the District. The lack of concern for the

students verified the atmosphere and the work culture that had

been created. It wasn't my job to be the lone ranger to tell the

Principal that. He must have already known. It should have

actually come from the educational advocates at our State Capitol.

But when they didn't want to deal with it, they pushed me into the

limelight on the issue. When Darron heard about it, he was

furious. He told me that everything was fine until I came into the

picture. He shared that he and the principal were talking and were

wondering why I was so mad at him. But, I wasn't mad at him at

all. I didn't even have verification that he was in a new

relationship at the time. This issue was about the safety of the

kids. But somehow it turned to be all about me, the stereotypical

angry black woman. That was the turning point for the two of us

**Exhibit 1**

102



forever.

Darron had grown close to me over the past five months. He had become very involved in my world. He met my teens, took them out to dinner, and even bought them pizza many times which was helpful. He even visited my dad and his girlfriend and shared that he wanted to marry me. We didn't get engaged for nothing. We obviously had a love between us that went beyond any racial barriers. When this situation arose with the school, he had the option of saying "Hey, my girlfriend was put through a lot with my students and she just really cared about the situation." But he didn't stick up for me at all.

**Exhibit 1**

103 

Why? Because like certain credit cards,  his white male membership had it's privileges.



It awarded him access to cover up his wrong doing. And it justified his scenario that I was just some jealous woman who was upset because he found a seemingly better woman who happened to be white. This was a perfect story. Who wouldn't believe that? This open door was just another form of temptation the enemy of our soul uses to reel a person into his kingdom. Darron just couldn't see it.  The only reason why Caucasians who are true believers see it is because they wear spiritual glasses. They use

**Exhibit 1**

104 

discernment and refuse to make a date with that spirit because they are wise and know where that red carpet leads. They care way too much about humanity and salvation. They know that God created all of us and refuse to get sucked into the superior/ inferior complex for personal gain. But not Darron. He took a step on that red carpet and it felt good to him. It was a way out of the mess and no one would ever question him. Because after all, some of his colleagues also went down that same pathway themselves. With systems and networking elite backing them, they were almost untouchable and the offer was irresistible. Once Darron steered his colleagues, family, and new girlfriend in that direction, the transaction was sealed and his cover wasn't blown. I spoke out about this issue because it was put in my lap. I was an advocate for kids in education long before Darron and I ever met. I didn't want to be responsible for doing nothing relating to children or youth regardless of where Darron stood.

That was when Darron finally said goodbye. He didn't want to hear about what occurred and didn't want to take responsibility

**Exhibit 1**

105



for anything either. He didn't have to.

When he wasn't willing to meet me half way or budge, I was completely heartbroken. It was a week before my birthday and he was gone. I may not have been the woman tapping on the window like the other girl. But after he left me, I missed him so very much. He might have been conditional about the marriage, but I was no flaky Jake. I was committed to working things out with him. But only if he were willing to work with me as well. But he wasn't willing.

I soon found myself at the same crossroads that I experienced in my relationship with Al. And once again, I experienced another man that thought it was easier to find someone else rather than do the work needed to make changes that would benefit both of us. Not having Darron around was like losing a piece of my soul. I had no compass for love and I was lost. I prayed for God to intervene and make changes. But the changes didn't come. I emailed Darron like a crazy woman hoping he might respond. But nothing happened. I was so broken that I went to see a Christian

**Exhibit 1**

106



counselor at a local church. She was such a help and was the first person to suggest that he was probably already in another relationship. I couldn't see that because my love for him was so strong. But he obviously did not feel the same way. He was a man that was use to turning love off and on like a light switch. The abuse he experienced taught him that. He stayed gone for nine months. Then suddenly, in early November, he reached out to me again. At first, it was by emails. Then later on, he began to contact me by phone. But this time, he came back in a deceptive, cruel way.  This time, I was no longer his love interest. Instead, I was the insignificant woman of color that was worth nothing more than a roll in the hay. He carried his new girlfriend on his cell phone and deep hatred towards me in his heart. His misguided anger was like a seed that he swallowed and digested until it reached the pit of his stomach. During the ten months that he was away, it was planted until it blossomed into a spirit of racism. He felt very justified in his new way of thinking and planned to take all of his anger out on me.

**Exhibit 1**

107



He met me in December and spent the whole weekend with me. He took me to dinner, bought me jewelry, and then began to cry like a baby. He looked at me with these cloudy blue eyes and told me that there was no one else he loved except me. As he sniffled, he told me that he kept hearing these conflicting voices in his head that wouldn't stop speaking to him. He was weeping so hard that I finally said, "hey, I know we are in a messed up place right now. And this is not the ideal Christ-like situation to mention God. But we need to pray. Would you like to ask Christ to come live in your heart" I asked. He then said "yes" and we began to pray him into the Kingdom. He said he wanted to work things out but was struggling with depression and was trying to balance out his new medication. He made love to me for three days and made me feel that there was hope for both of us in restoring our engagement in the near future. Near future?

**Exhibit 1**

108





RED MEANS STOP RIGHT HERE!

I am not sharing this story so that anyone can sit in judgment saying "well she should have known better." The reality is that like me, there are a bunch of Christian women out there who might *know* better. Yet, in situations like these, they sometimes don't *do* better. Anytime a former fiance or boyfriend wants to see you after ten months, or after any type of distance like that, you can't let them pick up where they left off. You just can't! You have to make them start over. You start over too. You should never do this alone like I did. You should always take a second person with you when you meet with your ex again. My issue is that in the

**Exhibit 1**

109 

church, everyone is running around doing missions and this and that. But this is missionary work in itself. Single people are walking around their local cities all alone. They don't have relationship support and need it. We don't need people to hold our hands. But having support, real support from a husband and wife team enforces accountability. How neat would it be to have a faith filled, married, stern man step up in a surprising way, put his arm around one of our exes, and say "hey buddy, lets talk". "What is your real motive for meeting with this woman today? She is my sister in Christ and I care about her." Do you think that deceiving man is going to stick around after someone has his eyes on him like that? No way! He's either going to feel obligated to explain himself. Or, he will leave. This is why we need our church community. Support like that creates potential to change a heartbreaking situation into hope. Adopt a single sister or brother, won't you church? They need you!

So, like I said, I was vulnerable and didn't have anyone. Because of that, I made stupid choices. Darron deceived me that

Exhibit 1

110                              

weekend and after that, the only messages he sent me were filled

with comments about his parents suddenly being prejudice as if

their newly racist views towards me had anything to do with his

choices. That seed was planted. And everything he spoke out

afterwards verified this. He said he wasn't sure if he could be with

me because I was black and so on and so forth. A  full year had

gone by, and now, after sleeping with me etc..., Darron was ready

to share the "up front" information that he should have told me

when we first met? Hmm... First, he told me his parents thought

blacks were "niggers" and so on. According to Darron, every

conversation at the dinner table included derogatory terms against

blacks. He and his parents didn't know I was black back when we

were dating and spending full weekends at their house? What

about after he asked me to marry him and we were engaged?

…........Really? Like I said before, race sometimes becomes an

issue or is used as an excuse to overshadow the things people

don't want to deal with or look at. Child abuse is ugly. Being

found out in an employment setting is humiliating. And ongoing

**Exhibit 1**

111



broken relationships reveals ongoing turmoil in a person's life. It causes people to lash out and become emotionally and sometimes physically abusive.  When Darron went after my humanity to hurt me, it was clear that he was trying to get back at me. The blame game with Darron was nothing new when it came to his relationships. I just happened to be the latest woman he could point the finger of blame at. He blocked me from facebook and never spoke to me again. Ten days later, I found out that he added pics on his facebook with the woman he had been serious with for some time. Even though she happened to be white, and his mom preferred her skin tone, her skin color didn't keep Darron from returning back to me. That's why racial stuff is so ignorant. It never makes sense because we are all a part of the human race. No matter how we try to label and define a person's humanity, we can't. It just is. Darron deceived me at the expense of his new girlfriend since she wasn't important enough to acknowledge. And he deceived her by making her presence insignificant which was very sad. This was never about racism and it wasn't even about

**Exhibit 1**

112                    

his mother. Those were just more layers covering up Darron's

hardening outer shell he used to protect himself. He needed to

make better choices as a 50 years old man. Nothing else could

ever cover that up. His two way deception put me at risk because

I didn't have the option of knowing that he was already in a sexual

relationship with someone else. At least, I could have walked

away or at best, used protection to avoid STD's. I trusted him

ignorantly. And he took advantage of that trust. It does take two to

tango and I admit where I went wrong in believing him. But it

only takes ONE person to lie about the things they don't want the

other partner to know about. By refusing to tell me, he took that

safety option from me.

   Everything this man did to get back at me was completely

selfish. I had never loved any man like I loved him. Yet, he

treated me with such hatred and cruelty. He placed me, his own

fiance at the time, between a rock and a hard place regarding

many of his own issues. And when I handled the circumstances to

the best of my abilities, he judged me further because my process

**Exhibit 1**

113



did not meet his expectations. He wasn't showing me love.

Instead, he was reminding me that his love was conditional based

on whether or not I would ignore and bypass the dark areas of his

life that he didn't want loves light to reveal. This was

generational. But, when his family, like so may other families,

chose to ignore and bypass those dark areas within their own

marriage, darkness was given an access pass to flourish

throughout their household. It affected Darron's life, his sister,

and the lives of others around them.

   Even in my imperfection and my sin, I battled to carry that light

within me because of Jesus Christ. But, even repentance couldn't

provide a free pass to get away with my part in this situation.

After my time with Darron, I was literally sick to my stomach. It

wasn't a pregnancy sickness, it was a spiritual sickness. I vomited

off and on for three whole months and didn't know why. As I

reached out to the Lord in prayer, I was  reminded that I was one

of His daughters whom He dearly loved. He then taught me about

the importance of the Holy Spirit. It was given to me as a gift that

**Exhibit 1**

114



wasn't meant to be tossed around back and forth like a toy. It was a spiritual organ living in my body and needed to be taken care of and respected. Like alcohol devastates the liver, sin devastates the Holy Spirit. The Lord had to show me that I dragged the Holy Spirit into a sinful situation and the Holy Spirit will not be prostituted. When we practice sin on an ongoing basis, we drink a cup of devastation that has a poisonous aftertaste. It causes pain and takes a long time to get out of our system. I experienced a lot of dark days and nights. But, the Lord never gave up on me. His purpose for bringing Darron and I together was to expose the darkness present in both of our lives. He was hoping we both might refuse darkness by removing it from our relationship; walking instead into the light. But, the choice was ours to make individually. When Darron rejected the light, and I embraced it,  I had to reach out for that light even if it meant walking alone.

**Exhibit 1**

115



*When two people truly love each other, they don't want the other*

*person to be shoved into a dark place. They want them to be*

*safe, away from the rocks, out of the darkness and protected.*



**Exhibit 1**

116



# Chapter 6



# My Healing

Who was the woman that decided that it was ok to be Martha the Martyr after a really, really bad break up? I mean, there I was lying on my back in a cold medical room at the Doctors office with my feet in stirrups. I was getting poked and prodded while having my blood drawn for an HIV/Aids test, and I was peeing in a cup to get a specimen to verify non-pregnancy. I also had to lie back as a do dat machine thingy was inserted inside of me as part

**Exhibit 1**

117



of a pap smear exam to rule out STD exposure. And where was he? Darron, I mean? He was off getting well wishes  on his new engagement to the very woman he had deceived. Shute. I actually felt sorry for her because at least I was one step ahead of his game and knew about what he had done. My wait for verification on any virus would take a full year. I had just taken my first test and in six months, I would need to take a second. My first set of tests revealed no pregnancy and I was relieved. I also had no traces of STD's in my body and thanked the Lord for that first six months of blessings, undeserved forgiveness, and grace. But I wasn't out of the water yet. I had six more months to wait for the HIV/Aids second test to confirm whether or not I had contracted the virus. When Darron and I first met, we both did the responsible thing and got tested for safety reasons. He knew how I felt about honesty and safety. So when he deceived me anyways, he pretty much took a shot at my life.  He and I didn't always have bad times. We also had some really great times together. During our time together, he and I would sit and chat about the fun times we

**Exhibit 1**

118         

remembered from our childhood. We both went roller skating at the same rink and never noticed each other. We both went to Lilac Lanes after school and ate their steak fries and drank soda. Yet, we never ran into each other. We both even cruised Riverside and made a bunch of ruckus with our friends shouting out to people in other cars back when we were in high school. And still, we never crossed each others paths. When we first started dating, he would take me to the local Y in a small city called Cusik and we would work out together. He would wrap my injured knee and I would sit and watch him shoot hoops until he was tired. And at night, we would sit and sing television jungles from The Brady Bunch, The Big Valley, Little House on the Prairie, and The Partridge family. He even sat with me one night and watched the corniest 70's movie that I loved called "Day of the Animals".  A person would have to really love someone to sit and endure watching the scenes from that old movie. He and I were seventies kids so we laughed at the seventies outfits; the flare jeans, the men's unbuttoned shirts with big medallion necklaces, the visible chest hair, and corny

**Exhibit 1**

119 

comments  all throughout the movie. During those times, we truly

had fun together. I suppose this was why the big divide between

us hurt me so badly. His jumping into a new relationship bothered

me. The boundary issues were troubling, and so were his racial

comments made to get back at me after we broke things off. That

all hurt me. But what hurt me the most, and caused so much pain

deep within, was that before the storm hit to separate us, he had

become my best friend. That was something that he and I built

together early on.  It was also something that could have

continued whether we chose to be together in our futures or not.

He was truly a kind hearted man. It's just that he had all of these

issues that had piled up in his life that he didn't want to deal with.

Instead of dealing with each issue one by one, he kept running and

hiding from everything. If anyone found him out, he treated them

as the enemy instead of as a loving friend that cared.  When  I

asked him to communicate with me about the boundary issue, we

could have solved it together. But when he refused and made me

figure it out alone, I considered a pathway that was in the best

**Exhibit 1**

120 

interest of those youth at the school he taught at. He might not
have been the bad guy at the school but he was on the borderline
of having the "choice" to be right or wrong as a teacher. If this
situation didn't get corrected, what about the next more sinister
guy who was given the same access to encourage his students to
ignore important boundaries? That was my reasoning for
responding the way I did. But when I became his enemy, he went
a little too far in trying to get revenge.  He went after my health,
my safety, and my humanity.

*Markers:*

**Exhibit 1**

121





*As an adult, I am starting to recognize that some people live life as if there are no limits on what they can do to hurt the people in their lives. As believers in Christ or simply as people who just want to treat others with kindness, we need to set markers in relationships.  If you find yourself criticizing something about the other person that they cannot change like a visual disability, cancer, shorter hair, the way they look first thing in the morning, their skin color, their height, maybe their metabolism that leans towards weight gain, or water weight that they have to work on controlling how it sits on ones body, their facial features, the shape of their eyes, their shoe sizes, their fingers and toes, the shape of their head, their real breast size, their signs and symptoms from diabetes, etc..., their male body size that might be smaller in height and build, etc...their race or*

**Exhibit 1**

122



*nationality.  These things are the markers that should be off limits. If you use them against another person, you have gone too far. So when you think of blurting out things that the other person cannot change about themselves, don't cross the line. Realize that you are at the point of no return. It's best to walk away for awhile if you have to. If you keep crossing the line, you might lose a good person for your life forever.*

Even though Darron's new life without me was none of my

Exhibit 1

123                              

business, I wasn't going to remain silent like so many other ladies have been taught to do in the past.  Society calls it "lady like" and respectable to bow down gracefully and keep quiet when we are mistreated in relationships. But silence means supporting that person in their ongoing deception, mistreatment, and sometimes abuse towards others. Especially when it comes to another person's health and safety.  The only reason why people cheat and do the horrendous things they do in relationships is simply because we (kind hearted and loving women and good men out there too) let them. Certain men, for example, are going to go off and have mistresses as long as they think the mistress or side chic won't say anything. But when did we ladies become the house managers of other peoples dirt? In my situation, I wanted to be the humble little Christian sweetheart that walked away quietly, trusted in God, and knew He would "one day" deal with the issues I experienced with Darron. That's all sweet and flowery if I was a robot lady with no feelings. But I did have feelings. And I was pissed off. His putting me at risk left me in danger which went

**Exhibit 1**

124                          

beyond any normal form of relationship revenge. For days, I struggled with what I needed to do about the situation.  I knew I needed to let him go and finally took the situation to the Lord in prayer. I was expecting the Lord to give me some type of step by step action plan. But instead, He only gave me a few simple words which were:

*"My child, you have to feel to heal."*

The Lord had blessed me with some really good friends to stand by me during that time while I was hurting. I even had a special friend at the time who went walking with me and let me cry it all out without judgment. She wasn't a believer sitting in the church pews Sunday after Sunday. But, she was the best type of person to be there for me. She had made some mistakes in her life that would make anyone blush. But her understanding was just like that of Christs. She knew what it was like to be judged and knew how to extend the very forgiveness she once needed to receive herself. But as time went on and I was still not completely healed, every other message around me was pushing me to "get over it"

**Exhibit 1**

125              

and "move on". I even had one man criticize me for the time it

was taking me to heal from my pain. That's when I realized that

no one can rush a person through their pain. It doesn't matter

whether or not it takes twelve months to three years. A person

needs to expand their wings and take the time they need to heal.

Once healed, they will be able to fly, and even soar and start

again. When we rush another persons healing time, or rush them

into new relationships, we stifle them into making other bad

decisions which hurt them even more than the pain they were

already  feeling. The Lord never once expected me to go on in life

without feeling the pain of what I had experienced. And when I

finally let go of that robot/machine status, I was finally able to

cry. And when I cried everything out, and gave everything to the

Lord, I kept on crying. After awhile, I started feeling like my

broken heart was slowly starting to mend. All of the pain, anger,

and hurt started flowing out of me through my tears. And new

hope began entering in with every breath I began to take. When I

started feeling better, I began to go walking for exercise. I then

**Exhibit 1**

126



started purchasing clothing items that would bring more light to my appearance once again. I then joined this wonderful ladies Bible study group at a local church. I know that some churches are very impersonal when it comes to Bible study and home life and issues. They are open to sweet wonderful inspiring messages. But, they don't want anyone talking about anything personal. That was always a no, no. But this group of ladies were very different. We would get into a small circle, go over our Bible study questions, and chat about how it pertained to our personal lives. Some responses caused crocodile tears. But every response caused healing. There was no judgment and no gossip after wards. We were just there to support each other.

I was constantly praying for restoration between my ex and I. But the Lord had a different goal for my life. Instead of restoring my broken relationship, he restored my soul. Bible study caused me to not only heal, but my soul was literally repairing itself from the inside out. It felt wonderful. And when I got strong enough, I sent a facebook message to Darron's new fiance telling her exactly

**Exhibit 1**

127



what had occurred between he and I while he was dating her. It wasn't about revenge. If Jesus took care of Jezebel in 1st and 2nd Kings in the Bible after she plotted and planned against a man that wouldn't sell her his land, he would definitely take care of my experiences with Darron and everyone involved. The Lord never leaves any stones unturned. He deals with those that spitefully hurt us in His own timing and in His own way. This situation was about our bodies, what we are passing on to others, and safety factors. We are living in a new world so we have to be responsible for others around us. I shared that I got tested and felt that she might also want to do the same for her own safety. I didn't want to make matters worse. I just didn't want one more person in this world to get away with that type of behavior. These viruses are real, and even though I was blessed to come out without receiving anything, it's never fair to intentionally put other people at risk. I wanted to make sure she was aware of all that he initiated in his pursuit of spending time with me and I sent her his emails he sent to me as verification. I also let him know that I warned her to get

**Exhibit 1**

128



checked based on the reckless life he was living. I never expected

a response and never spoke to him again. But I have to say that

the greatest step in my healing came from exposing the truth my

ex wanted to keep hidden. Hiding all that he had done, allowed

him to victimize me just like his parents victimized him over the

years. I was his sounding board as he blamed his first wife for this

and that. And after we broke apart, his next relationship will

probably be the sounding board as I am to blame for his latest this

or that situation. And so on, and so on, and so on. I have a feeling

that this time around, Darron will be forced to live a changed life.

In order to keep up his dishonest front, he will have to stay on his

toes. If he doesn't, the world he created will start to unravel again.

And when it comes tumbling down, and it will, he will have no

one to blame but himself.

When we think of generational curses within family lines, we

always think that the behaviors will stop when one family

member decides to change. But sometimes it takes sincere prayer

from outsiders who refuse to replay generational tapes certain

**Exhibit 1**

129                              

families have grown accustomed to in order to initiate new

beginnings and change.

Like I said before, we are all a part of the human race. And

Darron will always be my brother in Christ. I saw him pray a

prayer of salvation and I know he meant it. I also got to spend

some quality alone time moments with Darron that were protected

and untainted by the rest of the world or by family influence. The

time we spent together will never be forgotten. It was the one

thing that could not be stolen and will forever be something that

that no one can ever take away.  I loved him in spite of everything

and only wanted to see him happy. Even if that happiness was

found with someone else. Real friends tell the truth even when the

other person can't see it or even when the truth hurts. I tried to be

a good friend by keeping that truth front and center in our

relationship. I said "no" to his behavior even as the cost of saying

no meant losing him forever.

It took me two years to work through the pain of a six month or

more relationship. And it took me more time to forgive this person

**Exhibit 1**

130 

fully without  ever seeing him again or hearing the words "I'm

sorry". When I knew that I could see him on the street one day

and smile, I knew  that I had truly been set free from anything

meant to harm me. And now that I am back to myself, I can

honestly say that it feels good to be completely healed.


 God never said that He causes "some things" to work together for

good of those who love Him. Instead He said,

*"And we know that in <u>all things</u> God works for the good of those*

*who love Him, who have been called according to His purpose."*

*Romans 8:28*

**Exhibit 1**

131



# Chapter 7



# The Anti, the Un, and the Reverse

It's been one year and 13 months and through God's grace, I am

truly living a healed life. Now the Bible says that the older are to

Exhibit 1

132 

teach the young . So in this Chapter, I would like to show single ladies exactly what to look for in finding relationships that honor Christ. So, listen up! 2nd Corinthians 6:14 says *"Be ye not unequally yoked together with unbelievers: for what fellowship hath righteousness with unrighteousness? and what communion hath light with darkness?"*

Basically, when we see the term unequally yoked, we need to teach ourselves exactly what *un* really means. Un means the reverse of something. "It is the prefix, meaning **not** or **opposite**" according dictionary.reference.com.  When we separate the word un from equally, we can easily see that the Bible is giving us clear instructions. We are not simply to *do* the opposite thing that the unbeliever does in our every day lives. But we are to *be* the opposite as well. We are to be equally yoked with believers instead of walking around being unequally yoked with unbelievers. During my Sunday school days, I remember the teachers using the analogy of a man and a woman pulling two oxen  that were strapped together side by side down a road. If one

**Exhibit 1**

133                              

person stops pulling, the other person is left to carry the additional

weight of the two animals which is not really fair. I like that

analogy and it does paint a long lasting picture for a pre-teen who

is just learning about Christ-like relationships. But there is so

much more that needs to be taught about that analogy because

after all, ***"it is all about the wait".*** It is about the **w-e-i-g-h-t** we

carry in life as well as the **w-a-i-t** to find the right person to help

us pull the oxen down the road in our pathway of life. In

understanding this process, I had to to first figure out what a

**Believer in Christ** is and what an **unbeliever outside of Christ**

is. This is huge because if we as  believers don't recognize the

difference between the two, we can easily get deceived. I've been

there. I've lived it, and have definitely been deceived in the past.

Let's start by getting a good look at the unbeliever according to

the Bible's perspective.


**The Un Believer**

In Exodus Chapter 5 verses 1 and two, we find Pharaoh's

**Exhibit 1**

134                          

response to Moses and Aaron.

They told him that the Lord told them to tell Pharaoh to let His people go so that they might worship Him (hold a festival in His honor in the desert) in the wilderness.

Pharaoh then said "Who is the Lord that I should obey Him and let Israel go?"

"I do not know the Lord and I will not let Israel go." said Pharaoh.

Basically, Pharaoh didn't know the Lord. He wasn't going to listen to the Lord's demands. Therefore, a reversal or (un) of the Lord's instruction occurred. This is also true with anyone who does not believe in Christ. John 10:27 says " My sheep hear my voice; I know them. And they follow Me." It's just that simple. The reason why I have such an easy time conversing with people of other faiths is simply because  as  a believer, I get it. I don't go around demonizing people. I just know that they don't know Jesus. They don't hear His voice. Jesus doesn't know them and they don't know Him either. Therefore, they don't or won't follow Him. You

**Exhibit 1**

135



know, it took me years to learn this. But, if you want to know whether or not a person is a true believer, just check out those three things. Do they hear His voice? Does Christ actually know them? Or do they share their testimony or daily experiences while knowing Jesus? And, do they follow Him? Do they read the Bible? Are they involved in hearing His word? Do their footsteps lead them on the pathway towards Christ? In considering these questions, I found that it is better not to scan the person or grill them mercilessly about it. Just take your time. Look and see about that person's life. And even before looking into their life, I think it's best to look into our own lives. We need to make sure we are living in such a way that we can hear His voice. I know that when I entered the relationships I got involved with, I was hearing God's precious voice but purposely blocked it out. I knew the relationships I was in were not leading me towards Christ. But, since I didn't want to lose the men I was involved with, I pushed His voice aside. The problem with pushing His voice aside is that you lose the closeness Jesus has to offer. You lose wisdom and

**Exhibit 1**

136 

information He is trying to impart to you for your protection. He doesn't want us wandering off in the wilderness without His protection. Believe me, there are men that will leave you somewhere on a cold ground naked, uncovered, and lost in Siberia. But, because God loves you so much, He will hear you crying from afar off. He will run to you and cover you with the warmth of His love. He will cherish you  because that's what a Father's love is suppose to do. It is His wish to carry you out of any dark cold place. He wants to protect you, guide you, and keep you safe resting under His umbrella. But He can't express His love towards us as His daughters if we push Him away and tune out by refusing to listen to the wisdom He is trying to impart to us.

**I Know Who God Is But, I Don't Really Serve Him**

**Exhibit 1**

137



These are the type of men I run into all of the time. They know about God, and will even go to church to learn more about Him. But for some reason, it sometimes takes this big lightening jolt type of conversion to knock them off of the fence they were straddling before making their decision to finally walk with God. Lets look at a conversion where an unbeliever is coming to know Christ. The Saul to Paul example. In Acts Chapter 9 verse 1, "Saul was still breathing out murderous threats against the Lord's disciples." As you read further on in this story, you will see that eventually, Saul went the other way. He went from being an unbeliever named Saul to a believer fired up for the Lord where his name was later changed to Paul. This conversion did not occur without divine intervention and God's personal presence and visitation into his life.

"Saul asked the high Priests/leaders for letters to imprison any disciples in Jerusalem. He was on a journey and had a mission to get as many believers as he could whether they be men or women.

**Exhibit 1**

138   

"So, while he was on his way in that (wrong, anti-, un) direction, he had a personal encounter with Jesus.

Acts 9; verse 3

As he neared Damascus on his journey, a light from heaven flashed where? Around him, so it encircled him. He fell to the ground and heard a voice say "Saul, Saul why do you persecute Me?"

God kind of freaked Saul out a little bit because he didn't seem so tough and threatening at that moment. "Who are you, ....Lord?" Saul asked.  Saul didn't say "who are you" did he? Instead, he asked "Who are you **_Lord_**?" So, we know that deep down, Saul, whose name was later changed to Paul, knew exactly who the Lord  was. He just hadn't yet had his personal encounter with God until this moment.  Saul knew he was dealing with a Superior being (before) he built a personal relationship with Him.

Then God said "I am Jesus whom you are persecuting."

God then said, "now get up and go into the city. and you will be told what you must do."

**Exhibit 1**

139


So after God verified who He was to Saul, and Saul acknowledged that God was truly God the Father, God gave him immediate instructions.

The men traveling with Saul were speechless. That shows how powerful this conversion and conversation was.

The Bible says that they heard the sound but did not see anyone. This was confirmation that this conversion moment was strictly tailor made for Saul as he was transforming into one of the Lord's greatest disciples named Paul.

Paul's example is a message to women and to men that are believers that God will personally present himself before <u>all</u> men so that they might have a choice to acknowledge and serve Him *or* not. We can trust that God will visit our loved ones when we pray and ask Him to. We can feel confident that He does hear our prayers.

We also have to realize that it's not our job to step in and wear ourselves down trying to play the God role.  When we do pray, and our loved one's continue to  reject the Lord's prompting like

**Exhibit 1**

140



Saul in the story could have done, we need to leave them in the hands of God. I learned that I need to do the same in dating relationships. I use to spend so much time trying to encourage my boyfriends to walk with Christ. And the funny thing is, they knew what their stance was much more than I ever knew mine. They didn't compromise their disbelief in God. Yet, now that I look back, I can see how much I compromised my belief in Him to remain in relationship with them **_On Their Terms_**. This is what needs to change in our behavior as woman who are trying to walk out our faith while dating and praying for a husband to enter into our lives. We need to be as sure about our devotion to living out Gods will as certain men are in living outside of it. We need to take a stand and stick to it.

   I personally decided to finally take my stand for Christ after a whole year of being single again. I started building a conversation with this particular man that was very interested in me. There use to be a time where I was so grateful for someones interest in me. But this time proved to be different. We were having a great

**Exhibit 1**

141 

conversation at first. He even invited me to go to dinner with him.

But as we continued to talk, he started swearing and making rude

comments about off the wall issues. He was referring to women

as being bitches (meaning female dogs = animals) and talking

about their having attitudes when they were on their periods and

so on. Talking to him became almost unbearable. It got so bad

that I literally got a headache. I knew he was not someone I

wanted to spend time with. I also knew he wasn't a true believer.

It wasn't his swearing etc., that got me turned off to him. It had to

do with the simple fact that he didn't hear Gods voice so he wasn't

one of His. He didn't know Jesus, and he certainly wasn't

following Him down a positive pathway in the conversations he

wanted to have with me. I then quickly canceled our dinner date

and told him I wasn't interested. Now, here's a strange twist every

believing woman should be aware of. Since this guy knew I was a

believer, he tried to appeal to my faith in his attempt to somehow

reel me in. He mentioned that even Jesus had a few good men that

He discipled.  And I responded by saying "Yes He did. But

**Exhibit 1**

142



remember, *He* discipled the men himself. It's not my responsibility to draw a man to the Lord when He's the only one that can draw them." After that, this man finally left me alone. In the past, I use to go out with those type of unsaved guys knowing at some point that they were not walking at all with Christ. This time around, things have changed. I now refuse to mercy or ministry date anyone. If they are not saved, the church will always be an option for them if they desire to get involved. I will share the gospel in group settings with fellow church members. I might even have to hang with people that are unsaved in work settings involving team building lunches etc... But as far as one on one dating goes, I have become very careful. Even the time frame with an unsaved man wanting to date is an issue. Everyone has to set their own time span when spending time with unbelieving men wanting to date. But my time frame is now down to three hours max. I am willing to invite a man to a church function that might last an hour and a half to two hours. I might even go to have a sandwich or a bite to eat with that person as

**Exhibit 1**

143



well. But they will always be considered just a friend in my eyes. If they ever decide to walk with Christ, that's a plus. There's another one for the Kingdom of Heaven. But if they don't, they are not obligated and neither am I. Friendship will always be all there will ever be between us.  My new goals these days are to spend my time at home or on my hobbies instead of spending time building a non-Christ oriented fruitless relationship. Our time as believing women has to be spent promoting who we say we believe in. When we say we believe in God, we have to start promoting Him in our relationships and by our actions. We have to be as bold in promoting Christ as some of the female entertainers are today in promoting their belief in the occult through their music.

**The Believers Range Grid**

When we, as believing women, date unsaved men, this is the range in which they can go even when they seem sweet, nice, and unbelieving.

**Exhibit 1**

144



The **I'm A Believer Section** means I am born again, I am not perfect but I do my best to serve the Lord.  I am His Child, I belong to Him, and  my destiny is in the Kingdom of God forever.


The **I Know Who God Is But....I Don't Really Serve Him Section** means I am lukewarm about my feelings for Christ. I know who God is. I claim to be a Christian, I'll even go to church every now and then. But I am the master in my own life. I do what I want to do and don't follow any rules accept my own.


The **I Don't Believe in God But I Don't Mind If You Do Section** means exactly what it says. This person doesn't believe in God and doesn't care whether or not you have a faith. Just don't talk to them about how you feel about your faith. They might have their own belief in another deity, etc.. But when it comes to God, they don't believe, they don't agree with it, and they don't want to hear it.

**Exhibit 1**

145


The **I don't believe in God. And if there is a God, I hate Him Section** also means exactly what it says. This person is very anti-God and may become antagonistic in a discussion where God is mentioned. There is an extreme version of everything in life. This particular person may also have an extreme that can lead to satanic worship and preference.

While I realize there is no use in dating a person based on our differences, I tend to be a good listener and I like to hear these people have to say. I often find that a few have experienced hardships due to one or two jack asses within the church who ran around claiming to be true believers but lived a life at home that verified they were not. These so called believers were abusive, cruel, and have used the Bible to justify behaviors that have nothing to do with Christ and God's love. Their negative influence was so detrimental in the  lives of some that they turned away from God completely. Whenever I come across these stories of extreme abuse these now adults have suffered at the hands of few

**Exhibit 1**

146



of these wolves in sheep's clothing, it has broken my heart. I

believe this is the very stumbling block Jesus talks about when He

says ;

*"But Jesus called the children to Him and said "Let the little*

*children come to me, and do not hinder them, for the kingdom*

*of God belongs to such as these."*

*Luke 18:16*

**What The Bible Really Says About Anyone That Hurts A**

**Child:**

*" But if anyone causes one of these little ones who believe in Me*

*to sin, it would be better for him to have a large millstone hung*

*around his neck and to be drowned in the depths of the sea."*

*Matthew 18:6*

It was never God's intention to see these children or families

suffer through abuse at the hands of anyone claiming to know

Him or to be used to do anything according to His will.

Sometimes I think abusers mistreat their prey just to take away

their innocence because they feel that at one time in their own

**Exhibit 1**

147  

lives, someone took their innocence. These people want to block children from ever trusting in the love and protection that comes from God. They obviously don't reverence or believe in God the way they claim because they are arrogant enough to put their hands on children without considering the repercussions coming their way.

Even after passing on this information, the discussion tends to move to their wanting explanations about the world's ills and why God didn't do this or that to change things. I always admit that I don't have every answer because I am still learning about the world and what makes it tick. But, what I do share is that God loves these people and always has. My only sadness is that I might not get to spend eternity with so many of these people because of the differences in what we believe. This tends to be my opportunity to share the gospel if the person is open to hearing it.

**Exhibit 1**

148



# Chapter 8



# The Covering

What is the Covering? The covering is a faith covering of Gods protection surrounding our lives. When it comes to dating, I can only truthfully speak for myself. Yet, I know I am not alone when I say that so many believing women like myself, have not fully been prepared to stand for our faith in Jesus Christ. We have

**Exhibit 1**

149



listened to Bible stories about Queen Esther, Ruth and Boaz, and Rachel and Jacob. And although those stories have significance in giving us strength and direction, they don't always equip us with knowledge on how to deal with what we encounter as believers in today's world. Today is our day to stand and understand the reasons for our faith and our hope. We really need to expand our horizons within the scriptures to learn about relationship deception, sin, and the outcomes when we fall away from God's umbrella. We already know that there are good men out there that love Jesus and are committed to doing His good will. Those are the men we want to enter into our lives. But we have to be able to recognize them when they cross our paths and appreciate their presence just as they need to appreciate ours. As we are sifting through the masses in the meantime, we need to be equipped and aware of both good and bad intentions. We need to know and accept that there are men and women out there that are actually despicable and will pre-plan dating situations to our harm. One good example of this is the full story of Sampson and how he

**Exhibit 1**

150



came to encounter Delilah in the The Book of Judges Chapter 13.

Society sometimes considers this story to be one of the greatest

love stories ever. But, our Bible clearly tells us that this was a

story about lust, deceit, and manipulation for money. Delilah

didn't care two cents about Sampson. Love definitely had nothing

to do with it. Yet, she made love to him as if he mattered in order

to get something from Sampson. In this case, it was information

about the source of his strength. God's daughters need to

recognize this difference. If we don't recognize the charade and

miss it, our heart will get crushed under the feet of an uncaring

person. I know Sampson was a man. But he definitely had

feelings. I am sure that his heart was torn by the deception he

experienced from the woman he loved and thought he could trust.

Sampson's parents tried to warn him to stay away from these

women and their people but he would not listen. And, eventually,

his attraction towards the Philistine women  led him to his death.

It's hard to imagine that a person you fall in love with and trust

could set you up for a situation so extreme as death. But, since  I

**Exhibit 1**

151



saw first hand what being put at risk was like, I know it's actually

possible. Sampson's  father in law, who was a Philistine, just

assumed that Sampson hated his wife. He then gave her to one of

his wedding attendants without even consulting Sampson. He

then tried to remedy the situation by offering Sampson his

younger daughter instead.  Who meddles in a situation like that?

Dysfunctional parents do. And who listens to their sometimes

ignorant demands? The dysfunctional children they  raise. A

similar situation involving family ties happened between Rachel,

Leah, and Jacob in the Bible. And this is something that we as

believers need to be aware of. We just don't get into a relationship

with one person. Their family, their history, and their spiritual

walk or lack of is involved and will affect our lives if we are not

prepared . We need to recognize and discern spirits that are

incompatible with the Holy Spirit that dwells within us. When

thinking of my past experience with Darron, I came to realize that

he had the choice to walk away from his family generational

issues. But instead, he chose to walk towards continual patterns of

**Exhibit 1**

152 

victimization. When we met, I was the sounding board for all of the "this and that" complaints he had about his ex-wife and previous girlfriend. After we broke up, I am confident that I became the "this and that" target for everything that took place in our relationship. And as the pattern continues, I am sure the next person will be blamed, and so on and so on. This is why it is so important to take the time in relationships to see and observe which way the person you are dating might go in dealing with generational issues. If they refuse to get help or refuse to walk away from destructive patterns where they need to acknowledge their own involvement in past relationships, it should become a warning sign to you. It should also give you time to walk away from relationship building without getting too involved or hurt. So, what are the steps in getting prepared in our relationships as believers and daughters in Christ? Before you start to date, make sure you:

**Exhibit 1**

153



1. **Know Without a Shadow of a doubt who Jesus Is**

John 3:16 states that **Jesus is the Son of God-**

*"For God so loved the world that He gave His one and only Son,*

*that whoever believes in him shall not perish but have*

*everlasting life."*

**He's Our Mediator**

*"For there is one God and one mediator between God and men,*

*the man Christ Jesus, who gave himself as a ransom for all*

*men-the testimony given in it's proper time."*

*1 Timothy 2:5 and 6*


2. **Know what His Purpose Was and Still Is today**

Isaiah 61 reminds us that ...He came to:

*preach the good news to the poor,*

*to bind up the brokenhearted*

*to proclaim freedom for the captives*

*and release from darkness for the prisoners*

*to proclaim the year of the Lords favor*

**Exhibit 1**

154



*and the day of vengeance of our God*

*to comfort all who mourn*

*and provide for those who grieve in Zion*

*to bestow on them a crown of beauty*

*instead of ashes*

*the oil of gladness*

*instead of mourning*

*and a garment of praise*

*instead of a spirit of despair*


**He Came to Be Our Salvation and to Leave Us His Holy Spirit**

*Matthew 28:18-20 states,*

**"Then Jesus came to them and said, All authority in heaven and on earth has been given to me. Therefore, go and make disciples of all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Spirit, and teaching them to obey everything I have commanded you. And surely, I am with you always, til the very end of the age."**

**Exhibit 1**

155



### 3.   Know who  You Are In Christ

*Just so you know, the Bible says … "whoever touches you touches the apple of His eye" Zechariah 2:8.*

**Therefore, you are the apple of His eye.**

**Jeremiah 1:5 also says** *"Before I formed you in the womb I knew you, before you were born I set you apart; I appointed you as a prophet to the nations."*

**Therefore, as His child, you are someone Jesus knew before you even entered your mothers womb. He set you apart from the world and He appointed you.**

### 4.   Know what His Purpose and Plan is for your life

*Jeremiah 29:11 states: "For I know the plans I have for you: declares the Lord, "plans to prosper you and not to harm you, plans to give you a hope and a future."*

And as you grow  in the knowledge of Christ by reading His

**Exhibit 1**

156



word;

1. **Sift through what is out there** and enter through the narrow gates in your dating process.

2. **Don't travel down any of those dating paths mentioned.** They only lead to heartache because they are deceptive. Their only goal is to devastate you or take you out in one way or another.

3. **Take your time** to date the person you choose for at least 6 months to a year before agreeing to get engaged. Remember that it's so important to slow down and get to know each other. Allow time to really be that friend that lets the two of you really see each other. When I met Darron, I prayed and asked the Lord to show me who he was. It took a lot of time, stress, heartache, and a year and a half to see exactly who this man was. But, I did ask and did receive the whole truth about Darron. Therefore, I can never say that God didn't answer my prayers.

4. **Keep your body out of it until marriage becomes your**

**Exhibit 1**

157



**outcome.** In my last two relationships mentioned, I gave my whole body because it was mainly what they desired as part of our relationship. But was it what I wanted without marriage between the two of us? No. I had only dated three men in my lifetime. The first one was nothing serious nor physical. But with both Al and Darron, my body was very much involved. And, even after I shared this gift of my body with them, because our bodies are gifts to be shared with our husbands,  I left both relationships empty handed. Darron still found it easy to watch me plan our wedding while he had already started building a marriage nest with the woman he eventually married. So my body meant nothing to him and there were no guarantees. Society tries to make daughters of Christ feel anxious and worried as if we will lose the man we love if we don't give in to sex and live by someone elses rules and desires. But, I learned that any man who conditionally demands a lifestyle in spite of my desire to

**Exhibit 1**

158



walk faithfully with God, was never mine in the first place. He has no respect for me and definitely has no reverence towards my faith.  If he was never mine through marriage, then my body should never be shared with him at any time. Giving in to keep a man in our life is another lie from the enemy. These men are not going to die of sexual starvation. Please! The truth is, our time spent in building a friendship can be enough for one man. They can wait for marriage to share a lifetime of uninhibited sex that involves love and commitment and so can we. Remember that when they are serious about marrying, and know the two of you will have a lifetime of intimacy, they won't mind waiting. When anyone tries to rush you into it, it's not because you are so sexy or irresistible. It's because they are only looking for something temporary. This is why God wants us to remain under His umbrella. He's not trying to steal our opportunities for happiness. Rather, this loving God of ours is trying to cover and protect us in the

**Exhibit 1**

159



midst of a world that wants us uncovered, heartbroken, and exposed. Our Lord doesn't want us to get lost in darkness. Instead, He wants to lead us out of darkness so that we can remain in His glorious light. Giving us direction is a privilege He honors as our Shepherd.

I know some men out there make us feel unworthy when they dump us mercilessly or deceive us in harsh ways. But just know that God loves you so much. He allowed your presence to stand in the midst of the unloving. And when their unloving behavior comes back upon them one day, they will have to deal with someone who doesn't treat them as well as you did. There will never be another you. They will have to ask the next person to do what came naturally from you out of the genuineness of your heart. Women of God, don't ever forget that God gave you that. You will be the gem they will search and search to find but will never again obtain because they didn't recognize or appreciate what they had until it was gone. All that they will ever find is little fragments of the gem stone you are. God made you valuable

**Exhibit 1**

160 

which is something no one can ever take away.

God wants to continue to be the guiding compass that leads you into a life of hope, relationship success, and into a brighter future with Him. I lost my way in finding a comfortable place to rest my love in these most recent years. When I finally placed the love I had to give into the Lords hands, I realized God was the one Man that could always be trusted. He would never dump me for another, throw me aside, nor deceive me. He loved me then, and continues to prove His love for me even today. He is the everlasting love I had been searching for all along.



**Exhibit 1**

161



## The Compass

We all need  a place

to rest our love

It's a love freely given

and comes from above

Its willing to be shared

with one person forever

it doesn't judge, but naturally

makes another want to do better

Its pure love  that's sincere

it cares, it's everlasting

it commits itself, it's trustworthy

it's not temporary or passing

This love has a compass

purchased by paying a price

the owner of the compass

Is none other than Jesus Christ

It's chained around His neck

over the chest to never depart

if love ever loses it's way or  get's lost

the compass leads us back

all the way to The Owners heart.

**Exhibit 1**

162



**Exhibit 1**

Exhibit 2

**EXHIBIT 2 PREVIOUSLY
FILED WITH THE COURT WITH
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S PRIOR COMPLAINT.
<u>SEE</u> DKT. NO. 14.**

Exhibit 3

8/7/2017                           RIC1703920 Case Report - Riverside Civil & Small Claims

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS
## Case Report

**Camera indicates that a document may be purchased.**
**View Document Fee Schedule**

**First Page icon indicates you can view the first page of a Complaint for free.**

Send me an email when this case is updated (click here) 

Print This Report

Close This Window

### Case RIC1703920 - GRIFFIN VS PEELE

### Case RIC1703920 - Complaints/Parties

**Complaint Number:** 0001 — CMP 1st Amended Complaint of TIA P GRIFFIN 03/23/2017
**Original Filing Date:** 03/03/2017
**Complaint Status:** Dismissed 06/07/2017

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | Plaintiff | TIA P GRIFFIN | Pro Per | Dismissed 06/07/2017 |
| 2 | Defendant | JORDAN PEELE | DAVIS WRIGHT TREMAINE LLP | Dismissed 06/07/2017 |
| 3 | Defendant | PERFECT WORD PICTURES | Unrepresented | Dismissed 05/04/2017 |
| 4 | Defendant | BLUMHOUSE PRODUCTIONS | DAVIS WRIGHT TREMAINE LLP | Dismissed 06/07/2017 |
| 5 | Defendant | QC ENTERTAINMENT | DAVIS WRIGHT TREMAINE LLP | Dismissed 06/07/2017 |
| 6 | Defendant | NBC UNIVERSAL/PERFECT WORLD PICTURES | Unrepresented | Erroneously Sued/Disposed 05/05/2017 |
| 7 | Defendant | NBCUNIVERSAL MEDIALLC | DAVIS WRIGHT TREMAINE LLP | Dismissed 06/07/2017 |

### Case RIC1703920 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| | 08/30/2017 8:30 AM DEPT. 03 | CASE MANAGEMENT CONFERENCE HEARING | Vacated | |
| | 07/03/2017 | TIA P GRIFFIN/PRO/PER IS ORDERED TO APPEAR AND SHOW CAUSE. IF ANY. WHY SANCTIONS NOT TO EXCEED $1500.00 OR | Vacated | |

**Exhibit 17**
**1 of 7**

| | 8:30 AM DEPT. 03 | DISMISSAL SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PROOF OF SERVICE ON ALL PARTIES. | | |
|---|---|---|---|---|
| **Minutes** | Print Minute Order | | | |
| | 06/27/2017 8:30 AM DEPT. 03 | HEARING RE: MOTION TO/FOR REQUEST A SECOND AMENDED COMPLAINT DUE TO ADDITIONAL INFORMATION BY TIA P GRIFFIN | Vacated | |
| N | 06/08/2017 | NOTICE OF RULING RE: ON DEFTS DEMURRER TO FIRST AMENDED COMPLAINT FILED | Not Applicable | 🖼 |
| | 06/07/2017 8:30 AM DEPT. 03 | HEARING RESERVED FOR DEMURRER ON MOTION FOR DEMURRER - RES67112. | Calendared (Reservation Hearings) | |
| | 06/07/2017 8:30 AM DEPT. 03 | HEARING RE: DEMURRER TO 1ST AMENDED COMPLAINT OF TIA GRIFFIN BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC | Sustained | |
| **Minutes** | Print Minute Order | | | |
| | 06/07/2017 8:30 AM DEPT. 03 | HEARING RE: MOTION TO/FOR SPECIAL MOTION TO STRIKE PLAINTIFFS FIRST AMENDED COMPLAINT BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC | Denied | |
| **Minutes** | Print Minute Order | | | |
| | 06/06/2017 8:30 AM DEPT. 03 | HEARING RESERVED FOR ANTI-SLAPP MOTION ON ANTI-SLAPP MOTION - RES67113. | Calendared (Reservation Hearings) | |
| | 06/06/2017 8:30 AM DEPT. 03 | HEARING RE: MOTION TO/FOR SPECIAL MOTION TO STRIKE PLAINTIFFS FIRST AMENDED COMPLAINT BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC | Continued Not Heard | |
| **Minutes** | Print Minute Order | | | |
| N | 05/31/2017 | SUPPLEMENTAL DECLARATION OF ERIC M STAHL IN SUPPORT OF DEMURRER TO FIRST AMENDED | Not Applicable | 🖼 |
| N | 05/31/2017 | REPLY TO /IN SUPPORT OF DEMURRER TO FIRST AMENDED COMPLAINT BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC FILED | Not Applicable | 🖼 |
| N | 05/31/2017 | REPLY TO /IN SUPPORT OF SPECIAL MOTION TO STRIKE BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC FILED | Not Applicable | 🖼 |
| | 05/17/2017 8:30 AM DEPT. 03 | EX PARTE HEARING RE DISMISSAL AND DEFAULT BASED ON PERJURY. | Denied | |
| **Minutes** | Print Minute Order | | | |
| | 05/17/2017 8:30 AM DEPT. 03 | EX PARTE HEARING RE REQUESTING A CONTINUANCE. | Denied | |
| **Minutes** | Print Minute Order | | | |

**Exhibit 17**
**2 of 7**

| N | 05/16/2017 | PROOF OF SERVICE BY MAIL TO MOTION TO REQUEST A SECOND AMENDED COMPLAINT ON DAVIS WRIGHT TREMAINE LLP WITH A MAILING DATE OF 05/12/17 FILED. (NON-COMPLAINT) | Not Applicable | 🖼 |
|---|---|---|---|---|
| | 05/16/2017 | EX PARTE HEARING SET ON 5/17/17 AT 8:30 IN DEPT 03 | | |
| N | 05/16/2017 | DECLARATION REGARDING NOTICE OF EX-PARTE APPLICATION FILED BY TIA P GRIFFIN. | Not Applicable | 🖼 |
| N | 05/16/2017 | EX PARTE APPLICATION TO/FOR REQUESTING A CONTINUANCE BY TIA P GRIFFIN FILED | Not Applicable | 🖼 |
| | 05/16/2017 | EX PARTE HEARING SET ON 5/17/17 AT 8:30 IN DEPT 03 | | |
| N | 05/16/2017 | DECLARATION REGARDING NOTICE OF EX-PARTE APPLICATION FILED BY TIA P GRIFFIN. | Not Applicable | 🖼 |
| N | 05/16/2017 | EX PARTE APPLICATION TO/FOR DISMISSAL AND DEFAULT BASED ON PERJURY BY TIA P GRIFFIN FILED | Not Applicable | 🖼 |
| N | 05/12/2017 | RESPONSE TO DECLARATION OF ERIC M. STAHL IN SUPPORT DEFTS DEMU BY TIA P GRIFFIN FILED. | Not Applicable | 🖼 |
| N | 05/12/2017 | RESPONSE TO DEFTS NOTICE OF MOTION & SPECIAL MOTION TO STRIKE BY TIA P GRIFFIN FILED. | Not Applicable | 🖼 |
| N | 05/12/2017 | RESPONSE TO DEFTS REQUEST FOR JUDICIAL NOTICE OF SUPPORT BY TIA P GRIFFIN FILED. | Not Applicable | 🖼 |
| N | 05/12/2017 | RESPONSE TO NOTICE OF DEMURRER AND DEMURRER OF DEFTS BY TIA P GRIFFIN FILED. | Not Applicable | 🖼 |
| | 05/12/2017 8:30 AM DEPT. 03 | EX PARTE HEARING RE MOTION TO REQUEST SECOND AMENDED COMPLAINT. | Denied | |
| **Minutes** | Print Minute Order | | | |
| N | 05/11/2017 | SYSTEM GENERATED NOTICE RE: CLERKS CERTIFICATE OF MAILING. | Not Applicable | 🖼 |
| N | 05/10/2017 | DECLARATION REGARDING NOTICE OF EX-PARTE APPLICATION FILED BY TIA P GRIFFIN. | Not Applicable | 🖼 |
| | 05/10/2017 | EX PARTE HEARING SET ON 5/12/17 AT 8:30 IN DEPT 03 | | |
| N | 05/10/2017 | EX PARTE APPLICATION TO/FOR MTN TO REQUEST A SECOND AMENDED COMPLAINT BY TIA P GRIFFIN FILED | Not Applicable | 🖼 |
| | 05/10/2017 8:30 AM DEPT. 03 | EX PARTE HEARING RE MTN TO REQUEST A SECOND AMENDED COMPLAINT. | Denied | |
| **Minutes** | Print Minute Order | | | |
| | 05/10/2017 8:00 AM DEPT. 03 | COURT ON ITS OWN MOTION: COURT ORDERS THE EX PARTE SET FOR 5-12-17 DENIED - IT IS TO BE SET FOR A REGULAR NOTICED MOTION | Completed | |
| **Minutes** | Print Minute Order | | | |
| | 05/10/2017 8:00 AM DEPT. 03 | COURT ON ITS OWN MOTION: COURT NOTES THE MTN TO STRIKE & DEMURRER ARE SET | Completed | |
| **Minutes** | Print Minute Order | | | |

**Exhibit 17**
**3 of 7**

| | 05/09/2017 | EX PARTE HEARING SET ON 5/10/17 AT 8:30 IN DEPT 03 | | |
|---|---|---|---|---|
| N | 05/09/2017 | EX PARTE RE: MTN TO REQUEST A SECOND AMENDED COMPLAINT BY TIA P GRIFFIN FILED. | Not Applicable | 📷 |
| | 05/09/2017 | HEARING SET 6/27/17 AT 8:30 IN DEPARTMENT 03 | | |
| N | 05/09/2017 | MOTION TO/FOR REQUEST A SECOND AMENDED COMPLAINT DUE TO ADDITIONAL INFORMATION BY TIA P GRIFFIN FILED | | 📷 |
| N | 05/05/2017 | REQUEST FOR JUDICIAL NOTICE FILED BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC. | Not Applicable | 📷 |
| N | 05/05/2017 | DECLARATION OF ERIC M STAHL IN SUPPORT OF DEFTS DEMURRER TO FIRST AMENDED COMPLAINT, SPECIAL MTN TO STRIKE FILED | Not Applicable | 📷 |
| | 05/05/2017 | HEARING SET 6/06/17 AT 8:30 IN DEPARTMENT 03 | | |
| N | 05/05/2017 | MOTION TO/FOR SPECIAL MOTION TO STRIKE PLAINTIFFS FIRST AMENDED COMPLAINT BY JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC FILED | | 📷 |
| | 05/05/2017 | MOTION HEARING RESERVATION RE: MOTION TO STRIKE SET FOR 06/06/17 AT 08:30 IS CONFIRMED. | Not Applicable | |
| | 05/05/2017 | HEARING ON DEMURRER SET FOR 6/07/17 AT 8:30 IN DEPT 03 | | |
| | 05/05/2017 | --AND DEMURRER TO 1ST AMENDED COMPLAINT OF TIA GRIFFIN BY JORDAN PEELE REPRESENTED BY DAVIS WRIGHT TREMAINE LLP-- | Not Applicable | |
| | 05/05/2017 | MOTION HEARING RESERVATION RE: DEMURRER SET FOR 06/07/17 AT 08:30 IS CONFIRMED. | Not Applicable | |
| N | 05/05/2017 | DEMURRER TO 1ST AMENDED COMPLAINT OF TIA GRIFFIN BY BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIALLC REPRESENTED BY DAVIS WRIGHT TREMAINE LLP FILED. (OVER $25,000) | Not Applicable | 📷 |
| | 05/05/2017 | NBCUNIVERSAL MEDIALLC ERRONEOUSLY SUED AS NBC UNIVERSAL/PERFECT WORLD PICTURES | Not Applicable | |
| | 05/05/2017 | OSCFF HEARING SET FOR 07/03/17 AT 08:30 IS VACATED -FOR THE REASON: ALL PARTIES SERVED OR DISMISSED | Not Applicable | |
| N | 05/04/2017 | REQUEST FOR DISMISSAL WITH PREJUDICE ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN AS TO PERFECT WORD PICTURES FILED | Not Applicable | 📷 |
| | 05/03/2017 | ORDER TO SHOW CAUSE SET 7/03/17 AT 8:30 IN DEPT. 03. | | |
| N | 05/03/2017 | SYSTEM GENERATED NOTICE RE: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED. | Not Applicable | 📷 |
| | 05/03/2017 | NPSCTH HEARING SET FOR 05/02/17 AT 08:30 IS VACATED -FOR THE REASON: OSC RE:SANCTIONS SET | Not Applicable | |
| | 05/02/2017 8:30 AM DEPT. CLER | NON-PROOF OF SERVICE CLERK'S TRACKING HEARING (NON-APPEARANCE) | Vacated | |
| N | 04/28/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON BLUMHOUSE PRODUCTIONS FILED; DATE OF MAILING 04/27/17 | Not Applicable | 📷 |
| N | 04/28/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON NBC UNIVERSAL/PERFECT WORLD PICTURES FILED; DATE OF MAILING 04/27/17 | Not Applicable | 📷 |
| N | 04/28/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON NBC | Not Applicable | 📷 |

**Exhibit 17**
**4 of 7**

| | | | | |
|---|---|---|---|---|
| | | UNIVERSAL/PERFECT WORLD PICTURES FILED; DATE OF MAILING 04/27/17 | | |
| N | 04/28/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON QC ENTERTAINMENT FILED; DATE OF MAILING 04/27/17 | Not Applicable | |
| | 04/27/2017 | COURT REPORTER FEE (UNDER ONE HOUR) PAID BY DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, FOR HEARING 06/07/17. | Not Applicable | |

**Minutes**　　Print Minute Order

Receipt: 170427-0087　　　　$30.00

| | | | | |
|---|---|---|---|---|
| | 04/27/2017 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($60.00). CONFIRMATION NUMBER RES67113 FOR HEARING RESERVED ON 06/06/17. | Not Applicable | |

**Minutes**　　Print Minute Order

Receipt: 170427-0090　　　　$60.00

| | | | | |
|---|---|---|---|---|
| | 04/27/2017 | COURT REPORTER FEE (UNDER ONE HOUR) PAID BY DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, FOR HEARING 06/06/17. | Not Applicable | |

**Minutes**　　Print Minute Order

Receipt: 170427-0094　　　　$30.00

| | | | | |
|---|---|---|---|---|
| | 04/27/2017 | FIRST PAPER FEE PAID AS TO JORDAN PEELE, PERFECT WORD PICTURES, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBC UNIVERSAL/PERFECT WORLD PICTURES (ON-LINE RESERVATION). | Not Applicable | |

**Minutes**　　Print Minute Order

Receipt: 170427-0082　　　　$2,250.00

| | | | | |
|---|---|---|---|---|
| | 04/26/2017 | COURT REPORTER HEARING FEE FOR ONE HOUR OR LESS PAID BY DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, BLUMHOUSE PRODUCTIONS, ET AL. IN THE AMOUNT OF $30.00; FOR HEARING RESERVED FOR ANTI-SLA ON 06/06/2017. | | |
| | 04/26/2017 | ON-LINE MOTION RESERVED ON BEHALF OF DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, BLUMHOUSE PRODUCTIONS, ET AL.. | | |
| | 04/26/2017 | HEARING RESERVED FOR ANTI-SLAPP MOTION SET 06/06/17 AT 8:30 IN DEPARTMENT 03 - RES67113. | | |
| | 04/26/2017 | FIRST APPEARANCE FEE PAID BY BLUMHOUSE PRODUCTIONS (ON-LINE RESERVATION). | | |
| | 04/26/2017 | HEARING RESERVED FOR DEMURRER ON 06/07/17 AT 8:30 IN DEPARTMENT 03 - RES67112. | | |
| | 04/26/2017 | ON-LINE MOTION RESERVED ON BEHALF OF DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, BLUMHOUSE PRODUCTIONS, ET AL.. | | |
| | 04/26/2017 | FIRST APPEARANCE FEE PAID BY NBC UNIVERSAL/PERFECT WORLD PICTURES (ON-LINE RESERVATION). | | |
| | 04/26/2017 | FIRST APPEARANCE FEE PAID BY JORDAN PEELE (ON-LINE RESERVATION). | | |
| | 04/26/2017 | FIRST APPEARANCE FEE PAID BY PERFECT WORLD PICTURES (ON-LINE RESERVATION). | | |
| | 04/26/2017 | COURT REPORTER HEARING FEE FOR ONE HOUR OR LESS PAID BY DEFENDANTS JORDAN PEELE, NBCUNIVERSAL MEDIA, LLC, BLUMHOUSE PRODUCTIONS, ET AL. IN THE AMOUNT OF | | |

**Exhibit 17
5 of 7**

| | | | | |
|---|---|---|---|---|
| | | $30.00; FOR HEARING RESERVED FOR MOTION F ON 06/07/2017. | | |
| | 04/26/2017 | FIRST APPEARANCE FEE PAID BY QC ENTERTAINMENT (ON-LINE RESERVATION). | | |
| N | 04/24/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON JORDAN PEELE FILED; DATE OF MAILING 04/24/17 | Not Applicable | 📷 |
| N | 04/24/2017 | PROOF OF SERVICE OF 1ST AMENDED SERVED ON BLUMHOUSE PRODUCTIONS SERVED 04/21/17 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 04/24/2017 | PROOF OF SERVICE OF 1ST AMENDED & 1ST AMENDED PROOF OF SERVICE SERVED ON QC ENTERTAINMENT SERVED 04/11/17 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 04/21/2017 | PROOF OF SERVICE ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON JORDAN PEELE WITH SERVICE DATE OF 04/19/17 FILED.(PERSONAL SERVICE) | Not Applicable | 📷 |
| N | 04/19/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON JORDAN PEELE FILED; DATE OF MAILING 04/13/17 | Not Applicable | 📷 |
| N | 04/19/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON QC ENTERTAINMENT FILED; DATE OF MAILING 04/13/17 | Not Applicable | 📷 |
| | 04/11/2017 8:30 AM DEPT. 03 | EX PARTE HEARING RE PUBLICATION OR BY POSTING AT THE COURTHOUSE. | Off-Calendar | |

| Minutes | Print Minute Order |
|---|---|

| | | | | |
|---|---|---|---|---|
| | 04/10/2017 | EX PARTE HEARING SET ON 4/11/17 AT 8:30 IN DEPT 03 | | |
| N | 04/10/2017 | EX PARTE APPLICATION TO/FOR PUBLICATION OR BY POSTING AT THE COURTHOUSE BY TIA P GRIFFIN FILED | Not Applicable | 📷 |
| N | 04/10/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON BLUMHOUSE PRODUCTIONS FILED; DATE OF MAILING 03/27/17 | Not Applicable | 📷 |
| N | 04/10/2017 | PROOF OF SERVICE BY MAIL ON THE 1ST AMENDED COMPLAINT OF TIA GRIFFIN SERVED ON NBC UNIVERSAL/PERFECT WORLD PICTURES FILED; DATE OF MAILING 03/27/17 | Not Applicable | 📷 |
| | 04/10/2017 8:00 AM DEPT. 03 | COURT ON ITS OWN MOTION: COURT DENIES THE EX PARTE SET FOR 4-11-17 | Denied | |

| Minutes | Print Minute Order |
|---|---|

| | | | | |
|---|---|---|---|---|
| N | 03/23/2017 | 1ST AMENDED COMPLAINT OF TIA GRIFFIN FILED. (AMENDED COMPLAINT - SUPERIOR COURT) | Not Applicable | 📷 1 |
| N | 03/23/2017 | SUMMONS ISSUED ON 1ST AMENDED COMPLAINT OF TIA GRIFFIN AND FILED. | Not Applicable | 📷 |
| N | 03/15/2017 | PROOF OF SERVICE OF SUMMONS SERVED ON BLUMHOUSE PRODUCTIONS & QC ENTERTAINMENT SERVED 03/11/17 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 03/15/2017 | PROOF OF SERVICE OF SUMMONS SERVED ON PERFECT WORLD PICTURES/UNIVERSAL PICTURES SERVED 03/11/17 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 03/15/2017 | PROOF OF SERVICE OF SUMMONS SERVED ON JORDAN PEELE SERVED 03/11/17 FILED (NON-COMPLAINT) | Not Applicable | 📷 |

| N | 03/03/2017 | CERTIFICATE OF COUNSEL FILED. THE ZIP CODE IS 92507. | Not Applicable | 📷 |
| | 03/03/2017 | REQUEST TO WAIVE COURT FEES FILED BY TIA P GRIFFIN (FORM FW-001). | | N/A |
| N | 03/03/2017 | ORDER ON COURT FEE WAIVER FILED BY TIA P GRIFFIN IS GRANTED; CLERK CMUNDO (GRANTED) FORM FW-003. | Granted | 📷 |
| | 03/03/2017 | FEE WAIVER FOR TIA P GRIFFIN WAS GRANTED FOR I; $450.00 WAIVED. | Not Applicable | |
| | 03/03/2017 | NON-PROOF OF SERVICE HEARING SET FOR 5/02/17 AT 8:30 IN DEPT CLER | | |
| N | 03/03/2017 | SUMMONS ISSUED ON COMPLAINT FILED 03/03/2017 OF TIA GRIFFIN AND FILED. | Not Applicable | 📷 |
| N | 03/03/2017 | COMPLAINT FILED FAST TRACK. (RIVERSIDE) | Not Applicable | 📷 1 |
| | 03/03/2017 | CASE ASSIGNED TO DEPARTMENT 03. (RIVERSIDE) | | |

## Case RIC1703920 - Pending Hearings

| Date | Action Text | Disposition | Image |
|------|-------------|-------------|-------|
| 08/30/2017 8:30 AM DEPT. 03 | CASE MANAGEMENT CONFERENCE HEARING | Vacated | |

Print This Report

Close This Window

Riverside Public Access 5.7.27 © 2017 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
Contact Us

**Exhibit 17**
**7 of 7**

Exhibit 4

Tia P. Griffin
c/o D. Griffin
2442 Iowa Avenue #P14
Riverside, CA. 92507
559-721-8712

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 03 2017

C. Mundo

VQ

MAR 3 2017

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

Tia P. Griffin

Plaintiff,

vs.

Jordan Peele, Perfect World Pictures,
Blumhouse Productions & QC Entertainment

Defendant

Case No.: **RIC 1703920**

DOCUMENT TITLE: Literary Copyright Infringement

Please see attached complaint. Thank you.

Dated 3/3/17

Your Name/Signature

DOCUMENT TITLE: - 1

**Exhibit 4**
**1 of 11**

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

TIA GRIFFIN                                    )          Civil Action No.

     PLAINTIFF,

                                    )

     vs.                                        )          Re:   LITERARY COPYRIGHT

                                                  INFRINGEMENT

JORDAN PEELE,  PERFECT

WORLD PICTURES,

BLUMHOUSE  PRODUCTIONS

& QC ENTERTAINMENT)

     DEFENDANTS

Exhibit 4
2 of 11

As Plaintiff, I, TIA GRIFFIN, Author of the book "The Covering", request that the courts respond to my demand for recourse whereby my Literary Copyrighted Work from my book called "The Covering"  TXu001922667 / 2014-05-11 , was infringed upon by the Defendants, JORDAN PEELE, PERFECWORLD PICTURES, BLUMHOUSE PRODUCTIONS & QC ENTERTAINMENT. I will explain the infringement practices, access where my work was available Nationwide, in Europe, and advertised on social media. I will also provide factual examples of this infringement on the part of the Defendants to prove my accusations.

### Introduction

The infringement took place from Chapter 5 of my book on page 74. This Chapter was called "My Heartbreak". In this section, I spoke of my experience as an American black woman involved in a relationship with a white male at the time. In this section of the book, I explained our experience while driving out to Newport Washington from Spokane to meet this man's parents for the first time. I stated and I quote from my book " One month into our relationship, Darron invited me and my teens to spend Thanksgiving with he and his family. My teens didn't want to go and really didn't seem to want me around. They wanted me to cook and get everything nice and wonderful for

**Exhibit 4**
**3 of 11**

the holiday. But, because they knew I had spent so many years alone, they encouraged me to go ahead and get to know this new man in my life. They were curious about where things would lead down the road between Darron and I and they wanted me to be happy. I was hesitant, but went ahead and spent the holiday with his family.

On the way to Darron's parents house, a crazy deer came crashing into the car causing Darron and I to do a full 360 spin on the small highway. I was so terrified, that my stomach just tied up in knots. Darron's truck was banged up on the front side. Yet, during the spin, he was completely calm. He controlled this car so well during that moment that he prevented the two of us from flipping over the side to our deaths. I knew I had some questions about this man. After all, we had only been dating a month. But I could see that he wanted to be a good quality man before me. His sincerity in trying, caused me to loosen up my reigns and release a little bit of trust in him early on. At dinner, I met his mom, his dad, his sister, his niece, and their precious little dog. By all appearances, they were a sweet family. His sister was an overachieving RN that lived out of State, and his niece was very intelligent. His father was very kind. And his mother was blessed with the Midas touch when it came to cooking. That woman could cook anything and make it taste amazing."

**Exhibit 4**
**4 of 11**

This experience relating to being in an interracial relationship and meeting my past fiance's parents for the first time and also running into a deer was specific to my situation and my story. I do not believe that Jordan, nor the writers or producers involved in this film creation shared that exact same dynamic and circumstances as I did. Either way, it was displayed as a scene in his movie called "Get Out". And, my copyright was in tact 18 months prior to Jordan Peele obtaining his Copyright.

According to U.S. Copyright Law, I have exclusive rights to my story.  And although this infringement may have or may not have been done willfully, my copyrighted work was, and still is being  used without my permission which is a violation of those exclusive rights. The Defendants are all using this portion of my story and experience  in advertisements, in movie theaters, etc...and are continually engaging in copyright infringement.

**Access**

I did share my story online through social media to market my book. The social media avenues I used were dating as well as interracial dating group blog pages on facebook, twitter, and linkedin. I still have information about my book on linkedin.com for

**Exhibit 4**
**5 of 11**

business connections and for other networking opportunities. I am a member of

Createspace and had my book available for sale online through Createspaces site,

Amamzon,com, and AmazonEuropean between April 18, 2014-Feb 1, 2015. Each of

these sites had "Look Inside" Sections where random pages of the book would appear

for potential buyers viewing. This is factual proof that there was access to my written

work.

### Remedies

I am asking for literary writing credit from my book: "The Covering" because the

particular deer scene  played an important part in this horror film pertaining to

advertisements, etc....I am asking for 7 million dollars for the hardship experienced in

watching someone use this important portion of my story without my permission and

retrieve a large amount of funding where this section of my book was needed to improve

upon their film. I am also asking for current and future royalties in every aspect of the

films profits throughout the life of the film and it's sales ability. Here  is the breakdown

of my requests if the courts agree that this is appropriate. I am asking for a portion of the

funds due to the purchase of the script as it relates to the deer scene. The deer scene was

**Exhibit 4**
**6 of 11**

important and necessary in the horror film to create excitement, fear, and the element of surprise. The deer scene assisted in the film's transition to the Police scene where racial issues exemplified the police response. Another scene could have been used, but it was not.

I am asking for a percentage of any rewrites where the deer scene is included.

I am asking for a percentage of the Production bonus upon commencement of principal photography, etc...

I am asking for residuals (to receive credit on produced Guild covered material, and compensation if the material is reused) for a combination of DVD sales, TV airings, foreign, etc...

I am asking for a percentage if the movie gets made into a sequel, depending upon receiving my writing credit (shared or sole credit).

I ask that the studios pay a percentage to myself, based upon my writing fees, into a WGA pension program if possible where if achieved, 7 qualifying years, upon retirement I will receive a monthly payment based upon my total lifetime earnings.

**Exhibit 4**
**7 of 11**

Exhibit A

|  |  |
|---|---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003809078 / 2015-11-02 |
| **Application Title:** | Get Out. |
| **Title:** | Get Out. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Sugarbear, LLC, Transfer: By written contract. Address: 7164 Melrose Ave. 2nd Floor, Los Angeles, CA, 90046. |
| **Date of Creation:** | 2015 |
| **Alternative Title on Application:** | Get Out of the House |
| **Authorship on Application:** | Jordan Peele, 1979- ; Citizenship: United States. Authorship: Screen Play. |
| **Names:** | Peele, Jordan, 1979- <br> Sugarbear, LLC |

Exhibit 4
8 of 11

Exhibit B

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001922667 / 2014-05-11 |
| **Application Title:** | The Covering. |
| **Title:** | The Covering. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Tia Patrice Griffin, 1967- . Address: 723 E Decatur Ave, Spokane, WA, United States. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Tiselle Bissette, pseud. of Tia Patrice Griffin, 1967- ; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Tia Griffin, CV, 723 E Decatur Ave, Spokane, WA, 99208, United States, (509) 607-8549, (509) 607-8549, insource_7@hotmail.com |
| **Names:** | Griffin, Tia Patrice, 1967- <br> Bissette, Tiselle, pseud., 1967- |

**Exhibit 4**
**9 of 11**

## CONCLUSION

Once again, I am asking that the courts approve my remedy requests. It wasn't just a simple experience where a deer hit a car on the highway. That happens all of the time. It also wasn't just an issue where a couple was driving to meet the others' parents which is a process that many couple's experience. The difference here and the comparison is that it is the exact same incident that occurred in my story that was repeated on the movie screen. The guest invited to the home was black and the invitee was his Caucasian girlfriend and her family. This was the exact same scenario in my book. It is not likely that the Defendants or their writers experienced the exact same issue of a deer slamming into their car during the exact same moments and events where an American black partner was traveling to meet his partner's Caucasian family *for the first time*. And furthermore,  even if it was an unusual coincidence, I protected the exclusive rights to my specific story 18 months prior to Jordan Peele's copyright claim.  I feel that my Copyright should maintain protection and I am asking for relief.

**Exhibit 4**
**10 of 11**

I attest that these statements are true without penalty or perjury.

Dated: 3/3/2017

Respectfully submitted,

Tia Griffin/Plaintiff (Pro Se)

Exhibit 4
11 of 11

Exhibit 5

Tia Griffin
Care of D. Griffin
2442 Iowa Avenue #P14
Riverside, CA. 92507



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 2 3 2017

C. Mundo

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

TIA GRIFFIN                    )      Civil Action No.  RIC1703920

    PLAINTIFF,

                       )

    vs.                        )      Re:   LITERARY COPYRIGHT

                            INFRINGEMENT  1st AMENDED

                            COMPLAINT

JORDAN PEELE,  NBC UNIVERSAL/PERFECT

WORLD PICTURES,

BLUMHOUSE  PRODUCTIONS

& QC ENTERTAINMENT)

    DEFENDANTS

**Exhibit 5**
**1 of 8**

1. I am the Claimant in this matter and have amended my complaint to correct the spelling from Perfect Word Pictures to Perfect World Pictures.

2. In addition, I have added information on the company called QC Entertainment. This is a newly formed business that as of yet, doesn't have a definite address for the 4 businessmen who came together to create it. QC Entertainment consists of 4 persons including Sean Mckittrick, Edward H. Hamm, Jr., Shaun Redick, and and Ray Mansfield. Mckittrick and Hamm are said to be with Darko Entertainment. And, Redick and Mansfield are known to be employees of their own company called Movie Package Co. Therefore, I have had to serve two men at one location and the other two men at another business location.

3. I am also sharing my concerns about future goals in creating my own film from my book and how my attempts to add the Deer Scene within the interracial relationship and traveling towards my past Caucasian fiancé's house might forever be affected because of this film called "Get Out". My credibility will now be in question for something I created and had proper copy write protection prior to Peele and his Production Partners.

As Plaintiff, I, TIA GRIFFIN, Author of the book "The Covering", request that the courts respond to my demand for recourse whereby my Literary Copyrighted Work from my book called "The Covering" TXu001922667 / 2014-05-11 , was infringed upon by the Defendants, JORDAN PEELE, NBC UNIVERSAL/PERFECT WORLD PICTURES, BLUMHOUSE PRODUCTIONS & QC ENTERTAINMENT.  I will explain the infringement practices, access where my work was available Nationwide, in Europe, and advertised on social media. I will also provide factual examples of this infringement on the part of the Defendants to prove my accusations.

Exhibit 5
2 of 8

### Introduction

The infringement took place from Chapter 5 of my book on page 74. This Chapter was called "My Heartbreak". In this section, I spoke of my experience as an American black woman involved in a relationship with a white male at the time. In this section of the book, I explained our experience while driving out to Newport Washington from

Spokane to meet this man's parents for the first time. I stated and I quote from my book "One month into our relationship, Darron invited me and my teens to spend Thanksgiving with he and his family. My teens didn't want to go and really didn't seem to want me around. They wanted me to cook and get everything nice and wonderful for

the holiday. But, because they knew I had spent so many years alone, they encouraged me to go ahead and get to know this new man in my life. They were curious about where things would lead down the road between Darron and I and they wanted me to be happy. I was hesitant, but went ahead and spent the holiday with his family.

On the way to Darron's parents house, a crazy deer came crashing into the car causing Darron and I to do a full 360 spin on the small highway. I was so terrified, that my stomach just tied up in knots. Darron's truck was banged up on the front side. Yet, during the spin, he was completely calm. He controlled this car so well during that moment that he prevented the two of us from flipping over the side to our deaths. I knew I had some questions about this man. After all, we had only been dating a month. But I could see that he wanted to be a good quality man before me. His sincerity in trying, caused me to loosen up my reigns and release a little bit of trust in him early on. At dinner, I met his mom, his dad, his sister, his niece, and their precious little dog. By all appearances, they were a sweet family. His sister was an overachieving RN that lived out of State, and his niece was very intelligent. His father was very kind. And his mother was blessed with the Midas touch when it came to cooking. That woman could cook anything and make it taste amazing."

**Exhibit 5**
**3 of 8**

This experience relating to being in an interracial relationship and meeting my past fiance's parents for the first time and also running into a deer was specific to my situation and my story. I do not believe that Jordan, nor the writers or producers involved in this film creation shared that exact same dynamic and circumstances as I did. Either way, it was displayed as a scene in his movie called "Get Out". And, my  copyright was in tact 18 months prior to Jordan Peele obtaining his Copyright.

According to U.S. Copyright Law, I have exclusive rights to my story.  And although this infringement may have or may not have been done willfully, my copyrighted work was, and still is being  used without my permission which is a violation of those exclusive rights. The Defendants are all using this portion of my story and experience  in advertisements, in movie theaters, etc...and are continually engaging in copyright infringement.

### Access

I did share my story online through social media to market my book. The social media avenues I used were dating as well as interracial dating group blog pages on facebook, twitter, and linkedin. I still have information about my book on linkedin.com for business connections and for other networking opportunities. I am a member of Createspace and had my book available for sale online through Createspaces site, Amamzon,com, and AmazonEuropean between April 18, 2014-Feb 1, 2015. Each of these sites had "Look Inside" Sections where random pages of the book would appear for potential buyers viewing. I also shopped my book to numerous Publishing companies for their review in considering Publishing deals. This is factual proof that there was access to my written work.

**Exhibit 5**
**4 of 8**

## Remedies

I am asking for literary writing credit from my book: "The Covering" because the particular deer scene played an important part in this horror film pertaining to advertisements, etc....I am asking for 7 million dollars for the hardship experienced in watching someone use this important portion of my story without my permission and retrieve a large amount of funding where this section of my book was needed to improve upon their film. I am also asking for current and future royalties in every aspect of the films profits throughout the life of the film and it's sales ability. Here  is the breakdown of my requests if the courts agree that this is appropriate. I am asking for a portion of the funds due to the purchase of the script as it relates to the deer scene. The deer scene was important and necessary in the horror film to create excitement, fear, and the element of surprise. The deer scene assisted in the film's transition to the Police scene where racial issues exemplified the police response. Another scene could have been used, but it was not.

I am asking for a percentage of any rewrites where the deer scene is included.

I am asking for a percentage of the Production bonus upon commencement of principal photography, etc...

I am asking for residuals (to receive credit on produced Guild covered material, and compensation if the material is reused) for a combination of DVD sales, TV airings, foreign, etc...

I am asking for a percentage if the movie gets made into a sequel, depending upon receiving my writing credit (shared or sole credit).

I ask that the studios pay a percentage to myself, based upon my writing fees, into a WGA pension program if possible where if achieved, 7 qualifying years, upon retirement I will receive a monthly payment based upon my total lifetime earnings.

**Exhibit 5**
**5 of 8**

Exhibit A

**Type of Work:** Dramatic Work and Music; or Choreography

**Registration Number / Date:** PAu003809078 / 2015-11-02

**Application Title:** Get Out.

**Title:** Get Out.

**Description:** Electronic file (eService)

**Copyright Claimant:** Sugarbear, LLC, Transfer: By written contract. Address: 7164 Melrose Ave. 2nd Floor, Los Angeles, CA, 90046.

**Date of Creation:** 2015

**Alternative Title on Application:** Get Out of the House

**Authorship on Application:** Jordan Peele, 1979- ; Citizenship: United States. Authorship: Screen Play.

**Names:** Peele, Jordan, 1979-
Sugarbear, LLC

**Exhibit 5**
**6 of 8**

Exhibit  B

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001922667 / 2014-05-11 |
| **Application Title:** | The Covering. |
| **Title:** | The Covering. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Tia Patrice Griffin, 1967- . Address: 723 E Decatur Ave, Spokane, WA, United States. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Tiselle Bissette, pseud. of Tia Patrice Griffin, 1967- ; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Tia Griffin, CV, 723 E Decatur Ave, Spokane, WA, 99208, United States, (509) 607-8549, (509) 607-8549, insource_7@hotmail.com |
| **Names:** | Griffin, Tia Patrice, 1967- |
| | Bissette, Tiselle, pseud., 1967- |

**Exhibit 5**
**7 of 8**

## CONCLUSION

Once again, I am asking that the courts approve my remedy requests. It wasn't just a simple experience where a deer hit a car on the highway. That happens all of the time. It also wasn't just an issue where a couple was driving to meet the others' parents which is a process that many couple's experience. The difference here and the comparison is that it is the exact same incident that occurred in my story that was repeated on the movie screen. The guest invited to the home was black and the invitee was his Caucasian girlfriend and her family. This was the exact same scenario in my book. It is not likely that the Defendants or their writers experienced the exact same issue of a deer slamming into their car during the exact same moments and events where an American black partner was traveling to meet his partner's Caucasian family *for the first time*. And furthermore, even if it was an unusual coincidence, I protected the exclusive rights to my specific story 18 months prior to Jordan Peele's copyright claim. I feel that my Copyright should maintain protection and I am asking for relief.

I attest that these statements are true without penalty or perjury.

Dated: 3/23/2017

Respectfully submitted,

Tia Griffin/Plaintiff (Pro Se)

**Exhibit 5**
**8 of 8**

Exhibit 6



# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Minute Order

| Case Name: GRIFFIN VS PEELE | |
| --- | --- |
| Riverside Civil | Intellectual Property-Over $25,000 (Riverside) |
| Case Number: RIC1703920 | File Date: 3/3/2017 |
| Action Date: 6/7/2017 | Action Time: 8:30 AM | Department: 03 |

**Action Description:** Hearing re: Demurrer to 1st Amended Complaint of GRIFFIN by JORDAN PEELE, NBCUNIVERSAL MEDIA LLC, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT

Honorable Judge Irma Poole Asberry, Presiding

Clerk: J. Alvarez

Court Reporter: S. Mouzakis

TIA P GRIFFIN C/O D GRIFFIN present-Pro Per

JORDAN PEELE, PERFECT WORD PICTURES, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIA LLC represented by DAVIS WRIGHT TREMAINE LLP - Eric Stahl present.

At 9:08, the following proceedings were held:

After issuance of tentative ruling arguments was requested.

Counsel Argue.

Court makes the following orders:

Court adopts the tentative ruling as the order of the Court.

Demurrer on 1st Amended Complaint of GRIFFIN as to JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIA LLC Sustained without leave to amend.

Sustained without leave to amend as this Court lacks jurisdiction.

CCP 430.10(a) permits a demurrer on the grounds that the court lacks subject matter

jurisdiction. Plaintiff's case is for copyright infringement. 28 USC 1338 states: "The district

courts shall have original jurisdiction of any civil action arising under any Act of Congress

relating to patents, plant variety protection, copyrights and trademarks. No State court shall

have jurisdiction over any claim for relief arising under any Act of Congress relating to

patents, plant variety protection, or copyrights." Thus, "

exclusive jurisdiction over copyright infringement causes of action." (Benitez v.

Williams (2013) 219 Cal.App.4th 270, 275.)

Stage at Disposition Before Trial - Court Ordered Dismissal - Other Court-ordered Dismissal (Civil Case Categories Only).

Entire action dismissed.

Hearing held: Pre-disposition hearing.

Minute entry completed.

**Exhibit 6**

Exhibit 7



# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Minute Order

| Case Name: GRIFFIN VS PEELE | |
|---|---|
| Riverside Civil | Intellectual Property-Over $25,000 (Riverside) |
| **Case Number:** RIC1703920 | **File Date:** 3/3/2017 |
| **Action Date:** 6/7/2017 | **Action Time:** 8:30 AM |  **Department:** 03 |

**Action Description:** Hearing re: Motion to/for SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT by JORDAN PEELE, NBCUNIVERSAL MEDIA LLC, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT

Honorable Judge Irma Poole Asberry, Presiding

Clerk: J. Alvarez

Court Reporter: S. Mouzakis

TIA P GRIFFIN C/O D GRIFFIN present-Pro Per

JORDAN PEELE, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT, NBCUNIVERSAL MEDIA LLC represented by DAVIS WRIGHT TREMAINE LLP - Eric Stahl present.

At 9:08, the following proceedings were held:

After issuance of tentative ruling arguments was requested.

Counsel Argue.

Court makes the following orders:

Court orders the tentative ruling to be the order of the Court.

Motion for Special Motion to Strike is denied.

Although it would appear that ruling on this motion is moot in light of the sustaining of the

Demurrer as to the First Amended Complaint without leave to amend, the Special Motion to

Strike is denied as Defendant.s fail to meet the first prong of the analysis required under CCP

Section 426.16. Defendants correctly cite to Barry v. State Bar of California (2017) 2

Cal.5th 318, 320, 328-329, where the California Supreme Court held that the court has the power

to resolve an anti-SLAPP even though it lacks subject matter jurisdiction.

-

The first prong is whether or not plaintiff's claims in the present action arise out of

defendant's protected activity in furtherance of the right to petition or free speech. Defendant

has the burden on the first prong. The second prong is whether or not there is a probability

the plaintiff will prevail in the action, and is analyzed only if the first prong is met.

-

Defendant has not made the required prima facie showing that plaintiff's suit arises from any

act of defendant in furtherance of his right to petition or his right of free speech under the

**Exhibit 7**
**1 of 3**

| Case Name: GRIFFIN VS PEELE | |
|---|---|
| Riverside Civil | Intellectual Property-Over $25,000 (Riverside) |
| **Case Number:** RIC1703920 | **File Date:** 3/3/2017 |
| **Action Date:** 6/7/2017 | **Action Time:** 8:30 AM | **Department:** 03 |

**Action Description:** Hearing re: Motion to/for SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT by JORDAN PEELE, NBCUNIVERSAL MEDIA LLC, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT

federal or state constitution in connection with an issue of public interest. (CCP 425.16(e);

Equilon Enterprises v. Consumer Cause (2002) 29 Cal.4th 53, 67.) The act which forms the basis

for the plaintiff's cause of action must itself have been an act in furtherance of the right of

petition or free speech. (City of Cotati v. Cashman (2002) 29 Cal.4th 69, 76-78.)

The legislature has further defined an "act in furtherance of the person.' right

under the following 4 categories: 1. Any written or oral statement or writing made before a

legislative, executive, or judicial proceeding, or other authorized proceeding; 2. Any written

or oral statement or writing in connection with an issue under consideration in such a

proceeding; 3. Any written or oral statement made in a place open to the public or public

forum regarding an issue of public interest; or 4. Any other conduct in furtherance of the right

of petition or free speech in connection with a public issue or issue of public interest. (CCP

sec. 425.16(e).).

-

I have found no case law in either California or the Ninth Circuit where copyright infringement

was subject to anti-SLAPP. Instead, copyright infringement was an underlying basis for

malicious prosecution (see e.g., Mattel, Inc. v. Luce Forward Hamilton & Scripps (2002) 99

Cal.App.4th 1179) or defamation (see e.g., Traditional Cat Association v. Gilbreath (2004)

118 Cal.App.4th 392). The cases cited by Defendants happen to involve media where the

free speech was at issue; they do not stand for the proposition that media involvement is

sufficient to meet the first prong.

At the heart of Plaintiff's complaint is a copyright infringement case, which is defined

as: "ownership of the copyright and actual copying by the defendant." (Spinner v. American

Broadcasting Companies, Inc. (2013) 215 Cal.App.4th 172, 186.) This does not involves

the creative process at all.

-

**Exhibit 7**
**2 of 3**

| Case Name: GRIFFIN VS PEELE | |
|---|---|
| Riverside Civil | Intellectual Property-Over $25,000 (Riverside) |
| **Case Number:** RIC1703920 | **File Date:** 3/3/2017 |
| **Action Date:** 6/7/2017 | **Action Time:** 8:30 AM | **Department:** 03 |

**Action Description:** Hearing re: Motion to/for SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT by JORDAN PEELE, NBCUNIVERSAL MEDIA LLC, BLUMHOUSE PRODUCTIONS, QC ENTERTAINMENT

A prevailing plaintiff is entitled to attorney fees and costs if the special motion to strike

is "frivolous or is solely intended to cause unnecessary delay." (CCP 425.16(c).) As

plaintiff is pro per, she has no attorney fees demonstrated. Nor has she shown the motion is

frivolous. No fees are awarded.

Hearing held: Pre-disposition hearing.

Minute entry completed.

**Exhibit 7**
**3 of 3**

Exhibit 8

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "CHRIS" WAYNE FILLMORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLUMHOUSE PRODUCTIONS, LLC, and JEREMY SLATER,<br><br>Defendant. | Case No. 2:16-cv-04348-AB-SS<br><br>**ORDER <u>GRANTING</u> MOTION TO DISMISS** |

Before the Court is Defendants Blumhouse Productions, LLC and Jeremy Slater's (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint and Request for Judicial Notice in Support of Motion to Dismiss. ("Motion" and "RJN," Dkt. Nos. 51 and 51-1). Plaintiff filed an opposition and Defendants filed a reply. (Dkt. Nos. 56, 63.) Upon consideration of the parties' arguments and the case file, the Court hereby **<u>GRANTS</u>** the Motion.

## I. BACKGROUND

Plaintiff's First Amended Complaint ("FAC," Dkt. No. 43) alleges as follows. Between 2004 and 2005, Plaintiff wrote an original manuscript entitled "Laza[u]ri Taza" ("Manuscript"). FAC ¶ 22. In 2006, Plaintiff registered his Manuscript with the United States Copyright Office; Plaintiff did not release his Manuscript to the

**Exhibit 8**

public before it was registered. *Id.* ¶ 23. From 2006 to 2013, Plaintiff allegedly submitted either portions of the manuscript or its entirety to various talent agents, literary agents, management companies and publishers throughout the United States, and made it commercially available through the "print on demand" publisher "lulu.com." *Id.* ¶ 25. Plaintiff also contends that he distributed either electronic or hard copies of his manuscript to pay-for-critique services, family, friends, associates, and one editor for hire. *Id.*

Plaintiff learned of Defendants' film "The Lazarus Effect" ("Film") in February 2015 via the Film's advertisements. *Id.* ¶ 26. On February 27, 2015, Plaintiff attended a pre-release screening of the Film and became suspicious that it was substantially similar to his Manuscript *Id.* ¶ 27. Plaintiff alleges that after thoroughly comparing the two works and recognizing similarities between the two, he gave written notice to Defendants in December 2015 and January 2016, which purportedly addressed his suspicions and asserted that the similarities between the two works constitutes infringement of Plaintiff's copyright *Id.* ¶¶ 28-30. Defendants refuted Plaintiff's accusations, and Plaintiff filed this action. *Id.* ¶ 31.

Plaintiff asserts that numerous and significant similarities between his Manuscript and Defendants' Film demonstrate that Defendants copied his Manuscript in violation of the Copyright Act, 17 U.S.C. § 101 *et seq.* and 28 U.S.C. § 1338. *Id.* ¶¶ 1, 33. Additionally, Plaintiff contends that Defendants infringed his copyright willfully, intentionally, purposefully, and in disregard of and with indifference to said copyright. *Id.* ¶ 34. Accordingly, Plaintiff argues that he is entitled to statutory damages, or, in the alternative, an award to be proven at trial. *Id.* ¶¶ 35, 38. Plaintiff also claims that he is entitled to the profits Defendants obtained from the infringement in accordance with 17 U.S.C. § 504(b). *Id.* ¶ 36. Lastly, Plaintiff asserts that he has and will continue to suffer substantial and irreparable injury for which there is no adequate remedy at law. *Id.* ¶¶ 37-38. For that reason, Plaintiff requests permanent injunctive relief to enjoin and restrain Defendants from continuing to infringe upon his

**Exhibit 8**

1    copyright. *Id.* ¶¶ 37-38.

2        Defendants move for dismissal on the grounds that Plaintiff cannot plead or

3    prove copying because (1) Plaintiff is unable to prove Defendants had access to

4    Plaintiff's unpublished manuscript , (2) the Manuscript is not substantially similar to

5    Defendants' feature film "The Lazarus Effect," and (3) Plaintiff is therefore unable to

6    plead a claim for copyright infringement. Concurrently, Defendants request judicial

7    notice of the contents of the Manuscript and Film at issue as well as generic literary

8    and cultural elements commonly employed in literature.

9    **II.    LEGAL STANDARD**

10       Federal Rule of Civil Procedure 8(a)(2) requires a plaintiff to provide a "short

11   and plain statement of the claim showing that the pleader is entitled to relief."

12   Although a plaintiff need not provide detailed factual allegations in the complaint, "a

13   plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires

14   more than labels and conclusions, and a formulaic recitation of the elements of a cause

15   of action will not do." *Ashcroft v. Iqbal*, 556 U.S. 662, 555 (2009) (alteration in

16   original).  To survive a Rule 12(b)(6) motion to dismiss, a plaintiff's claim must be

17   more than a suspicion; the "[f]actual allegations must be enough to raise a right to

18   relief above the speculative level." *Id.*

19       In deciding a Rule 12(b)(6) motion, "[a]ll allegations of material fact are taken

20   as true and construed in the light most favorable to the nonmoving party." *Sprewell v.*

21   *Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001) (citing *Enesco Corp. v.*

22   *Price/Costco, Inc.*, 146 F.3d 1083, 1085 (9th Cir. 1998).  Accordingly, for a defendant

23   to be successful in a Rule 12(b)(6) motion, there must either be (1) a "lack of a

24   cognizable legal theory," or (2) "the absence of sufficient facts alleged under a

25   cognizable legal theory." *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th

26   Cir. 1990).

27       The Court may "consider materials—documents attached to the complaint,

28   documents incorporated by reference in the complaint, or matters of judicial notice—

**Exhibit 8**

without converting the motion to dismiss into a motion for summary judgment."[1]
*United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Importantly, the Court
can consider materials that are not "physically" attached to the complaint at issue but
"whose contents are alleged in [the] complaint and whose authenticity no party
questions." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994).

Courts in the Ninth Circuit have applied this legal standard to resolve motions
to dismiss copyright claims, allowing defendants to introduce the copyrighted work
and the infringing work that were not included but referenced in the complaint. *See
Silas v. Home Box Office, Inc.*, 201 F. Supp. 3d 1158, 1168 (C.D. Cal. 2016) (taking
judicial notice of a motion picture trailer, a shortened trailer, a screenplay, a treatment
and the *Ballers* television series that were all referenced in the plaintiff's complaint
but not attached). Courts "may [also] take judicial notice of generic elements of
creative works" and elements common to a genre. *Zella v. E.W. Scripps Co.*, 529 F.
Supp. 2d 1124, 1129 (C.D. Cal. 2007). Additionally, the Court may compare and
examine the two works in question and determine "non-infringement" on a Motion to
Dismiss. *Puckett v. Hernandez*, 2016 WL 7647555 at *18 (C.D. Cal. 2016) (holding
that a comparison of the lyrics of the two works at issue is appropriate on a 12(b)(6)
motion to dismiss the copyright claim); *Gadh v. Spiegel*, 2014 WL 1778950 at *7
(C.D. Cal. 2014) ("For fifty years, courts have followed this rather obvious principle
and dismissed copyright claims that fail from the face of the complaint.") (citing
*Christianson v. West Pub. Co.*, 149 F.2d 202, 203 (9th Cir. 1945) ("[W]hen the
copyrighted work and the alleged infringement are both before the court, capable of
examination and comparison, non-infringement can be determined on a motion to
dismiss.")).

---

[1] Plaintiff argues that under Fed R. Civ. Proc. 12(d), the Court cannot consider the two
works or Defendants' other requests for judicial notice without converting
Defendants' motion into one for summary judgment. However, this is contrary to
long-standing black-letter law as stated in *Branch v. Tunnell*, 14 F.3d 449 (9th Cir.
1994) and *United States v. Ritchie*, 342 F.3d 903 (9th Cir. 2003).

**Exhibit 8**

III.   **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

In support of their motion, Defendants seek judicial notice of the two works, of certain facts not subject to reasonable dispute, and of a number of generic literary elements, pursuant to Fed. R. Evid. ("Rule") 201.

For the following reasons, the Court **GRANTS** the Defendants' requests for judicial notice.

### A. The Court Takes Judicial Notice of the Manuscript and the Film.

Defendants submitted Plaintiff's Manuscript and a DVD of the Film for the Court's review.  *See* RJN 1:5-1; Stahl Decl. (Dkt. No. 51-2) ¶¶ 2, 4, Exhs. 1 and 2. Although neither work is attached to the FAC, the FAC refers to them extensively so they may be considered in deciding this motion.  Furthermore, there is no dispute that the Manuscript and the DVD Defendants submitted are true and correct copies.  These materials are therefore judicially noticeable under Rule 201.  The Court briefly summarizes  Plaintiff's Manuscript and Defendants' Film.

#### 1.  **Plaintiff's Manuscript**

Plaintiff's Manuscript  is a murder mystery about two detectives who try to solve a case involving a serial killer who is targeting reanimated corpses, or "Necrosapiens." The story depicts how scientific advances and the widespread practice of reanimation has affected society at large. Throughout the Manuscript, the detectives work to find the person responsible for the killings. The story ends with the discovery of the serial killer's identity.

#### 2.  **Defendants' Film**

The Defendants' Film is a science-fiction horror movie about a group of university medical researchers who have designed a serum that allows doctors to save more lives by stopping neural degeneration in coma patients and lengthening the temporal opportunity to revive patients in cardiac arrest. They discover that their serum has the power to bring animals back to life. After one of the researchers, Zoe, is fatally electrocuted in the course of an experiment, the research team uses the serum

5.

**Exhibit 8**

to bring her back to life. Once reanimated, Zoe begins to have supernatural powers such as the ability to read minds and move objects or people with great force. After being trapped in hell during the short period between her death and reanimation, Zoe decides to kill the researchers responsible for her reanimation.

## B. The Court Takes Judicial Notice of Facts Not Subject to Reasonable Dispute and to Certain Generic Literary Elements.

Defendants request judicial notice of facts not subject to reasonable dispute and to certain generic literary elements. *See* RJN 1:10-24. These items are:

*Facts Not Subject to Reasonable Dispute:*

1. Lazarus is a biblical figure who, according to the New Testament, was raised from the dead by Jesus.
2. The term "The Lazarus Phenomenon" has been used in medical literature to describe an occurrence in which clinically dead humans demonstrate spontaneous signs of life.
3. The name Lazarus has been used in numerous expressive works regarding death and resurrection.

*Generic Literary Elements*:

1. The possibility of resurrection is a common element in religious works.
2. Bringing the dead back to life is a common element in horror, fantasy and science fiction books and movies.
3. Dream sequences are a common narrative device in works of fiction.

Because the determination of copyright infringement requires an examination of the actual works themselves and a finding of substantial similarity between Plaintiff's protected expression and Defendants' Film, the Court may take judicial notice of the two works as well as generic literary elements and undisputable facts related thereto. *Zella*, 529 F. Supp. 2d at 1129. The Court has considered the proffered facts and

6.

**Exhibit 8**

literary elements and finds that they are not subject to reasonable dispute because they are generally known within the court's jurisdiction. *See* Fed. R. Civ. P. 201(b)((1). The Court therefore takes judicial notice of the listed facts and literary elements.

## IV. DISCUSSION

### A. Pleading Copyright Infringement

To succeed in a copyright infringement claim, Plaintiff must show (1) he has ownership of a valid copyright, and (2) Defendants copied protected elements of the Manuscript that are original. *Funky Films, Inc. v. Time Warner Entm't Co.*, 462 F.3d 1072, 1076 (9th Cir. 2006) (quoting *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 361 (1991)). Defendants do not dispute the first element: that Plaintiff owns a valid copyright in his Manuscript. They argue only the second element: that Plaintiff cannot show that Defendants copied his Manuscript.

Unless Plaintiff presents direct evidence of copying, he must prove that Defendants had "access" to his Manuscript and that his Manuscript and Defendants' Film are substantially "similar." *Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 485 (9th Cir. 2000); *see also Bernal v. Paradigm Talent & Literary Agency*, 788 F. Supp. 2d 1043, 1052 (C.D. Cal. 2010); *Funky Films*, 462 F.3d at 1072.

"In what is known as the 'inverse ratio rule,' [courts] 'require a lower standard of proof of substantial similarity when a high degree of access is shown.'" *Three Boys*, 212 F.3d at 485 (citing *Smith,* 84 F.3d at 1218 ). And, if the plaintiff cannot establish access, he can still establish copying by showing that the works are "*strikingly* similar." *Id.* (emphasis added).

Importantly, a high degree of access cannot eliminate the plaintiff's burden of proving similarities between her work and the defendant's work. As Plaintiff points out, in deciding a motion to dismiss, the Court is not required to make an in-depth evaluation of the facts in the case file or Defendants' access to Plaintiff's Manuscript. Rather, the Court must analyze the purported substantial similarity between Plaintiff's Manuscript and Defendants' Film. "No amount of proof of access will suffice to

**Exhibit 8**

show copying if there are no similarities." *Sid & Marty Kroft Television Prods., Inc. v. McDonald's Corp.*, 562 F.2d 1157, 1172 (9th Cir. 1977). If Plaintiff is unable to allege facts sufficient to establish substantial similarity between Plaintiff's Manuscript and Defendants' Film, Defendants' Motion to Dismiss may be granted.

Here, Plaintiff does not claim that he has direct evidence that Defendants copied his Manuscript. Rather, he alleges that Defendants had the opportunity to access his Manuscript and that the Manuscript and the Film are substantially similar.

### B. The Complaint Pleads Facts that Would Show that Defendants Had, *At Most,* a Slight Possibility of Access to the Manuscript.

Proof of access requires proof of "an opportunity to view or to copy plaintiff's work." *Sid & Marty Kroft Television Prods., Inc. v. McDonald's Corp.*, 562 F.2d 1157, 1172 (9th Cir. 1977). The Ninth Circuit has often determined "opportunity to view" in light of a defendant's reasonable potential to view a plaintiff's work. *Three Boys*, 212 F.3d at 482 (quoting *Jason v. Fonda*, 526 F. Supp. 774 (C.D. Cal. 1981), *aff'd,* 698 F.2d 966 (9th Cir. 1983)). Access cannot be inferred from Plaintiff's "mere speculation or conjecture." *Three Boys*, 212 F.3d at 482 (quoting 4 Nimmer, *Nimmer on Copyright* § 13.02[A], at 13-19 (2003)). Instead, Plaintiff must show a "reasonable possibility of viewing [his] work-not a bare possibility." *Id.* Although the Court may consider circumstantial evidence of access, it is typically proven by either (1) a chain of events that link the plaintiff's work and defendant's access, or (2) proof that the "plaintiff's work has been widely disseminated." *Three Boys*, 212 F.3d at 482.

Plaintiff does not allege facts that would directly establish that Defendants accessed Plaintiff's Manuscript, nor does Plaintiff allege that there is a chain of events that demonstrate Defendants' access to Plaintiff's Manuscript. Namely, Plaintiff does *not* allege that Plaintiff sent Defendants his Manuscript, Defendants purchased Plaintiff's Manuscript, or that another individual or group of individuals who possessed the Manuscript gave it to Defendants. Instead, Plaintiff asserts that because Plaintiff's Manuscript was highly accessible and thus widely disseminated, an

**Exhibit 8**

inference of access can be made. Plaintiff points to the fact that his Manuscript (1) was sent to various talent agents, literary agents, management companies, publishers, friends, and family throughout the U.S., and (2) was commercially available from 2006-2013 on "lulu.com," to contend that the Manuscript can be considered widely disseminated.  FAC ¶¶ 24, 25.

The Ninth Circuit has previously stated that "although [they] recognize the power of the internet to reach a wide and diverse audience, [internet presence is not necessarily] sufficient to demonstrate wide dissemination." *Art Attacks Ink, LLC v. MGA Enter. Inc.*, 581 F.3d 1138, 1145 (9th Cir. 2009).  "In most cases, the evidence of widespread dissemination centers on the degree of a work's commercial success and on its distribution through radio, television, and other relevant mediums." *Loomis v. Cornish*, 836 F.3d 991 (9th Cir. 2016); *see also Rice v. Fox Broad. Co.*, 330 F.3d 1170, 1178 (9th Cir. 2003).  For example, the Ninth Circuit has held that a video that sold 17,000 copies and a book that sold approximately 2,000 copies could not be considered widely disseminated.  *See Rice*, 330 F.3d at 1178 ("*The Mystery Magician* only sold approximately 17,000 copies between 1986 and 1999; therefore, the video cannot be considered widely disseminated,..");and *Jason v. Fonda*, 526 F. Supp. 774, 776 (C.D. Cal. 1981) (no more than "bare possibility" that defendants had access to a book that sold about 2,000 copies).  The FAC presents no factual allegations that Plaintiff's Manuscript was distributed or sold in a volume that exceeds that of the aforementioned works.  To the contrary, Plaintiff does not allege any sales at all.  Rather, he alleges only that he personally sent the manuscript to talent agents, literary agents, friends and family, and the like.  It is not plausible that Plaintiff's uncompensated distribution reached into the thousands of copies, let alone more than 17,000 copies, so he has not pled facts that could establish widespread dissemination sufficient to support an inference of access.

The Court has found one case with facts somewhat analogous to those of the current action. In *Mestre v. Vivendi Universal U.S. Holding Co.,* 2005 WL 1959295

9.

**Exhibit 8**

(D. Or. Aug. 15, 2005), *aff'd*, 273 F. App'x 631 (9th Cir. 2008), Plaintiff alleged that distributing his screenplay to approximately 211 individuals who were described as "extremely well-connected in the film industry" constituted wide dissemination. *Mestre,* 2005 WL 1959295 *3. However, the court found that even "with all inferences drawn in light most favorable to plaintiffs, plaintiffs fail[ed] to establish a reasonable inference of wide dissemination." *Id.* Importantly, the plaintiff's screenplay had "gained no commercial success or notoriety." *Id.* Likewise, Plaintiff's allegations that he sent copies to agents, friends, and family cannot plausibly establish that the Manuscript was disseminated widely. Therefore, there is no more than a bare possibility that Defendants had access to the Manuscript.

### C. The Works Are Not Substantially Similar.

As noted above, depending on the degree of access a plaintiff proves, he can establish copying by showing that the works are either *substantially* similar, or *strikingly* similar. Plaintiff cannot establish a high probability of access, so he must satisfy the more demanding strikingly similar standard. However, even if the less demanding substantially similar standard applies, Plaintiff cannot satisfy it.

The substantial similarity test consists of an intrinsic component and an extrinsic component. *Funky Films,* 462 F.3d at 1077. The intrinsic component evaluates "an ordinary person's subjective impressions of the similarities between two works" and therefore is a matter of fact for the jury. *Id.* The extrinsic component, which determines whether or not substantial similarity between the works exists as a matter of law, is therefore a question for the court. *Id.* Both components are required to establish substantial similarity. *See Kouf v. Walt Disney Pictures & TV*, 16 F.3d 1042, 1045 (9th Cir. 1994). Therefore, if a plaintiff is unable to satisfy the extrinsic component of the substantial similarity test, then the plaintiff is unable to show substantial similarity as a matter of law. *Id.*

For literary works, the extrinsic component requires a court to objectively evaluate whether there are "articulable similarities between the plot, themes, dialogue,

10.

**Exhibit 8**

mood, setting, pace, characters, and sequence of events." *Zella*, 529 F. Supp. 2d at 1133 (quoting *Funky Films*, 462 F.3d at 1077). In analyzing the similarities between the two works, the Court must only consider *protectable* elements of expression. *Cavalier v. Random House*, 297 F.3d 815, 822 (9th Cir. 2002). Basic plot ideas or "situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement." *Id.* at 22. Moreover, "[s]imilarities from the use of common ideas cannot be protected." *Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1443 (9th Cir. 1994). Rather than a general idea, an author's unique manifestation of an idea is to be considered protectable expression. "[P]rotectable expression includes the specific details of an author's rendering of ideas." *Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002).

The Court has reviewed the two works and the parties' positions, and finds as follows concerning the extrinsic component of the substantial similarity test.

### 1. Setting, Plot and Sequence of Events

The setting, plot, and sequence of events within the two works are not similar.

Where the setting of Plaintiff's Manuscript is the fictional city of New Athens, in the year 2096, Defendants' Film is a horror movie set in Berkeley, California, in the present day.

Plot is defined as "'the sequence of events by which the author expresses his theme or idea.'" *Zella*, 529 F. Supp. 2d at 1133 (quoting 4 Nimmer, *Nimmer on Copyright* § 13.03[A][1][b], at 13-42 (2003)). Because "[g]eneral plot ideas are not protected by copyright law," the Court must instead consider the "actual concrete elements that make up the total sequence of events." *Berkic v. Crichton*, 761 F.2d 1289, 1293 (9th Cir. 1985). The Ninth Circuit is "'particularly cautious [of finding substantial similarity] where [a] list [of perceived similarities] emphasizes random similarities scattered throughout the works.'" *Shame on You Prods. v. Banks*, 120 F. Supp. 3d 1123, 1151 (C.D. Cal. 2015) (quoting *Litchfield v. Spielberg*, 736 F. 2d 1352, 1356 (9th Cir. 1984)).

11.

Exhibit 8

Plaintiff's Manuscript, a murder-mystery, depicts two detectives who work to solve a string of murder cases. The scientific process of human reanimation is widespread and as a result, newly reanimated humans, "Necrospaiens," are the subject of hate crimes and discrimination. A serial killer is murdering newly reanimated "Necrosapiens" at random. The majority of Plaintiff's Manuscript takes the reader through the two detectives' crime solving process where they follow leads and ultimately discover where the killer will strike next. Plaintiff's Manuscript ends with an injured Detective Ellion, the death of the final victim, and the death of the killer himself. The detectives discover that the killer is a Necrosapien, but his motive for killing his fellow Necrosapiens is left a mystery.

In Defendants' Film, Researchers at a university laboratory have been looking to find new methods of "arresting neural decay in coma patients." Film, Ex. 2, at 25:23. After one of the researchers, Zoe, is fatally electrocuted in the course of an experiment, the rest of the researchers attempt to revive her using the "Lazarus" serum that was previously successful in animal regeneration. In contrast to Plaintiff's Manuscript, the world that Defendants' Film depicts is one in which reanimation is uncommon, if not unprecedented. Because of the unknown consequences, the characters are hesitant to bring their fellow researcher back to life, but ultimately go through with the procedure. The "Lazarus" serum gives Zoe the supernatural powers to read minds, levitate, and move objects. Stuck in what appears to be some sort of Hell/Limbo, Zoe becomes possessed with an evil plan to kill her colleagues. The Film ends when Zoe kills her last colleague and then attempts to reanimate her husband, fellow researcher Frank.

Despite the foregoing, Plaintiff argues that (1) the technology used to reanimate the deceased in Defendants' Film is substantially similar to the technology used in Plaintiff's Manuscript, and (2) research in both stories was initially conducted on lab animals before being executed on humans. These cited similarities flow naturally from plots involving innovative research experiments and unprecedented human

12.

Exhibit 8

1    reanimation. Therefore, such similarities are not protectable and cannot be a basis for

2    establishing copyright infringement. *See Metcalf*, 294 F.3d at 1074 (9th Cir. 2002)

3    (holding copyright law does not protect scenes that flow naturally from unprotectable

4    plot premises).

5         Additionally, Plaintiff points to the scene in Defendants' Film where the

6    researchers' benefactors terminate their project and repossess the fruits of their labor.

7    Plaintiff claims that this is substantially similar to the point in Plaintiff's Manuscript

8    where the FBI repossesses the principal characters' investigation. While in

9    Defendants' Film the researchers' benefactors terminate the research project because

10   they want to capitalize on the researchers' intellectual gain, the detectives in

11   Plaintiff's Manuscript take over the serial-killer case in accordance with standard

12   protocol. Thus, the motives behind the researchers' benefactors are dissimilar to the

13   motives behind the detectives, and do not advance the plot in similar, protectable

14   ways.

15        Plaintiff also alleges that the plot twist at the end of Defendants' Film, where

16   Zoe attempts to reanimate Frank, "holds the same measure of ambiguity surrounding

17   the killer" as Plaintiff's Manuscript does when it promptly ends without identifying

18   the killer's motive.  Opp'n 8:17-18.  However, both works end in a way that is

19   attributable to their genre. Like many horror films, Defendants' Film ends with a

20   horrific open-ended possibility: namely, the audience is left to hypothesize whether

21   Zoe will be successful in her attempts to reanimate Frank, who then may become an

22   accomplice in her evil acts. In contrast, Plaintiff ends his Manuscript with a mystery

23   that remains unsolved: the serial killer's motive.  Although the reader discovers the

24   serial killer's identity, they are left to question his motive in typical mystery-genre

25   fashion.  The mere fact that both works end with "the same measure of ambiguity"  is

26   not sufficient to satisfy the substantial similarity test.  Instead, Plaintiff would have to

27   look to a lower level of generality, and allege that the ambiguous endings of the two

28   works are similar in *protectable* ways, such that Plaintiff's manifestation of "mystery

13.

Exhibit 8

endings" was infringed on.  For these reasons, the purported similarities between the works cannot be considered substantially similar for the purposes of establishing a copyright claim.

Lastly, Plaintiff contends that the moment in Defendants' Film where Frank sacrifices himself to Zoe is similar to the unintentional self-sacrifice of the female principal Detective Ellion in Plaintiff's Manuscript. Yet, while Zoe killed Frank during his attempt to fatally inject her with poison and put an end to her disastrous reanimation, Detective Ellion in Plaintiff's Manuscript was injured in the line of duty. Thus, even if there were two similar elements of "sacrifice" in the two plots, both manifestations of the general theme of sacrifice are unique and therefore not similar in protectable ways.

Plaintiff looks to a high level of generality for similarities between his Manuscript and Defendants' Film. The Court finds that the plot and sequence of events of the two works in question both follow the traditional plots of their respective genres, and are not unique manifestations of general literary elements. As noted, such similarities are not within the confines of protectable expression, and therefore do not establish extrinsic similarity between the two works.

## 2. **Theme**

"[F]amiliar scenes and themes are among the very staples of modern American literature and film." *Berkic*, F.2d at 1294.  As such, they are not protectable expression and therefore do not give rise to a copyright infringement claim. *Id.* "It merely reminds us that in Hollywood…there is only rarely anything new under the sun." *Id.*  If works present similar themes but do so in two distinct ways, the themes are not considered substantially similar under the substantial-similarity test. *Funky Films*, 462 F.3d at 1077.

Plaintiff concedes that the concept of "resurrection" is common among a number of literary works.  Yet, Plaintiff argues that there are several similarities between the themes of the two works.

14.

**Exhibit 8**

First, Plaintiff believes that the fact that the Defendants also use the term "Lazarus" in their Film establishes similarity between the two works. However, as Defendants point out, and as this Court took judicial notice of, Lazarus is a well-known biblical figure who was raised from the dead and brought back to life. *See* RJN 1:10-24. Similarly, the name "Lazarus" has long been widely used to symbolize reanimation or signs of reanimation in the medical, religious, literary, and cinematic world. "Lazarus" is not a protectable term and the ideas that flow "necessarily from" the term "Lazarus" are not protectable expression. The theme of scientific reanimation has been used numerous times in past literary works- Mary Shelley's *Frankenstein* to name one. That Plaintiff and Defendants both used this familiar theme in their works does not establish that any protectable elements are similar.

Second, Plaintiff asserts that (1) the theme of "what happens beyond death?" becomes a great motivation for the characters in both works, (2) the reanimated characters in both works experience a heaven/hell scenario, (3) the characters in both works consider what societal/religious implications reanimation brings, and (4) the first animals to be successfully reanimated suffered adverse reactions from the procedure. These themes can be said to "necessarily flow" from the term "Lazarus" and the connotations that accompany it, and have also been present in various past literary works. Therefore, these themes are not a basis for establishing extrinsic similarity.

Plaintiff lastly contends that the two works share the theme of (1) dreams surrounding and/or associated with a character's job, and (2) a man's motive to use reanimation to resurrect his wife. But, as the Defendants point out, and as the Court took notice of, a great number of past literary works across genres contain themes involving dreams. Additionally, there are a number of past literary works that involve a character who wants to preserve his wife's life. Because said themes in Plaintiff's Manuscript and Defendants' Film had different substance, motivation, and literary purpose, these common themes cannot establish extrinsic similarity in this instance.

15.

**Exhibit 8**

### 3. Mood

As noted, Plaintiff's Manuscript is a murder-mystery involving two detectives who pursue a serial killer. The mood of Plaintiff's Manuscript reflects its genre: it is suspenseful and serious, and builds as the detectives get closer to solving their case and identifying the killer. Defendants' Film is a horror film and its mood also reflects its genre: the mood quickly builds and remains suspenseful and horrific as Zoe murders her colleagues in gruesome and intentionally startling ways. Although both works aim to create a suspenseful mood for their respective audiences, general suspense is not protectable expression and cannot establish the extrinsic similarity necessary to support a copyright infringement claim.

### 4. Dialogue

Defendants have alleged that there are no similarities between the dialogue present in Plaintiff's Manuscript and that of Defendants' Film. Plaintiff leaves this uncontested. The Court has examined the dialogues and does not find that there are similarities between the dialogue in Plaintiff's Manuscript and the dialogue in Defendants' Film.

### 5. Pace

Defendants argue that the pace or timeline of the two works are dissimilar. While Plaintiff's Manuscript develops along approximately months of an investigation and often references back to events sixteen years in the past, Defendants' Film unfolds in a matter of two days. With the exception of Zoe's dream that recounts a traumatic moment in her childhood, Defendants' Film does not reference past events. Plaintiff also leaves this uncontested. The Court finds that the pace of the two works are dissimilar.

### 6. Characters

Characters may be protectable expression if they have "distinctive character traits and attributes" that are "sufficiently delineated." *DC Comics v. Towle*, 802 F.3d 1012, 1021 (9th Cir. 2015). When assessing whether or not two characters are

16.

**Exhibit 8**

protectable and substantially similar, "courts require a very high degree of similarity between characters." *Silas*, 201 F. Supp. 3d at 1177. Defendants argue that there are no protectable similarities between any character in Plaintiff's Manuscript and any character in Defendants' Film. Plaintiff, on the other hand, asserts that there are significant similarities between the characters in the two works.

The Court will take judicial notice of the following literary element at Defendants' request: a character disobeying a superior's orders is a common narrative device in works of fiction.

### i. Antagonist

Plaintiff claims that the antagonist in both Plaintiff's Manuscript and Defendants' Film (1) engage in an indiscriminate killing spree and (2) are both adversely affected by reanimation. Such elements of a character are not distinctive enough to be properly considered protectable expression.

### ii. Main Characters

Plaintiff asserts that there are numerous similarities between the principal and secondary characters of the two works. The Court finds that the alleged similarities between characters are not protectable, and therefore do not satisfy the substantial similarity analysis. The Court addresses the alleged similarities between the two main characters to illustrate its reasoning.

Plaintiff contends that the main male character in Defendants' Film, Frank, is a combination of male principal Detective Dobbs and two secondary characters in Plaintiff's Manuscript. Plaintiff does not provide specific examples to demonstrate his claim.

Frank is a tenacious researcher who explicitly breaks the rules to continue his research. After his wife Zoe dies in the course of a forbidden experiment, Frank uses the "Lazarus serum" in a desperate attempt to bring her back to life. Dobbs, in contrast, is characterized as a rugged detective who "never broke [the rules]," but instead reinvents them in the pursuit of justice. Manuscript, p. 8. The Court finds no

17.

**Exhibit 8**

meaningful similarities between the two male principals that would satisfy the substantial similarity analysis.

Plaintiff also contends that the female main character in Defendants' Film, Zoe, is an amalgamation of female principal Detective Ellion (in light of her working relationship with Detective Dobbs) and other minor characters (who may have been reanimated). Again, Plaintiff does not provide specific examples to demonstrate his claim.

In Defendants' Film, pre-reanimation Zoe is an ambitious researcher like her husband Frank, and post-animation is a possessed killer. In Plaintiff's Manuscript, Ellion is described as a beautiful, resilient detective who is just as smart as she is attractive. Manuscript, p. 8. The mere fact that two female characters are smart, resilient, or attractive is not a basis for a copyright infringement claim.

Additionally, Plaintiff alleges that Zoe is similar to two minor characters in Plaintiff's Manuscript because the two minor characters may have also been reanimated. Even if they were reanimated, such characteristics of the minor characters are not protectable expression. Many literary works in the past have depicted characters who were reanimated or have otherwise risen from the dead. Plaintiff asserts no protectable elements of the character Ellion, and therefore cannot satisfy the substantial similarity analysis thereto.

## V. CONCLUSION

In light of the foregoing, the Court finds that Plaintiff has failed to demonstrate that Plaintiff's Manuscript and Defendants' Film are substantially similar regarding protectable elements. Plaintiff is therefore unable to establish substantial similarity as a matter of law. Although only two of the named Defendants filed this motion, Plaintiff asserts the very same copyright infringement claim against all Defendants, so the above analysis governs the entire First Amended Complaint. Furthermore, Plaintiff cannot replead his claim to overcome his inability to prove that the works are substantially similar.

**Exhibit 8**

Therefore, the Court **GRANTS** Defendants' Motion to Dismiss and hereby **DISMISSES WITH PREJUDICE** Plaintiff's entire First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  July 7, 2017

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

19.

**Exhibit 8**